AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-14176 |
| President and Fellows of Harvard College, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Students for Fair Admissions, Inc.

Date: 11-17-14

*Attorney's signature*

Paul M. Sanford, #566318
*Printed name and bar number*

Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

*Address*

psanford@burnslev.com
*E-mail address*

(401) 831-8330
*Telephone number*

(401) 831-8359
*FAX number*