AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc. <br> *Plaintiff* <br> v. <br> President and Fellows of Harvard College, et al <br> *Defendant* | ) ) ) ) ) ) Case No. 1:14-cv-14176 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Students for Fair Admissions, Inc.

Date: 11/17/14

*Attorney's signature*

Benjamin C. Caldwell, #675061
*Printed name and bar number*

Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

*Address*

bcaldwell@burnslev.com
*E-mail address*

(401) 831-8330
*Telephone number*

(401) 831-8359
*FAX number*