# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:14-cv-14176 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS, | ) |
| Defendants. | ) |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF, STUDENTS FOR FAIR ADMISSIONS, INC.**

In compliance with Fed. R. Civ. P. 7.1, Students for Fair Admissions, Inc., hereby states as follows:

1. Students for Fair Admissions, Inc. is an active Internal Revenue Code Section 501(c)(3) organization formed in Virginia.

2. Students for Fair Admissions, Inc. does not have a parent corporation.

3. No publicly held corporation owns 10% or more of Students for Fair Admissions, Inc.'s stock.

1

Respectfully submitted,

STUDENTS FOR FAIR ADMISSIONS, INC.

By its attorneys

Dated:  November 17, 2014

/s/ Paul M. Sanford
Paul M. Sanford (BBO No. 566318)
Benjamin C. Caldwell (BBO No. 675061)
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI  02903
Tel:  401-831-8330
Fax:  401-831-8359

William S. Consovoy, Esq.
Thomas R. McCarthy, Esq.
J. Michael Connolly, Esq.
(*pro hac vice* motion forthcoming)
Consovoy McCarthy PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA  22201
Tel:  703-243-9423
Fax:  703-243-9423

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon Defendants along with a copy of the Complaint which was filed contemporaneously herewith.

/s/ Paul M. Sanford
Paul M. Sanford

4829-3186-5888.1