AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Students for Fair Admissions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-14176-DJC |
| President and Fellows of Harvard College, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College                            .

Date:   12/19/2014                                           /s/ Felicia H. Ellsworth
                                                                        *Attorney's signature*

                                                            Felicia H. Ellsworth, No. 665232
                                                                 *Printed name and bar number*

                                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                                            60 State Street
                                                            Boston, MA 02109
                                                                                *Address*

                                                            felicia.ellsworth@wilmerhale.com
                                                                        *E-mail address*

                                                            (617) 526-6687
                                                                    *Telephone number*

                                                            (617) 526-5000
                                                                        *FAX number*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on December 19, 2014.

                                                  /s/ Felicia H. Ellsworth
                                                  Felicia H. Ellsworth