**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS, <br><br> Defendants. | Civil Action No. 1:14-cv-14176-DJC |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

Pursuant to Local Rule 7.3, Defendant President and Fellows of Harvard College states that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

                                                                       Respectfully submitted,

                                                                        PRESIDENT AND FELLOWS OF
                                                                          HARVARD COLLEGE

                                                                       By its attorney,

                                                                       /s/ Felicia H. Ellsworth
                                                                       Felicia H. Ellsworth (BBO #665232)
                                                                       WILMER CUTLER PICKERING
                                                                          HALE AND DORR LLP
                                                                       60 State Street
                                                                       Boston, MA 02109
                                                                       Tel: (617) 526-6687
                                                                       Fax: (617) 526-5000
                                                                       felicia.ellsworth@wilmerhale.com
                                                                       Dated: December 19, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on December 19, 2014.

                                                        <u>/s/ Felicia H. Ellsworth</u>
                                                        Felicia H. Ellsworth