UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION); and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS, <br><br> Defendants. | Civil Action No. 1:14-cv-14176 |

## STIPULATION OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT THE BOARD OF OVERSEERS OF HARVARD COLLEGE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, The Honorable and Reverend the Board of Overseers (the correct name of which is The Board of Overseers of Harvard College) on the basis of President and Fellows of Harvard College's and The Board of Overseers of Harvard College's representations that President and Fellows of Harvard College is the legal entity comprising all of Harvard's schools, including Harvard College, and therefore any judgment or order entered against President and Fellows of Harvard College, subject to the usual appeal rights, will be binding as to all matters relating to the conduct of Harvard University's affairs (including admissions to the undergraduate college).

| STUDENTS FOR FAIR ADMISSION, INC. | PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE BOARD OF OVERSEERS OF HARVARD COLLEGE |
|---|---|
| By its attorneys, | By their attorneys, |

/s/ Paul M. Sanford
Paul M. Sanford BBO #566318
Benjamin C. Caldwell BBO #675061
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
psanford@burnslev.com
bcaldwell@burnslev.com

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
(703) 243.4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
mike@consovoymccarthy.com
(admitted *pro hac vice*)

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth BBO #665232
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
felicia.ellsworth@wilmerhale.com

Seth P. Waxman (admitted *pro hac vice*)
Paul Wolfson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo Adegbile (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
debo.adegbile@wilmerhale.com

4835-3158-1729.1

## CERTIFICATE OF SERVICE

    I, Paul M. Sanford, do hereby certify that on this 9th day of January, 2015, I caused an electronic copy of the foregoing document to be electronically served using the CM/ECF system on the registered participants identified on the Notice of Electronic Filing (NEF) in the above-captioned matter.

                                                   /s/ Paul M. Sanford
                                                   Paul M. Sanford (BBO # 566318)