**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF HARVARD )<br>COLLEGE (HARVARD CORPORATION) )<br>)<br>    Defendant. )<br>) | Civil Action No:  1:14-cv-14176 |

**UNOPPOSED MOTION TO CONTINUE THE MARCH 23, 2015**
**INITIAL SCHEDULING CONFERENCE UNTIL APRIL 13, 2015**

Pursuant to Local Rule 40.3, Plaintiff, Students for Fair Admissions, Inc., hereby moves this Honorable Court for an order to continue the Initial Scheduling Conference, scheduled for March 23, 2015, until April 13, 2015 at 2:00 pm Eastern Standard Time.  Plaintiff's local counsel, who will attend the Initial Scheduling Conference, has pre-existing, out-of-state plans on March 23, 2015, and is unable to attend the Initial Scheduling Conference as scheduled.  This is the first request by any party for a continuance of the Initial Scheduling Conference. Plaintiff's counsel has conferred with Defendant's counsel, and Defendant does not oppose the relief requested in this motion.  The proposed date and time to continue this March 23rd conference – April 13, 2015 at 2:00 pm – has been approved by all parties.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order continuing the Initial Scheduling Conference to April 13, 2015 at 2:00 pm.

1

Respectfully submitted,

STUDENTS FOR FAIR ADMISSION, INC.

By its attorneys,

Date: March 2, 2015						/s/ Paul M. Sanford
							<u>/s/ Benjamin C. Caldwell</u>
							Paul M. Sanford BBO #566318
							Benjamin C. Caldwell BBO #675061
							BURNS & LEVINSON LLP
							125 Summer Street
							Boston, MA 02110
							(617) 345-3000
							psanford@burnslev.com
							bcaldwell@burnslev.com


							William S. Consovoy
							Thomas R. McCarthy
							J. Michael Connolly
							CONSOVOY MCCARTHY PLLC
							3033 Wilson Boulevard
							Suite 700
							Arlington, Virginia 22201
							(703) 243.4923
							will@consovoymccarthy.com
							tom@consovoymccarthy.com
							mike@consovoymccarthy.com
							(admitted *pro hac vice*)

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendant, and Defendant does not oppose this motion.

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell

4828-1958-7618.1