**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No:  1:14-cv-14176 |
| | ) | |
| PRESIDENT AND FELLOWS OF HARVARD | ) | |
| COLLEGE (HARVARD CORPORATION) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)**

Plaintiff, Students for Fair Admissions, Inc. ("SFFA") and Plaintiff's Counsel hereby

certify that we have conferred: (a) with a view to establishing a budget for the costs of

conducting the full course – and various alternative courses – of litigation; and (b) to consider the

resolution of the litigation through the use of alternative dispute resolution programs such as

those outlined in Local Rule 16.4.

STUDENTS FOR FAIR ADMISSIONS, INC.          STUDENTS FOR FAIR ADMISSIONS, INC.
                                                                                         By its attorneys,


/s/ Edward J. Blum                                           /s/ William S. Consovoy
Edward J. Blum                                               William S. Consovoy
President                                                        Thomas R. McCarthy
Students for Fair Admissions                           J. Michael Connolly
3571 Far West Blvd. #17                                 CONSOVOY MCCARTHY PLLC
Austin, Texas 78731                                        3033 Wilson Boulevard, Suite 700
                                                                      Arlington, Virginia 22201
                                                                      (703) 243.4923
                                                                      will@consovoymccarthy.com
                                                                      tom@consovoymccarthy.com
                                                                      mike@consovoymccarthy.com
                                                                      (admitted *pro hac vice*)

/s/ Paul M. Sanford
Paul M. Sanford BBO #566318
Benjamin C. Caldwell BBO #675061
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
psanford@burnslev.com
bcaldwell@burnslev.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ Paul M. Sanford
Paul M. Sanford BBO #566318