# EXHIBIT B

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT COURT OF MASSACHUSETTS
## BOSTON DIVISION

|  |  |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>        Plaintiff,<br><br>        v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>        Defendant,<br><br>   and<br><br>SARAH COLE, FADHAL MOORE, ARJINI KUMARI NAWAL, ITZEL LIBERTAD VASQUEZ-RODRIGUEZ, KEYANNA WIGGLESWORTH, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., AND R.S.,<br><br>        Proposed Defendant-Intervenors. | Civil Action No. 1:14-cv-14176-DJC |

## AFFIDAVIT OF STEVEN L. MAYER

I, STEVEN L. MAYER, depose and state as follows:

1.      I am an attorney licensed to practice law in the State of California.

2.      I am a resident of the State of California.

3.      I am senior counsel at Arnold & Porter, LLP located at 10th Floor, Three Embarcadero Center, San Francisco, CA  94111-4024. The office telephone number is (415) 471-3163.

4.      I am authorized to practice law in the following federal court districts: the United States Supreme Court, the United States Court of Appeals for the Fifth and Ninth Circuits, the Supreme Court of California, the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Northern District of California, and the United States District Court for the Southern District of California.

5.      I was admitted to practice law in the State of California on December 18, 1974. My California Bar number is 62030.

6.      I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

7.      I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

8.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Proposed Defendant Intervenors in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury on this 20th day of May, 2015.

*/s/ Steven L. Mayer*

Steven L. Mayer, Esq.