## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

                Plaintiff,

    v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION),

                Defendant.

Civil Action No. 1:14-cv-14176-ADB

Oral Argument Requested

## HARVARD'S MOTION TO STAY

For the reasons set forth more fully in the accompanying Memorandum in Support of this Motion, Defendant President and Fellows of Harvard College ("Harvard") respectfully moves that this litigation be stayed in the interests of justice to the parties and efficient judicial administration pending the Supreme Court's resolution of *Fisher v. University of Texas*, No. 14-981, *cert. granted*, 2015 WL 629286 (U.S. June 29, 2015).  Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that we have conferred in good faith with counsel for the Plaintiff, but have been unable to resolve or narrow the issues presented by this motion.

## REQUEST FOR ORAL ARGUMENT

Harvard respectfully requests oral argument on this Motion.  Given the complex dynamics of this litigation, Harvard believes that oral argument would assist the Court's decisional process.  In the interests of efficiency, the Court may wish to allow argument on this motion at the upcoming Status Conference, currently scheduled for July 21, 2015.

/s/ Seth P. Waxman
Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Dated:  July 6, 2015

*Counsel for Defendant President and Fellows of Harvard College*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on July 6, 2015.

/s/ Seth P. Waxman
Seth P. Waxman