# Appendix A

# Justin McCrary

University of California, Berkeley  
School of Law  
586 Simon Hall  
Berkeley, CA 94720

Cell Phone: (510) 409-6418  
Email: jmccrary@law.berkeley.edu  
Homepage: http://econ.berkeley.edu/~jmccrary

## Appointments

**University of California, Berkeley**
- 2014– Director, Social Science Data Laboratory (D-Lab)
- 2010– Professor of Law
- 2008–10 Assistant Professor of Law

**University of Michigan**
- 2003–07 Assistant Professor, Gerald R. Ford School of Public Policy
- 2003–07 Assistant Professor, Department of Economics (courtesy)

**National Bureau of Economic Research**
- 2012– Faculty Research Associate
- 2006–12 Faculty Research Fellow

## Education

A.B. Public Policy, Princeton University, 1996

Ph.D. Economics, University of California, Berkeley, 2003

## Testimony Experience

Report filed on and testimony given on December 4, 2012, *In the Matter of Act 111 Interest Arbitration Between Commonwealth of Pennsylvania and Pennsylvania State Troopers Association*

Report filed on February 15, 2013, and deposed on March 13, 2013, *In re: City of Stockton, California, Debtor*, U.S. Bankruptcy Court, Eastern District of California,

Report filed on March 13, 2015 and deposed on May 13, 2015, *Securities and Exchange Commission v. James V. Mazzo and David L. Parker*, U.S. District Court for the Central District of California

Report filed on July 7, 2015, *Douglas O'Connor, et. al., v. Uber Technologies, Inc.*, U.S. District Court for the Northern District of California

## Scholarship on Sampling and Other Statistical Methodologies

New Evidence on the Finite Sample Properties of Propensity Score Matching and Reweighting Estimators (with Matias Busso and John DiNardo)
*Review of Economics and Statistics*, Volume 96, Number 5, December 2014

Incomes in South Africa Since the Fall of Apartheid (with Murray Leibbrandt and James Levinsohn)
*Journal of Globalization and Development*, Volume 1, Issue 1, January 2010

Manipulation of the Running Variable in the Regression Discontinuity Design: A Density Test
*Journal of Econometrics*, Volume 142, Issue 2, February 2008

## Scholarship on Labor Economics

The Effect of Female Education on Fertility and Infant Health: Evidence from School Entry Laws Using Exact Date of Birth (with Heather Royer)
 *American Economic Review*, Volume 101, Number 1, February 2011

The Effect of Court-Ordered Hiring Quotas on the Composition and Quality of Police
 *American Economic Review*, Volume 97, Number 1, March 2007

The Deterrence Effect of Prison: Dynamic Theory and Evidence (working paper, 2009) (with David S. Lee)

Dynamic Perspectives on Crime
 in *Handbook of the Economics of Crime*, Chapter 4, Edward Elgar, 2010

Using Electoral Cycles in Police Hiring to Estimate the Effect of Police on Crime: Comment
 *American Economic Review*, Volume 92, Number 4, September 2002

## Scholarship on Risk

Are U.S. Cities Underpoliced? Theory and Evidence (with Aaron Chalfin)
 Conditional acceptance, *Review of Economics and Statistics*

Do Sexually Violent Predator Laws Violate Double Jeopardy or Substantive Due Process: An Empirical Inquiry (with Tamara Lave)
 *Brooklyn Law Review*, Volume 78, Summer 2013, Number 4, 1391–1439

General Equilibrium Effects of Prison on Crime: Evidence From International Comparisons (with Sarath Sanga)
 *Cato Papers on Public Policy*, Volume 2, 2012

*Controlling Crime: Strategies and Tradeoffs* (co-edited with Phil Cook and Jens Ludwig), Chicago: University of Chicago Press, 2011.

## Scholarship on Competition

Measuring Benchmark Damages in Antitrust Litigation (with Daniel L. Rubinfeld)
 *Journal of Econometric Methods*, Volume 3, January 2014

## Scholarship on Finance

Shall We Haggle in Pennies at the Speed of Light or in Nickels in the Dark? How Minimum Price Variation Regulates High Frequency Trading and Dark Liquidity (working paper, 2015, with Robert Bartlett)

Dark Trading at the Midpoint: Pricing Rules, Order Flow, and Price Discovery (working paper, 2015, with Robert Bartlett)

## Other Scholarship

Comment on "Free to Punish? The American Dream and the Harsh Treatment of Criminals", by Rafael di Tella and Juan Dubra
 *Cato Papers on Public Policy*, Volume 1, 2011

Following Germany's Lead: Using International Monetary Linkages to Estimate the Effect of Monetary Policy on the Economy (with Julian di Giovanni and Till von Wachter)
 *Review of Economics and Statistics*, Volume 91, Number 2, May 2009

## Other Activities

2009–2014  Co-Director, *Law and Economics Program*, University of California, Berkeley

2008–  Co-Director (with Phil Cook and Jens Ludwig), *Crime Working Group*, National Bureau of Economic Research

## Courses Taught

*Berkeley*

2014-2015  Law 250: Business Associations (Fall); Law 250S: Business Associations (Summer)

2013-2014  Law 250S: Business Associations (Summer)

2012-2013  Law 250: Business Associations (Fall); Law 250S: Business Associations (Summer); Law 209.3: Introductory Statistics (Fall)

2011-2012  Law 250: Business Associations (Fall); Law 250S: Business Associations (Summer); Law 209.3: Introductory Statistics (Fall); Law 251.31: Introduction to Law, Economics, and Business (Spring); Legal Studies 145: Law and Economics I (undergraduate)

2010-2011  Law 250: Business Associations (Fall); Law 250S: Business Associations (Summer); Law 216: Law and Economics Workshop (Fall and Spring); Legal Studies 145: Law and Economics I (undergraduate); Law 209.6: Topic in Quantitative Methods (JSP); Econ 250C: Labor Economics (graduate, shared course with 209.6)

2009–2010  Law 216: Law and Economics Workshop (Fall and Spring); Law 209.32: Quantitative Methods II (JSP)

2008–2009  Legal Studies 145: Law and Economics I (undergraduate); Law 209.3: Quantitative Methods I (JSP); Law 209.32: Quantitative Methods II (JSP)

2007–2008  Legal Studies 145: Law and Economics I (undergraduate); Law 209.3: Quantitative Methods I (JSP)

*Michigan*

Introduction to Quantitative Methods (policy), First Econometrics Field Course (economics), Advanced Economic Theory (policy)

## Grants and Fellowships

2007–2010  NIH, Constructive Proposals for Dealing With Attrition (with John DiNardo)

2009  Committee on Research, Junior Faculty Research Grant, UC Berkeley

2006–2009  NIH, The Effect of Female Education on Fertility and Infant Health (with Heather Royer, Grant # R03 HD051713)

2006–2011  NSF, New Instrumental Variables Estimates of the Effects of Schooling and Military Service: Empirical Strategies Using Non-Public-Use Data (with Josh Angrist and Stacey Chen)

2005  RWJ Foundation Health and Society Scholars Program, Small Grant Program

2004  Rackham Interdisciplinary Grant, University of Michigan

2004  CLOSUP Grant, University of Michigan

2004  National Poverty Center Grant, University of Michigan

2002–2003  Chancellor's Dissertation Year Fellowship, UC Berkeley

## Presentations

Prior to 2007–2008, presentations are at departments of economics, unless otherwise noted

2002–2003  University of California, San Diego; University of California, Los Angeles; RAND Institute; University of Chicago, Graduate School of Business; University of Chicago, Harris School of Public Policy; University of Michigan, Ford School of Public Policy; Columbia University; Dartmouth College; Federal Reserve Bank of New York; Boston University

2003–2004  University of Michigan; APPAM; NBER Labor Studies Meeting (Fall); Massachusetts Institute of Technology; Harvard University, Kennedy School; University of California, Los Angeles; University of California, San Diego; Columbia University; University of California, Berkeley; NBER Summer Institute, Monetary Policy; NBER Summer Institute, Labor Studies

2004–2005  Federal Reserve Bank of Chicago; University of Illinois, Urbana-Champaign; University of Michigan, William Davidson Institute; University of Maryland; Urban Institute; American Economics Association Meetings; City University of New York Health Economics Seminar; University of Wisconsin, Madison; Stanford University; University of California, Davis; University of California, Berkeley, Labor Lunch; NBER Summer Institute, Education/Labor Studies

2005–2006  University of Michigan; University of California, Irvine; University of California, Santa Barbara; University of California, Santa Cruz; California State University, Long Beach; University of Western Ontario; University of Toronto; University of Illinois, Chicago; University of Chicago, Graduate School of Business; APPAM; University of Florida; University of California, Berkeley, School of Law; Princeton University; RAND; Hebrew University (conference in honor of Reuben Gronau); Stanford University, University of Wisconsin, Madison; Northwestern University; Crime and Economics Summer Workshop, University of Maryland

2006–2007  University of Michigan, Program in Survey Methodology; Public Policy Institute of California; Brown University

2007–2008  Northwestern University, School of Law; University of Michigan, Department of Economics; National Bureau of Economic Research, Summer Institute; Florida State University

2008–2009  University of California, Los Angeles, School of Law; University of Arizona, School of Law and Department of Economics; Stanford University, School of Law and Department of Economics; University of Miami, Department of Economics

2009–2010  University of Chicago, School of Law; Cornell University, School of Law and Department of Economics; University of Michigan, School of Law and Department of Economics; University of Virginia, School of Law, Olin Conference

2010–2011  Northwestern, School of Law; University of Wisconsin, Department of Economics; Brookings Institution; Cato Institute

2011–2012  University of Oregon, Department of Economics; University of British Columbia, Department of Economics; University of Rochester, Department of Economics; Cato Institute; National Bureau of Economic Research, Summer Institute; Harvard Law School

2012–2013  University of California, Los Angeles, School of Law

2013–2014  University of Southern California, School of Law; London School of Economics; Bank of Spain; CEMFI; Carlos III; University of Zaragoza; University of Rotterdam; University of Maastricht; University of Götenborg

2014–2015  Duke University; Federal Reserve Bank of New York; Equal Employment Opportunity Commission (EEODataNet); American Law and Economics Association (discussant); New York University (NYU / Penn Law and Finance Conference); National Bureau of Economic Research, Summer Institute (discussant); Goldman Sachs; University of California, Berkeley, School of Law (expected); Univeristy of Virginia, School of Law (expected)