# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## DECLARATION OF FELICIA H. ELLSWORTH IN SUPPORT OF EMERGENCY MOTION FOR PROTECTIVE ORDER AND A TEMPORARY STAY OF DEPOSITIONS

I, Felicia H. Ellsworth, hereby state under oath:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court, and am a partner at the firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am one of the attorneys representing the Defendant President and Fellows of Harvard College ("Harvard") in the above-captioned matter. I submit this declaration in connection with the Emergency Motion of Defendant President and Fellows of Harvard College to Stay Depositions.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the amended deposition notice for former Harvard employee Caroline Weaver.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the subpoena to testify at a deposition for Ms. Weaver.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the deposition notice for Harvard employee Tia Ray.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September, 2015.

                                                */s/ Felicia H. Ellsworth*
                                                Felicia H. Ellsworth (BBO #665232)
                                                WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                60 State Street
                                                Boston, MA 02109
                                                Tel: (617) 526-6687
                                                Fax: (617) 526-5000
                                                felicia.ellsworth@wilmerhale.com

Dated: September 30, 2015             *Counsel for Defendant President and*
                                                *Fellows of Harvard College and Former Employee*
                                                *Caroline Weaver*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on September 30, 2015.

                                              /s/ Felicia H. Ellsworth
                                              Felicia H. Ellsworth