# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:14-cv-14176 |
| ) | |
| PRESIDENT AND FELLOWS OF HARVARD ) | |
| COLLEGE (HARVARD CORPORATION) ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEPONENT**      **Caroline Weaver, Admissions Officer**

**DATE:**          **October 9, 2015**

**TIME:**          **9:00 AM**

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure Plaintiff, Students for Fair Admissions, Inc., will take the testimony on oral examination of Caroline Weaver, Admissions Officer. This deposition will be taken at the time set forth above before a Notary Public of the Commonwealth of Massachusetts, and thereafter from day to day as the taking of the deposition may be adjourned, at the offices of **Burns & Levinson, LLP, 125 Summer Street, Boston, MA 02110** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

STUDENTS FOR FAIR ADMISSIONS, INC.

By its Attorneys,

Date: September 29, 2015

Paul M. Sanford (BBO #566318)
Benjamin C. Caldwell (BBO #675061)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8330
psanford@burnslev.com
bcaldwell@burnslev.com


Patrick Strawbridge (BBO # 678274)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

William S. Consovoy
Thomas R. McCarthy
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 243-4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
mike@consovoymccarthy.com
(admitted *pro hac vice*)

## CERTIFICATION

I hereby certify that on this 29th day of September, 2015, a true copy of the foregoing was mailed, postage pre-paid, to:

O'Brien & Levine
 Court Reporting Services
195 State Street
Boston, MA 02109

Felicia H. Ellsworth, Esq.
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109

Seth P. Waxman, Esq.
Paul R.Q. Wolfson, Esq.
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006

Debo P. Adegbile, Esq.
WILMER CUTLER PICKERING HALE
 AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007



4834-8156-2153.1

3