IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## DECLARATION OF PATRICK STRAWBRIDGE

Patrick Strawbridge, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am an individual over twenty-one years of age, and of sound mind, who has never been convicted of a felony, is capable of making this declaration, and am fully competent to declare as to matters stated herein.

2. I am an attorney for the Plaintiff in this action, Students for Fair Admissions, Inc. ("SFFA").

3. I make this Declaration in connection with SFFA's opposition to the Emergency Motion for a Protective Order filed on September 31 by Defendant President and Fellows of Harvard College (Harvard Corporation) ("Harvard").

4. Attached hereto as Exhibit 1 is a true and correct copy of an email exchange I had with counsel for Harvard regarding the availability of Caroline Weaver for a deposition in this matter.

1

5. Attached hereto as Exhibit 2 is a true and correct copy of an email exchange I had with counsel for Harvard regarding the filing of its Emergency Motion for a Protective ORDER.

6. Attached hereto as Exhibit 3 is a true and correct copy of the parties' joint stipulation in *Students for Fair Admissions, Inc. v. University of North Carolina-Chapel Hill, et al.*, No. 1:14-CV-954 (M.D. N.C.) (Dkt. No. 64).

7. Attached hereto as Exhibit 4 is a true and correct copy of the parties' joint stipulation in *Students for Fair Admissions, Inc. v. University of North Carolina-Chapel Hill, et al.*, No. 1:14-CV-954 (M.D. N.C.) (Dkt. No. 59).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, October 1, 2015.

                                            s/ Patrick Strawbridge_____

                                            Patrick Strawbridge