AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:14-cv-14176-ADB |
| President and Fellows of Harvard College ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College    .

Date:  06/17/2016

/s/ William F. Lee
*Attorney's signature*

William F. Lee, No. 291960
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

william.lee@wilmerhale.com
*E-mail address*

(617) 526-6556
*Telephone number*

(617) 526-5000
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on June 17, 2016 will be sent electronically to all counsel of record via the CM/ECF system.

<u>/s/ William F. Lee</u>
William F. Lee
