UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION)<br><br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF APPEARANCE

  Pursuant to the United States District Court for the District of Massachusetts Local Rule 83.5.2(a), undersigned counsel hereby gives notice of his appearance as counsel for *Amici Curiae*, M.B., K.C., Y.D., G.E., A.G., I.G., R.H., J.L., R.S., Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, and Keyanna Wigglesworth, granted leave to participate in this action per this Court's order dated June 15, 2015.

                    Respectfully Submitted,

                    <u>/s/ Matthew M. Cregor</u>
                    Matthew M. Cregor, BBO # 673785
                    LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                    AND ECONOMIC JUSTICE
                    294 Washington St. Suite 443
                    Boston, MA 02108
                    Tel: (617) 988-0609
                    mcregor@lawyerscom.org
                    Attorney for *Amici Curiae*, M.B., K.C., Y.D., G.E.,
                    A.G., I.G., R.H., J.L., R.S., Sarah Cole, Fadhal
                    Moore, Arjini Kumari Nawal, Itzel Vasquez-
                    Rodriguez, and Keyanna Wigglesworth

**CERTIFICATE OF SERVICE**

      In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on July 11, 2016 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                     /s/ Matthew M. Cregor  
                                                   Matthew M. Cregor