## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

               Plaintiff,

     v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION),

               Defendant.

Civil Action No. 1:14-cv-14176-ADB

## DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANT'S UNREDACTED LETTER REGARDING DISCOVERY OF SFFA

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Defendant President and Fellows of Harvard College ("Harvard") hereby moves this Court for an order sealing the unredacted version of a letter from Harvard to the Court (the "Letter") providing additional information regarding Harvard's motion to reconsider the Court's prior ruling on written discovery of SFFA and seeking clarification concerning the scope of that ruling. This letter discusses information, including the identities of the individuals on whose behalf SFFA asserts standing, that SFFA has designated as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 55).

Harvard is delivering to the Court an unredacted courtesy copy of the Letter in a sealed envelope. Harvard requests that the document subject to this Motion be impounded until further order of the Court. In the event the Court has not previously ordered otherwise, Harvard's submission should be returned to its undersigned counsel upon resolution of this matter. Pursuant to Local Rule 7.1(a)(2), SFFA was made aware of this motion and assents to it.

1

WHEREFORE, Harvard respectfully requests that the Court grant this motion and allow Harvard's unredacted Letter to be filed under seal and to be viewed only by the Judge, her clerk(s), and Court personnel.

Respectfully submitted,


*/s/ Felicia H. Ellsworth*
Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

William F. Lee (BBO #291960)
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com

Dated: July 19, 2016          *Counsel for Defendant President and*
                              *Fellows of Harvard College*

2

## <u>CERTIFICATE OF CONFERENCE</u>

In accordance with Local Rule 7.1(a), I hereby certify that Students for Fair Admissions' counsel was made aware of this motion before it was filed and assents to Harvard's request to file its unredacted Letter under seal.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.  The attachment to this motion was delivered to the Court in a sealed envelope.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

**EXHIBIT 1**

Attachment To Be Filed Pending

Proposed Motion to File Under Seal