IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**PLAINTIFF'S MOTION TO IMPOUND
REPLY TO HARVARD'S JULY 19, 2016 LETTER**

Pursuant to Local Rule 7.2 and this matter's Stipulated Protective Order (Dkt. No. 55), Plaintiff, Students for Fair Admissions, Inc. ("SFFA"), hereby brings this motion to give this Honorable Court the option to impound SFFA's July 20, 2016 letter to Judge Burroughs ("Letter") which replies to the letter filed under seal by Defendant, the President and Fellows of Harvard College ("Harvard") on July 19, 2016. The Letter contains information that has been designated by Harvard as "protected material" under the Stipulated Protective Order. This motion is brought in reaction to Harvard's designations. SFFA will be hand-delivering an unredacted courtesy copy of the Letter to Judge Burroughs in a sealed envelope as well as emailing a copy to Judge Burroughs' courtroom clerk.

WHEREFORE, SFFA respectfully submits this motion, which gives the Court the option to allow the Letter to be impounded until further order of the Court and to be viewed only by the Judge, her clerk(s), and Court personnel.

Respectfully submitted,

By: /s/ Benjamin C. Caldwell
    Benjamin C. Caldwell

| | |
|---|---|
| Paul M. Sanford BBO #566318<br>Benjamin C. Caldwell BBO #675061<br>BURNS & LEVINSON LLP<br>One Citizens Plaza, Suite 1100<br>Providence, RI 02903<br>Tel: 617-345-3000<br>Fax: 617-345-3299<br>psanford@burnslev.com<br>bcaldwell@burnslev.com | William S. Consovoy<br>Thomas R. McCarthy<br>Michael H. Park<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>Tel: 703-243-4923<br>Fax: 703.243.4923<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>park@consovoymccarthy.com<br>mike@consovoymccarthy.com |
| Dated: July 20, 2016 | Patrick Strawbridge BBO #678274<br>CONSOVOY MCCARTHY PARK PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>Tel: 617-227-0548<br>patrick@consovoymccarthy.com<br><br>*Counsel for Plaintiff Students for Fair Admissions, Inc.* |

## CERTIFICATE OF CONFERENCE

In accordance with Local Rules 7.1(a), I hereby certify that this motion is brought in reaction to Harvard's designation of certain database fields and other information as "protected material" under the Stipulated Protected Order.

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document was filed through the Court's ECF system on July 20, 2016 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.  A courtesy copy of the unredacted Letter referenced herein is being hand-delivered and emailed to the Court; a copy is also being provided to opposing counsel.

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell

4843-0706-9237.1