UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5.3, Defendant President and Fellows of Harvard College moves that Daniel Winik of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, D.C. 20006, be permitted to appear *pro hac vice* (in association with the undersigned) to represent it in this matter.

1. Mr. Winik is associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  He is a member in good standing of the District of Columbia Bar and the Maryland Bar, as well as the bars of the U.S. Supreme Court and the U.S. Courts of Appeals for the First Circuit, Second Circuit, Ninth Circuit, Tenth Circuit, Eleventh Circuit, and District of Columbia Circuit.  There are no disciplinary proceedings pending against Mr. Winik in any jurisdiction.

2. Mr. Winik is familiar with the rules of this Court.

3. Ms. Ellsworth is a member in good standing of the bar of this Court and will continue to represent President and Fellows of Harvard College in this action.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6687
Fax:  (617) 526-5000
felicia.ellsworth@wilmerhale.com
Dated: August 30, 2016

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), the undersigned conferred with counsel for Plaintiff on August 30, 2016, and Plaintiff assents to this motion.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>      Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**CERTIFICATION OF DANIEL WINIK
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Daniel Winik certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admission and have personal knowledge of the facts stated herein.

2. I am associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, D.C. 20006.

3. Defendant President and Fellows of Harvard College has asked that I be admitted *pro hac vice* to appear in this matter on its behalf.

4. I am a member in good standing of the District of Columbia Bar and the Maryland Bar, as well as the bars of the U.S. Supreme Court and the U.S. Courts of Appeals for the First Circuit, Second Circuit, Ninth Circuit, Tenth Circuit, Eleventh Circuit, and District of Columbia Circuit.

5. There are no disciplinary proceedings pending against me in any jurisdiction, and I have not had any *pro hac vice* admission to this Court revoked.

6. I am familiar with and will comply with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 30th day of August 2016.

/s/ Daniel Winik
Daniel Winik
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6922
Fax: (202) 663-6363
daniel.winik@wilmerhale.com