UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. | * * * | |
| Plaintiff, | * * | |
| v. | * * | 14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION) | * * * * | |
| Defendant. | * | |

## AMENDED SCHEDULING ORDER

BURROUGHS, D.J.

This Amended Scheduling Order is intended to provide a reasonable timetable for discovery in order to help ensure a fair and just resolution of this matter without undue expense or delay. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED as follows.

1. All motions to amend the pleadings pursuant to FRCP 15, 19, and 20 shall be filed by September 15, 2016, after which further amendments will not be permitted without leave of court.

2. All fact discovery shall be completed by June 20, 2017.

3. Plaintiff's experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by August 4, 2017.

4. Defendant's experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by September 18, 2017.

1

2

5.      Plaintiff's rebuttal expert reports shall be disclosed by October 18, 2017. Defendant's rebuttal expert reports shall be disclosed by November 17, 2017.

6.      All expert discovery, including expert depositions, shall be completed by January 16, 2018.

7.      All dispositive motions under Fed. R. Civ. P. 56 shall be filed by March 2, 2018. Opposition briefs shall be filed within 45 days after service of the dispositive motion. Reply briefs shall be filed within 30 days after service of the opposition brief.

**SO ORDERED.**

Dated: September 1, 2016

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE