# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

        Plaintiff,

    v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE (HARVARD
CORPORATION),

        Defendant.

Civil Action No.
1:14-cv-14176-ADB

## DECLARATION OF WILLIAM S. CONSOVOY

1.      I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia. I am a partner at Consovoy McCarthy Park PLLC. I am one of the attorneys representing Plaintiff Students for Fair Admissions, Inc. ("SFFA") in the above-captioned matter. I submit this declaration in support of SFFA's Opposition to Harvard's Motion for Judgment on the Pleadings on Counts IV and VI.

2.      Attached hereto as Exhibit A is a true and accurate copy of excerpts of the Deposition of Marlyn Elizabeth McGrath, dated June 18, 2015, and filed under seal.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, October 21, 2016.

/s/ William S. Consovoy

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
Tel: 703.243.4923
Fax: 703.243.4923
will@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ William S. Consovoy

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard
Suite 700
Arlington, Virginia 22201
Tel: 703.243.4923
Fax: 703.243.4923
will@consovoymccarthy.com