# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS IV AND VI

Pursuant to Local Rule 7.1(b)(3), Defendant President and Fellows of Harvard College ("Harvard") respectfully seeks leave of the Court to submit a reply memorandum in support of its Motion for Judgment on the Pleadings on Counts IV and VI (Dkt. 185). Pursuant to Local Rule 7.1(a)(2), SFFA has stipulated that it assents to this motion. *See* Dkt. 196.

A reply memorandum is warranted because in its Opposition (Dkt. 202), Plaintiff Students for Fair Admissions, Inc. ("SFFA") makes several assertions of law that require a response. First, SFFA mischaracterizes the law regarding the Court's ability to grant a motion for judgment on the pleadings directed to certain counts of the complaint. Second, SFFA mischaracterizes the relevant Supreme Court opinions as they relate to its claims in Count IV. Third, in its effort to avoid judgment on Count VI, SFFA makes wide-ranging new arguments regarding the scope of injunctive relief that it seeks and the discovery to which it is allegedly entitled.

WHEREFORE, Harvard respectfully requests that the Court grant its motion for leave to file a reply in support of its Motion for Judgment on the Pleadings on Counts IV and VI.

Respectfully submitted,

*/s/ Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

William F. Lee (BBO #291960)
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Fax: (617) 526-5000
william.lee@wilmerhale.com
felicia.ellsworth@wilmerhale.com

Dated: November 3, 2016

*Counsel for Defendant President and Fellows of Harvard College*

2

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Harvard hereby certifies that SFFA assented to this motion by stipulation. *See* Dkt. 196.

/s/ Seth P. Waxman
Seth P. Waxman

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Seth P. Waxman
Seth P. Waxman