# **EXHIBIT E**



# Join the FIGHT FOR FREEDOM
## *DURING OUR MEMBERSHIP CAMPAIGN*

Membership is the life-blood of the NAACP. We depend on our members' generosity to insure the NAACP's independence. We depend on you to keep the flames of freedom burning bright!

## 1 MEMBER INFORMATION *(please print clearly)*

☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Miss  ☐ Other _____  Date _____

First Name _____  M.I. ____  Last Name _____

Address _____  Apt./Suite _____

City _____  State ____  Zip _____

Unit Affiliation _____  Current Membership No. *(if renewal)* _____

Phone No. ____-____-____  Email Address _____

Are You A Registered Voter?  ☐ Yes  ☐ No    Solicitor's Name _____

Campaign _____

## 2 MEMBERSHIP TYPE *(please check one)*

| REGULAR ANNUAL MEMBERSHIP | LIFETIME MEMBERSHIP |
|---|---|
| ☐ **Regular Adult** *(Ages 21 & older)* . . . . . . . . . . . . . . . $30* | ☐ **Junior Life** *(Payable in annual installments of $25 or more)* . . . . . . $100** <br> (Ages 13 & under) ___/___/___ Date of Birth |
| ☐ **Youth with Crisis Magazine** *(Ages 20 & under)* . . .$15* | ☐ **Bronze Life** *(Payable in annual installments of $50 or more)* . . . .$400** <br> (Ages 14-20) ___/___/___ Date of Birth |
| ☐ **Youth without Crisis Magazine** *(Ages 17 & under)* .$10 | ☐ **Silver Life** *(Payable in annual installments of $75 or more)* . . . . .$750** |
| ☐ **Annual Corporate** . . . . . . . . . . . . . . . . . . . . . .$5,000* | ☐ **Gold Life** *(Payable in installments of $150 or more)* . . . . . . . .$1,500** <br> Only available to Silver or Regular Life Members |
| * Includes a 1-year subscription to The CRISIS Magazine <br><br> ** Fully-paid Life Memberships include a 10-year subscription to The CRISIS Magazine <br><br> $6.00 per year of the membership fee will be applied toward your subscription to THE CRISIS | ☐ **Diamond Life** *(Payable in installments of $250 or more)* . . . . .$2,500** <br> Only available to Gold or Golden Heritage Life Members |

## 3 PAYMENT

Amount Paid $ _____    ☐ MasterCard    ☐ VISA    ☐ American Express    ☐ Cash

Credit Card Number _____    ☐ Check *(checks and money orders should be made payable to: NAACP)*

Name as it Appears on Card _____  Expiration Date _____

Authorized Signature _____    **Or Pay by Credit Card Online at: www.NAACP.org**

# THANK YOU FOR YOUR SUPPORT