AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc.<br>*Plaintiff*<br>v.<br>President and Fellows of Harvard College<br>*Defendant* | )<br>)<br>) Case No. 1:14-cv-14176-ADB<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College.

Date: 02/08/2017

/s/ Elizabeth Mooney
*Attorney's signature*

Elizabeth Mooney, No. 679522
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

elizabeth.mooney@wilmerhale.com
*E-mail address*

(617) 526-6552
*Telephone number*

(617) 526-5000
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on February 8, 2017 will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Elizabeth C. Mooney
Elizabeth C. Mooney

ActiveUS 160908031v.1