IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**PLAINTIFF'S ASSENTED-TO MOTION TO FILE UNDER SEAL
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE
ORDER AND TO QUASH DEPOSITION NOTICES**

Pursuant to Local Rule 7.2 and this matter's Stipulated Protective Order (Dkt. No. 55), Plaintiff, Students for Fair Admissions, Inc. ("SFFA"), hereby brings this assented-to motion seeking an order to file under seal its reply in support of its motion for a protective order and to quash the depositions of two of SFFA's officers–a reply that SFFA soon will be filing.  This Court granted SFFA leave to file its reply on April 10, 2017 (Dkt. No. 279).  Like the original motion, the reply will contain information that has been designated as Confidential and/or Highly Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order.  To comply with those designations, SFFA requests an order that allows the reply and all accompanying exhibits to be filed under seal in their entirety.  Pursuant to Local Rule 7.1(a)(2), Defendant was aware of this motion and assents to it.

WHEREFORE, SFFA respectfully requests that the Court grant this motion and allow the reply and all accompany exhibits to be filed under seal until further order of the Court and to be viewed only by the Judge, her clerk(s), and Court personnel.

1

Respectfully submitted,

By: /s/ Benjamin C. Caldwell

| | |
|---|---|
| Paul M. Sanford BBO #566318<br>Benjamin C. Caldwell BBO #675061<br>BURNS & LEVINSON LLP<br>One Citizens Plaza, Suite 1100<br>Providence, RI 02903<br>Tel: 617-345-3000<br>Fax: 617-345-3299<br>psanford@burnslev.com<br>bcaldwell@burnslev.com | William S. Consovoy<br>Thomas R. McCarthy<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>Tel: 703-243-4923<br>Fax: 703.243.4923<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>park@consovoymccarthy.com<br>mike@consovoymccarthy.com<br><br>Patrick Strawbridge BBO #678274<br>CONSOVOY MCCARTHY PARK PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>Tel: 617-227-0548<br>patrick@consovoymccarthy.com<br><br>Michael H. Park<br>CONSOVOY MCCARTHY PARK PLLC<br>2 Columbus Circle, 15th Floor<br>New York, NY 10024<br>Tel.: 212.247.8006<br>park@consovoymccarthy.com |
| Dated: April 10, 2017 | *Counsel for Plaintiff SFFA* |

2

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a), I hereby certify that Defendant's counsel was made aware of this motion before it was filed and assents to the relief requested therein.

/s/ Benjamin C. Caldwell

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Benjamin C. Caldwell

4849-3669-1526.1