## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STUDENTS FOR FAIR ADMISSIONS, INC.,

                Plaintiff,

    v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE (HARVARD CORPORATION),

                Defendant.

Civil Action No. 1:14-cv-14176-ADB

## PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY
## MEMORANDA IN SUPPORT OF ITS TWO PENDING MOTIONS TO COMPEL

Pursuant to Local Rule 7.1(b)(3), Plaintiff, Students for Fair Admissions, Inc. ("SFFA"),

respectfully moves for leave to submit reply memoranda in support of (1) SFFA's Motion to

Compel Production of Unredacted Documents ("Unredacted Documents Motion") and (2)

SFFA's Renewed Motion to Compel Production of Application Files ("Application Files

Motion").[1]

A reply memorandum for each of these pending motions is warranted to address certain

assertions and arguments in Defendant's oppositions which require a response.  Pursuant to

Local Rule 7.1(a)(2), Defendant was made aware of this motion and assents to it.  If this motion

is granted, SFFA shall submit its reply memoranda by May 1, 2017.

WHEREFORE, SFFA respectfully requests that the Court grant its motion for leave to

file reply memoranda in support of the Unredacted Documents Motion and Application Files

Motion.

---

[1] Both underlying motions to compel (including SFFA's accompanying memoranda) were filed
under seal on April 10, 2017, per court order (Dkt. 279). Harvard's oppositions to each motion
were also filed under seal on April 24, 2017, per court order (Dkt. 293).

Respectfully submitted,

By: /s/ Benjamin C. Caldwell

Paul M. Sanford BBO #566318
Benjamin C. Caldwell BBO #675061
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: 617-345-3000
Fax: 617-345-3299
psanford@burnslev.com
bcaldwell@burnslev.com

William S. Consovoy
Thomas R. McCarthy
Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: 703-243-4923
Fax: 703.243.4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Dated: April 26, 2017

Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(a)(2), I hereby certify that Defendant's counsel was made aware of this motion before it was filed and assents to the relief requested therein.

/s/ Benjamin C. Caldwell

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Benjamin C. Caldwell

4842-7483-5015.1