IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**PLAINTIFF'S ASSENTED-TO MOTION TO FILE UNDER SEAL
PLAINTIFF'S LETTER MOTION REGARDING SUMMARY SHEETS**

Pursuant to Local Rule 7.2 and this matter's Stipulated Protective Order (Dkt. No. 55), Plaintiff, Students for Fair Admissions, Inc. ("SFFA"), hereby brings this assented-to motion seeking an order to file under seal a letter motion seeking relief relating to the production of Defendant's application summary sheets.  This letter motion contains information that has been designated by Defendant as Confidential and/or Highly Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order.  To comply with Defendant's designations, SFFA requests an order that allows the letter motion to be filed under seal in its entirety.  If extensive redactions do not have to be made, SFFA will also file a redacted version of the letter motion on the public docket.  Pursuant to Local Rule 7.1(a)(2), Defendant was aware of this motion and assents to it.

WHEREFORE, SFFA respectfully requests that the Court grant this motion and allow the letter motion to be filed under seal until further order of the Court and to be viewed only by the Judge, her clerk(s), and Court personnel.

Respectfully submitted,

By: /s/ Benjamin C. Caldwell

| | |
|---|---|
| Paul M. Sanford BBO #566318 | William S. Consovoy |
| Benjamin C. Caldwell BBO #675061 | Thomas R. McCarthy |
| BURNS & LEVINSON LLP | J. Michael Connolly |
| One Citizens Plaza, Suite 1100 | CONSOVOY MCCARTHY PARK PLLC |
| Providence, RI 02903 | 3033 Wilson Boulevard, Suite 700 |
| Tel: 617-345-3000 | Arlington, Virginia 22201 |
| Fax: 617-345-3299 | Tel: 703-243-4923 |
| psanford@burnslev.com | Fax: 703.243.4923 |
| bcaldwell@burnslev.com | will@consovoymccarthy.com |
| | tom@consovoymccarthy.com |
| | park@consovoymccarthy.com |
| | mike@consovoymccarthy.com |
| | |
| | Patrick Strawbridge BBO #678274 |
| | CONSOVOY MCCARTHY PARK PLLC |
| | Ten Post Office Square |
| | 8th Floor South PMB #706 |
| | Boston, MA 02109 |
| | Tel: 617-227-0548 |
| | patrick@consovoymccarthy.com |
| | |
| | Michael H. Park |
| | CONSOVOY MCCARTHY PARK PLLC |
| | 2 Columbus Circle, 15th Floor |
| | New York, NY 10024 |
| | Tel.: 212.247.8006 |
| | park@consovoymccarthy.com |

Dated: August 7, 2017                                   *Counsel for Plaintiff SFFA*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a), I hereby certify that Defendant's counsel was made aware of this motion before it was filed and assents to the relief requested therein.

/s/ Benjamin C. Caldwell

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Benjamin C. Caldwell

4852-3147-5276.1