UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

Plaintiff Students for Fair Admissions, Inc. ("SFFA") and Defendant President and Fellows of Harvard College ("Harvard") hereby jointly move this Court for entry of an amended scheduling order.

The Court recently ordered the production of additional materials by Harvard in this case. Dkt. 362. To accommodate the production of materials responsive to that and prior orders of the Court, the parties jointly seek an order revising portions of the expert discovery schedule—but not the dispositive motion schedule—reflected in the Court's prior order of June 27, 2017. Dkt. 335.:

1. Plaintiff's experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by October 16, 2017.

2. Defendant's experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by December 15, 2017.

3. Plaintiff's rebuttal expert reports shall be disclosed by January 29, 2018.

4. Defendant's rebuttal expert reports shall be disclosed by March 15, 2018.

5. All other deadlines shall remain the same as previously ordered by the Court:

    a. Expert discovery, including expert depositions, shall be completed by May 1, 2018.

    b. All dispositive motions under Fed. R. Civ. P. 56 shall be filed by June 15, 2018. Opposition briefs shall be filed by July 30, 2018. Reply briefs shall be filed by August 30, 2018.

SFFA and Harvard respectfully request that the Court enter a revised scheduling order as described above.

                          Respectfully submitted,

| | |
|---|---|
| Paul M. Sanford BBO #566318<br>Benjamin C. Caldwell BBO #675061<br>BURNS & LEVINSON LLP<br>One Citizens Plaza, Suite 1100<br>Providence, RI 02903<br>Tel: 617-345-3000<br>Fax: 617-345-3299<br>psanford@burnslev.com<br>bcaldwell@burnslev.com<br><br><br>Dated: September 20, 2017 | /s/ *Patrick Strawbridge*<br><br>William S. Consovoy<br>Thomas R. McCarthy<br>Michael H. Park<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>Tel: 703-243-4923<br>Fax: 703.243.4923<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>park@consovoymccarthy.com<br>mike@consovoymccarthy.com<br><br>Patrick Strawbridge BBO #678274<br>CONSOVOY MCCARTHY PARK PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>Tel: 617-227-0548<br>patrick@consovoymccarthy.com<br><br>*Counsel for Plaintiff Students for Fair Admissions, Inc.* |

2

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Elizabeth Mooney (BBO #679522)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
william.lee@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Dated: September 20, 2017

*Counsel for Defendant President and Fellows of Harvard College*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a)(2), I hereby certify that Harvard joins in this motion and consents to the requested relief.

s/ *Patrick Strawbridge*
Patrick Strawbridge

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

s/ *Patrick Strawbridge*
Patrick Strawbridge