# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## STIPULATION TO ENLARGE TIME TO FILE
## AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Plaintiff Students for Fair Admissions, Inc. ("SFFA") and Defendant President and Fellows of Harvard College ("Harvard") have stipulated and agreed to extend Harvard's deadline for submitting an opposition to SFFA's December 22, 2017 Motion to Compel the Production of Documents Withheld or Redacted (the "Motion") to and including Friday, January 19, 2018. The parties have also stipulated and agreed that Harvard will consent to any request by SFFA for leave to file a reply brief in connection with the Motion, to be filed no later than February 2, 2018.

| PRESIDENT AND FELLOWS <br> OF HARVARD COLLEGE | STUDENTS FOR FAIR ADMISSIONS, INC. |
|---|---|
| */s/ Felicia H. Ellsworth* <br> Felicia H. Ellsworth (BBO #665232) <br> William F. Lee (BBO #291960) <br> Andrew S. Dulberg (BBO #675405) <br> Elizabeth Mooney (BBO #679522) <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Tel: (617) 526-6000 <br> Fax: (617) 526-5000 | */s/ Patrick Strawbridge* <br> Patrick Strawbridge BBO #678274 <br> CONSOVOY MCCARTHY PARK PLLC <br> Ten Post Office Square <br> 8th Floor South PMB #706 <br> Boston, MA 02109 <br> Tel: 617-227-0548 <br> patrick@consovoymccarthy.com <br><br> William S. Consovoy <br> Thomas R. McCarthy |

1

felicia.ellsworth@wilmerhale.com
william.lee@wilmerhale.com
andrew.dulberg@wilmerhale.com
elizabeth.mooney@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: 703-243-4923
Fax: 703.243.4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com


Paul M. Sanford BBO #566318
Benjamin C. Caldwell BBO #675061
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100 Providence, RI 02903
Tel: 617-345-3000
Fax: 617-345-3299
psanford@burnslev.com
bcaldwell@burnslev.com

Dated: December 27, 2017

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth