UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7.1(b)(4), the parties file this joint motion to extend certain page limits. As the parties prepare to file for summary judgment on or before June 15, 2018, they have reached an agreement to extend the page limits on briefing to provide the Court with a thorough presentation of critical issues.

The parties respectfully request that the following modification of briefing pages be accepted by the Court:

| **Brief** | **Pages** |
|---|---|
| Plaintiff's Memorandum in Support of Motion for Summary Judgment | 45 |
| Defendant's Memorandum in Support of Objection to Plaintiff's Motion for Summary Judgment | 45 |
| Plaintiff's Memorandum in Support of Reply to Defendant's Objection to Plaintiff's Motion for Summary Judgment | 25 |
| Defendant's Memorandum in Support of Motion for Summary Judgment | 45 |
| Plaintiff's Memorandum in Support of Objection to Defendant's Motion for Summary Judgment | 45 |
| Defendant's Memorandum in Support of Reply to Plaintiff's Objection to Plaintiff's Motion for Summary Judgment | 25 |

Wherefore, the parties jointly move that this Court approve the page limits requested herein.

Respectfully submitted,

/s/ *Patrick Strawbridge*
Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

William S. Consovoy
Thomas R. McCarthy
Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: 703-243-4923
Fax: 703.243.4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
125 Summer
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: 617-345-3000
Fax: 617-345-3299
psanford@burnslev.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: June 8, 2018

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth (BBO #665232)
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Elizabeth Mooney (BBO #679522)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
william.lee@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Dated: June 8, 2018               *Counsel for Defendant President and Fellows of Harvard College*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Patrick Strawbridge*
Patrick Strawbridge

4852-4515-8248.1