**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

STUDENTS FOR FAIR ADMISSIONS,
INC.,

          Plaintiff,

    v.                                     Civil Action No. 1:14-cv-14176-ADB

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

          Defendant.

## JOINT SCHEDULING MOTION

On May 23, 2018, the Court ordered the parties to propose a procedure for the Court to determine whether any summary judgment briefing or exhibits filed under seal should remain sealed.  Dkt. 404.  The parties have been meeting and conferring and have narrowed, but not eliminated, the areas of dispute on this topic.  The parties therefore propose the following schedule for briefing these remaining disputes:

      1.      On or before June 15, 2018, each party shall file a motion to seal any materials to be filed in connection with its summary judgment motion that at least one party maintains must be filed under seal.

      2.      For those summary judgment materials that one party maintains must be filed under seal and the other party objects, the party seeking to have any portion of the filings remain under seal shall, by June 22, file a memorandum in support of the sealing of those summary judgment materials.

      3.      The party opposing the sealing of those summary judgment materials shall, by June 29, file an opposition.

2

4.      If the Court believes a hearing would assist it in resolving these disputes, the parties

request a hearing on any motion to seal at the Court's convenience as soon as practicable after

June 29, consistent with the Court's interest in resolving these disputes quickly.

Pursuant to the Court's order, the parties continue to meet and confer in good faith in an

effort to narrow the scope of any confidentiality dispute.

Respectfully submitted,

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO #665232)
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Elizabeth Mooney (BBO #679522)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com
william.lee@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com
daniel.winik@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

*Counsel for Defendant President and Fellows of Harvard College*

/s/ Patrick Strawbridge
Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: 617-227-0548
patrick@consovoymccarthy.com

William S. Consovoy
Thomas R. McCarthy
Michael H. Park
J. Michael Connolly
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Tel: 703-243-4923
Fax: 703.243.4923
will@consovoymccarthy.com
tom@consovoymccarthy.com
park@consovoymccarthy.com
mike@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: 617-345-3000
Fax: 617-345-3299
psanford@burnslev.com
bcaldwell@burnslev.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: June 12, 2018

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.


*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth