# EXHIBIT 22

```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5   STUDENTS FOR FAIR ADMISSIONS, INC.,
 6        Plaintiff,
 7   vs.                                          Case No.
                                             1:14-cv-14176-ADB
 8
     PRESIDENT AND FELLOWS OF HARVARD
 9   COLLEGE (HARVARD CORPORATION),
10        Defendant.
11   _____
12
13
14
15              DEPOSITION OF  ███████
16               Palo Alto, California
17              Monday, July 24, 2017
18
19
20
21
22   Reported By:
23   TAVIA A. MANNING
24   CSR No. 13294, RPR, CLR, CCRR
25
```

1    a member; is that right?
2             MR. PARK:  Objection.
3             THE WITNESS:  Well, around that number.  I
4    can't say it was exactly four or five.
5    BY MS. SANDALS:
6        Q.   So approximately four or five?
7        A.   Yeah.  Yeah.
8        Q.   And you've attended this deposition or you are
9    attending this deposition.
10            Have you had any other involvement in SFFA
11   since becoming a member?
12            MR. PARK:  Objection.
13            THE WITNESS:  I don't believe so.
14   BY MS. SANDALS:
15       Q.   Have you ever participated in a meeting of
16   SFFA's membership?
17       A.   No, I haven't, though I have received invites.
18       Q.   On how many occasions have you received invites
19   for meetings of SFFA's membership?
20       A.   I think two to three.
21       Q.   And were those invitations for the same meeting
22   or for two to three separate meetings?
23       A.   I believe they were for separate meetings.
24       Q.   Do you recall when those meetings took place?
25       A.   No.

1        A.   No, I have not.
2        Q.   Do you know whether Dr. Chen is still a board
3    member of SFFA?
4        A.   No, I don't know that.
5        Q.   Do you know whether SFFA members had the
6    ability to elect either of these board members, Dr. Zhou
7    or Dr. Chen?
8             MR. PARK:  Objection.
9    BY MS. SANDALS:
10       Q.   No, I don't know that.
11            Were you involved in any elections of SFFA
12   board members?
13            MR. PARK:  Objection.
14            I am going to instruct the witness not to
15   answer that question.
16            MS. SANDALS:  On what basis?
17            MR. PARK:  The Court's order from last month
18   saying that the indicia of membership test doesn't apply
19   to SFFA.  So your continued efforts to seek discovery on
20   those very indicia that are not part of this case are
21   not proper.  They're not relevant.  They are in
22   violation of the Court's order and they're harassing.
23            MS. SANDALS:  Mike, I was just trying to
24   clarify if this was a First Amendment or other privilege
25   ground, and that's all you need to say.

Page 65

1       THE WITNESS:  No, I don't believe so.
2  BY MS. SANDALS:
3       Q.  Did you discuss Exhibit 2 with anybody after
4  you received it by e-mail?
5       A.  No, I did not.
6       Q.  Okay.  You can set this document aside.
7           Do you know whether your father has provided
8  input to SFFA?
9       A.  No, I don't know.
10      Q.  Have you donated money to SFFA?
11      A.  I don't believe so.
12      Q.  Has your father donated money to SFFA?
13      A.  I don't know.
14      Q.  ██████, you have completed your first year at
15  ████████████████████████; is that correct?
16      A.  Yes, that is correct.
17      Q.  Do you intend to apply to transfer from ████
18  ████████████████████ to Harvard College?
19      A.  I would do it if Harvard were to end
20  affirmative-action-based admissions.
21      Q.  And you're using affirmative action in the same
22  way you were using it earlier that we've already
23  discussed?
24      A.  Yes.
25      Q.  So if I told you that Harvard was not engaging

Page 73

1           MR. PARK:  Objection.
2           THE WITNESS:  Potentially if Harvard were to
3   end affirmative-action-based admissions.
4   BY MS. SANDALS:
5       Q.  If Harvard continues to use race as one factor
6   of many in its whole-person admissions process, would
7   you apply to transfer to Harvard this coming academic
8   year?
9           MR. PARK:  Objection.
10          THE WITNESS:  I most likely would not.
11  BY MS. SANDALS:
12      Q.  Have you looked into the eligibility
13  requirements for transferring to Harvard College?
14          MR. PARK:  Objection.
15          THE WITNESS:  No, I have not.
16  BY MS. SANDALS:
17      Q.  If I represent to you that you would be
18  ineligible to transfer to Harvard College after this
19  year, would you consider applying to transfer to Harvard
20  this coming year?
21          MR. PARK:  Objection.
22          THE WITNESS:  If I were ineligible, I would not
23  apply to transfer.
24  BY MS. SANDALS:
25      Q.  So if I told you that you would be ineligible

Page 123

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3         That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; that the foregoing transcript is a true
10   record of the testimony given.
11        Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [] was [X] was not requested.
15        I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney of any of the party to this action.
18        IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated: August 3, 2017
22
23   _____
                    TAVIA A. MANNING
24                  CSR No. 13294, RPR, CLR, CCRR
25