# EXHIBIT 50

# universal college application

## First-Year Admissions Application

This form is developed for, and is to be used by, the members of the Universal College Application. All members evaluate this form equally with all other forms accepted by the institution. Please type or print neatly.

College Name _____

I am applying for the term beginning _____

Possible Major _____

Possible Career Plans _____

☐ Regular Decision I     ☐ Early Decision I
☐ Regular Decision II    ☐ Early Decision II
☐ Restrictive Early Action  ☐ Early Action

## payment information

Are you planning to apply for a counselor-approved fee waiver?  ☐ Yes  ☐ No     Are you applying for financial aid?  ☐ Yes  ☐ No

If you are applying for financial aid, then will you file the appropriate forms (FAFSA, CSS Profile, etc.)? _____

## personal information

Please enter your name as it appears on your passport or other official documents.

Legal Name _____  ☐ Male  ☐ Female
         Last (Family)     First     Middle     Suffix (Jr., etc.)

Preferred Name _____   Previous Last Name(s) (if any) _____

Date of Birth _____   Social Security Number (optional) _____
         (mm/dd/yyyy)                                                    (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)

Email _____   Marital Status _____
                                          (Single, Married, etc.)

### permanent address

_____                              _____
Street Address                                              Apt #

_____   _____   _____   _____
City/Town                        State/Province              Country                              Zip/Postal Code

Phone _____                        Alternate Phone _____
      Begin with Area or Country Code                                       Begin with Area or Country Code

Please give your current address for all admission correspondence, if different from above.

### current mailing address

_____                              _____
Street Address                                              Apt #

_____   _____   _____   _____
City/Town                        State/Province              Country                              Zip/Postal Code

Current Mailing Address Phone _____     Current mailing address valid from _____ to _____
                              Begin with Area or Country Code                                       (mm/dd/yyyy)  (mm/dd/yyyy)

### citizenship

Place of Birth _____   _____   _____
              City/Town                         State/Province                   Country

☐ US Citizen          ☐ Dual US citizen, please specify other country of citizenship _____

☐ US permanent resident visa, citizen of _____          Alien registration number _____

☐ Other Citizenship _____
                              Visa

If you live in the United States but are not a US citizen, how many years have you lived in the country? _____

If not English, language spoken in your home _____   If not English, list your first language _____

## ethnicity

Race/Ethnicity information is optional. Information you provide will not be used in a discriminatory manner.

Are you Hispanic or Latino?   ☐ Yes   ☐ No   (country of family's origin _____ )

How would you describe your racial background? (select one or more of the following categories)

☐ Asian  (country of family's origin _____ )
☐ Black or African American
☐ American Indian or Alaska Native (enrolled _____ )
   Tribal affiliation _____

☐ Native Hawaiian or Other Pacific Islander
☐ White

## family information

### parent/guardian #1

☐ Parent  ☐ Guardian  _____
                      Title    Last (Family)         First         Middle     Suffix

☐ Male  ☐ Female                          Living?  ☐ Yes  ☐ No (Date Deceased _____ )
                                                                          (mm/yyyy)

If different from yours
Address _____
        Street Address                                           Apt#

_____
City/Town         State/Province         Country         Zip/Postal Code

Phone _____         Email _____
Begin with Area or Country Code

Profession _____     Position _____

Employer _____

College Attended (if any) _____   Degree Earned _____   Year _____

Graduate School Attended (if any) _____   Highest Degree Earned _____   Year _____

### parent/guardian #2

☐ Parent  ☐ Guardian  _____
                      Title    Last (Family)         First         Middle     Suffix

☐ Male  ☐ Female                          Living?  ☐ Yes  ☐ No (Date Deceased _____ )
                                                                          (mm/yyyy)

If different from yours
Address _____
        Street Address                                           Apt#

_____
City/Town         State/Province         Country         Zip/Postal Code

Phone _____         Email _____
Begin with Area or Country Code

Profession _____     Position _____

Employer _____

College Attended (if any) _____   Degree Earned _____   Year _____

Graduate School Attended (if any) _____   Highest Degree Earned _____   Year _____

Your parents are _____                If Divorced, list Date _____
                 (married/divorced/etc.)                                        (mm/yyyy)

With whom do you reside?   ☐ Both   ☐ Parent/Guardian #1   ☐ Parent/Guardian #2   ☐ Other (explain) _____

List names, genders, and ages of your siblings, college (if any), degree(s), and dates of attendance.
Name              Gender        Age         Institution              Degree(s)              Dates

_____

_____

## academic information

School _____   CEEB Code _____

Type of school:   ☐ Public   ☐ Private   ☐ Correspondence   ☐ Charter   ☐ Parochial   ☐ Home-School   ☐ Other Education Provider

School Address _____
                          Number and Street

_____
City/Town                    State/Province                Country                    Zip/Postal Code

Start Date _____                Date of Graduation _____
              mm/yyyy                                                                  mm/yyyy

Counselor's Name _____        Phone _____
                                                                        Begin with Area or Country Code

Counselor's Email _____        Fax _____
                                                                        Begin with Area or Country Code

Are you currently enrolled in school?   ☐ Yes   ☐ No        Will/did you graduate from High School early?   ☐ Yes   ☐ No

Did you receive a GED?   ☐ Yes   ☐ No    If so list date: _____    Please send official scores from testing agency
                                                              mm/yyyy

If your education has been interrupted, please detail your activities since last enrolled. Please attach your response to the end of the application.

## current year's courses
Please list name, level (Honors, AP, IB, etc.) and credit value of your current year's courses.

Semester 1/Trimester 1                Semester 2/Trimester 2                Trimester 3

_____              _____              _____
_____              _____              _____
_____              _____              _____
_____              _____              _____
_____              _____              _____
_____              _____              _____

List all other high schools, colleges/universities (including summers), and academic programs you attended, beginning with ninth grade.
You must submit transcripts from each school.

### other high schools
School Name                CEEB Code              Dates Attended              Location

_____
_____

### colleges/universities
School Name                CEEB Code              Dates Attended              Location

_____
_____

## ap/ib test scores

Please list any Advanced Placement or International Baccalaureate exams taken along with the test date and score.

| Test Date | Subject | Score | Test Date | Subject | Score |
|---|---|---|---|---|---|
| Test Date | Subject | Score | Test Date | Subject | Score |
| Test Date | Subject | Score | Test Date | Subject | Score |
| Test Date | Subject | Score | Test Date | Subject | Score |
| Test Date | Subject | Score | Test Date | Subject | Score |

## standardized test information

List your test scores below. You must have the testing agency send official scores to each institution to which you are applying.

**SAT Reasoning**

| Test Date | Verbal/Critical Reading | Math | Writing | Test Date | Verbal/Critical Reading | Math | Writing |
|---|---|---|---|---|---|---|---|
| Test Date | Verbal/Critical Reading | Math | Writing | | | | |

**SAT Subject**

| Test Date | Subject | Score | Test Date | Subject | Score |
|---|---|---|---|---|---|
| Test Date | Subject | Score | Test Date | Subject | Score |
| Test Date | Subject | Score | Test Date | Subject | Score |

**ACT**

| Test Date | English | Math | Reading | Science | Composite | Combination English/Writing Writing Subject Score |
|---|---|---|---|---|---|---|
| Test Date | English | Math | Reading | Science | Composite | Combination English/Writing Writing Subject Score |
| Test Date | English | Math | Reading | Science | Composite | Combination English/Writing Writing Subject Score |

**Test of English as a Foreign Language (TOEFL or other exam)**

| Test Date | Subject | Score | Test Date | Subject | Score |
|---|---|---|---|---|---|

## academic distinctions

Please list any academic or educational awards and honors you received in high school (e.g. National Merit, National Honor Society).
Please attach your response to the end of the application.

HARV00003559

## extracurricular and volunteer information (including summer)

Please list any significant extracurricular or community activities and hobbies in which you have participated. Include specific accomplishments such as musical accolades, athletic distinctions, etc. (Please note: "PG" means Post-Graduate.)

| Activity | Grade Level | Specific Accomplishments | Hours/ Week | Weeks/ Year | Will you participate in college? |
|---|---|---|---|---|---|
| _____ | ☐ ☐ ☐ ☐ ☐ ☐ ☐PG | _____ | _____ | ___ | ☐Yes ☐No ☐Unsure |
| _____ | ☐ ☐ ☐ ☐ ☐ ☐ ☐PG | _____ | _____ | ___ | ☐Yes ☐No ☐Unsure |
| _____ | ☐ ☐ ☐ ☐ ☐ ☐ ☐PG | _____ | _____ | ___ | ☐Yes ☐No ☐Unsure |
| _____ | ☐ ☐ ☐ ☐ ☐ ☐ ☐PG | _____ | _____ | ___ | ☐Yes ☐No ☐Unsure |
| _____ | ☐ ☐ ☐ ☐ ☐ ☐ ☐PG | _____ | _____ | ___ | ☐Yes ☐No ☐Unsure |
| _____ | ☐ ☐ ☐ ☐ ☐ ☐ ☐PG | _____ | _____ | ___ | ☐Yes ☐No ☐Unsure |
| _____ | ☐ ☐ ☐ ☐ ☐ ☐ ☐PG | _____ | _____ | ___ | ☐Yes ☐No ☐Unsure |

## employment information

List any work experience (including summer jobs) during the past three years.

| Employer | Job Description | Dates of Employment | Hours per Week |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## activity description

Tell us more about one of your extracurricular, volunteer, or employment activities (____ words). If you need more space, please attach your response to the end of the application.

HARV00003560

## personal statement

Please write an essay (650 words or fewer) that demonstrates your ability to develop and communicate your thoughts. Some ideas include: a person you admire; a life-changing experience; or your viewpoint on a particular current event. Please attach your response to the end of your application.

## multimedia information

Optional: You may provide your selected college(s) with a link to any online content you feel:
- Tells the college more about yourself
- Demonstrates a particular talent you possess
- Highlights an activity in which you participated

Some ideas include linking to an online video you created, a portfolio (pictures or photographs), a musical composition, or a newspaper article.

http:// _____

Please briefly describe the contents of the link you provided.

## additional information

If you have additional information that was not specifically requested on the application or did not fit in the space provided, feel free to include it here. If you need more space, please attach your response to the end of the application.

## discipline information

Have you ever been placed on probation, suspended, removed, dismissed or expelled from any school or academic program since 9th grade?   ☐ Yes   ☐ No

Other than traffic offenses, have you ever been convicted of any misdemeanor, felony, or other crime?   ☐ Yes   ☐ No

If you answered yes to either question, please provide an explanation and the approximate dates of each incident. Please attach your response to the end of the application.

## authorization

Your signature below:

1. authorizes all schools you attended to provide all requested records and allow review of your application for the admission process chosen on this application.

2. confirms all information in this application (including any supplemental information) is actually true and honestly presented and that you are the person submitting this application.

Signature of applicant _____   Date _____