# EXHIBIT 51

| REGULAR ACTION MEETING SCHEDULE - CLASS OF 2019 | | | |
|---|---|---|---|
| Jan 22-26 | C Docket (SCD) | G Docket (CGM) | N Docket (SWH) |
| | BPW CSK KAH LLO NAJ | BJG KLW PFB | CJL MMS TJS |
| Jan 27-30 | E Docket (JMK) | P Docket (WRF) | U Docket (RMW) |
| | JAF MFE PFB TMR | DLE HFS KAV KPR MBS MWM SWH | JLI LLO MDD SHG TJS |
| Jan 31-Feb 4 | A Docket (CGM) | D Docket (RMG) | |
| | EJB MDD RXB | BJG CJL LLO REB | |
| Feb 5 - 9 | I Docket (DLE) | K Docket (SWH) | L Docket (KAV) |
| | CGM DLE KAH KLW | GSC MMS TMR | CAW DDM JAF JLI MWM |
| Feb 10-13 | H Docket (DLE) | J Docket (MWM) | R Docket (DDM) |
| | BJG BPW CAW KEC | CSK JAF REB REJ TMR | MDD RXB TJS |
| Feb 14-18 | B Docket (MEM) | F Docket (KAH) | |
| | DDM IAN JAF JWG TMR | CAW JRC MBS TJS | |
| Feb 19-23 | S Docket (MBS) | T Docket (MEM) | Z Docket (GSC) |
| | BPW JRC MDD NAJ | CGM KAH RXB | JWG KEC KPR REB |
| Feb 24-28 | V Docket (RMW) | | |
| | BJG EJB JCP JLI JMK JWG KLW MFE REJ | | |
| Mon, Mar 2 | Docket Prep for Review | | |
| Tue, Mar 3 | Athletics & General review | | |
| Wed, Mar 4 | C  G | | |
| Thu, Mar 5 | N  E | | |
| Fri, Mar 6 | U  P | | |
| Sat, Mar 7 | A  D | | |
| Mon, Mar 9 | I  K | | |
| Tue, Mar 10 | L  R | | |
| Wed, Mar 11 | J  H | | |
| Thu, Mar  12 | B  F | | |
| Fri, Mar 13 | S  T | | |
| Sat, Mar 14 | Z  V | | |
| Mon, Mar 16 | CLEAN UP | | |
| Mar 17 - 18 | Final Review Prep | | |
| Mar 19 - 21 | FINAL REVIEW | | |
| Mar 23-28 | FAO CALCS | | |
| Mar 23-30 | Ian & Co. | | |
| Tues, Mar 31 | RA NOTIFICATION | | |

7/22/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00000371