# EXHIBIT 77

# Frequently Asked Questions

- [ ] Applying to Harvard
- [ ] Questions about Harvard
- [ ] Transfer Admissions
- [ ] Submitted Application
- [ ] International Students
- [ ] Visiting Undergraduate Students (VUS)
- [ ] Financial Aid: Application Questions
- [ ] Financial Aid: General
- [ ] Financial Aid: Study Abroad

**NARROW BY TOPIC**

# Applying to Harvard

### APPLICATION FEE

- Is it possible to get a receipt for my application fee?
- How do I pay my application fee?
- Can transfer students receive an application fee waiver?
- Paying the application fee is a hardship for my family. Can I get a waiver?

### CRITERIA

- How important are extracurricular activities in admissions decisions?
- Are there secondary school course requirements for admission?
- Will it help me to take advanced, accelerated or honors courses?
- Do I need certain grades or marks to be considered for admission?
- Are my chances of admission enhanced if a relative has attended Harvard?
- If my curriculum requires more than the 12-year U.S. curriculum, may I apply after my twelfth year?
- Can I fulfill academic requirements with previous coursework?

### EARLY ACTION

- I was deferred. Is there really any chance that I still can be admitted?
- I was deferred. What can I do to improve my chances of admission?
- Do I need to communicate directly with the admissions staff member who read my file about my deferral?
- May I apply to another college under its Regular Decision plan before I receive Harvard's decision on my Restrictive Early Action application?

- If I apply restrictive early action to Harvard, may I apply to another college's early decision program?

- If I apply restrictive early action to Harvard, may I apply to another private college's early action program (restrictive or not)?

- I am applying to colleges outside of the U.S. May I apply to them at the same time as I apply Early Action to Harvard?

- Why was my application deferred?

## TESTING

- Does Harvard consider scores from previous administrations of the SAT or ACT?

- What if I cannot take the SAT or ACT in my country?

- Does Harvard accept the redesigned SAT?

- Can I self-report my test scores?

- Which standardized tests does Harvard require?

- Does Harvard superscore test results?

- If I take the required tests more than once, which results does Harvard consider?

- If I sit for GCE A-levels or other international credentials, must I submit SAT or ACT scores?

- Do I need a minimum required SAT, ACT or Subject Test score?

## PROCESS

- What admissions criteria do you use?

- I have a bachelor's degree. May I apply to Harvard College?

- How familiar is the Admissions Committee with secondary schools? Their rigor? What marks mean in a particular school or educational system?

- Does Harvard rank secondary schools in the U.S. and abroad?

- Who should write my recommendations?
- Who reads applications?
- Is there a wait list?
- Does Harvard admit students to enter in the spring semester?
- Are there quotas for certain kinds of applicants?
- Are my chances of admission enhanced by submitting application materials before other applicants?
- May I defer my admission once admitted?
- May I apply to Harvard if I am admitted under a binding Early Decision program at another college?
- Is there an interview?
- Is there a separate admissions process for prospective athletes?

    No. We encourage students with athletic talent to contact our Athletic Department for information about any of Harvard's 42 varsity athletic teams.

- Are there quotas for international applicants?
- What should students know about visas?
- Does Harvard consider legal immigration status in the admissions process?
- Does Harvard offer admission application fee waivers to international students?
- I applied as a freshman or transfer applicant previously. Do I need to submit my standardized test scores again as a transfer applicant?
- What if English is not my first language?

## Questions about Harvard

### FACULTY

- What percentage of faculty members teach undergraduates?

- How large are classes?
- Is it possible to get to know my professors?

## CAMPUS LIFE

- What security measures are in place at Harvard?
- Is on-campus housing guaranteed?
- Must I live on campus?
- What will my room look like?
- Where will I take my meals?
- What extracurricular opportunities are available?

## COURSES

- How easy is it to change my concentration?
- What should I know about Harvard's science and engineering programs?
- Can I concentrate in business, journalism, law or medicine?
- Can I fulfill academic requirements with previous coursework?
- Are there required freshman classes?
- Must I register for courses before they begin?
- How many courses does Harvard offer?
- Are there exchange programs with other Greater Boston colleges?

## GENERAL

- What is a "liberal arts" education?
- What campus security measures are in place at Harvard?
- What is Harvard's graduation rate?

What is the difference between Harvard College and Harvard University?

## LIFE AFTER HARVARD

- Will attending Harvard College affect my chances of admission to Harvard University's graduate programs in business, medicine, or law?
- How successful are Harvard students in gaining admission to graduate schools or finding employment after graduation?
- What is Harvard's graduation rate?

## RESOURCES

- What advising and support services are available?
- Does Harvard provide services if I have a disability?
- Are there research opportunities for undergraduates?
- What sort of study abroad programs are available?
- Does Harvard provide specific resources for undocumented students?

# Transfer Admissions

## CRITERIA

- How do I know if I am competitive/ How hard is it to get in as a transfer student?

## FINANCIAL AID

- Do transfer students qualify for financial aid?

## CAMPUS LIFE

- Is there housing for transfer students on campus?

## PROCESS

- How long does it take for application materials I have submitted to appear as received in my transfer application status?

- What courses transfer to Harvard College? Is there a list of transferrable courses?

- Are there interviews for transfer applicants?

- How do I know if you received my transfer application materials?

- When can I apply as a transfer student?

- I applied as a freshman or transfer applicant previously. Do I need to submit my standardized test scores again as a transfer applicant?

- I received AP, IB or SAT Subject Test credits towards graduation at my current college or university. Does Harvard accept this credit and how does it affect my eligibility for transfer?

- I am an international prospective transfer student. What is the transfer application process for me?

## TESTING

- Can I self-report my test scores?

- What are the standardized testing requirements for transfer applicants?

- Are International Transfer Applicants required to take the SAT or ACT exam?

- I am a non-traditional student. Am I still required to submit a standardized test? What about my high school transcript?

- Is the TOEFL still required even if I have taken classes at a college or university in the United States?

# Submitted Application

## YOUR SUBMITTED APPLICATION

+

- I reported my SAT scores to Harvard, but my status page says they haven't been received. Why?

- I did not receive an access code, or my access code for the application status page is not working. Can you give me a new one?

- I submitted something by mistake. Can you remove it from my file?

- I submitted the application, but I no longer want to be considered for admission to Harvard College. Can I withdraw my application?

- I submitted my application, but did not receive a confirmation from Harvard. How do I know if you received it?

- I applied under Early Action, but I would like to be considered under Regular Action. Can I change my application? (Or, I applied under Regular Action and would like to be considered under Early Action.)

- Have my application materials been received? (Including Common Application forms, or supplemental materials)

- My contact information has changed since I submitted my application. How can I correct it?

- Can I add to or change something I wrote on my Common Application forms?

- How can I add new accomplishments/awards/accolades to my submitted application?

- Paying the application fee is a hardship for my family. Can I get a waiver?

## International Students

### CRITERIA

- If my curriculum requires more than the 12-year U.S. curriculum, may I apply after my twelfth year?

- I am an international prospective transfer student. What is the transfer application process for me?

### PROCESS

- Is there an interview?
- Are there quotas for international applicants?
- What should students know about visas?
- Does Harvard offer admission application fee waivers to international students?

### TESTING

- What if I cannot take the SAT or ACT in my country?
- Are International Transfer Applicants required to take the SAT or ACT exam?
- If I sit for GCE A-levels or other international credentials, must I submit SAT or ACT scores?
- What if English is not my first language?

## Visiting Undergraduate Students (VUS)

### APPLYING TO BE A VISITING UNDERGRADUATE STUDENT

- Am I eligible to become a Visiting Undergraduate Student (VUS)?
- I am from another country but I speak English proficiently. Do I still need to take the TOEFL?
- Is there a minimum TOEFL score required?
- Am I eligible for Harvard Housing?
- Am I eligible for Financial Aid?
- When Should I Apply?
- What is a Visiting Undergraduate Student (VUS)?
- Do Visiting Undergraduate Students (VUS) have the same privileges as Harvard Degree Candidates?
- Are Standardized Tests Required as part of the Visiting Undergraduate Student (VUS) Application?

## Financial Aid: Application Questions

### APPLICATION CHANGES 2018-2019

- Will my financial aid package change?
- Will I get my award any earlier this year?
- How can I see what is missing/received and when?
- If I am usually eligible for a CSS Profile fee waiver, can I get it early?
- Is there an advantage to filling out my application earlier?
- What if my 2016 income is no longer representative of my financial situation?
- Do I have to submit my 2016 tax information again?

### CSS PROFILE

- Should I complete the PROFILE even if my family has not yet filed our current year tax returns?
- Can foreign students use the CSS Profile?
- Do I need to do both the CSS Profile AND the Financial Statement for Students from Foreign Countries?
- What do I do if I have already filed my CSS PROFILE, but other documents are missing from my financial aid application?
- How will I know that the PROFILE has been submitted correctly?
- What is Harvard's School Code for the CSS PROFILE?
- What should I do if I make a mistake on the PROFILE?
- What if I am a foreign citizen who is unable to submit a CSS Profile Online?

### FAFSA

- What is Harvard's Federal School Code for the FAFSA?
- What should I do if I make a mistake on the FAFSA?

- Should I complete the FAFSA even if my family has not yet filed our current tax returns?
- How will I know that the FAFSA has been submitted correctly?
- I'm a Canadian citizen; do I have to file a FAFSA?

## FEE WAIVER

- I can't pay the Profile fee because the US won't accept credit card payments from my country.
- I can't afford the Profile fee and I'm foreign, so I can't get a College Board waiver.
- How can I get a financial aid fee waiver?

## OTHER

- How will I know if my financial aid application is incomplete?
- When will I find out about my financial aid award?
- What can I do if my family's financial situation is complicated?
- Do my documents have to be in English?
- Do I need to apply for a state scholarship?
- What if I am interested only in applying for federal loans (Stafford and PLUS)?
- Do transfer students qualify for financial aid?
- Can I email you my documents?
- How can I track material that I've sent your office?
- I am undocumented. Am I still eligible for financial aid?
- What is the deadline for applying for financial aid?

## IDOC

+

- What is the College Board Institutional Documentation Service (IDOC)?
- How will I know that my IDOC materials have been submitted correctly?

## TAXES

- What if my country doesn't have a tax return?
- What if my parents are unemployed or did not file a tax return?
- Can I send my tax returns directly to you?
- What should I do if my parents or I will be requesting an extension for filing their federal taxes?

## DIVORCED/SEPARATED

- What should I do if the Noncustodial PROFILE is missing?
- If my parents are divorced or separated, do they both need to send in financial information?
- What if I cannot ask one of my parents to send in their financial information?

## MISSING DOCUMENTS

- What should I do if my CSS PROFILE Data is missing?
- What if tax documents are missing and I have already sent my materials to IDOC?
- What should I do if the CSS Business/Farm Supplement is missing?
- What if my student tax return is missing but I didn't file a return?
- What should I do if a Cash Flow Statement is missing?

# Financial Aid: General

## CHALLENGING CIRCUMSTANCES

- What if my family's financial situation changes while I am attending Harvard?
- Can I apply for Harvard's financial aid independently of my parents?
- What if my parents refuse to pay for my college education?
- What if I cannot ask one of my parents to send in their financial information?

## JOBS

- What is a Term-Time Work Expectation?
- Am I required to work if I am an international student and I qualify for financial aid?
- Is it easy to find a student job on or near campus?
- What is the Federal Work-Study Program (FWSP)?

## LOANS

- Where can I find parent financing information?
- Are loans available if I choose not to work?

## OUTSIDE AWARDS

- What happens to my financial aid award if I receive additional outside assistance?
- What do I need to do to Report Outside Award(s)?
- Where should I send outside award checks?
- Where should I send Cost of Attendance or Verification of Enrollment forms?

## REFUNDS

- Where do I request a refund from my term bill account?

### OTHER

- Is there financial aid available for foreign students?

- Are there any merit-based financial aid awards at Harvard?

- What are travel and personal expense allowances?

- What should I do if my permanent address changes?

- What should I do if I am returning from a leave of absence?

- Are deferred students still eligible for financial aid?

- Does applying for financial aid affect my chances for admission?

- Is it easy to qualify for financial aid at Harvard?

- Will Harvard provide travel expenses for international students who receive financial aid?

- How do you determine eligibility for Harvard Scholarships?

- Does Harvard participate in the Yellow Ribbon Program and/or ROTC?

## Financial Aid: Study Abroad

### PREPARING TO GO ABROAD

- What happens if my program's estimates differ from the standard amounts?

- How do you determine my study abroad personal expenses allowance?

- Do I have to pay for health insurance when I'm abroad? Is that the same thing as the Health Services Fee?

- When will I find out how much aid I will receive for my study abroad?

- What happens with the monthly Harvard Student Billing Statement?

- Who receives the bill from the study abroad program?

- What should I do if my program requires that I make a deposit prior to when my financial aid would ordinarily be disbursed? Does financial aid cover my air travel?

- Is it more expensive to study abroad?
- What should I do if I am planning to Study Abroad for academic credit for part or all of next year?
- Am I eligible to use financial aid for study abroad?
- How does the Financial Aid Office determine my study abroad budget?
- How do I know if I need to submit a Consortium Agreement?
- Where do I go for budgeting workshops?
- How do I notify the Financial Aid Office about my plans to study abroad?

## WHILE YOU ARE ABROAD

- How much financial aid will be sent to the program and how much to me?
- What if I feel like my living expenses are higher than were anticipated?
- What happens if I have questions or problems while I am abroad?
- What happens to my loans while I study abroad?

**COLLEGE QUICK LINKS**

Applicant Login
Faculty of Arts & Sciences
Maps & Directions

Contact Us
Harvard.edu
Registrar

     

https://college.harvard.edu/frequently-asked-questions