IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>  Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### SFFA'S MOTION TO FILE UNDER SEAL CERTAIN INFORMATION FILED IN CONNECTION WITH SFFA'S OPPOSITION TO HARVARD'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Plaintiff Students for Fair Admissions ("SFFA") hereby moves this Court for an order sealing (1) portions of SFFA's memorandum of law filed in opposition to Harvard's motion for summary judgment; (2) portions of SFFA's response to Harvard's Rule 56.1 statement; and (3) all or part of certain of the declarations and exhibits filed in support of SFFA's opposition to Harvard's motion for summary judgment.

The Court has yet to rule on the pending dispute between the parties regarding materials that Harvard demanded be sealed in the initial summary judgment filings. *See* Dkt. Nos. 410, 427. The materials that SFFA seeks to seal include information currently designated as Confidential or Highly Confidential–Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 55), and therefore must be filed under seal. Pursuant to Local Rule 7.1(a)(2), Defendant was made aware of this motion and assents to it.

WHEREFORE, SFFA respectfully requests that the Court grant this motion and allow portions of SFFA's memorandum in opposition to Harvard's summary judgment motion,

portions of SFFA's response to Harvard's Rule 56.1 statement, and all or part of certain of the declarations and exhibits filed in connection with SFFA's opposition to Harvard's motion for summary judgment to be filed under seal until further order of the Court such that it may be viewed only by the Judge, her clerk(s), and Court personnel.

Respectfully submitted,

By: /s/ Patrick Strawbridge

| | |
|---|---|
| Paul M. Sanford BBO #566318<br>BURNS & LEVINSON LLP<br>One Citizens Plaza, Suite 1100<br>Providence, RI 02903<br>Tel: 617-345-3000<br>Fax: 617-345-3299<br>psanford@burnslev.com<br><br><br>Dated: July 26, 2018 | William S. Consovoy<br>Thomas R. McCarthy<br>Michael H. Park<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22201<br>Tel: 703-243-4923<br>Fax: 703.243.4923<br>will@consovoymccarthy.com<br>tom@consovoymccarthy.com<br>park@consovoymccarthy.com<br>mike@consovoymccarthy.com<br><br>Patrick Strawbridge BBO #678274<br>CONSOVOY MCCARTHY PARK PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>Tel: 617-227-0548<br>patrick@consovoymccarthy.com<br><br>*Counsel for Plaintiff Students for Fair Admissions, Inc.* |

## CERTIFICATE OF CONFERENCE

In accordance with Local Rules 7.1(a), I hereby certify that Defendant's counsel was made aware of this motion before it was filed and assents to the relief requested therein.

/s/ Patrick Strawbridge

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Patrick Strawbridge