EXHIBIT 100

Highly Confidential - For Attorneys Eyes Only                    1

1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
2                    BOSTON DIVISION

3
    -------------------------------x
4
    STUDENTS FOR FAIR ADMISSIONS,
5   INC.,

6          Plaintiff,
                                    Civil Action No.
7   vs.                             1:14-cv-14176

8   PRESIDENT AND FELLOWS OF HARVARD
    COLLEGE (HARVARD CORPORATION);
9   and THE HONORABLE AND REVEREND
    THE BOARD OF OVERSEERS,
10
           Defendants.
11
    -------------------------------x
12
        - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -
13

14              DEPOSITION OF CATHERINE DREW

15       GILPIN FAUST, a witness called by the

16       Plaintiff, taken pursuant to the

17       applicable provisions of the Federal

18       Rules of Civil Procedure, before James A.

19       Scally, RMR, CRR, a Notary Public in and

20       for the Commonwealth of Massachusetts, at

21       Harvard University, Massachusetts Hall,

22       Cambridge, Massachusetts, on Friday,

23       March 10, 2017, commencing at 8:52 a.m.

24

```
 1        Q.  Do you know whether it's been 10 or 20 years?

 2               MS. ELLSWORTH:  Objection.

 3        A.  It's been for a considerable time before I

 4   became president.

 5        Q.  Are you familiar with the Bakke litigation?

 6        A.  I am.

 7        Q.  Was Harvard using race at the time of the

 8   Bakke litigation?

 9               MS. ELLSWORTH:  Objection.

10        A.  Yes, it was.

11        Q.  Do you know whether Harvard was using race as

12   an admissions factor in the 1920s?

13               MS. ELLSWORTH:  Objection.

14        A.  I don't know.

15        Q.  Do you know why Harvard began using race?

16        A.  I don't know.

17        Q.  Since the Bakke litigation, has the reasons

18   Harvard uses race changed?

19               MS. ELLSWORTH:  Objection.

20        A.  Harvard has consistently through that time

21   regarded race as one aspect in our effort to have an

22   admissions policy that is holistic in its assessment

23   of students to understand that what makes for a

24   successful undergraduate experience is a group of
```

1    students who are diverse on a variety of realms so

2    that they play as important a part in educating one

3    another through their experience together as we play

4    in what we offer them within a classroom.

5        Q.  But I guess my question is:  Have the reasons

6    that you're using race changed since the Bakke

7    litigation?

8              MS. ELLSWORTH:  Objection.

9        A.  That's a question that's impossible to answer

10   because times have changed; people have changed.  The

11   Supreme Court has issued various statements about the

12   nature of what is required of us.  And so it's -- so

13   much has changed that it's hard to say that somebody

14   who operated in 1977 is operating with exactly the

15   same set of presumptions that somebody who's

16   operating in 2017 is operating with, so.

17       Q.  Is Harvard's use of race tied to an interest

18   in obtaining a critical mass of minority students on

19   campus?

20             MS. ELLSWORTH:  Objection.

21       A.  We approach our admissions process looking at

22   each individual student, assessing that student and

23   that student's potential contribution.  So what we

24   have in mind is the pathway to a class via individual

1   record.

2       Q.  Do you know how the -- do you know whether

3   the University of California system uses a top

4   percentage plan for admissions?

5       A.  I believe it does.  I'm not positive.

6       Q.  Do you know -- do you know whether there are

7   any colleges that employ a holistic admissions

8   process but simply do not take race into account as

9   one of the factors in the holistic admissions

10  process?

11      A.  I'm not aware.

12      Q.  Do you know whether that would be possible?

13      A.  I do not.

14      Q.  Can you say it wouldn't be possible?

15              MS. ELLSWORTH:  Objection.

16      A.  It would be impossible because a holistic

17  consideration of a student would require taking race

18  into account.  So --

19      Q.  But why?

20      A.  The proposal you just made is internally

21  self-contradictory.

22      Q.  Let me ask you this:  Does a holistic

23  admissions process have to take somebody's eye color

24  into account?

1    Q.  All right.  What kinds of conversations about

2    this topic have you had with students?

3                 MS. ELLSWORTH:  Objection.

4    A.  Students have expressed concern about

5    representation of different groups at different

6    times.  Recently there's -- I've had a number of

7    students express to me concern about the very small

8    representation of Native Americans in our student

9    body.  So that's been one recent example of this.

10   Q.  Can you recall other examples, discussions

11   about the representation of certain groups within the

12   Harvard student body?

13   A.  I had a meeting last year with Latinx

14   students who were concerned about the representation

15   of Latina and Latino students.

16   Q.  And what do you understand "Latinx" to mean?

17   A.  It's just a gender-free way of talking

18   Latino/Latina.

19   Q.  And do you understand there to be a

20   distinction between a student of Hispanic descent and

21   a student of Latinx descent?

22   A.  I think different students have different

23   perspectives on that, and they characterized

24   themselves as Latinx in the discussion to which I'm

1    referring.

2        Q.  Do you know whether Harvard does any

3    reporting of students by using the Latinx

4    designation?

5        A.  I don't know exactly what designations we --

6    we use.

7        Q.  Okay.  Besides the Native American and Latinx

8    examples you just used, do you recall any other

9    discussions with students regarding representation

10   within the student body by racial group?

11       A.  In other words, numbers of students within

12   the student body?

13       Q.  Correct.

14       A.  Not in the college, no.

15       Q.  Okay.  What did you tell the students who

16   raised these concerns with you?

17       A.  They were part of more general discussions

18   about -- well, with the Latino students, it was a

19   more general conversation about issues that -- I

20   would designate issues of inclusion and belonging

21   that included a dimension of demographic presence.

22   And so I listened to their concerns.

23           With the issue of Native American students,

24   it's -- it's an area in which the students alleged

1    Harvard had had an early commitment in the 17th

2    century and had abandoned its commitment in the years

3    since, and that was the nature of that conversation.

4          I tend to be a listener in these

5    conversations.

6       Q.  Do you recall telling either groups of these

7    students any action that Harvard would take to

8    address their concerns?

9                MS. ELLSWORTH:   Objection.

10      A.  I saw my role as a listener.

11      Q.  Did you tell either of these groups of

12   students that Harvard's admissions process depends

13   upon individual considerations and that the group

14   representation is simply not a goal of the admissions

15   process?

16                MS. ELLSWORTH:   Objection.

17      A.  I don't recall having that discussion with

18   either group.

19      Q.  Did you tell them that Harvard would in fact

20   be mindful of their concern about the overall

21   representation of particular groups in its admissions

22   process?

23      A.  I don't recall exactly what I said to them.

24   I was mostly listening.

1     Q.  Were these meetings in person, or was there

2  any written element to these discussions?

3     A.  They were meetings in person.  I don't recall

4  if there was a follow-up letter or if there was any

5  written aspect.

6     Q.  With respect to discussions about

7  representation of Harvard within racial groups with

8  faculty members, what do you remember about those

9  discussions?

10    A.  A number of faculty recently have been very

11 concerned about the very small numbers of Native

12 Americans.

13    Q.  Other than discussions about Native American

14 representation, do you remember any other discussions

15 with faculty members about representation of

16 concerned groups?

17    A.  In the college, I don't.

18    Q.  And what do you recall telling the faculty

19 members with respect to their concerns about the

20 numbers of representation of Native Americans?

21    A.  I recall listening to their concerns and ...

22    Q.  Do you recall -- do you recall telling them

23 whether Harvard would take any action on their

24 concerns?

1               MS. ELLSWORTH:  Objection.

2        A.  I don't recall.

3        Q.  Do you remember saying anything at all?

4        A.  I recall listening.

5        Q.  So you don't remember what, if anything, you

6   said?

7        A.  I don't.

8        Q.  And the same with the students:  You don't

9   remember what, if anything, you said to them?

10              MS. ELLSWORTH:  Objection.

11       A.  I don't recall.

12       Q.  What about concerns that staff members have

13  raised with you regarding the representation of

14  certain groups on campus?

15       A.  We have a Harvard Native American program and

16  the staff member who runs that has expressed concerns

17  also about Native Americans.

18       Q.  And what -- what is this Native American

19  program?

20       A.  It's a program that seeks to work around

21  academic resources related to Native American

22  studies, provide programming around issues related to

23  Native American studies.

24       Q.  It's not a faculty role?

1      A.   There's a director who is not a faculty

2    person.

3      Q.   And this is the person who had the

4    conversation --

5      A.   Yes.

6      Q.   -- with you about this issue?

7           What do you -- do you recall -- strike that.

8           What do you remember about this conversation

9    regarding the representation of students on campus?

10   I assume it was Native American representation?

11     A.   Uh-huh.

12     Q.   What was his concern or her concern?

13               MS. ELLSWORTH:   Objection.

14     A.   There's been a good bit of discussion in the

15   Faculty of Arts & Sciences in the past couple of

16   years about this question and also about the academic

17   resources devoted to Native American studies.   The

18   conversation has been mostly at that level.   So I

19   have been party to discussions that really were

20   centered elsewhere and that have been a focus of some

21   decision-making and concern about academic resources

22   in the Faculty of Arts & Sciences.

23     Q.   And what, if anything, do you recall saying

24   in response to these concerns?

1      A.   The concern about having Native American

2  history well represented within history seemed to me

3  a reasonable concern, and I agreed to meet with a

4  candidate who was being recruited as a professor in

5  Native American studies.

6      Q.   What about the concerns with respect to the

7  representation of Native Americans within the study

8  body?

9           MS. ELLSWORTH:   Objection.

10     A.   I've taken no role in relationship to that.

11     Q.   Do you remember saying anything in response

12  to those concerns?

13     A.   No.

14     Q.   Who -- who is the staff member that you're

15  referring to, the name?

16     A.   I think her name --

17     Q.   I'm sorry?

18     A.   I shouldn't say.  I will get the name wrong.

19     Q.   Okay.  Do you know what the title is?

20     A.   Director of the Harvard University Native

21  American program.

22     Q.   Do you remember the names of the faculty

23  members who had the discussions that we referred to a

24  few moments ago?

1              MS. ELLSWORTH:  Objection.

2      A.   There are applicants who don't provide us

3  with that information, as we discussed earlier, and

4  we do our best to understand those individuals apart

5  from that information.

6      Q.   And it's possible to make an admissions

7  decision without that information?

8              MS. ELLSWORTH:  Objection.

9      Q.   Isn't it?

10     A.   We have less understanding than we would if

11 we had the additional information.

12     Q.   But you still make the decision; right?

13     A.   There's a dimension of understanding that is

14 diminished.

15     Q.   It's diminished, but it does not prevent you

16 from making a call?

17     A.   As I understand it, we then make the call.

18              MR. STRAWBRIDGE:  Now's a good

19        time for a break.

20              MS. ELLSWORTH:  Great.  Thank you.

21        (Recess:  11:13 a.m. to 11:24 a.m.)

22 BY MR. STRAWBRIDGE:

23     Q.   President Faust, are there occasions since

24 you've been president of the university that you've

1    been made aware of allegations that the admissions

2    process discriminates against Asian-Americans?

3         A.   Yes.

4         Q.   Okay.   And what are those occasions?

5         A.   They've been in connection with this lawsuit.

6         Q.   This lawsuit.   Apart from this lawsuit, have

7    you had occasion to receive or otherwise learn of

8    allegations that the admission process discriminates

9    against Asian-Americans?

10                  MS. ELLSWORTH:   And I'll just

11             remind the witness not to disclose any

12             conversations with counsel.   To the

13             extent you can answer the question, go

14             ahead.

15        A.   The Overseers election with the allegations

16   of at least one of the candidates.

17        Q.   Candidate Ron Unz?

18        A.   That's correct.

19        Q.   Besides that, the allegations raised by Mr.

20   Unz, have you otherwise learned of any allegations of

21   discrimination against Asian-Americans to the

22   admissions process?

23                  MS. ELLSWORTH:   The same objection

24             and reminder.

1              Go ahead.

2        A.  I receive mail from disgruntled people who've

3   been rejected, and so there may have been examples of

4   this complaint in that mail.

5        Q.  When you received those emails, what do you

6   do with them?

7        A.  They are handled by my correspondence team.

8   There's usually a polite response.

9        Q.  And in that polite response, is there any

10  reference to the actual merits of the allegations?

11             MS. ELLSWORTH:  Objection.

12       A.  Not usually, no.

13       Q.  Do you just ignore the allegations?

14             MS. ELLSWORTH:  Objection.

15       A.  Letters that come after the admissions

16  process are not usually ones that we pay a great deal

17  of specific attention to.

18       Q.  In some cases, a very short polite response

19  will be all that goes out?

20       A.  Yes.

21       Q.  Do you ever modify the response based upon a

22  particular history or identity of the complainant?

23             MS. ELLSWORTH:  Objection.

24             If you can answer the question, go

```
 1            ahead.
 2       A.  Oh, I don't recall doing so.
 3       Q.  Other than these, you know, occasional
 4   correspondence from individuals, Mr. Unz's campaign,
 5   this lawsuit, do you recall learning of any other
 6   allegations of discrimination against Asian-Americans
 7   in the admissions process?
 8            MS. ELLSWORTH:  Same objection and
 9        reminder about counsel, but go ahead.
10            THE WITNESS:  Right.
11       A.  I recall a number of years ago, prior to a
12   meeting of the -- a reunion of the Asian-American
13   alumni association, having mentioned to me that there
14   had been a Department of Education investigation of
15   such allegations that had found no foundation for
16   them.
17       Q.  Do you remember when that Department of
18   Education investigation took place?
19       A.  It was before my presidency.
20       Q.  Does sometime in the late 1980s sound right?
21       A.  I don't know.
22       Q.  And who mentioned that to you before the
23   meeting of the Asian-American alumni association?
24       A.  I don't recall.
```

1      Q.  Do you remember what -- what year this

2   meeting was?

3      A.  I don't recall.

4      Q.  Do you know if it was in the last couple of

5   years or older than that?

6      A.  It's older than that.

7      Q.  And was it somebody on your staff who

8   mentioned it or somebody who was attending the

9   meeting?

10              MS. ELLSWORTH:  Objection.

11      A.  I don't recall.

12      Q.  Do you remember any other occasions of

13   learning of allegations of Asian-American

14   discrimination?

15              MS. ELLSWORTH:  Same objection and

16         reminder.

17      A.  I don't recall.

18      Q.  Do you recall ever learning about an

19   investigation by the Office of Civil Rights of the

20   Department of Education in 2012 regarding

21   discrimination against an applicant based on status

22   as an Asian-American?

23              MS. ELLSWORTH:  And, again, just a

24         reminder to the witness not to disclose

1            conversations with counsel.  If you can

2            answer the question otherwise, go

3            ahead.

4       A.  I don't recall.

5       Q.  Are you normally involved -- are you normally

6   informed of investigations by the Department of

7   Education of Harvard?

8       A.  Not necessarily.

9       Q.  Who -- who would handle that?

10      A.  Office of the General Counsel.

11      Q.  Does Harvard have a department that's

12  responsible for compliance with federal laws?

13            MS. ELLSWORTH:  Objection.

14      A.  It has a variety of offices or of groups that

15  are responsible.  We have a whole research compliance

16  operation, for example.

17      Q.  Okay.  And does Harvard have -- have people

18  specifically dedicated to ensuring compliance with,

19  for example, Title IX of the education code of the

20  United States?

21      A.  Yes.

22            MS. ELLSWORTH:  Objection and just

23            a reminder on communications with

24            counsel.

1    on the 2100 applicants who they're modelling to

2    determine were the most likely to be admitted;

3    correct?

4        A.  That is correct.

5        Q.  All right.  And they were examining the

6    resulting demographics and admit rates by ethnicity.

7        A.  Uh-huh.

8        Q.  Right?  It's a preliminary, and it's for

9    discussion, down at the bottom there?

10       A.  Yes.

11       Q.  So the next page, the "Models Used," do you

12   understand this to be describing sort of the various

13   increment --

14       A.  Oh, I just -- go ahead.  Finish.

15       Q.  Please.

16       A.  I'm not a statistician.  I have no idea

17   whether this strategy is a good one, whether they've

18   used the right variables, whether they've used the

19   right statistical tools.  So I would say this is an

20   exercise.  I would not give it more credibility than

21   being an exercise until I had someone -- they say

22   it's preliminary, for discussion.  I would like to

23   hear the results of broad discussion about what

24   exactly they've undertaken and the validity.

1      A.   Yes.

2      Q.   Okay.

3      A.   It is.

4      Q.   What are the distinctions between those two

5   efforts?

6      A.   Well, there are several distinctions.  One

7   was looking at the question of diversity and the

8   logic of diversity, and it was a faculty of arts and

9   sciences committee.  The current task force on

10  inclusion and belonging is university-wide, and it's

11  meant to make not just a statement but to make

12  recommendations about the dimensions of the Harvard

13  experience that could be changed or improved or

14  transformed in order to make sure that the variety of

15  individuals who are part of our community all feel

16  full -- to be -- they are full members of the

17  community.

18     Q.   Is any part of that task force designed to

19  address concerns that Harvard's admissions process

20  disadvantages Asian-Americans?

21     A.   It is not specifically designed to address

22  that question.

23     Q.   Do you think that concerns that Harvard's

24  admissions process disadvantages Asian-Americans need

1    to be addressed?

2              MS. ELLSWORTH:  Objection.

3        A.  No, I don't.

4        Q.  Why not?

5        A.  Because I don't think that Harvard admissions

6    disadvantages Asian-Americans.

7        Q.  And, in fact, you're so confident in that

8    that you don't think the topic needs to be addressed?

9              MS. ELLSWORTH:  Objection.

10       A.  It's -- the committee is meant to address the

11   issues that are raised in the course of its

12   consultations with individuals around the campus, and

13   that will determine the specific nature of its

14   actions.

15       Q.  I mean your email here --

16             MS. ELLSWORTH:  Hold on one

17        second.

18             Are you finished with your answer?

19             THE WITNESS:  Yes.

20       Q.  Your email here said, you know, you

21   acknowledged that of course black students are

22   integral to Harvard.  You didn't doubt that as a

23   factual matter, but you still felt the need to

24   address it.  Why isn't that true with respect to

1    concerns that Asian-Americans are disadvantaged in

2    the admissions process?

3                    MS. ELLSWORTH:  Objection.

4        A.  I don't understand the logic of your

5    question.

6        Q.  My point is I don't -- do you think that the

7    response depends on whether you factually agree with

8    the concern, or is the existence of the concern

9    worthy of a response?

10                   MS. ELLSWORTH:  Objection.

11       A.  The concern about Asians being disadvantaged

12   in the admissions process is being raised most

13   vehemently by you and your colleagues.  It's not an

14   issue that gets raised with me on a daily basis, or

15   even a weekly or monthly basis, by students here at

16   the university.

17       Q.  Do you believe that Students for Fair

18   Admissions represents the interests of Asian-

19   Americans?

20                   MS. ELLSWORTH:  Objection.

21       A.  I have no idea what it represents.

22       Q.  Do you have any reason to doubt that the

23   membership of the Students for Fair Admissions

24   includes Asian-Americans?

1      Q.  Do you know whether those assessments have

2  been related to you as the part of any investigation

3  into the possible benefits of Harvard's admission

4  policies?

5              MS. ELLSWORTH:  Objection.

6      A.  I've never heard them in that context.

7      Q.  Do you think it's an idea that deserves some

8  study?

9              MS. ELLSWORTH:  Objection.

10     A.  My understanding of the idea is that it has

11  been entirely discredited.

12     Q.  Entirely discredited.  And that's based on

13  what other people have told you?

14     A.  Yes.

15     Q.  You didn't need to do your own investigation?

16             MS. ELLSWORTH:  Objection.

17     A.  No, I didn't.

18     Q.  I mean we talked earlier about the history of

19  Jewish discrimination, and you were very resistant to

20  taking someone else's word for what had happened at

21  Harvard.

22             MS. ELLSWORTH:  Objection to the

23          characterization.

24     A.  97 percent of our students graduate.

Highly Confidential - For Attorneys Eyes Only                    310

```
 1   COMMONWEALTH OF MASSACHUSETTS                    SUFFOLK, SS.

 2

 3              I, JAMES A. SCALLY, RMR, CRR, a
     Certified Shorthand Reporter and Notary Public duly
 4   commissioned and qualified in and for the
     Commonwealth of Massachusetts, do hereby certify that
 5   there came before me on the 10th day of March, 2017,
     at 8:52 a.m., the person hereinbefore named,
 6   CATHERINE DREW GILPIN FAUST, who provided
     satisfactory evidence of identification as prescribed
 7   by Executive Order 455 (03-13) issued by the Governor
     of the Commonwealth of Massachusetts, was by me duly
 8   sworn to testify to the truth and nothing but the
     truth of her knowledge concerning the matters in
 9   controversy in this cause; that she was thereupon
     examined upon her oath, and her examination reduced
10   to typewriting under my direction; and that this is a
     true record of the testimony given by the witness to
11   the best of my ability.
                I further certify that I am neither
12   attorney or counsel for, nor related to or employed
     by, any of the parties to the action in which this
13   deposition is taken, and further, that I am not a
     relative or employee of any attorney or counsel
14   employed by the parties hereto or financially
     interested in the action.
15

16
             My Commission Expires:  April 8, 2022
17

18

19
                       _____
20                     James A. Scally, RMR, CRR
                       CSR/Notary Public
21

22

23

24
```