# EXHIBIT 104

```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
                  BOSTON DIVISION


    --------------------------------x

    STUDENTS FOR FAIR ADMISSIONS,
    INC.,

           Plaintiff,
                                       Civil Action No.
    vs.                                1:14-cv-14176

    PRESIDENT AND FELLOWS OF HARVARD
    COLLEGE (HARVARD CORPORATION);
    and THE HONORABLE AND REVEREND
    THE BOARD OF OVERSEERS,

           Defendants.

    --------------------------------x

        - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -

                DEPOSITION OF RAKESH KHURANA, a

          witness called by the Plaintiff, taken

          pursuant to the applicable provisions of

          the Federal Rules of Civil Procedure,

          before James A. Scally, RMR, CRR, a

          Notary Public in and for the Commonwealth

          of Massachusetts, at the offices of

          WilmerHale, 60 State Street, Boston,

          Massachusetts, on Thursday, April 27,

          2017, commencing at 9:06 a.m.
```

1    A.  That's an empirical question.
2    Q.  Okay.  But my question is:  What is your
3 answer to it?
4         MS. ELLSWORTH:  Objection.
5    A.  I believe that one's race or ethnicity can
6 impact their experience of others and themselves.
7    Q.  But my question is:  Do you think that's
8 always true?
9         MS. ELLSWORTH:  Objection.
10   A.  I think one's race or ethnicity can influence
11 one's experience.
12   Q.  So do I understand your answer to be that
13 it -- it doesn't -- it doesn't always necessarily
14 influence one's experience?
15        MS. ELLSWORTH:  Objection.
16   A.  As a social scientist, I do -- would hesitate
17 to say always.
18   Q.  Do you think that Harvard can -- do you think
19 Harvard can expose its students to a diversity of
20 perspectives and ideas without explicitly considering
21 a person's race or ethnicity in the admissions
22 process?
23        MS. ELLSWORTH:  Objection.
24   A.  I believe in order to accomplish our mission,

1　our students need to be exposed to a diversity of
2　perspectives and experiences of their peers.
3　　　Q.　Understood.  But my question is:  Do you
4　think the explicit consideration of race or ethnicity
5　is the only way to expose them to that diversity of
6　perspectives and experiences?
7　　　　　　　MS. ELLSWORTH:  Objection.
8　　　A.　I believe exposure to different races and
9　ethnicities is an important way to expose students to
10　differences of perspectives and experiences.
11　　　Q.　But my question is:  Is the only way to
12　expose them to those experiences is by explicitly
13　considering race as one of the reasons as to why you
14　do or do not get into college at Harvard?
15　　　　　　　MS. ELLSWORTH:  Objection.
16　　　A.　I believe that race and ethnicity can be
17　considered among many other factors as part of how
18　students can be exposed to differences in ideas and
19　perspectives.
20　　　Q.　Yes.  But my question is:  Do you think the
21　explicit consideration of race is the only way to
22　achieve that diversity of experiences?
23　　　　　　　MS. ELLSWORTH:  Objection.
24　　　A.　As a social scientist, I do believe that

```
 1   considerations of race and ethnicity is one of the --
 2   is an important way at this time to expose students
 3   to different perspectives and points of view.
 4       Q.   My question is:  Is it impossible to expose
 5   them to the perspectives and points of view that you
 6   think is necessary for the Harvard student body
 7   without explicitly considering race?
 8              MS. ELLSWORTH:  Objection.
 9       A.   I believe that at this time it is important
10   to consider the backgrounds and experiences,
11   including race, as part of our holistic admissions
12   process to inform the level of exposure of diversity
13   and perspectives that our students would be exposed
14   to.
15       Q.   I understand you think it's important.  My
16   question is:  Do you think it's the only way to get a
17   diversity of experiences?
18              MS. ELLSWORTH:  Objection.  Asked
19         and answered.
20       A.   I don't know.
21       Q.   You don't know?
22           Have you considered, for example, whether or
23   not you would get a sufficient diversity if Harvard
24   just used socioeconomic status instead of race?
```

1             MS. ELLSWORTH: Objection.
2       A.  I believe that considering a variety of
3   different backgrounds and experiences of our
4   students, including socioeconomic background, is an
5   important part of informing our holistic admissions
6   process that allows students to be exposed to
7   different perspectives and points of view.
8       Q.  But you don't know whether if Harvard didn't
9   use race it would -- it would still have the
10  sufficient diversity of experiences and perspectives
11  or not?
12            MS. ELLSWORTH: Objection.
13      A.  I don't believe that the consideration of
14  only socioeconomic background would produce a
15  sufficient diversity of perspectives and points of
16  view that we desire for accomplishing our Harvard
17  College mission.
18      Q.  And why don't you believe that?
19      A.  Diversity and perspectives and points of view
20  are informed by multiple characteristics.
21      Q.  Do you know, for example, what -- what level
22  of racial diversity would be achieved if Harvard went
23  to a race-blind admissions process?
24            MS. ELLSWORTH: Objection.

Rakesh Khurana - April 27, 2017                                             67
Highly Confidential - For Attorneys' Eyes Only

1    A.   I would need to know what characteristics we
2    would be admitting students by.
3    Q.   I'm just saying what if your admissions
4    process worked exactly the way it works now, it's
5    just that the student's ethnicity or race wasn't
6    available to the admissions office.  Do you have any
7    idea what the resulting racial diversity of the class
8    would be?
9              MS. ELLSWORTH:   Objection.
10   A.   I believe that would not be a -- that would
11   not produce the kind of diversity that we desire in
12   our student body in order to expose them to different
13   perspectives and points of view.  So it would not be
14   the right student body.
15   Q.   And why do you believe that?  Have you looked
16   at an alternative scenario?
17   A.   I believe that a variety of backgrounds and
18   experiences cutting across a variety of different
19   dimensions, including race and ethnicity, are
20   important to consider in order to produce the diverse
21   student backgrounds for the type of educational
22   philosophy and mission Harvard College has.
23   Q.   Have you personally looked at or reviewed
24   any -- any outcomes under an alternative admissions

```
 1    approach?
 2                MS. ELLSWORTH:  Objection.
 3                I'll just remind the witness to
 4         answer the question only to the extent
 5         you can do so without disclosing advice
 6         of counsel or communications with
 7         counsel.  If you can answer the
 8         question without doing so, you may.
 9       A.  I have -- am taking the advice of counsel and
10    not answering that question.
11       Q.  So other than in conversations with counsel,
12    you have never analyzed the level of racial diversity
13    that could be achieved if Harvard went to a race-
14    blind admissions process?
15                MS. ELLSWORTH:  Objection.
16       A.  I have not personally analyzed what could be
17    accomplished in the level of diversity depending on a
18    variety of different scenarios.  I have not analyzed
19    that data.
20       Q.  Do you -- and other than in conversations
21    with counsel, have you -- have you discussed the
22    diversity that would result from a race-blind
23    admissions process at Harvard?
24       A.  Can you be more precise?
```

Rakesh Khurana - April 27, 2017  85
Highly Confidential - For Attorneys' Eyes Only

```
 1           for the contents of communications with
 2           counsel or advice of counsel, do not
 3           disclose that information.  But if you
 4           can otherwise answer, you may go ahead.
 5      A.   In an educational setting, a diversity of
 6   backgrounds and experiences helps inform different
 7   perspectives and points of view that allow for more
 8   thoughtful, richer discussions that advance knowledge
 9   and understanding of a variety of different fields
10   which prepares our students for our ultimate goal of
11   having citizens and citizen leaders who contribute to
12   society.
13      Q.   Outside the context of education, the use of
14   race in American society has not always been
15   positive; correct?
16              MS. ELLSWORTH:  Objection.
17      A.   It depends.
18      Q.   Can you think of examples in which race was
19   used to a negative end in American history?
20              MS. ELLSWORTH:  Objection.
21      A.   Yes.
22      Q.   And what are some of those examples?
23              MS. ELLSWORTH:  Objection.
24      A.   Slavery is one example.
```

```
 1      Q.  Slavery is one example.  Have you heard of
 2   the Chinese Exclusion Act?
 3      A.  Yes.
 4      Q.  Have you heard of other -- are you familiar
 5   with other examples of legal restrictions placed upon
 6   people because of the color of their skin?
 7      A.  Yes.
 8      Q.  You would agree with me that none of those
 9   were benign uses of race?
10           MS. ELLSWORTH:  Objection.
11      Q.  Correct?
12           THE WITNESS:  Could you repeat the
13       prior question to this one that led to
14       this question.
15           (Question read.)
16      A.  Yes.
17      Q.  And you would agree that none of the examples
18   we just recounted, slavery, the Chinese Exclusion
19   Act, other legal restrictions that prohibited what
20   people could do on the color of their skin, none of
21   those were positive uses of race?
22           MS. ELLSWORTH:  Objection.
23      A.  I would agree with that characterization.
24      Q.  And do you think it is possible that
```

```
 1      A.   As one of many other things I would want to
 2   see.
 3      Q.   What are the other things?
 4              MS. ELLSWORTH:  Objection.
 5      A.   One other thing would be a public education
 6   system that was more equitably funded.
 7      Q.   What else?
 8      A.   Nonsegregated residential areas.
 9      Q.   If Harvard could achieve the level of racial
10   diversity in its student body that it has today
11   without using race as an explicit factor in the
12   admissions process, would you support its ceasing the
13   use of race?
14              MS. ELLSWORTH:  Objection.
15      A.   I don't know how it would do that.
16      Q.   If it could, just hypothetical question, if
17   you could achieve the exact same breakdown of student
18   body by ethnicity as Harvard reports it to the
19   federal government today without using race in the
20   admissions process, would you support Harvard doing
21   that?
22              MS. ELLSWORTH:  Objection.
23      A.   I would need to understand how that was
24   achieved.
```

1  Q.  And what would you need to understand?
2  A.  What are the other kinds of characteristics
3  and backgrounds and experiences of the students
4  within each of those backgrounds and experiences.
5  Q.  What if it produced a student body that was
6  identical to the student body today, so the exact
7  same admitted class came in without using race?
8  Would you support the abandonment of the use of race
9  at that point in the admissions process?
10         MS. ELLSWORTH:  Objection.
11  A.  I would not.
12  Q.  Why not?
13  A.  I think we still have more work to do to
14  ensure that we have as diverse a student body of
15  experiences, backgrounds, and lived experiences, and
16  I don't -- I'm not satisfied with where we are.
17  Q.  And those conditions we were talking about
18  earlier, better education funding, higher social
19  mobility, less residential segregation, those would
20  all be necessary preconditions before you would
21  consider stopping the support for the use of race in
22  the admissions process?
23         MS. ELLSWORTH:  Objection.
24  A.  Those would be some but not exhaustive of all

```
 1              are, but I have the right to instruct
 2              my witness.  So just wait a minute,
 3              please.  (Pause.)
 4                   Can you read the question back,
 5              please.
 6                   And then you can answer.
 7                   (Question read.)
 8                   THE WITNESS:  I'm sorry.  I didn't
 9              track the whole question.
10    BY MR. STRAWBRIDGE:
11       Q.  All the -- is it your testimony that any
12    conversations that your committee had or any work
13    that it did in exploring alternatives that would
14    preclude the consideration of an applicant's race in
15    the admissions process either involved or reflected
16    communications or advice of counsel?  Is that your
17    testimony?
18       A.  Yes.
19       Q.  Okay.  The report that -- did the Committee
20    to Study the Importance of Student Body Diversity
21    issue a report?
22       A.  Which committee are you referring to?
23       Q.  The Committee to Study the Importance of
24    Student Body Diversity, the one at Harvard College
```

```
 1  that you testified you were involved in.
 2       A.   Yes.
 3       Q.   When did it issue that report?
 4       A.   In the fall of 2016, I believe.  Excuse me.
 5  2015.
 6       Q.   Do you know when the -- when the report
 7  was -- or when that committee was first formed?
 8       A.   Yes.
 9       Q.   When?
10       A.   I believe it was in the spring of 2015.
11       Q.   In the spring of 2015.
12            Are you aware of any analysis done by anyone
13  at Harvard College prior to that date on the
14  educational benefits of diversity at Harvard College?
15       A.   Yes.
16       Q.   And what analysis are you aware of?
17                MS. ELLSWORTH:  Just remind the
18           witness not to disclose communications
19           with counsel in answering the question.
20       A.   Other writings on the subject.
21       Q.   Are those writings that were relied upon and
22  cited in the report that your committee issued?
23       A.   I believe they are.
24       Q.   Okay.  Are you aware of any other like
```

Rakesh Khurana - April 27, 2017                166
Highly Confidential - For Attorneys' Eyes Only

```
 1   aware of any reports or studies undertaken by Harvard
 2   that discussed the alternatives to the admissions
 3   process that would not involve the use of race to
 4   achieve diversity?
 5              MS. ELLSWORTH:  I'll just remind
 6         the witness to answer the question only
 7         to the extent you can do so without
 8         disclosing advice of counsel or
 9         communications of counsel.
10      A.  I can't answer that question.
11      Q.  Without referring to the advice of counsel?
12      A.  Yes.
13      Q.  So other than documents reflecting or reports
14   reflecting or containing the advice or communications
15   with counsel, can you identify any other report
16   Harvard College undertook prior to the work of your
17   committee or the Ryan committee analyzing whether or
18   not Harvard could achieve its diversity interests
19   without using race in the admissions process?
20      A.  I don't think so.
21              (Recess:  2:07 p.m. to 2:14 p.m.)
22              (Exhibit 5, report Bates stamped
23         HARV00008048 through 8069, marked.)
24   BY MR. STRAWBRIDGE:
```

```
 1        Q.  I'm going to hand you what's been marked as
 2   Exhibit 5.  Do you recognize that document?  (Pause.)
 3        Do you recognize this document?
 4        A.  Yes.
 5        Q.  And what is this document?
 6        A.  It's the report of the Committee to Study the
 7   Importance of Student Body Diversity.
 8        Q.  And this is the committee that you were a
 9   member of?
10        A.  Yes.
11        Q.  I'll apologize for the cough.  It's going to
12   haunt us the rest of the day.  If there was something
13   I could do about it, I would have.
14        You were the chair of this committee; is that
15   correct?
16        A.  Yes.
17        Q.  Okay.  Did you have any role in selecting the
18   members of the committee?
19        A.  Yes.
20        Q.  Okay.  And what -- what was that role?
21        A.  Considering and suggesting, contemplating and
22   thinking of different people to be on the committee.
23        Q.  Did anyone else choose the members of the
24   committee, or was it left to your discretion?
```

Highly Confidential - For Attorneys' Eyes Only                              267

```
 1   COMMONWEALTH OF MASSACHUSETTS                    SUFFOLK, SS.

 2

 3              I, JAMES A. SCALLY, RMR, CRR, a
     Certified Shorthand Reporter and Notary Public duly
 4   commissioned and qualified in and for the
     Commonwealth of Massachusetts, do hereby certify that
 5   there came before me on the 27th day of April, 2017,
     at 9:06 a.m., the person hereinbefore named, RAKESH
 6   KHURANA, who provided satisfactory evidence of
     identification as prescribed by Executive Order 455
 7   (03-13) issued by the Governor of the Commonwealth of
     Massachusetts, was by me duly sworn to testify to the
 8   truth and nothing but the truth of his knowledge
     concerning the matters in controversy in this cause;
 9   that he was thereupon examined upon his oath, and his
     examination reduced to typewriting under my
10   direction; and that this is a true record of the
     testimony given by the witness to the best of my
11   ability.
                I further certify that I am neither
12   attorney or counsel for, nor related to or employed
     by, any of the parties to the action in which this
13   deposition is taken, and further, that I am not a
     relative or employee of any attorney or counsel
14   employed by the parties hereto or financially
     interested in the action.
15

16
          My Commission Expires:  April 8, 2022
17

18

19
                          _____
20                        James A. Scally, RMR, CRR
                          CSR/Notary Public
21

22

23

24
```