# EXHIBIT 112

```
 1            FOR THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3      **************************************

 4      STUDENTS FOR FAIR ADMISSIONS, INC.,

 5                      Plaintiff

 6      vs.                          No. 1:14-cv-14176

 7      PRESIDENT AND FELLOWS OF HARVARD

 8      COLLEGE (HARVARD CORPORATION)

 9                      Defendants

10      **************************************

11       - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -

12                         VOLUME:   I

13                         PAGES:    1-273

14

15

16

17            DEPOSITION of KAITLIN HOWRIGAN

18               Tuesday, June 20, 2017

19                      9:01 a.m.

20   Held at:  Wilmer Cutler Pickering Hale and Dorr, LLP

21                   60 State Street

22                 Boston, Massachusetts

23         Megan M. Castro, RPR, Court Reporter

24
```

Kaitlin Howrigan - June 20, 2017
Highly Confidential - For Attorneys' Eyes Only
20

```
 1      A.   That probably would have occurred between
 2   '06 or '07 and '11 or '12.
 3   BY MR. CONNOLLY:
 4      Q.   Do you know, generally, when you would
 5   create these one-pagers?
 6           MS. MOONEY:  Objection.
 7      A.   Generally, when I would create them?
 8   BY MR. CONNOLLY:
 9      Q.   Yes.  For example, would you create
10   it -- do you ever recall creating a one-pager,
11   say, at the beginning of a full committee?
12           MS. MOONEY:  Objection.
13      A.   There were times when I ran a report at
14   the start of committee meetings.
15   BY MR. CONNOLLY:
16      Q.   And do you know who would request this?
17      A.   Usually it was Dean Fitzsimmons who would
18   request this.
19      Q.   Do you recall ever creating a one-pager
20   during a full committee?
21           MS. MOONEY:  Objection.
22      A.   During full committee?  In terms of?
23   BY MR. CONNOLLY:
24      Q.   In terms of -- sorry.  Let me take a step
```

```
 1            MS. MOONEY:  Objection.  I am going to
 2    instruct her not to answer.
 3    BY MR. CONNOLLY:
 4       Q.   Are you going to take that advice?
 5       A.   I am.
 6       Q.   Approximately how many years did you
 7    review applications at Harvard?
 8       A.   Ten years.
 9       Q.   When you would review an application,
10    would you assign a student an overall rating?
11            MS. MOONEY:  Objection.
12       A.   I did.
13    BY MR. CONNOLLY:
14       Q.   When assigning this overall score, would
15    you take the student's race into account?
16            MS. MOONEY:  Objection.
17       A.   We were factoring in hundreds of factors
18    that input into that overall rating.
19    BY MR. CONNOLLY:
20       Q.   So is that a "yes," you would factor --
21    you would take race into account when assigning
22    an overall score?
23            MS. MOONEY:  Objection.
24       A.   The overall score was supposed to
```

```
 1   summarize the hundreds of different metrics that
 2   we were supposed to be evaluating.
 3   BY MR. CONNOLLY:
 4       Q.  Have you ever taken race into account in
 5   assigning a student an overall rating?
 6           MS. MOONEY:  Objection.  Asked and
 7   answered.
 8       A.  Again, it is one of hundreds of pieces of
 9   information that we are asked to consider as we
10   are evaluating applicants.
11   BY MR. CONNOLLY:
12       Q.  Can you answer the question "yes" or
13   "no"?
14           MS. MOONEY:  Objection.
15       A.  I think a yes-or-no question
16   oversimplifies what is going into that overall
17   rating.
18   BY MR. CONNOLLY:
19       Q.  Have you ever assigned a student an
20   overall score and not taken race into account?
21           MS. MOONEY:  Objection.
22       A.  Again, what you are being asked to do is
23   evaluate a whole person's experience and
24   credentials that they would bring to bear during
```

```
 1   their time as a student as Harvard.
 2   BY MR. CONNOLLY:
 3       Q.   Okay.  But the whole experiences,
 4   whatever you just said, does that include race?
 5           MS. MOONEY:  Objection.
 6       A.   That would include any number of
 7   background -- hundreds of background factors that
 8   would factor into that evaluation.
 9   BY MR. CONNOLLY:
10       Q.   Yes.  But one of which was race; correct?
11           MS. MOONEY:  Objection.
12       A.   One among hundreds, if not thousands, of
13   data points.
14   BY MR. CONNOLLY:
15       Q.   So can you ever recall a time where you
16   assigned an overall score and did not include a
17   person's race into your decision making?
18           MS. MOONEY:  Objection.
19       A.   Again, as one of hundreds or thousands of
20   pieces of information that we were evaluating.
21   BY MR. CONNOLLY:
22       Q.   So is your answer that, no, you do not
23   recall ever assigning a student an overall rating
24   and not including the person's race in your
```

```
 1   decision making?
 2           MS. MOONEY:  Objection.
 3       A.  I believe there may have been students
 4   who didn't indicate their race on their
 5   application.
 6   BY MR. CONNOLLY:
 7       Q.  So for those students, would you take
 8   race into account?
 9           MS. MOONEY:  Objection.
10       A.  There is no way to account for something
11   that is not shared with the committee.
12   BY MR. CONNOLLY:
13       Q.  Okay.  So for everyone else, when they
14   did include their race, would you take that
15   factor into account when assigning a student an
16   overall rating?
17           MS. MOONEY:  Objection.
18       A.  We accounted for every piece of
19   information that the candidate chose to share
20   with us as part of their application.
21   BY MR. CONNOLLY:
22       Q.  So is your answer yes, as long as you
23   knew the student's race, you would take it into
24   account?
```

```
 1            MS. MOONEY:  Objection.
 2       A.   If the student opted to share that
 3   information on their application, that was
 4   something that was taken into account, with
 5   hundreds of other factors that were being taken
 6   into account.
 7   BY MR. CONNOLLY:
 8       Q.   Have you ever given a student a lower
 9   overall rating because of his or her race?
10            MS. MOONEY:  Objection.
11       A.   No.
12   BY MR. CONNOLLY:
13       Q.   How do you know that?
14            MS. MOONEY:  Objection.
15       A.   I haven't done that.
16   BY MR. CONNOLLY:
17       Q.   That is just something you wouldn't do?
18            MS. MOONEY:  Objection.
19       A.   No.
20   BY MR. CONNOLLY:
21       Q.   Have you ever given a student a higher
22   score, overall score, because of his or her race?
23            MS. MOONEY:  Objection.
24       A.   I don't believe so.
```

Kaitlin Howrigan - June 20, 2017 47
Highly Confidential - For Attorneys' Eyes Only

```
 1   BY MR. CONNOLLY:
 2       Q.  Would you ever assign a student in the
 3   subcommittee an "A dot" rating?
 4       A.  Yes.
 5       Q.  And what is an A dot rating?
 6       A.  An A dot rating would be a version of a
 7   provisional admit.
 8       Q.  Would you ever assign an "A star" rating?
 9       A.  Yes.
10       Q.  Could you describe what an A star rating
11   is?
12       A.  It would be another kind of version of a
13   provisional admit.
14       Q.  Are they more competitive than the A dot?
15           MS. MOONEY:  Objection.
16       A.  Is an A star more competitive than an A
17   dot?
18   BY MR. CONNOLLY:
19       Q.  Yes.
20       A.  Generally, no.
21       Q.  Would you ever assign a student just a
22   plain A rating?
23       A.  As a provisional rating, yes.
24       Q.  As the chair of a docket, did you ever
```

Kaitlin Howrigan - June 20, 2017                    48
Highly Confidential - For Attorneys' Eyes Only

```
 1   have a target number for how many students to
 2   primarily admit out of your docket?
 3           MS. MOONEY:  Objection.
 4      A.   I was provided with a target number.
 5   BY MR. CONNOLLY:
 6      Q.   Do you know who provided you that number?
 7      A.   That was something that came from the
 8   dean.
 9      Q.   Do you know how you would get that
10   number?
11           MS. MOONEY:  Objection.
12      A.   I am not sure.
13   BY MR. CONNOLLY:
14      Q.   Was that number a firm number?
15           MS. MOONEY:  Objection.
16      A.   My understanding is, no, it was not.
17   BY MR. CONNOLLY:
18      Q.   So in general, you could come in one or
19   two over or one or two under your target; is that
20   right?
21           MS. MOONEY:  Objection.
22      A.   Yes, you could come below or above that
23   number.
24   BY MR. CONNOLLY:
```

```
 1         A.   To me, they would stand for
 2    Dean Fitzsimmons's initials.
 3         Q.   Do you ever recall Dean Fitzsimmons
 4    asking you to ask Ms. Yong for a one-pager?
 5              MS. MOONEY:   Objection.
 6         A.   On occasion, he might ask me to send an
 7    email quickly.
 8    BY MR. CONNOLLY:
 9         Q.   Do you recall this happening during the
10    full committee process?
11         A.   I can recall a couple occasions where he
12    might ask that I send a request to EBY.
13         Q.   For a one-pager?
14              MS. MOONEY:   Objection.
15         A.   I don't know that I would be limited to a
16    one-pager.  But having done the job before, I
17    think he knew that I could communicate what it is
18    that he might be requesting.
19    BY MR. CONNOLLY:
20         Q.   But you do recall, on multiple occasions,
21    asking Ms. Yong for a one-pager; is that correct?
22              MS. MOONEY:   Objection.
23         A.   I would have only asked if it was
24    requested of me of the dean.
```

1           MS. MOONEY:  Objection.
2       A.  It is an individualized, but comparative
3   process.  Ultimately, there is only a given
4   number spaces for freshmen in Harvard's class.
5   So part of the duty was to understand a
6   particular student's strengths and credentials
7   versus the thousands of other candidates in the
8   pool in that given year.
9   BY MR. CONNOLLY:
10      Q.  Would you ever compare similar students
11  of different racial backgrounds, when making your
12  decisions?
13          MS. MOONEY:  Objection.
14      A.  I am not sure what you mean by that.
15  BY MR. CONNOLLY:
16      Q.  Would you ever see similar students, as
17  far as geography and test scores and GPA?
18          MS. MOONEY:  Objection.
19      A.  Would I ever see similar students in the
20  applicant pool?
21  BY MR. CONNOLLY:
22      Q.  Yes.
23          MS. MOONEY:  Objection.
24      A.  I mean, given all of the information that

```
 1       Q.  Is there a different way that you would
 2   characterize what you are saying in that middle
 3   email?
 4           MS. MOONEY:  Objection.
 5       A.  I mean, without being able to fully
 6   recollect what it was that I was hearing and what
 7   the specific reasons he might have shared were,
 8   it is hard for me to say, conclusively, what that
 9   might have been.
10           (Exhibit 12 marked for identification.)
11   BY MR. CONNOLLY:
12       Q.  I will mark this document as Exhibit 12,
13   Bates number 18152.
14           (Witness viewing Exhibit 12.)
15       A.  Okay.
16       Q.  Do you recognize these notes?
17       A.  They appear to be notes that I took at
18   some time.
19       Q.  So this is your handwriting?
20       A.  It appears to be my handwriting.
21       Q.  If you could turn to page 18153.
22       A.  Okay.
23       Q.  See at the top, it says, "WRF interest"?
24       A.  Yes.
```

Kaitlin Howrigan - June 20, 2017　　262
Highly Confidential - For Attorneys' Eyes Only

```
 1        A.   It is not set up on a by-request basis.
 2   We tell applicants that by submitting an
 3   application, automatically puts in a request for
 4   an interview.
 5   BY MR. CONNOLLY:
 6        Q.   Would you, typically, not set up alumni
 7   interviews with students who you did not deem to
 8   be competitive in their chances of being admitted
 9   to Harvard?
10           MS. MOONEY:  Objection.
11        A.   Only if they happen to be applying from a
12   club where we didn't have the manpower to
13   interview everyone.
14   BY MR. CONNOLLY:
15        Q.   If a legacy student applied, would they
16   typically receive alumni interviews?
17           MS. MOONEY:  Objection.
18        A.   Like all applicants, it would be our goal
19   to interview everyone.
20   BY MR. CONNOLLY:
21        Q.   Did staff ever interview applicants?
22           MS. MOONEY:  Objection.
23        A.   On occasion, we were asked to interview
24   applicants.
```

```
 1                      CERTIFICATE
 2     Commonwealth of Massachusetts
 3     Suffolk, ss.
 4
 5              I, Megan M. Castro, Registered
 6     Professional Reporter and Notary Public in and for
 7     the Commonwealth of Massachusetts, do hereby
 8     certify:
 9              That KAITLIN HOWRIGAN, the witness whose
10     deposition is hereinbefore set forth, was duly
11     sworn by me and that such deposition is a true
12     record of the testimony given by the said witness.
13              IN WITNESS WHEREOF, I have hereunto set
14     my hand on July 6, 2017.
15
16                    [signature: Megan M Castro]
17
                            Megan M. Castro
18                   Registered Professional Reporter
                  Certified Shorthand Reporter No. 152614
19
20
21     My Commission expires:
22     July 31, 2020
23
24
```