# EXHIBIT 114

1

```
 1            FOR THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2

 3
      STUDENTS FOR FAIR         )
 4    ADMISSIONS, INC.          )
           Plaintiff,           )
 5                              ) No. 1:14-cv-14176
      vs.                       )
 6                              )
      PRESIDENT AND FELLOWS     )
 7    OF HARVARD COLLEGE        )
      (HARVARD CORPORATION),    )
 8         Defendants.          )

 9         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10

11    DEPOSITION OF CHRISTOPHER J. LOOBY, a witness in the

12    above-entitled cause, taken before Susan Lozzi,

13    Registered Professional Reporter and Notary Public

14    in and for the Commonwealth of Massachusetts,

15    pursuant to the Federal Rules of Civil Procedure, at

16    Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State

17    Street, Boston, Massachusetts, on Friday,

18    June 30, 2017, commencing at 9:01 a.m.

19

20

21

22

23

24
```

1    Q.   So you cannot recall a single time in the
2    past ten years when you have considered race to be a
3    positive or a negative factor in your decision of
4    whether to admit a student to Harvard, is that
5    correct?
6    A.   Specifically race, no, I can't think of a
7    time.
8    Q.   In your ten years at Harvard, can you
9    recall a single time in which a student's race had
10   no impact on your decision of whether to admit the
11   student to Harvard?
12             MS. SANDALS:  Objection.
13   A.   Could you repeat that, please?
14             MR. CONNOLLY:  Can you please repeat
15   the question?
16             (Question read back.)
17             (Pause.)
18   A.   Again, it's a factor of many that would go
19   into the way that I would vote.
20   Q.   So you can't give me an example?
21             MS. SANDALS:  Objection.
22   A.   It would be a factor that I'm voting for
23   any -- any student that I'm voting for or against,
24   I'm taking that into consideration just like I am

231

COMMONWEALTH OF MASSACHUSETTS

I, SUSAN LOZZI, Registered Professional Reporter and Notary Public duly and qualified in and for the State of Massachusetts do hereby certify that the foregoing statement is a true and correct transcript of my original stenographic notes.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal this 12th day of July, 2017.

*Susan Lozzi*

SUSAN LOZZI
NOTARY PUBLIC

My Commission Expires: March 22, 2024.