# EXHIBIT 119

1          UNITED STATES DISTRICT COURT
2            DISTRICT OF MASSACHUSETTS
3  _____
4  STUDENTS FOR FAIR ADMISSIONS, INC.,
5           Plaintiff,
6   v.                              No. 1:14-cv-14176
7  PRESIDENT AND FELLOWS OF
8  HARVARD COLLEGE
9  (HARVARD CORPORATION),
10          Defendant.
11 _____
12
13                VOLUME II
14   HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY
15
16        DEPOSITION of MARLYN McGRATH
17           Boston, Massachusetts
18              August 1, 2017
19
20
21
22 Reported by:
23 Dana Welch, CSR, RPR, CRR, CRC
24 Job #127107
25

1  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - McGRATH
2      Q.  I mean, sitting here today, do you think
3  that Asian Americans are any less qualified than
4  other applicants with respect to their
5  extracurricular scores?
6          MS. ELLSWORTH:  Objection.
7      A.  I have no reason to think that.
8      Q.  Did you have any reason to think that back
9  in 2013?
10         MS. ELLSWORTH:  Objection.
11     A.  No.
12     Q.  Do you know whether, in fact, the data
13 suggests that Asian Americans receive slightly
14 better extracurricular ratings than other
15 applicants?
16         MS. ELLSWORTH:  Objection.
17     A.  Do you mind rephrasing that so I know
18 where the Asian American part fits in --
19     Q.  Yes.  Do you know in fact whether --
20     A.  -- or say it again?  You don't have to
21 rephrase it.
22     Q.  Do you know whether in 2013, Harvard's
23 admissions database would show that Asian Americans
24 received better extracurricular ratings, on
25 average, than other applicants?

1   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - McGRATH
2           MS. ELLSWORTH:  Objection.
3       A.  No, I don't know that.
4       Q.  You don't know one way or the other?
5       A.  No.
6       Q.  Same with personal.  In your experience,
7   do Asian Americans as a group lack attractive
8   personal characteristics compared to other
9   applicants?
10          MS. ELLSWORTH:  Objection.
11      A.  No, I don't think so.
12      Q.  Can you think of any reason why somebody's
13  race would affect their personal rating?
14          MS. ELLSWORTH:  Objection.
15      A.  No, not in our system.
16      Q.  The personal ratings -- if I recall
17  correctly from your prior testimony, the personal
18  rating is intended to just kind of be an analysis
19  as how likeable is this person, does this person
20  seem like a good person to be around?
21          MS. ELLSWORTH:  Objection.
22      A.  That's part of it.
23      Q.  What else is included?
24      A.  Depends on the case.  And the source for
25  that judgment, which I'll get to, is from several

1   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - McGRATH
2   this document.
3         Do you recognize this document?
4      A.  No, I don't.
5      Q.  Okay.  Do you recognize the correspondence
6   to which it's referring?
7      A.  I don't remember it specifically.
8      Q.  Do you recall discussing a letter from a
9   high school student named ▮▮▮▮▮▮▮▮ about Asian
10  American discrimination in the Harvard admissions
11  process?
12     A.  I don't remember this one.  I don't.
13     Q.  Did you review this letter in preparation
14  for your deposition today?
15        MS. ELLSWORTH:  Objection.
16     A.  No, I didn't.
17     Q.  Okay.  Do you recall receiving a lot of
18  letters complaining about or inquiring about
19  whether or not Harvard's admissions process
20  discriminates against Asian Americans?
21        MS. ELLSWORTH:  Objection.
22     A.  We have a lot of correspondence from
23  people who complain about, usually about specific
24  decisions, and we also have some correspondence
25  about this or discriminating against African

1                    CERTIFICATE

2   Commonwealth of Massachusetts

3   Suffolk, ss.

4

5          I, Dana Welch, Registered Professional

6   Reporter, Certified Realtime Reporter and Notary

7   Public in and for the Commonwealth of

8   Massachusetts, do hereby certify that MARLYN

9   McGRATH, the witness whose deposition is

10  hereinbefore set forth, was duly sworn by me and

11  that such deposition is a true record of the

12  testimony given by the witness.

13         I further certify that I am neither related

14  to nor employed by any of the parties in or counsel

15  to this action, nor am I financially interested in

16  the outcome of this action.

17         In witness whereof, I have hereunto set my

18  hand and seal this 11th day of August, 2017.

19

20                           _____
                             Dana Welch
21                           Notary Public
                             My commission expires:
22                           October 6, 2017

23

24

25