# EXHIBIT 121

Page 1

1         UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
2

    STUDENTS FOR FAIR           §
3   ADMISSIONS, INC.             §
                                 §
4           Plaintiff,           §
                                 §   CIVIL ACTION NO.
5   VS.                          §   1:14-cv-14176-ADB
                                 §
6   PRESIDENT AND FELLOWS OF     §
    HARVARD COLLEGE (HARVARD     §
7   CORPORATION)                 §
                                 §
8           Defendant.           §
9
10      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11         ORAL AND VIDEOTAPED DEPOSITION OF
12                   RUTH SIMMONS
13                 April 11, 2018
14                 Houston, Texas
15
16
17
18
19
20
21
22
23
24   REPORTED BY:  Linda Russell, CSR
25   JOB NO:  139807

Highly Confidential - Attorneys' Eyes Only

Page 127

1            R. SIMMONS - 4/11/2018
2   providing some kind of oversight that would
3   detect whether or not Princeton was tilting too
4   much in one direction.
5            The question of what you could have
6   done about it is a completely different question,
7   because the matter of choice in terms of the --
8   how students elect majors is a very difficult
9   thing to control.
10           MR. CONNOLLY:  Mark as Exhibit 7 an
11  article in the Princeton Alumni Weekly entitled,
12  "The Changing Face of West College, An Interview
13  With Fred Hargadon, the New Dean of Admissions."
14           THE WITNESS:  Thank you.
15           (Exhibit 7 marked for identification.)
16       Q.  (BY MR. CONNOLLY)  And this is a
17  lengthy series of question and answers.  And in
18  the interest of your time I'll direct you to the
19  question I'd like to -- or the part of the piece
20  I'd like to direct you to.  And it's on page 22.
21           MR. ADEGBILE:  Do we have a date for
22  this piece?  Looks like November 9, 1988?
23           MR. CONNOLLY:  That sounds right.
24           MR. ADEGBILE:  In the inside -- on
25  the second --

Highly Confidential - Attorneys' Eyes Only

Page 128

1          R. SIMMONS - 4/11/2018

2              MR. CONNOLLY:  Yeah.

3              MR. ADEGBILE:  -- second -- bottom of

4    the second page?

5              MR. CONNOLLY:  Yeah.

6         Q.   (BY MR. CONNOLLY)  And the question

7    and answer I'd like you to read is the middle

8    column of page 22 starting at the top and then

9    going to the end.

10        A.   Middle column page 22.

11        Q.   Starting with the Q at the top --

12        A.   Starting with the Q.

13        Q.   Yeah.

14        A.   "The most successful minority group

15   at the group of colleges you're speaking about

16   are Asian Americans, students who do very, very

17   well but whose success has alarmed some people

18   who worry that they'll take over student bodies.

19   There's even been talk about quotas on Asian

20   Americans at certain schools.  What's your

21   feeling about this?"

22             Shall I keep reading?  Did you want

23   me to continue?

24        Q.   Yes.  And you can just familiarize

25   yourself with his answer and then -- you can just

1                R. SIMMONS - 4/11/2018
2    read it internally and then I'll ask you a --
3           A.   Oh, internally.  Okay.
4                (Witness reviewing document.)
5           A.   Okay.  Just to the end of that
6    answer?
7           Q.   Yeah.
8           A.   Okay.
9           Q.   And you already read part of the
10   question.  In your time spent in universities,
11   have you ever heard the concern that Asian
12   Americans are, quote, taking over student bodies?
13          A.   Never.  It would be wonderful to have
14   information about the author, about the
15   interviewer, because I can't find anything here
16   that indicates it.  But it's -- no, never.
17          Q.   Okay.  And taking a step back.  You
18   said Fred Hargadon is the -- was the --
19          A.   Dean.
20          Q.   -- Dean of Admissions at Princeton.
21               Can you read the second paragraph of
22   his answer starting with, "You don't have to be."
23          A.   "You don't have to be looking for
24   class presidents or captains of teams to realize
25   that a part of the culture in many Asian American

Page 130

1           R. SIMMONS - 4/11/2018
2    families was not to have the child participate in
3    extracurricular activities" --
4           Do I have to go on?
5       Q.  Yes, please.  The whole paragraph.
6       A.  Okay.  -- "but largely to devote
7    himself to and concentrate on academics.  There's
8    no doubt that that's an extremely positive
9    feature.  It's very cultural.  Asian Americans
10   put a very high premium on education and doing
11   well.  But in colleges that also put a premium on
12   diversity in terms of energy level outside the
13   classroom, of taking part in activities, that has
14   turned out for many Asian American students to be
15   a handicap.  That is, they were not going to show
16   up as well.  There are many great exceptions to
17   this, of course."
18       Q.  Do you agree with his assessment of
19   Asian Americans?
20       A.  I think it's balderdash.
21       Q.  Did you ever hear Dean Hargadon
22   express these sort of opinions while you were at
23   Princeton?
24       A.  I didn't interact with Fred a lot,
25   but I never heard him express these opinions.

1            R. SIMMONS - 4/11/2018

2   Had I heard him, I would have certainly

3   challenged these notions.  But I don't remember

4   his ever saying it in my presence.  But we didn't

5   typically meet.

6        Q.   In your experience teaching at a --

7   and working at a variety of Ivy League schools,

8   are Asian American students any less personable

9   than other -- than students of other racial

10  groups?

11       A.   No.

12       Q.   In your experience, do Asian American

13  students tend to participate in fewer

14  extracurricular activities than other students?

15       A.   I don't know the data on it, but as

16  a -- I would say generally they are very similar

17  to other students on -- on the campus in their

18  interests.

19       (Exhibit 8 marked for identification.)

20       MR. CONNOLLY:  Exhibit 8 is a copy of

21  the Expert Report of Richard Kahlenberg.  And as

22  you know, it's very long.  I will point you --

23  there's only one to two pages I want you to look

24  at.  Page 35, please, of his expert report.

25       A.   I don't have it.

Page 152

1        REPORTER'S CERTIFICATION
2   STATE OF TEXAS    )
                      )
3   COUNTY OF HARRIS  )
4         I, LINDA RUSSELL, a Certified Shorthand
5   Reporter within and for the State of Texas, do
6   hereby certify:
7         That the witness whose deposition is
8   hereinbefore set forth, appeared and was duly
9   sworn by me, and that such deposition is a true
10  record of the testimony given by such witness;
11        That a review of the transcript by the
12  deponent was requested;
13        I further certify that I am not related to
14  any of the parties to this action by blood or
15  marriage; and that I am in no way interested in
16  the outcome of this matter.
17        IN WITNESS HEREOF, I have hereunto set my
18  hand this 13th of April, 2018.
19
20
21        _____
          LINDA RUSSELL, Texas CSR #2965
22        Expiration Date:  12/31/2018
          TSG Reporting, Inc
23        Firm Registration No. 615
          747 Third Avenue
24        New York, NY 10017
          (212) 702-9580
25