# EXHIBIT 128



Selected Topics in Casework and Diversity

HARV00025279

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025280



- U.S. Context
  - Demographics
  - Educational Attainment
  - Testing Distributions

- Native Americans
  - Historical Context
  - Demographics
  - Applicant pool
  - Campus Life

- Latinos
  - Geographic Distribution
  - Demographic Distribution
  - Identity
  - Campus Life

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Demographics

HARV00025281

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025282

# Population by Race and Ethnicity



White
64%

Asian  Other
5%  3%

Black
12%

Hispanic
16%

Notes:  Racial groups include only non-Hispanics. Hispanics are of any race.

Source: Pew Hispanic Center tabulations of U.S. Census Bureau Redistricting_Files-PL_94-171 for states

*PEW HISPANIC CENTER*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Figure 1.
**Real Median Household Income by Race and Hispanic Origin: 1967 to 2010**

Note: Median household income data are not available prior to 1967. For information on recessions, see Appendix A.
Source: U.S. Census Bureau, Current Population Survey, 1968 to 2011 Annual Social and Economic Supplements.

HARV00025283

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Most common languages**

Counties where at **least 10 percent** of people speak a language other than English at home:

- Spanish
  708 counties
- Native American languages
  29 counties
- German
  21 counties
- French
  15 counties
- Pacific Island languages
  12 counties
- Other languages*
  11 counties
- English is spoken in at least 90 percent of homes in 2,347 counties.

SOURCE: Census American Community Survey 2007–2011.

*Other includes Chinese, Portuguese Creole or Portuguese Creole, Hindi, Hmong, Other Indo-European languages and Russian. This category was added to the map on Aug. 20.

HARV00025284

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025285

Racial and Ethnic minorities accounted for **91.7%** of the nation's growth between 2000 and 2010.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Educational Attainment

HARV00025286

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025287



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025288

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025289

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025290

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Testing Distributions

HARV00025291

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAT Test-Takers: 2012

- White 53%
- Latino 8%
- Mexican American 7%
- Puerto Rican 2%
- Black 13%
- Asian American 12%
- Native Am/Alaskan Native 1%
- Other 4%

HARV00025292

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025293

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025294

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025295

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025296

# Approximate number of students based on percentiles

| Above 600 | Total | CR | M | W |
|---|---|---|---|---|
| White | 852,150 | 213,050 | 255,650 | 187,450 |
| Latino | 136,600 | 12,300 | 15,050 | 10,950 |
| Mexican American | 108,250 | 7,600 | 10,800 | 6,500 |
| Puerto Rican | 27,800 | 2,500 | 2,500 | 1,950 |
| Black | 217,650 | 10,900 | 10,900 | 8,700 |
| Asian American | 192,600 | 53,900 | 102,050 | 61,700 |
| Native American | 9,700 | 1,350 | 1,650 | 970 |
| Other | 62,350 | 12,450 | 16,850 | 12,450 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Approximate number of students based on percentiles

| Above 700 | Total | CR | M | W |
|---|---|---|---|---|
| White | 852,150 | 54,150 | 59,650 | 42,600 |
| Latino | 136,600 | 2,750 | 2,750 | 1,350 |
| Mexican American | 108,250 | 1,100 | 1,100 | 1,100 |
| Puerto Rican | 27,800 | 280 | 280 | 280 |
| Black | 217,650 | 2,180 | 2,180 | 2,180 |
| Asian American | 192,600 | 17,350 | 48,150 | 21,200 |
| Native American | 9,700 | 290 | 290 | 290 |
| Other | 62,350 | 3,100 | 5,000 | 3,100 |

HARV00025297

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025298

# Native Americans in the United States

## Tribal Sovereignty, Demographics, and Indigenizing Veritas

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025299

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025300

# 1800s: Forced Removal



Figure 1.3 Movement of Indian tribes into Oklahoma. Some of the tribes—such as the Kiowa, Arapaho, Cheyenne, and Comanche—moved on their own volition; others were pressured to move; and some, such as the Seminole, were forcibly moved. (Courtesy U.S. Public Health Service, Division of Indian Health)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025301

The Arapaho tribe
The Cayuga tribe
The Cherokee tribe
The Cheyenne tribe
The Chickasaw tribe
The Choctaw tribe
The Creek tribe
The Delaware tribe
The Ioway tribe
The Kaw tribe
The Miami/Peoria tribe
The Missouria-Otoe tribe
The Modoc tribe
The Ottawa tribe
The Pawnee tribe
The Ponca tribe
The Potawatomi tribe
The Quapaw tribe
The Sac and Fox tribe
The Seneca tribe
The Shawnee tribe
The Wyandotte tribe
The Tonkawa tribe
The Yuchi tribe



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



American Indian Reservations

MAP KEY

Federal American
Indian Reservations

State American
Indian Reservations

HARV00025302

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 566 federally recognized tribes

HARV00025303

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Tribal Enrollment

- Blood quantum

- Lineal descent



HARV00025304

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025305



# Indian Termination Policies

- Dissolution of over 100 tribal nations from 1953-1964
- Ex. Menominee Termination Act
- Indian Relocation Act of 1956
- Assimilation
- Encouraged movement to government-designated cities



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025306

# Native American and Alaska Native Demographics

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# DEFINITION OF AMERICAN INDIAN OR ALASKA NATIVE USED IN THE 2010 CENSUS

*According to OMB, "American Indian or Alaska Native" refers to a person having origins in any of the original peoples of North and South America (including Central America) and who maintains tribal affiliation or community attachment.*

*The American Indian and Alaska Native population includes people who marked the "American Indian or Alaska Native" checkbox or reported entries such as Navajo, Blackfeet, Inupiat, Yup'ik, or Central American Indian groups or South American Indian groups.*

HARV00025307

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025308

# Population of Native American & Alaska Natives in the United States

2010: 5.2 million people

- 1.7% of population

2010: ~70% of people who self-identify as Native American *do not* live in Native American and Alaska Native areas.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025309

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025310

# States with the highest percentage of Native Americans

*California, 13.9%

*Oklahoma, 9.2%

*Arizona, 6.8%

*Texas, 6.0%

*New York, 4.2%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Cities with the largest number of Native Americans

Table 3.
## Ten Places With the Largest Number of American Indians and Alaska Natives: 2010
(For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2010/doc/pl94-171.pdf)

| Place | Total population | American Indian and Alaska Native | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Alone or in combination | | Alone | | In combination | |
| | | Rank | Number | Rank | Number | Rank | Number |
| New York, NY......... | 8,175,133 | 1 | 111,749 | 1 | 57,512 | 1 | 54,237 |
| Los Angeles, CA ...... | 3,792,621 | 2 | 54,236 | 3 | 28,215 | 2 | 26,021 |
| Phoenix, AZ........... | 1,445,632 | 3 | 43,724 | 2 | 32,366 | 7 | 11,358 |
| Oklahoma City, OK .... | 579,999 | 4 | 36,572 | 7 | 20,533 | 3 | 16,039 |
| Anchorage, AK ....... | 291,826 | 5 | 36,062 | 5 | 23,130 | 6 | 12,932 |
| Tulsa, OK............. | 391,906 | 6 | 35,990 | 6 | 20,817 | 4 | 15,173 |
| Albuquerque, NM...... | 545,852 | 7 | 32,571 | 4 | 25,087 | 16 | 7,484 |
| Chicago, IL........... | 2,695,598 | 8 | 26,933 | 10 | 13,337 | 5 | 13,596 |
| Houston, TX.......... | 2,099,451 | 9 | 25,521 | 8 | 14,997 | 8 | 10,524 |
| San Antonio, TX....... | 1,327,407 | 10 | 20,137 | 11 | 11,800 | 11 | 8,337 |
| Tucson, AZ........... | 520,116 | 11 | 19,903 | 9 | 14,154 | 24 | 5,749 |
| Philadelphia, PA....... | 1,526,006 | 13 | 17,495 | 25 | 6,996 | 9 | 10,499 |
| San Diego, CA........ | 1,307,402 | 12 | 17,865 | 23 | 7,696 | 10 | 10,169 |

Source: U.S. Census Bureau, 2010 Census Redistricting Data (Public Law 94-171) Summary File, Table P1.

HARV00025311

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## States with highest proportions of Native Americans

AK, 14.8%

NM, 9.4%

SD, 8.8%

HARV00025312

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025313

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Largest Tribal Nations

## Cherokee: 16%
- 820,000

## Navajo: 6.5%
- 332,000

## Choctaw: 3.8%
- 195,000

## Mexican American Indian: 3.4%
- 175,000

## Chippewa : 3.3%
- 170,000

HARV00025314

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Applicant Pool

HARV00025315

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Reservations and Native lands
- "Urban Indian" applicants

1.7% of U.S. population

HARV00025316



Population by area: "West"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025317



Population by area: "South"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025318

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Population by area: "Midwest"



Population by area: "Northeast"

HARV00025319

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025320

*Campus Life*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025321

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025322



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Latinos in the U.S.

*Demography, Geography and Identity*

HARV00025323

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025324

- Latinos are nation's largest minority group

- Accounted for **56%** of population growth in U.S. from 2000-2010

- 51.9 Million Hispanics in 2011

- **17%** of U.S. Population

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025325

# Geographical Distribution

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Two-thirds** *of Hispanics live in just five states…*

**1 California**
14.4 million Hispanics
28% of all Hispanics

*Nearly half (47%) live in California and Texas alone.*

**2 Texas**
9.8 million Hispanics
19% of all Hispanics

**5 Illinois**
2.1 million Hispanics
4% of all Hispanics

**4 New York**
3.5 million Hispanics
7% of all Hispanics

**3 Florida**
4.4 million Hispanics
8% of all Hispanics

Pew Research Hispanic Center tabulations of 2011 American Community Survey (1% IPUMS)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025326



...but **five** other states have seen the fastest growth since 2000.

**2 Kentucky**
132,000 Hispanics
132% growth

**5 North Carolina**
828,000 Hispanics
120% growth

**1 South Carolina**
241,000 Hispanics
154% growth

**4 Minnesota**
257,000 Hispanics
120% growth

**3 Arkansas**
190,000 Hispanics
123% growth

Pew Research Hispanic Center tabulations of 2000 Census (5% IPUMS) and 2011 American Community Survey (1% IPUMS)

HARV00025327

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025328

*Latino population accounted for ALL growth in following states:*

**Illinois**

**Louisiana**

**Massachusetts**

**New Jersey**

**New York**

**Rhode Island**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Proportions of Latino Populations by State**

HARV00025329

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Top 10 States with the highest proportions of Latinos

- New Mexico — 46.7%
- Texas — 38.1%
- California — 38.1%
- Arizona — 30.1%
- Nevada — 27.1%
- Florida — 22.8%
- Colorado — 20.9%
- New Jersey — 18.1%
- New York — 18.0%
- Illinois — 16.1%

HARV00025330

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025331



Demographics

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025332

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Distribution of Latino Population by Origin: 2010



Central American 71%

Other Hispanic 8%

Caribbean 16%

South American 5%

HARV00025333

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## U.S. Hispanic Population, by Origin, 2010
*(in thousands)*

| Origin | Population | % of Hispanics |
|---|---|---|
| All Hispanics | **50,730** | |
| Mexicans | 32,916 | 64.9 |
| Puerto Ricans | 4,683 | 9.2 |
| Cubans | 1,884 | 3.7 |
| Salvadorans | 1,827 | 3.6 |
| Dominicans | 1,509 | 3.0 |
| Guatemalans | 1,108 | 2.2 |
| Colombians | 972 | 1.9 |
| Hondurans | 731 | 1.4 |
| Ecuadorians | 665 | 1.3 |
| Peruvians | 609 | 1.2 |

Note: Total U.S. population is 309,350,000 (rounded to the nearest thousand).

Source: Pew Hispanic Center tabulations of the 2010 ACS (1% IPUMS)

PEW RESEARCH CENTER

*The Hispanic population is the nation's **youngest** major racial or ethnic group.*

Median age of...



Hispanics: 27
Blacks: 33
Asians: 36
Whites: 42

25 — 30 — 35 — 40

Pew Research Hispanic Center tabulations of 2011 American Community Survey (1% IPUMS)

HARV00025334

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025335



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Figure 3
## Hispanic Population, by Generation, for Children

Source: For 1980 to 2007, Pew Hispanic Center tabulations of the Decennial Census and 2007 American Community Survey Integrated Public Use Micro Samples. For 2010 to 2025, projections done by Pew Hispanic Center senior demographer Jeffrey S. Passel.

HARV00025336

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025337

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HARV00025338

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025339

Latinos made up 97 percent of all those that identified as only "Some Other Race" on the U.S. Census

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025340

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Which term do you use to describe yourself? Youth Ages 16-25

Family's Country of Origin 52%

Hispanic/Latino 20%

American 24%

DK/No Opinion 4%

HARV00025341

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025342

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025343

# Do you think of yourself as a typical American?



Typical American
47%

DK/No Opinion
6%

Very Different from Typical American
47%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025344

# Adding to the complexity: History & Context

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025345

# Historical Context:  Latino Segregation

- Segregation in early 1900s

- "Mexican" Schools- Mexican children not allowed to enroll in white schools

  - Curriculum focused on "Americanization"
  - Usually years behind white students

- 1946- *Mendez, et al v. Westminster School (CA)*

  - Ruled that segregation of Mexican and Mexican-American students unconstitutional

  - First court case that successfully challenged segregation in schools

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025346

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025347

# Present Day: Perceptions of Latinos

"Over 30 percent of non-Hispanics believe a majority (over half) of Hispanics are undocumented.  However, the actual figure of undocumented Hispanics in the U.S. is around 18 percent, and only 37 percent of U.S. Hispanics are actually immigrants"

*-NBC Latino*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025348

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HARV00025349

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Student Examples

HARV00025350

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025351

# Identity:

*It's complicated...*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HARV00025352

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# References

U.S. Census Bureau

Pew Hispanic Center

US Dept. of Health & Human Services

Collegeboard

Margaret E. Montoya, A Brief History of Chicana/o School Segregation: One Rationale For Affirmative Action, 12 La Raza Law Journal 159-172, 162-171 (2001)