# EXHIBIT 148



Schools of Harvard University

# Schools

Harvard University has 12 degree-granting schools in addition to the Radcliffe Institute for Advanced Study. The University has grown from nine students with a single master to an enrollment of more than 20,000 degree candidates including undergraduate, graduate, and professional students.

 **Harvard Business School**

 **Harvard College**

 **Harvard Division of Continuing Education**

 **Harvard School of Dental Medicine**

 **Harvard Divinity School**

 **Harvard Faculty of Arts and Sciences**

 **Harvard Graduate School of Design**

 **Harvard Graduate School of Education**

 **Harvard Graduate School of Arts & Sciences**

 **Harvard John A. Paulson School of Engineering and Applied Sciences**

 **Harvard Kennedy School**

**Harvard Law School**

 **Harvard Medical School**

 **Radcliffe Institute for Advanced Study**

 **Harvard T.H. Chan School of Public Health**

## WEBSITE

Accessibility

Sitemap

## GET IN TOUCH

Contact Harvard

Maps & Directions

Jobs

Social Media

## SECURITY & BRAND

Privacy Statement

Report Copyright Infringement

Report Security Issue

Trademark Notice





Harvard Apps

---

© 2018 The President and Fellows of Harvard College