# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

|  |  |  |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), | ) ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Natashia Tidwell as counsel for *Amici Curiae* American Council on Education and 36 other higher education organizations in support of Defendant in the above-captioned matter.

Respectfully submitted,

July 30, 2018

/s/ Natashia Tidwell
Natashia Tidwell (BBO #657679)
HOGAN LOVELLS US LLP
100 High Street, 20th Floor
Boston, MA 02110
(617) 371-1076
natashia.tidwell@hoganlovells.com

Attorney for *Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on July 30, 2018.

/s/ Natashia Tidwell