AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc.  )<br>*Plaintiff*  )<br>v.  )<br>President & Fellows of Harvard College (Harvard Corp.)  )<br>*Defendant*  ) | Case No.  1:14-cv-14176-ADB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brown University, Case Western Reserve University, Columbia University, Dartmouth University, Duke University, Emory University, George Washington University, Johns Hopkins University, Massachusetts Institute of Technology, Princeton University, Stanford University, University of Pennsylvania, Vanderbilt Uninversity, Washington University in St. Louis, and Yale University.

Date:  07/30/2018

/s/ Seth B. Orkand
*Attorney's signature*

Seth B. Orkand
*Printed name and bar number*
Demeo LLP
200 State Street
Boston, MA 02109

*Address*

sorkand@demeollp.com
*E-mail address*

(617) 263-2600
*Telephone number*

(617) 263-2300
*FAX number*