AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc. <br> *Plaintiff* <br> v. <br> President and Fellows of Harvard College <br> *Defendant* | ) <br> ) <br> ) Case No.  1:14-cv-14176-ADB <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Economists Michael Keane et al., in Support of Students for Fair Admissions  .

Date:  07/30/2018

/s/ Randall B. Clark
*Attorney's signature*

Randall B. Clark BBO # 657560
*Printed name and bar number*

80A West Hollis Road
Hollis, NH 03049

*Address*

rbc@randallbclark.com
*E-mail address*

(603) 801-3039
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                /s/ Randall B. Clark
                                                Randall B. Clark