# EXHIBIT 265

INTERNAL REVENUE SERVICE                          DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201


Date:    JAN 3 0 2015                    Employer Identification Number:
                                            47-1689810
                                         DLN:
                                            17053287307014
STUDENTS FOR FAIR ADMISSIONS INC         Contact Person:
3571 FAR WEST BLVD 17                        LOUIS F JOHNSON              ID# 95135
AUSTIN, TX  78731                        Contact Telephone Number:
                                            (877) 829-5500
                                         Accounting Period Ending:
                                            December 31
                                         Public Charity Status:
                                            170(b)(1)(A)(vi)
                                         Form 990 Required:
                                            YES
                                         Effective Date of Exemption:
                                            July 30, 2014
                                         Contribution Deductibility:
                                            YES
                                         Addendum Applies:
                                            NO


Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code.  Contributions to you are
deductible under section 170 of the Code.  You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code.  Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations.  We determined that you are
a public charity under the Code section(s) listed in the heading of this
letter.

For important information about your responsibilities as a tax-exempt
organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar
to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities,
which describes your recordkeeping, reporting, and disclosure requirements.

                                  Sincerely,

                                  Tamera Ripperda

                                  Director, Exempt Organizations


                                                      Letter  947

SFFA-Harvard 0000001