# EXHIBIT 267

# In The Matter Of:

*Students for Fair Admissions, Inc. v.*
*President and Fellows of Harvard College*

*Sarah C. Donahue*
*June 6, 2017*
*Highly Confidential - For Attorneys' Eyes Only*

*195 State Street • Boston, MA 02109*
*888.825.3376 - 617.399.0130*
*Global Solutions*
*court-reporting.com*



O'BRIEN & LEVINE COURT REPORTING SOLUTIONS

Original File Sarah Donahue 6-6-17.txt
**Min-U-Script® with Word Index**

Sarah C. Donahue - June 6, 2017
Highly Confidential - For Attorneys' Eyes Only
243

```
 1            MS. ELLSWORTH:  Objection.
 2       A.   Sometimes.
 3  BY MR. STRAWBRIDGE:
 4       Q.   Is ethnicity sometimes the subject of
 5  questions or commentary by other members of the
 6  committee?
 7            MS. ELLSWORTH:  Objection.
 8       A.   Not usually.
 9  BY MR. STRAWBRIDGE:
10       Q.   Can you say how often in a given case --
11  sorry -- how often in a given cycle someone
12  presenting a candidate for admission might
13  mention ethnicity?
14            MS. ELLSWORTH:  Objection.
15       A.   It is hard to say.
16  BY MR. STRAWBRIDGE:
17       Q.   Can you give me any quantification at
18  all?  Is it rare?
19            MS. ELLSWORTH:  Objection.
20       A.   I would say it is not often.  The
21  information is right there.
22  BY MR. STRAWBRIDGE:
23       Q.   To what extent does Dean Fitzsimmons
24  participate in the individual candidate
```

```
 1   discussions?
 2        A.   As a member of the committee.
 3        Q.   Does his view get deference, in your
 4   experience?
 5             MS. ELLSWORTH:   Objection.
 6        A.   I think people respect his view.
 7   BY MR. STRAWBRIDGE:
 8        Q.   Been doing this for a long time; right?
 9        A.   Yes.
10        Q.   He is the leader of the office?
11        A.   Yes.
12        Q.   Perhaps not surprising to think that
13   people would be inclined to give a lot of weight
14   to his view, just by those reasons alone?
15             MS. ELLSWORTH:   Objection.
16   BY MR. STRAWBRIDGE:
17        Q.   Is that correct?
18        A.   Yes.
19        Q.   Do you recall occasions when his view or
20   his support for a candidate has not carried the
21   day?
22             MS. ELLSWORTH:   Objection.
23        A.   Yes.
24   BY MR. STRAWBRIDGE:
```

```
 1        Q.  Can you give me an example of that, just
 2   off the top of your head?
 3            MS. ELLSWORTH:  Objection.
 4            I will just remind the witness not to
 5   disclose any identifying information about any
 6   students to that extent.
 7            MR. STRAWBRIDGE:  I don't want the names
 8   of anybody.
 9            MS. ELLSWORTH:  Or any information that
10   could make someone identifiable.
11        A.  I can't recall the specific cases.
12   BY MR. STRAWBRIDGE:
13        Q.  You just know it has happened on
14   occasion?
15            MS. ELLSWORTH:  Objection.
16        A.  Yes.
17   BY MR. STRAWBRIDGE:
18        Q.  What about Ms. McGrath?  Does she
19   participate in the discussion of the individual
20   candidates?
21        A.  Yes.
22        Q.  Do Dean Fitzsimmons and Ms. McGrath take
23   an interest or participate at any level greater
24   than the other people in the room?
```

Sarah C. Donahue - June 6, 2017　　　246
Highly Confidential - For Attorneys' Eyes Only

```
 1         MS. ELLSWORTH:  Objection.
 2      A.  Not particularly.
 3  BY MR. STRAWBRIDGE:
 4      Q.  Does Ms. McGrath's view, like Dean
 5  Fitzsimmons, tend to get considerable respect
 6  from the people in the room?
 7         MS. ELLSWORTH:  Objection.
 8      A.  Yes.
 9  BY MR. STRAWBRIDGE:
10      Q.  People during the committee process -- I
11  mean do they sometimes get -- do they sometimes
12  make strong pushes for particular candidates who
13  they feel strongly about?
14      A.  Yes.
15      Q.  Can it sometimes be a robust discussion
16  in terms of trying to make these decisions?
17         MS. ELLSWORTH:  Objection.
18      A.  Yes.
19  BY MR. STRAWBRIDGE:
20      Q.  And does Dean Fitzsimmons sometimes bring
21  forward people who he thinks that the committee
22  should consider or take another look at?
23         MS. ELLSWORTH:  Objection.
24      A.  Not usually.
```