# EXHIBIT 284

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### DECLARATION OF PETER ARCIDIACONO

I, Peter Arcidiacono, pursuant to 28 U.S.C. § 1746, declare the following:

1. I make this declaration at the request of counsel for Plaintiff Students for Fair Admissions, Inc. ("SFFA"), and if called upon to testify as to the contents of this declaration would testify competently thereto.

2. In my opening report, I included figures showing the share of admits to Harvard by race from the Class of 2000 through the Class of 2019. *See* Arcidiacono Rep. Figures B.1.1-B.1.4. The table below provides the numbers that correspond with those charts:

1

Table 1: Share of admits by race and year

|      | Asian American | African American | Hispanic | White |
|------|----------------|------------------|----------|-------|
| 2000 | 16.4%          | 8.9%             | 8.2%     | 41.6% |
| 2001 | 17.0%          | 8.5%             | 8.6%     | 40.3% |
| 2002 | 18.0%          | 9.8%             | 8.3%     | 43.7% |
| 2003 | 16.4%          | 9.8%             | 8.6%     | 48.2% |
| 2004 | 15.9%          | 9.7%             | 8.7%     | 46.5% |
| 2005 | 14.1%          | 8.8%             | 8.9%     | 45.9% |
| 2006 | 16.5%          | 8.9%             | 7.8%     | 51.1% |
| 2007 | 16.2%          | 10.0%            | 8.6%     | 50.1% |
| 2008 | 19.1%          | 10.0%            | 9.2%     | 47.1% |
| 2009 | 17.6%          | 10.5%            | 8.2%     | 45.5% |
| 2010 | 17.6%          | 10.4%            | 9.7%     | 42.3% |
| 2011 | 19.5%          | 10.5%            | 9.9%     | 39.8% |
| 2012 | 19.1%          | 10.0%            | 8.9%     | 39.2% |
| 2013 | 17.5%          | 10.4%            | 10.6%    | 38.5% |
| 2014 | 19.8%          | 11.1%            | 8.8%     | 45.6% |
| 2015 | 19.3%          | 11.6%            | 11.1%    | 43.1% |
| 2016 | 20.3%          | 10.0%            | 9.3%     | 41.0% |
| 2017 | 19.5%          | 11.4%            | 10.4%    | 38.8% |
| 2018 | 19.1%          | 11.7%            | 11.5%    | 40.3% |
| 2019 | 20.6%          | 11.6%            | 11.6%    | 36.8% |

3. In Professor Card's Rebuttal Report, he presents a chart comparing the average marginal effect of several different characteristics, including being African American, being Hispanic, going from a 3 to a 1 on the academic rating, going from a 3 to a 1 on the extracurricular rating, and going from a 3 to a 1 on the personal rating. *See* Card Rebuttal 72, ¶ 143 & Ex. 23. Professor Card provided me with the model by which he calculated these figures. The table below provides various numbers of applicants in each of these groups from the model Professor Card produced:

Table 2: Number and Share by Characteristic for Professor Card's Estimation Sample

|  | Number | Share |
|---|---|---|
| Personal 1 | 43 | 0.03% |
| Personal 3 | 112513 | 78.77% |
| Academic 1 | 650 | 0.46% |
| Academic 3 | 58061 | 40.65% |
| Extracurricular 1 | 425 | 0.30% |
| Extracurricular 3 | 102784 | 71.96% |
| African American | 15303 | 10.71% |
| Hispanic | 17271 | 12.09% |
| Total applicants | 142838 | |

4. According to data produced by Harvard in this matter, Harvard has admitted the following numbers and shares of single-race African-American admits and total domestic admits:

Table 3: Number of single-race African-American and total admits by admission cycle

|  | Single-Race African-American admits | Total Domestic Admits | Single Race AA Admit Share |
|---|---|---|---|
| 2019 | 176 | 1853 | 9.50% |
| 2018 | 177 | 1834 | 9.65% |
| 2017 | 172 | 1837 | 9.36% |
| 2016 | 147 | 1860 | 7.90% |
| 2015 | 188 | 1968 | 9.55% |
| 2014 | 172 | 2011 | 8.55% |

5. In advance of the deposition of Professor David Card, counsel for SFFA asked me to pull data showing how the admission rates of certain groups of white and Asian-American applicants vary with the academic rating. Specifically, counsel asked for such data for recruited athletes, applicants from the other special recruiting categories, and all other domestic applicants.

3

In response to this request, I created the table that is Exhibit 8 to the Card deposition transcript. It reflects an accurate count of domestic applicants in these categories (and their respective admission rates) and is reproduced here:

Table 4: Admissions Rates by ALDC and Academic Rating for Domestic white and Asian-American Applicants

| Academic Rating | | non-ALDC | Legacy, Dean's director, Children of faculty or staff | Athletes | Total |
|---|---|---|---|---|---|
| 5 and below | Admit Rate | 0.00% | 0.00% | 50.00% | 0.05% |
| | Number of Admits | 0 | 0 | 1 | 1 |
| | Number of Applicants | 2182 | 25 | 2 | 2209 |
| 4 | Admit Rate | 0.01% | 4.30% | 70.63% | 1.40% |
| | Number of Admits | 1 | 11 | 113 | 125 |
| | Number of Applicants | 8514 | 256 | 160 | 8930 |
| 3 | Admit Rate | 1.05% | 15.25% | 80.26% | 2.94% |
| | Number of Admits | 443 | 331 | 549 | 1323 |
| | Number of Applicants | 42196 | 2170 | 684 | 45050 |
| 2 | Admit Rate | 7.87% | 42.98% | 91.10% | 10.14% |
| | Number of Admits | 4145 | 1267 | 256 | 5668 |
| | Number of Applicants | 52691 | 2948 | 281 | 55920 |
| 1 | Admit Rate | 63.17% | 94.00% | 100.00% | 65.74% |
| | Number of Admits | 355 | 47 | 1 | 403 |
| | Number of Applicants | 562 | 50 | 1 | 613 |
| Total | Admit Rate | 4.66% | 30.39% | 81.56% | 6.67% |
| | Number of Admits | 4944 | 1656 | 920 | 7520 |
| | Number of Applicants | 106145 | 5449 | 1128 | 112722 |

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on this day, July 30, 2018.

/s/ Peter Arcidiacono
Peter Arcidiacono

4