# EXHIBIT 285

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MASSACHUSETTS
 3                     BOSTON DIVISION
 4   * * * * * * * * * * * * * * * *
 5   STUDENTS FOR FAIR ADMISSIONS,    *
 6   INC.,                            *
 7            Plaintiff,              *
 8   v.                               *   Civil Action
 9   PRESIDENT AND FELLOWS OF HARVARD *   No. 14-cv-14176
10   COLLEGE (HARVARD CORPORATION),   *      (ADB)
11            Defendant.              *
12   * * * * * * * * * * * * * * * *
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15       Rule 30(b)(6) Notice to Students for Fair
16                    Admissions, Inc.
17       Videotaped Deposition of EDWARD J. BLUM
18               Tuesday, July 12, 2016
19                       9:05 a.m.
20      Wilmer Cutler Pickering Hale and Dorr LLP
21             60 State Street - 26th Floor
22               Boston, Massachusetts 02109
23
24   -----------  J. Edward Varallo, RMR, CRR  ----------
25            Registered Professional Reporter
```

1   around the time that you became a member?
2       A.   Yes.
3       Q.   Which would have been summer of 2013?
4       A.   Yes.
5       Q.   So again that's before SFFA was
6   incorporated as an entity.  Correct?
7       A.   That's correct.
8       Q.   Who maintained the member list in those
9   early days of the summer of 2013?
10      A.   I did.
11      Q.   And how did you maintain it?  In what
12  form?
13      A.   Spreadsheet.
14      Q.   An Excel spreadsheet?
15      A.   Yes.
16      Q.   What was the initial purpose of SFFA?
17      A.   Membership organization.
18      Q.   A membership organization to do what?
19      A.   Dedicated to ending race-based admissions
20  policies at American universities.
21      Q.   And that original -- what did I call it?
22  -- initial purpose, is that maintained?  Is that the
23  same purpose of the organization today, as you
24  understand it?
25      A.   Yes.

Page 110

1   A.   Yes.
2   Q.   And how do you know that?  How would SFFA
3   determine that a member agreed with the mission?
4   A.   Our mission statement was quite clear in
5   emails, discussions, and subsequently our mission
6   statement is very prominent on all of our
7   communications and our website.
8   Q.   So that describes how people know what the
9   mission is.  My question is, how do you know that
10  the members who became members under these bylaws
11  we're looking at in Exhibit 4 agreed with that
12  mission?
13  A.   I assume they would not have joined had
14  they disagreed with that mission.
15  Q.   But you don't know whether they joined
16  even if they disagreed with that mission?
17  A.   It seemed unlikely to me that -- If they
18  joined, it seemed very likely that they agreed with
19  the mission.
20  Q.   And why do you say that?
21  A.   Well, we were a relatively small group of
22  people.  We all knew one another.  We had all
23  labored in this movement.  It seems unlikely that
24  someone would call me and say "I want to be a
25  member" or agree to be a member but disagree with