# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Defendant*. | No. 1:14-cv-14176-ADB |

## CERTIFICATION OF SHERRILYN A. IFILL

Pursuant to Local Rule 83.5.3(e)(3) and 28 U.S.C. § 1746, Sherrilyn A. Ifill hereby certifies the following in support of the Motion for Admission *Pro Hac Vice* of NAACP Legal Defense and Educational Fund, Inc.:

1.      I am an attorney with the NAACP Legal Defense and Educational Fund, Inc., located at 40 Rector Street, 5th Floor, New York, NY 10006.

2.      I am a member of good standing of the bars of the State of New York, the State of Maryland, and the District of Columbia; the United States District Courts for the Southern District of New York and the District of Maryland; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the Supreme Court of the United States.

3.      I am not currently, nor have I ever been, suspended or disbarred in any court, nor the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2018

*[signature]*

Sherrilyn A. Ifill
(N.Y. Bar No. 2221422)
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor,
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
sifill@naacpldf.org