UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendant*. | No. 1:14-cv-14176-ADB |

**CERTIFICATION OF JIN HEE LEE**

Pursuant to Local Rule 83.5.3(e)(3) and 28 U.S.C. § 1746, Jin Hee Lee hereby certifies the following in support of the Motion for Admission *Pro Hac Vice* of NAACP Legal Defense and Educational Fund, Inc.:

1.	I am an attorney with the NAACP Legal Defense and Educational Fund, Inc., located at 40 Rector Street, 5th Floor, New York, NY 10006.

2.	I am a member of good standing of the bars of the State of New York; the United States District Courts for the Eastern and Southern Districts of New York; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh and D.C. Circuits; and the Supreme Court of the United States.

3.	I am not currently, nor have I ever been, suspended or disbarred in any court, nor the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.	I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct.

5.	I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 30, 2018

_____
Jin Hee Lee
(N.Y. Bar No. 3961158)
NAACP LEGAL DEFENSE AND
    EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor,
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
jlee@naacpldf.org