IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. <br> 1:14-cv-14176-ADB |

### MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OUT OF TIME

*Amici Curiae* Asian American Legal Foundation and the Asian American Coalition For Education file this motion for leave to file their brief in support of Plaintiffs (Dkt. No. 460) out-of-time by one hour and eight minutes.

The Court's electronic order of May 23, 2018 set the deadline for filing briefs of *amicus curiae* in support of the pending dispositive motions in this matter as July 30, 2018. Pursuant to Local Rule 5.4(d), documents must be filed by 6:00 p.m. to be considered timely filed for that day. Due to a communications difficulties between counsel for *amici*, the brief was filed at 7:08 p.m.

*Amici curiae* regret not being able to file their brief prior to the Court's 6:00 p.m. deadline, but maintain that no party will be prejudiced by an allowance of a one-hour and eight-minute delay in receiving the filing. Further, there is good cause in granting this motion, as the interests of *amici* and the public outweigh any harm caused by the one-hour and eight-minute delay.

WHEREFORE, *amici curiae* ask this Court to consider their brief as timely filed.

Dated: July 30, 2018.    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (BBO# 651477)
Randazza Legal Group, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

- 1 -

- 2 -

Civil Action No. 1:14-cv-14176-ADB

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 30, 2018.

/s/ Marc J. Randazza
Marc J. Randazza