# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC**, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:14-cv-14176-ADB |
| vs. | ) ) | |
| **THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),** | ) ) ) ) | |
| Defendant. | ) ) | |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OUT OF TIME

Having considered the motion of a*mici curiae* Asian American Legal Foundation and the Asian American Coalition For Education for leave to file their brief in support of Plaintiffs out-of-time by one hour and eight minutes, the Court grants their motion.

*Amici curiae's* Brief in Support of Plaintiff (Dkt. No. 460) is considered timely filed.

IT IS SO ORDERED.


Dated: _____          _____
                                      UNITED STATES DISTRICT JUDGE

1