## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | No. 1:14-cv-14176-ADB |

### NOTICE OF PAYMENT OF *PRO HAC VICE* FILING FEE FOR ATTORNEYS RACHEL M. KLEINMAN, MICHAELE N. TURNAGE YOUNG, JENNIFER A. HOLMES, AND CARA MCCLELLAN

Pursuant to Local Rule 83.5.3, the undersigned counsel submits this notice of payment of filing fees in connection with the Motion for Admission *Pro Hac Vice* of NAACP Legal Defense and Education Fund, Inc. in this matter as counsel for amici curiae Harvard-Radcliffe Black Students Association, Kuumba Singers of Harvard College, Fuerza Latina of Harvard, Native Americans at Harvard College, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard Asian American Brotherhood, Harvard Vietnamese Association, Harvard-Radcliffe Chinese Students Association, Harvard Korean Association, Harvard Japan Society, Harvard South Asian Association, Harvard Islamic Society, Task Force on Asian and Pacific American Studies at Harvard College, Harvard Phillips Brooks House Association, Harvard Minority Association of Pre-Medical Students, Coalition for a Diverse Harvard, First

Generation Harvard Alumni, Native American Alumni of Harvard University, Harvard University Muslim Alumni, and Harvard Latino Alumni Alliance (*see* Docket Entry No. 457).

Specifically, this Notice is intended to confirm the payment of filing fees for NAACP Legal Defense and Education Fund, Inc. attorneys Rachel M. Kleinman, Michaele N. Turnage Young, Jennifer A. Holmes, and Cara McClellan.

|  |  |
|---|---|
| Dated: July 31, 2018 | Respectfully submitted,<br>/s/ Kenneth N. Thayer<br>Kate R. Cook BBO #650698<br>cook@sugarmanrogers.com<br>Kenneth N. Thayer, BBO #671029<br>thayer@sugarmanrogers.com<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3030 |

**CERTIFICATE OF SERVICE**

I, Kenneth N. Thayer, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as listed on the Notice of Electronic Filing.

/s/ Kenneth N. Thayer
Kenneth N. Thayer

4841-4011-3774, v. 1