IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC**, | ) ) |
| | ) Case No. 1:14-cv-14176-ADB |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),** | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF APPEARANCE AS COUNSEL FOR *AMICUS CURIAE* THE ASIAN AMERICAN LEGAL FOUNDATION**

TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE THAT Lee C. Cheng, an attorney duly admitted to the Bar of this Court *pro hac vice*, hereby appears as counsel for *amicus curiae* the Asian American Legal Foundation in this matter.  Counsel requests to be served with all notices and papers filed in the above-captioned action through the Court's CM/ECF system and/or at the address or email address listed below:

Lee C. Cheng  (*admitted pro hac vice*)
Asian American Legal Foundation
11 Malta Street
San Francisco, CA 94131

1

Tel: (510) 238-9610
Fax: (510) 473-0603
leechcheng@gmail.com

Counsel requests that the Clerk update the docket as indicated above.

Respectfully submitted,

Date:  August 1, 2018          By:  _____/s/ Lee C. Cheng_____.
                                    Lee C. Cheng  (admitted *pro hac vice*)
                                    Asian American Legal Foundation
                                    11 Malta Street
                                    San Francisco, CA 94131
                                    Tel: (510) 238-9610
                                    Fax: (510) 473-0603
                                    leechcheng@gmail.com

                                    Counsel for Asian American
                                    Legal Foundation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all

counsel for all parties of record on August 1, 2018 via the Court's CM/ECF system.


Date:  August 1, 2018          By:      /s/ Gordon M. Fauth, Jr.          .
                                       Gordon M. Fauth, Jr.