**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>           Plaintiff, <br><br>      v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>           Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**JOINT STATEMENT REGARDING THE SUBMISSION OF TRIAL BRIEFS**

The Court, in its order of May 23, 2018 (Dkt. 405), set a deadline for Trial Briefs of October 1, 2018.  The parties are willing and able to submit Trial Briefs on that date, but given the extensive summary judgment record already before the Court, respectfully suggest that it may be unnecessary to provide the Court with "a proposed, succinct and neutral statement summarizing the principal claims and defenses of the parties."  Dkt. 405 ¶ 6(b).  Should the Court agree, the parties ask that the requirement for a trial brief be stricken.

Dated: August 13, 2018

Respectfully submitted,

/s/ *Adam K. Mortara*
_____

Patrick Strawbridge (BBO #678274)
CONSOVOY MCCARTHY PARK LLP
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617-227-0548
patrick@consovoymccarthy.com

William S. Consovoy (*pro hac vice*)
Thomas R. McCarthy (*pro hac vice*)
J. Michael Connolly (*pro hac vice*)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-243-9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
mike@conosovoymccarthy.com

Michael H. Park (*pro hac vice*)
CONSOVOY MCCARTHY PARK PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
212-247-8006
park@consovoymccarthy.com

Adam K. Mortara (*pro hac vice*)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312-494-4400
adam.mortara@bartlit-beck.com

John M. Hughes (*pro hac vice*)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303-592-3100
john.hughes@bartlit-beck.com

Paul M. Sanford (BBO #566318)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
617-345-3000
psanford@burnslev.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

/s/ *Felicia H. Ellsworth (with permission)*

Felicia H. Ellsworth (BBO #665232)
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Elizabeth C. Mooney (BBO #679522)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
617.526.6687
felicia.ellsworth@wilmerhal.com

Seth P. Waxman (*pro hac vice*)
Paul R.Q. Wolfson (*pro hac vice*)
Daniel Winik (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6800
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
paul.wolfson@wilmerhale.com

Debo P. Adegbile (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6717
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

*Counsel for Defendant President and
Fellows of Harvard College*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of August, 2018.

/s/ *Adam K. Mortara*
Adam K. Mortara