**ATTACHMENT A**

<u>LIST OF AMICI</u>

1. Abajian, Suzie — Orange County Department of Education
2. Abes, Elisa — Miami University
3. Acevedo-Gil, Nancy — California State University, San Bernardino
4. Adamian, Annie — California State University, Chico
5. Agius Vallejo, Jody — University of Southern California
6. Agozino, Onwubiko — Virginia Polytechnic Institute and State University
7. Aguilar-Hernández, José M. — California State Polytechnic University, Pomona
8. Ali, Arshad — George Washington University
9. Alvarez, Cynthia L. — University of California, Los Angeles
10. Amechi, Mauriell — University of Redlands
11. Ampaw, Frimpomaa — Central Michigan University
12. Ananth, Akhila — California State University, Los Angeles
13. Anderson, Lauren — Connecticut College
14. Annamma, Subini — University of Kansas
15. Antonio, Anthony — Stanford University
16. Antrop-Gonzalez, Rene — Metropolitan State University
17. Aptekar, Sofya — University of Massachusetts Boston
18. Aquino Sosa, Gloria — Saint Mary's College of California
19. Arao, Brian — University of California, Santa Cruz
20. Ardoin, Sonja — Appalachian State University
21. Arellano, Lucy — Oregon State University
22. Asato, Jolynn — San Jose State University
23. Assalone, Amanda — Southern Education Foundation
24. Au, Kathryn H. — University of Hawaiʻi, Mānoa
25. Austin, Algernon — Demos
26. Austin, Ann — Michigan State University
27. Baber, Lorenzo — Iowa State University
28. Bahena, Sofia — University of Texas at San Antonio
29. Ballysingh, Tracy — University of Vermont
30. Barnhardt, Cassie — University of Iowa
31. Barone, Ryan — Colorado State University
32. Basile, Vincent — Colorado State University
33. Bastedo, Michael — University of Michigan
34. Beatty, Cameron — Florida State University
35. Bengochea, Alain — University of Nevada, Las Vegas
36. Bensimon, Estela — University of Southern California
37. Berger, Joseph — University of Massachusetts Boston
38. Berliner, David — Arizona State University
39. Bernal, Jesse — Grand Valley State University

*ATTACHMENT A*

40. Bernardo, Joseph     Loyola Marymount University
41. Berrey, Ellen     University of Toronto
42. Berriz, Berta     Lesley University
43. Blockett, Reginald     Grand Valley State University
44. Bloom-Leiva, Gilda     San Francisco State University
45. Bondi, Stephanie     University of Nebraska
46. Borja, Melissa     University of Michigan
47. Boylan, Hunter     Appalachian State University
48. Brazelton, Grady     Northern Arizona University
49. Bukoski, Beth     University of Texas at Austin
50. Burciaga, Rebeca     San Jose State University
51. Byrd, Ajani     Mission College
52. Byrd, W. Carson     University of Louisville
53. Cabrera, Nolan     University of Arizona
54. Cain, Ebony     Pepperdine University
55. Calderon, Dolores     Western Washington University
56. Calderone, Shannon     Washington State University
57. Callahan, Rebecca     University of Texas at Austin
58. Camacho, Keith     University of California, Los Angeles
59. Camangian, Patrick     University of San Francisco
60. Cantor, Nancy     Rutgers University-Newark
61. Cantwell, Brendan     Michigan State University
62. Castillo-Montoya, Milagros     University of Connecticut
63. Castro Samayoa, Andrés     Boston College
64. Castro, Erin     University of Utah
65. Catalano, D. Chae     Western Illinois University
66. Chan, Jason     Independent Scholar
67. Chang, Benji     Education University of Hong Kong
68. Chao Romero, Robert     University of California, Los Angeles
69. Cheah, Charissa     University of Maryland, Baltimore County
70. Chen, Angela     Pre-Health Dreamers
71. Chen, Carolyn     University of California, Berkeley
72. Chen, Jondou     University of Washington
73. Chen, Stephanie     Wright Institute
74. Cheng, Jih-Fei     Scripps College
75. Cheung, Christabel     University of Hawai'i, Mānoa
76. Chiang, Warren     Stanford University
77. Chikkatur, Anita     Carleton College
78. Chin, Christina     California State University, Fullerton
79. Chin, Jean Lau     Adelphi University
80. Ching, Cheryl     University of Massachusetts Boston

*ATTACHMENT A*

| | | |
|---|---|---|
| 81. | Chow, Candace | University of Utah |
| 82. | Chung, Angie | University at Albany |
| 83. | Cintron-Vélez, Aixa | Russell Sage Foundation |
| 84. | Clark, Christine | University of Nevada, Las Vegas |
| 85. | Cohen, Sarah | Loyola University Chicago |
| 86. | Cokley, Kevin | University of Texas at Austin |
| 87. | Collins, Christopher | Azusa Pacific University |
| 88. | Conchas, Gilberto | University of California, Irvine |
| 89. | Cooper Stein, Kristy | Michigan State University |
| 90. | Covarrubias, Alejandro | University of San Francisco |
| 91. | Crisp, Gloria | Oregon State University |
| 92. | Cruz, Cindy | University of California, Santa Cruz |
| 93. | Cuellar, Marcela | University of California, Davis |
| 94. | Dache-Gerbino, Amalia | University of Missouri |
| 95. | Dancy, T. Elon | University of Pittsburgh |
| 96. | Danico, Mary | California State Polytechnic University, Pomona |
| 97. | Dao, Loan | University of Massachusetts Boston |
| 98. | Darling-Hammond, Linda | Stanford University |
| 99. | DasGupta, Debanuj | University of Connecticut |
| 100. | Davis III, Charles H.F. | University of Southern California |
| 101. | Davis, Tracy | Western Illinois University |
| 102. | DeAngelo, Linda | University of Pittsburgh |
| 103. | Deckman, Sherry | Lehman College, City University of New York |
| 104. | DeGuia, Vanessa | Teach For America |
| 105. | DeGuzman, Glenn | University of California, Berkeley |
| 106. | deGuzman, Jean-Paul | University of California, Los Angeles |
| 107. | Denson, Nida | Western Sydney University |
| 108. | Deo, Meera | University of California, Davis |
| 109. | Desai, Shruti | McKendree University |
| 110. | Dhingra, Pawan | Amherst College |
| 111. | Dineen-Wimberly, Ingrid | University of La Verne |
| 112. | Dotts, Brian | University of Georgia |
| 113. | Dowd, Alicia | Pennsylvania State University |
| 114. | Drezner, Noah | Columbia University |
| 115. | Duran, Richard P | University of California, Santa Barbara |
| 116. | Dwyer, Brighid | Villanova University |
| 117. | Dymski, Gary | University of Leeds |
| 118. | Eagan, Kevin | University of California, Los Angeles |
| 119. | Eaton, Susan | Brandeis University |
| 120. | Eaton, Paul | Sam Houston State University |
| 121. | Edejer, Eilene | Loyola University Chicago |

4846-3914-1233.1

**ATTACHMENT A**

| | | |
|---|---|---|
| 122. | Edwards Williams, Kirsten | University of Oklahoma |
| 123. | Edwards, Korie | Ohio State University |
| 124. | Embrick, David | University of Connecticut |
| 125. | Endo, Rachel | University of Washington Tacoma |
| 126. | Engberg, Mark | University of Denver |
| 127. | Espino, Michelle | University of Maryland, College Park |
| 128. | Fabionar, James | University of San Diego |
| 129. | Felder, Pamela | Black Doctorates Matter |
| 130. | Fernandes, Leela | University of Michigan |
| 131. | Fernandez, Frank | University of Houston |
| 132. | Fine, Michelle | The Graduate Center, City University of New York |
| 133. | Finnegan, Dorothy E. | College of William and Mary |
| 134. | Fiske, Susan | Princeton University |
| 135. | Flores, Stella | New York University |
| 136. | Fox, Heather | University of Illinois at Urbana-Champaign |
| 137. | Francisco-Menchavez, Valerie | San Francisco State University |
| 138. | Frankenberg, Erica | Pennsylvania State University |
| 139. | Frasure-Yokley, Lorrie | University of California, Los Angeles |
| 140. | Fried, Jane | Central Connecticut State University |
| 141. | Fries-Britt, Sharon | University of Maryland, College Park |
| 142. | Fujimoto, Eugene | California State University, Fullerton |
| 143. | Fultz, Michael | University of Wisconsin - Madison |
| 144. | Furr, Sara | University of Chicago |
| 145. | Gándara, Patricia | University of California, Los Angeles |
| 146. | Garces, Liliana M. | University of Texas at Austin |
| 147. | Garcia Bedolla, Lisa | University of California, Berkeley |
| 148. | Garcia, Crystal | Auburn University |
| 149. | Garcia, Jennifer | Loyola Marymount University |
| 150. | Garibay, Juan | University of Virginia |
| 151. | Gasman, Marybeth | University of Pennsylvania |
| 152. | Gee, Gilbert | University of California, Los Angeles |
| 153. | George Mwangi, Chrystal | University of Massachusetts Amherst |
| 154. | George, Casey | University of Louisville |
| 155. | Geron, Kim | California State University, East Bay |
| 156. | Giani, Matthew | University of Texas at Austin |
| 157. | Gilbert, Aliza | Highland Park High School |
| 158. | Gilkerson, Tammeil | Laney College |
| 159. | Gin, Kevin | Holy Names University |
| 160. | Gina, Garcia | University of Pittsburgh |
| 161. | Ginsberg, Ricki | Colorado State University |
| 162. | Gonzales, Leslie | Michigan State University |

4

**ATTACHMENT A**

| | | |
|---|---|---|
| 163. | Goodman, Kathleen | Miami University |
| 164. | Gordon da Cruz, Cynthia | Chabot College |
| 165. | Goyette, Kimberly | Temple University |
| 166. | Grande, Sandy | Connecticut College |
| 167. | Graves, Joseph | Joint School of Nanosciences & Nanoengineering, North Carolina AT&T State University & The University of North Carolina at Greensboro |
| 168. | Guido, Florence | University of Northern Colorado |
| 169. | Gurin, Patricia | University of Michigan |
| 170. | Gutierrez, Kris | University of California, Berkeley |
| 171. | Hakuta, Kenji | Stanford University |
| 172. | Hall, Aris | Clemson University |
| 173. | Hall, Gordon | University of Oregon |
| 174. | Han, Hahrie | University of California, Santa Barbara |
| 175. | Hancock Alfaro, Ange-Marie | University of Southern California |
| 176. | Hardie, Jessica | Hunter College, City University of New York |
| 177. | Harper, Shaun | University of Southern California |
| 178. | Hart, Jeni | University of Missouri |
| 179. | Hartlep, Nicholas | Metropolitan State University |
| 180. | Haslerig, Siduri | University of Oklahoma |
| 181. | Hatch-Tocaimaza, Deryl | University of Nebraska |
| 182. | Heller, Donald | University of San Francisco |
| 183. | Hernandez, Xavier | University of California, Irvine |
| 184. | Hildebrandt, Melanie | Indiana University of Pennsylvania |
| 185. | Hillman, Nicholas | University of Wisconsin - Madison |
| 186. | Hinchey, Patricia | Pennsylvania State University |
| 187. | Hirschman, Daniel | Brown University |
| 188. | Holme, Jennifer | University of Texas at Austin |
| 189. | Hom, Delia Cheung | Northeastern University |
| 190. | Horn, Catherine | University of Houston |
| 191. | Hornak, Anne | Central Michigan University |
| 192. | Houston, Derek | University of Oklahoma |
| 193. | Hsieh, Betina | California State University, Long Beach |
| 194. | Hsin, Amy | Queens College, City University of New York |
| 195. | Hsu, Madeline | University of Texas at Austin |
| 196. | Hudson, Tara | Kent State University |
| 197. | Hughes, Bryce | Montana State University |
| 198. | Humphries, Marisha | University of Illinois at Chicago |
| 199. | Hung, Yun-Ting | Metropolitan State University |
| 200. | Huo, Yuen | University of California, Los Angeles |
| 201. | Hurtado, Sylvia | University of California, Los Angeles |

4846-3914-1233.1

**ATTACHMENT A**

| | | |
|---|---|---|
| 202. | Inman, Arpana | Lehigh University |
| 203. | Ishimaru, Ann M. | University of Washington |
| 204. | Iverson, Susan | Manhattanville College |
| 205. | Jain, Dimpal | California State University, Northridge |
| 206. | Jayakumar, Uma | University of California, Riverside |
| 207. | Jenkins, DeMarcus | University of Arizona |
| 208. | Jeung, Russell | San Francisco State University |
| 209. | Jez, Su Jin | California State University, Sacramento |
| 210. | Johnson, Dawn | Syracuse University |
| 211. | Johnson, Matthew | Central Michigan University |
| 212. | Johnson, Royel | Pennsylvania State University |
| 213. | Johnston-Guerrero, Marc | Ohio State University |
| 214. | Jones, B. Noble | University of Georgia |
| 215. | Jourian, TJ | Oakland University |
| 216. | Junn, Jane | University of Southern California |
| 217. | Kanagala, Vijay | University of Vermont |
| 218. | Kang, Miliann | University of Massachusetts Amherst |
| 219. | Kawakyu O'Connor, Nahoko | University of Rochester |
| 220. | Kelly, Bridget | University of Maryland, College Park |
| 221. | Ken, Ivy | George Washington University |
| 222. | Kezar, Adrianna | University of Southern California |
| 223. | Kiang, Peter | University of Massachusetts Boston |
| 224. | Killen, Melanie | University of Maryland, College Park |
| 225. | Kim, Barbara | California State University, Long Beach |
| 226. | Kim, Jung | Lewis University |
| 227. | Kim, Nadia | Loyola Marymount University |
| 228. | Kim, Richard | University of California, Davis |
| 229. | Kim, Stephanie | Georgetown University |
| 230. | Kimberly, Griffin | University of Maryland, College Park |
| 231. | King, M. Bruce | University of Wisconsin - Madison |
| 232. | Kinzie, Jillian | Indiana University Bloomington |
| 233. | Kiuhara, Sharlene | University of Utah |
| 234. | Klasik, Daniel | George Washington University |
| 235. | Klemencic, Manja | Harvard University |
| 236. | Kodama, Corinne | University of Illinois at Chicago |
| 237. | Kohli, Rita | University of California, Riverside |
| 238. | Kokka, Kari | University of Pittsburgh |
| 239. | Kondo, Dorinne | University of Southern California |
| 240. | Kornhaber, Mindy | Pennsylvania State University |
| 241. | Kortegast, Carrie | Northern Illinois University |
| 242. | Kousser, J. Morgan | California Institute of Technology |

6

**ATTACHMENT A**

| | | |
|---|---|---|
| 243. | Kumashiro, Kevin | Independent Scholar |
| 244. | Kwan, Yvonne | San Jose State University |
| 245. | Kwon, Hyeyoung | Indiana University Bloomington |
| 246. | Kwon, Yaejoon | Independent Scholar |
| 247. | Lachica Buenavista, Tracy | California State University, Northridge |
| 248. | Lai, James | Santa Clara University |
| 249. | Lau, Anna | University of California, Los Angeles |
| 250. | Lau, Chrissy | Texas A&M University - Corpus Christi |
| 251. | Le, C.N. | University of Massachusetts Amherst |
| 252. | Ledesma, María | University of Utah |
| 253. | Lee Tu, Dawn | De Anza College |
| 254. | Lee, C. Aujean | University of Oklahoma |
| 255. | Lee, Fred | University of Connecticut |
| 256. | Lee, Jennifer | Columbia University |
| 257. | Lee, Jenny | University of Arizona |
| 258. | Lee, Richard | University of Minnesota |
| 259. | Lee, Stacey | University of Wisconsin - Madison |
| 260. | Lehman, Kathleen J. | University of California, Los Angeles |
| 261. | Lehr, Jane | California Polytechnic State University |
| 262. | Lester, Jaime | George Mason University |
| 263. | Leung, Maxwell | California College of the Arts |
| 264. | Lewis, Amanda | University of Illinois at Chicago |
| 265. | Lewis, Consuella | Concordia University Portland |
| 266. | Lewis, Maria | Pennsylvania State University |
| 267. | Li, Amy | University of Northern Colorado |
| 268. | Lien, Pei-te | University of California, Santa Barbara |
| 269. | Linde, Robyn | Rhode Island College |
| 270. | Longerbeam, Susan | University of Louisville |
| 271. | Lopez, Francesca | University of Arizona |
| 272. | Louie, Vivian | William T. Grant Foundation |
| 273. | Lu, Charles | University of California, San Diego |
| 274. | Lugg, Catherine | Rutgers University |
| 275. | Lui, Joyce | San Jose City College |
| 276. | Luie, Siu Ming | Northeastern University |
| 277. | MacLachlan, Anne | University of California, Berkeley |
| 278. | Maeda, Daryl | University of Colorado Boulder |
| 279. | Maira, Sunaina | University of California, Davis |
| 280. | Malone, Mei-Ling | California State University, Fullerton |
| 281. | Manzano, Lester | Loyola University Chicago |
| 282. | Maramba, Dina | Claremont Graduate University |
| 283. | Marcus, Ann | New York University |

**ATTACHMENT A**

| | | |
|---|---|---|
| 284. | Marin, Patricia | Michigan State University |
| 285. | Marine, Susan B. | Merrimack College |
| 286. | Marisa, Abrajano | University of California, San Diego |
| 287. | Marquez Kiyama, Judy | University of Denver |
| 288. | Marsh, Tyson | Seattle University |
| 289. | Martin, Georgianna | University of Georgia |
| 290. | Martin, Isaac | University of California, San Diego |
| 291. | Martinez Aleman, Ana M. | Boston College |
| 292. | Martinez, Brandon | Providence College |
| 293. | Martinez, Danny C. | University of California, Davis |
| 294. | Martinez, Eligio | Claremont Graduate University |
| 295. | Martinez, Magdalena | University of Nevada, Las Vegas |
| 296. | Martinez, Melissa | Texas State University |
| 297. | Martínez, Ramón | Stanford University |
| 298. | Masuoka, Natalie | University of California, Los Angeles |
| 299. | Mattheis, Allison | California State University, Los Angeles |
| 300. | Mayer, Anysia | California State University, Stanislaus |
| 301. | Mayorga, Edwin | Swarthmore College |
| 302. | McClellan, George | University of Mississippi |
| 303. | McClintock, Charles | Fielding Graduate University |
| 304. | McDermott, Kathryn | University of Massachusetts Amherst |
| 305. | McDonough, Patricia M. | University of California, Los Angeles |
| 306. | McEwen, Marylu | University of Maryland, College Park |
| 307. | McGowan, Brian | University of North Carolina at Greensboro |
| 308. | McGuire, Keon | Arizona State University |
| 309. | McLaughlin, Conor | Bowling Green State University |
| 310. | Means, Darris | University of Georgia |
| 311. | Mendoza-Reis, Noni | San Jose State University |
| 312. | Merseth, Julie Lee | Northwestern University |
| 313. | Mickelson, Roslyn Arlin | University of North Carolina at Charlotte |
| 314. | Milano, Joy | Michigan State University |
| 315. | Milem, Jeffrey | University of California, Santa Barbara |
| 316. | Mintz, Beth | University of Vermont |
| 317. | Mirra, Nicole | Rutgers University |
| 318. | Mistry, Rashmita | University of California, Los Angeles |
| 319. | Mitra, Dana | Pennsylvania State University |
| 320. | Mobley, Jr., Steve | University of Alabama |
| 321. | Moore, Helen | University of Nebraska |
| 322. | Morales, Erica | California State Polytechnic University, Pomona |
| 323. | Morales, P. Zitlali | University of Illinois at Chicago |
| 324. | Morgan, Demetri | Loyola University Chicago |

8

*ATTACHMENT A*

| | | |
|---|---|---|
| 325. | Morgan, Zachary | California Institute of the Arts |
| 326. | Moses, Michele | University of Colorado Boulder |
| 327. | Moses, Yolanda | University of California, Riverside |
| 328. | Motha, Suhanthie | University of Washington |
| 329. | Munoz, Susana | Colorado State University |
| 330. | Museus, Samuel | University of California, San Diego |
| 331. | Myers, Kit | University of California, Merced |
| 332. | Nakae, Sunny | Loyola University Chicago |
| 333. | Nakagawa, Kathryn | Arizona State University |
| 334. | Nakano, Dana | California State University, Stanislaus |
| 335. | Nam, Victoria | California State University, Monterey Bay |
| 336. | Narui, Mitsu | Capital University |
| 337. | Navarro, Oscar | California Polytechnic State University |
| 338. | Negrón-Gonzales, Genevieve | University of San Francisco |
| 339. | Nelson Laird, Thomas | Indiana University Bloomington |
| 340. | Nelson, Chris | University of Denver |
| 341. | Ngo, Bic | University of Minnesota |
| 342. | Ngo, Federick | University of Nevada, Las Vegas |
| 343. | Nguyen, Bach Mai Dolly | Lewis & Clark College |
| 344. | Nguyen, David Hoa | Indiana University - Purdue University, Indianapolis |
| 345. | Nguyen, Thai-Huy | Seattle University |
| 346. | Nicolazzo, Z | University of Arizona |
| 347. | Nienhusser, H. Kenny | University of Connecticut |
| 348. | Nieto, Sonia | University of Massachusetts Amherst |
| 349. | Noah, Aggie | Arizona State University |
| 350. | Noguera, Pedro | University of California, Los Angeles |
| 351. | Noh, Eliza | California State University, Fullerton |
| 352. | Oakes, Jeannie | University of California, Los Angeles |
| 353. | Obear, Kathy | Center for Transformation and Change |
| 354. | Ocampo, Anthony | California State Polytechnic University, Pomona |
| 355. | Oda, Meredith | University of Nevada, Reno |
| 356. | Okamoto, Dina | Indiana University |
| 357. | Oliva, Maricela | University of Texas at San Antonio |
| 358. | Olivas, Michael A. | University of Houston |
| 359. | Oluwole, Joseph | Montclair State University |
| 360. | Ong, Paul | University of California, Los Angeles |
| 361. | Ono, Kent | University of Utah |
| 362. | Orfield, Gary | University of California, Los Angeles |
| 363. | Orphan, Cecilia | University of Denver |
| 364. | Oseguera, Leticia | Pennsylvania State University |
| 365. | Ozaki, Casey (Carolyn) | University of North Dakota |

**ATTACHMENT A**

| | | |
|---|---|---|
| 366. | Pacheco, Denise | University of California, Los Angeles |
| 367. | Padios, Jan | University of Maryland, College Park |
| 368. | Paguyo, Christina | University of Denver |
| 369. | Park, Jerry | Baylor University |
| 370. | Park, John | University of California, Santa Barbara |
| 371. | Park, Moises | Baylor University |
| 372. | Parker, Eugene | University of Kansas |
| 373. | Parker, Tara | University of Massachusetts Boston |
| 374. | Parreñas, Rhacel | University of Southern California |
| 375. | Patel, Leigh | University of Pittsburgh |
| 376. | Patraporn, Varisa | California State University, Long Beach |
| 377. | Patton Davis, Lori | Indiana University - Purdue University, Indianapolis |
| 378. | Pendakur, Sumun | University of Southern California |
| 379. | Perez II, David | Miami University |
| 380. | Perez, Patricia A. | California State University, Fullerton |
| 381. | Perez, Rosemary | Iowa State University |
| 382. | Perez-Felkner, Lara | Florida State University |
| 383. | Perna, Laura | University of Pennsylvania |
| 384. | Pham, Minh-Ha | University of California, Berkeley |
| 385. | Poon, OiYan | Colorado State University |
| 386. | Pope, Raechele | University at Buffalo |
| 387. | Porter, Christa | Kent State University |
| 388. | Posselt, Julie | University of Southern California |
| 389. | Powers, Jeanne M. | Arizona State University |
| 390. | Quintanar, Rosalinda | San Jose State University |
| 391. | Ramirez, Hiram | California State University, Channel Islands |
| 392. | Ramirez, Ricardo | University of Notre Dame |
| 393. | Ramirez-Stapleton, Marcela | University of California, Irvine |
| 394. | Ramos, Aida | George Fox University |
| 395. | Ramos, Delma | University of North Carolina at Greensboro |
| 396. | Reddick, Richard J. | University of Texas at Austin |
| 397. | Renée Valladares, Michelle | University of Colorado Boulder |
| 398. | Rennick, Liz | University of Arizona |
| 399. | Reyes, Pedro | University of Texas at Austin |
| 400. | Reynolds, Amy | University at Buffalo |
| 401. | Riggers-Piehl, Tiffani | University of Missouri, Kansas City |
| 402. | Rincón, Blanca | University of Nevada, Las Vegas |
| 403. | Rios Aguilar, Cecilia | University of California, Los Angeles |
| 404. | Rivera, Gwendelyn | University of Southern California |
| 405. | Ro, Hyun Kyoung (Hyunny) | Bowling Green State University |
| 406. | Robbins, Claire | Virginia Polytechnic Institute and State University |

*ATTACHMENT A*

| | | |
|---|---|---|
| 407. | Roberts, Maria | University of Nevada, Las Vegas |
| 408. | Rodríguez, Noreen | Iowa State University |
| 409. | Rodriguez, Robyn | University of California, Davis |
| 410. | Rodriguez-Kiino, Diane | California Lutheran University |
| 411. | Rooks, Curtiss | Loyola Marymount University |
| 412. | Ropers-Huilman, Rebecca | University of Minnesota |
| 413. | Rosiek, Gerald | University of Oregon |
| 414. | Rowan-Kenyon, Heather | Boston College |
| 415. | Rubin, Paul | University of Utah |
| 416. | Ruck, Martin | The Graduate Center, City University of New York |
| 417. | Sablan, Jenna | University of Maryland, College Park |
| 418. | Saenz, Victor | University of Texas at Austin |
| 419. | Saito, Leland | University of Southern California |
| 420. | Sallee, Margaret | University at Buffalo |
| 421. | Saw, Anne | DePaul University |
| 422. | Schramm-Pate, Susan | University of Southern California |
| 423. | Schuster, Maximilian | University of Pittsburgh |
| 424. | Scott, Janelle | University of California, Berkeley |
| 425. | Segal, Marcia Texler | Indiana University Southeast |
| 426. | Segoshi, Megan | Independent Scholar |
| 427. | Serna, Gabriel | Michigan State University |
| 428. | Sewell, Christopher | Williams College |
| 429. | Shallish, Lauren | College of New Jersey |
| 430. | Sharma, Nitasha | Northwestern University |
| 431. | Shek, Yen Ling | University of California, Los Angeles |
| 432. | Shelton, Leslie | University of Arkansas |
| 433. | Shih, Kristy | California State University, Long Beach |
| 434. | Siegel-Hawley, Genevieve | Virginia Commonwealth University |
| 435. | Silver, David | Impaq International |
| 436. | Sipma-Dysico, Carlene | Lewis University |
| 437. | Snyder, Seth | Carleton College |
| 438. | Sohoni, Deenesh | College of William and Mary |
| 439. | Solorzano, Daniel | University of California, Los Angeles |
| 440. | Soria, Krista | University of Minnesota |
| 441. | Spickard, Paul | University of California, Santa Barbara |
| 442. | Squire, Dian | Northern Arizona University |
| 443. | Stapleton, Lissa | California State University, Northridge |
| 444. | Stearns, Elizabeth | University of North Carolina at Charlotte |
| 445. | Stewart, Abigail | University of Michigan |
| 446. | Stewart, Dafina-Lazarus | Colorado State University |
| 447. | Stovall, David | University of Illinois at Chicago |

*ATTACHMENT A*

| | | |
|---|---|---|
| 448. | Strolovitch, Dara | Princeton University |
| 449. | Strunk, Kamden | Auburn University |
| 450. | Sule, Thandi | Oakland University |
| 451. | Sun, Jeffrey | University of Louisville |
| 452. | Sun-Hee Park, Lisa | University of California, Santa Barbara |
| 453. | Sze, Julie | University of California, Davis |
| 454. | Szpara, Michelle Y. | Cabrini University |
| 455. | Takagi, Dana | University of California, Santa Cruz |
| 456. | Talusan, Liza A. | Independent Scholar |
| 457. | Tanaka, Gregory | Center for the Study of Democracy and Social Change |
| 458. | Tang, Eric | University of Texas at Austin |
| 459. | Taylor, Amanda | American University |
| 460. | Taylor, Betty Jeanne | University of Texas at Austin |
| 461. | Terriquez, Veronica | University of California, Santa Cruz |
| 462. | Terry, La Mont | Occidental College |
| 463. | Thompson Dorsey, Dana | University of Pittsburgh |
| 464. | Tichavakunda, Antar | University of Cincinnati |
| 465. | Tieken, Mara | Bates College |
| 466. | Tienda, Marta | Princeton University |
| 467. | Tierney, William | University of Southern California |
| 468. | Tillapaugh, Daniel | California Lutheran University |
| 469. | Tom, Joshua | Seattle Pacific University |
| 470. | Tran, Hoang | Florida Atlantic University |
| 471. | Tran, Van | Columbia University |
| 472. | Trieu, Monica | Purdue University |
| 473. | Tsing, Anna | University of California, Santa Cruz |
| 474. | Tuck, Eve | University of Toronto |
| 475. | Tuitt, Frank | University of Denver |
| 476. | Turman, Natasha | Miami University Ohio |
| 477. | Turner, Caroline | Sacramento State University |
| 478. | Umemoto, Karen | University of California, Los Angeles |
| 479. | Valadez, Concepcion | University of California, Los Angeles |
| 480. | Valencia, Richard | University of Texas at Austin |
| 481. | Valladares, Siomara | University of Colorado Boulder |
| 482. | Vang, Ma | University of California, Merced |
| 483. | Varghese, Manka | University of Washington |
| 484. | Vasquez Heilig, Julian | California State University, Sacramento |
| 485. | Vélez, Verónica | Western Washington University |
| 486. | Venegas, Kristan | University of Southern California |
| 487. | Villanueva, George | Loyola University Chicago |
| 488. | Vo, Anne | University of Southern California |

4846-3914-1233.1

**ATTACHMENT A**

| | | |
|---|---|---|
| 489. | Vo, Linda | University of California, Irvine |
| 490. | Vue, Rican | Oregon State University |
| 491. | Wallace, Sophia | University of Washington |
| 492. | Walsh, Erin | Bryn Mawr College |
| 493. | Wang, Leslie | University of Massachusetts Boston |
| 494. | Wang, Oliver | California State University, Long Beach |
| 495. | Ward, LaWanda | Pennsylvania State University |
| 496. | Warren, Mark | University of Massachusetts Boston |
| 497. | Watanabe, Paul | University of Massachusetts Boston |
| 498. | Waters, Mary | Harvard University |
| 499. | Weidman, John | University of Pittsburgh |
| 500. | Welner, Kevin | University of Colorado Boulder |
| 501. | Wilson, Terri S. | University of Colorado Boulder |
| 502. | Winkle-Wagner, Rachelle | University of Wisconsin - Madison |
| 503. | Wolf, De'Sha | Portland State University |
| 504. | Wolf-Wendel, Lisa | University of Kansas |
| 505. | Wolniak, Gregory | University of Georgia |
| 506. | Wong, Janelle | University of Maryland, College Park |
| 507. | Wong, Tom K. | University of California, San Diego |
| 508. | Wright, Dwayne | Savannah Law School |
| 509. | Wright, Erin Kahunawaikaʻala | University of Hawaiʻi, Mānoa |
| 510. | Wu, Ellen | Indiana University Bloomington |
| 511. | Wu, Judy | University of California, Irvine |
| 512. | Wun, Connie | Transformative Research |
| 513. | Yamamura, Erica | Seattle University |
| 514. | Yamashiro, Jane | Mills College |
| 515. | Yao, Christina | University of Nebraska |
| 516. | Yee, Barbara | University of Hawaiʻi, Mānoa |
| 517. | Yee, Jennifer | California State University, Fullerton |
| 518. | Yeung, Fanny | California State University, East Bay |
| 519. | Yi Borromeo, Varaxy | California State University, Fresno |
| 520. | Yoon, Irene | University of Utah |
| 521. | York, Travis | Association of Public & Land-Grant Universities |
| 522. | Young, Cynthia Ann | Pennsylvania State University |
| 523. | Yun, John | Michigan State University |
| 524. | Zamani-Gallaher, Eboni | University of Illinois at Urbana-Champaign |
| 525. | Zane, Nolan | University of California, Davis |
| 526. | Zatz, Marjorie S. | University of California, Merced |
| 527. | Zentella, Ana Celia | University of California, San Diego |
| 528. | Zerquera, Desiree | University of San Francisco |
| 529. | Zhou, Min | University of California, Los Angeles |

**ATTACHMENT A**

530.  Zulueta, Benjamin                    University of California, Santa Barbara
531.  Zúñiga, Ximena                       University of Massachusetts Amherst

4846-3914-1233.1