# EXHIBIT B

List of Amici

1. Abajian, Suzie — Orange County Department of Education
2. Abes, Elisa — Miami University
3. Acevedo-Gil, Nancy — California State University, San Bernardino
4. Adamian, Annie — California State University, Chico
5. Agius Vallejo, Jody — University of Southern California
6. Agozino, Onwubiko — Virginia Polytechnic Institute and State University
7. Aguilar-Hernández, José M. — California State Polytechnic University, Pomona
8. Ali, Arshad — George Washington University
9. Alvarez, Cynthia L. — University of California, Los Angeles
10. Amechi, Mauriell — University of Redlands
11. Ampaw, Frimpomaa — Central Michigan University
12. Ananth, Akhila — California State University, Los Angeles
13. Anderson, Lauren — Connecticut College
14. Annamma, Subini — University of Kansas
15. Antonio, Anthony — Stanford University
16. Antrop-Gonzalez, Rene — Metropolitan State University
17. Aptekar, Sofya — University of Massachusetts Boston
18. Aquino Sosa, Gloria — Saint Mary's College of California
19. Arao, Brian — University of California, Santa Cruz
20. Ardoin, Sonja — Appalachian State University
21. Arellano, Lucy — Oregon State University
22. Asato, Jolynn — San Jose State University
23. Assalone, Amanda — Southern Education Foundation
24. Au, Kathryn H. — University of Hawaiʻi, Mānoa
25. Austin, Algernon — Demos
26. Austin, Ann — Michigan State University
27. Baber, Lorenzo — Iowa State University
28. Bahena, Sofia — University of Texas at San Antonio
29. Ballysingh, Tracy — University of Vermont
30. Barnhardt, Cassie — University of Iowa
31. Barone, Ryan — Colorado State University
32. Basile, Vincent — Colorado State University
33. Bastedo, Michael — University of Michigan
34. Beatty, Cameron — Florida State University
35. Bengochea, Alain — University of Nevada, Las Vegas
36. Bensimon, Estela — University of Southern California
37. Berger, Joseph — University of Massachusetts Boston
38. Berliner, David — Arizona State University
39. Bernal, Jesse — Grand Valley State University

40. Bernardo, Joseph — Loyola Marymount University
41. Berrey, Ellen — University of Toronto
42. Berriz, Berta — Lesley University
43. Blockett, Reginald — Grand Valley State University
44. Bloom-Leiva, Gilda — San Francisco State University
45. Bondi, Stephanie — University of Nebraska
46. Borja, Melissa — University of Michigan
47. Boylan, Hunter — Appalachian State University
48. Brazelton, Grady — Northern Arizona University
49. Bukoski, Beth — University of Texas at Austin
50. Burciaga, Rebeca — San Jose State University
51. Byrd, Ajani — Mission College
52. Byrd, W. Carson — University of Louisville
53. Cabrera, Nolan — University of Arizona
54. Cain, Ebony — Pepperdine University
55. Calderon, Dolores — Western Washington University
56. Calderone, Shannon — Washington State University
57. Callahan, Rebecca — University of Texas at Austin
58. Camacho, Keith — University of California, Los Angeles
59. Camangian, Patrick — University of San Francisco
60. Cantor, Nancy — Rutgers University-Newark
61. Cantwell, Brendan — Michigan State University
62. Castillo-Montoya, Milagros — University of Connecticut
63. Castro Samayoa, Andrés — Boston College
64. Castro, Erin — University of Utah
65. Catalano, D. Chae — Western Illinois University
66. Chan, Jason — Independent Scholar
67. Chang, Benji — Education University of Hong Kong
68. Chao Romero, Robert — University of California, Los Angeles
69. Cheah, Charissa — University of Maryland, Baltimore County
70. Chen, Angela — Pre-Health Dreamers
71. Chen, Carolyn — University of California, Berkeley
72. Chen, Jondou — University of Washington
73. Chen, Stephanie — Wright Institute
74. Cheng, Jih-Fei — Scripps College
75. Cheung, Christabel — University of Hawaiʻi, Mānoa
76. Chiang, Warren — Stanford University
77. Chikkatur, Anita — Carleton College
78. Chin, Christina — California State University, Fullerton
79. Chin, Jean Lau — Adelphi University
80. Ching, Cheryl — University of Massachusetts Boston

81. Chow, Candace — University of Utah
82. Chung, Angie — University at Albany
83. Cintron-Vélez, Aixa — Russell Sage Foundation
84. Clark, Christine — University of Nevada, Las Vegas
85. Cohen, Sarah — Loyola University Chicago
86. Cokley, Kevin — University of Texas at Austin
87. Collins, Christopher — Azusa Pacific University
88. Conchas, Gilberto — University of California, Irvine
89. Cooper Stein, Kristy — Michigan State University
90. Covarrubias, Alejandro — University of San Francisco
91. Crisp, Gloria — Oregon State University
92. Cruz, Cindy — University of California, Santa Cruz
93. Cuellar, Marcela — University of California, Davis
94. Dache-Gerbino, Amalia — University of Missouri
95. Dancy, T. Elon — University of Pittsburgh
96. Danico, Mary — California State Polytechnic University, Pomona
97. Dao, Loan — University of Massachusetts Boston
98. Darling-Hammond, Linda — Stanford University
99. DasGupta, Debanuj — University of Connecticut
100. Davis III, Charles H.F. — University of Southern California
101. Davis, Tracy — Western Illinois University
102. DeAngelo, Linda — University of Pittsburgh
103. Deckman, Sherry — Lehman College, City University of New York
104. DeGuia, Vanessa — Teach For America
105. DeGuzman, Glenn — University of California, Berkeley
106. deGuzman, Jean-Paul — University of California, Los Angeles
107. Denson, Nida — Western Sydney University
108. Deo, Meera — University of California, Davis
109. Desai, Shruti — McKendree University
110. Dhingra, Pawan — Amherst College
111. Dineen-Wimberly, Ingrid — University of La Verne
112. Dotts, Brian — University of Georgia
113. Dowd, Alicia — Pennsylvania State University
114. Drezner, Noah — Columbia University
115. Duran, Richard P — University of California, Santa Barbara
116. Dwyer, Brighid — Villanova University
117. Dymski, Gary — University of Leeds
118. Eagan, Kevin — University of California, Los Angeles
119. Eaton, Susan — Brandeis University
120. Eaton, Paul — Sam Houston State University
121. Edejer, Eilene — Loyola University Chicago

3

| | | |
|---|---|---|
| 122. | Edwards Williams, Kirsten | University of Oklahoma |
| 123. | Edwards, Korie | Ohio State University |
| 124. | Embrick, David | University of Connecticut |
| 125. | Endo, Rachel | University of Washington Tacoma |
| 126. | Engberg, Mark | University of Denver |
| 127. | Espino, Michelle | University of Maryland, College Park |
| 128. | Fabionar, James | University of San Diego |
| 129. | Felder, Pamela | Black Doctorates Matter |
| 130. | Fernandes, Leela | University of Michigan |
| 131. | Fernandez, Frank | University of Houston |
| 132. | Fine, Michelle | The Graduate Center, City University of New York |
| 133. | Finnegan, Dorothy E. | College of William and Mary |
| 134. | Fiske, Susan | Princeton University |
| 135. | Flores, Stella | New York University |
| 136. | Fox, Heather | University of Illinois at Urbana-Champaign |
| 137. | Francisco-Menchavez, Valerie | San Francisco State University |
| 138. | Frankenberg, Erica | Pennsylvania State University |
| 139. | Frasure-Yokley, Lorrie | University of California, Los Angeles |
| 140. | Fried, Jane | Central Connecticut State University |
| 141. | Fries-Britt, Sharon | University of Maryland, College Park |
| 142. | Fujimoto, Eugene | California State University, Fullerton |
| 143. | Fultz, Michael | University of Wisconsin - Madison |
| 144. | Furr, Sara | University of Chicago |
| 145. | Gándara, Patricia | University of California, Los Angeles |
| 146. | Garces, Liliana M. | University of Texas at Austin |
| 147. | Garcia Bedolla, Lisa | University of California, Berkeley |
| 148. | Garcia, Crystal | Auburn University |
| 149. | Garcia, Jennifer | Loyola Marymount University |
| 150. | Garibay, Juan | University of Virginia |
| 151. | Gasman, Marybeth | University of Pennsylvania |
| 152. | Gee, Gilbert | University of California, Los Angeles |
| 153. | George Mwangi, Chrystal | University of Massachusetts Amherst |
| 154. | George, Casey | University of Louisville |
| 155. | Geron, Kim | California State University, East Bay |
| 156. | Giani, Matthew | University of Texas at Austin |
| 157. | Gilbert, Aliza | Highland Park High School |
| 158. | Gilkerson, Tammeil | Laney College |
| 159. | Gin, Kevin | Holy Names University |
| 160. | Gina, Garcia | University of Pittsburgh |
| 161. | Ginsberg, Ricki | Colorado State University |
| 162. | Gonzales, Leslie | Michigan State University |

| | | |
|---|---|---|
| 163. | Goodman, Kathleen | Miami University |
| 164. | Gordon da Cruz, Cynthia | Chabot College |
| 165. | Goyette, Kimberly | Temple University |
| 166. | Grande, Sandy | Connecticut College |
| 167. | Graves, Joseph | Joint School of Nanosciences & Nanoengineering, North Carolina AT&T State University & The University of North Carolina at Greensboro |
| 168. | Griffin, Kimberly | University of Maryland, College Park |
| 169. | Guido, Florence | University of Northern Colorado |
| 170. | Gurin, Patricia | University of Michigan |
| 171. | Gutierrez, Kris | University of California, Berkeley |
| 172. | Hakuta, Kenji | Stanford University |
| 173. | Hall, Aris | Clemson University |
| 174. | Hall, Gordon | University of Oregon |
| 175. | Han, Hahrie | University of California, Santa Barbara |
| 176. | Hancock Alfaro, Ange-Marie | University of Southern California |
| 177. | Hardie, Jessica | Hunter College, City University of New York |
| 178. | Harper, Shaun | University of Southern California |
| 179. | Hart, Jeni | University of Missouri |
| 180. | Hartlep, Nicholas | Metropolitan State University |
| 181. | Haslerig, Siduri | University of Oklahoma |
| 182. | Hatch-Tocaimaza, Deryl | University of Nebraska |
| 183. | Heller, Donald | University of San Francisco |
| 184. | Hernandez, Xavier | University of California, Irvine |
| 185. | Hildebrandt, Melanie | Indiana University of Pennsylvania |
| 186. | Hillman, Nicholas | University of Wisconsin - Madison |
| 187. | Hinchey, Patricia | Pennsylvania State University |
| 188. | Hirschman, Daniel | Brown University |
| 189. | Holme, Jennifer | University of Texas at Austin |
| 190. | Hom, Delia Cheung | Northeastern University |
| 191. | Horn, Catherine | University of Houston |
| 192. | Hornak, Anne | Central Michigan University |
| 193. | Houston, Derek | University of Oklahoma |
| 194. | Hsieh, Betina | California State University, Long Beach |
| 195. | Hsin, Amy | Queens College, City University of New York |
| 196. | Hsu, Madeline | University of Texas at Austin |
| 197. | Hudson, Tara | Kent State University |
| 198. | Hughes, Bryce | Montana State University |
| 199. | Humphries, Marisha | University of Illinois at Chicago |
| 200. | Hung, Yun-Ting | Metropolitan State University |
| 201. | Huo, Yuen | University of California, Los Angeles |

| | | |
|---|---|---|
| 202. | Hurtado, Sylvia | University of California, Los Angeles |
| 203. | Inman, Arpana | Lehigh University |
| 204. | Ishimaru, Ann M. | University of Washington |
| 205. | Iverson, Susan | Manhattanville College |
| 206. | Jain, Dimpal | California State University, Northridge |
| 207. | Jayakumar, Uma | University of California, Riverside |
| 208. | Jenkins, DeMarcus | University of Arizona |
| 209. | Jeung, Russell | San Francisco State University |
| 210. | Jez, Su Jin | California State University, Sacramento |
| 211. | Johnson, Dawn | Syracuse University |
| 212. | Johnson, Matthew | Central Michigan University |
| 213. | Johnson, Royel | Pennsylvania State University |
| 214. | Johnston-Guerrero, Marc | Ohio State University |
| 215. | Jones, B. Noble | University of Georgia |
| 216. | Jourian, TJ | Oakland University |
| 217. | Junn, Jane | University of Southern California |
| 218. | Kanagala, Vijay | University of Vermont |
| 219. | Kang, Miliann | University of Massachusetts Amherst |
| 220. | Kawakyu O'Connor, Nahoko | University of Rochester |
| 221. | Kelly, Bridget | University of Maryland, College Park |
| 222. | Ken, Ivy | George Washington University |
| 223. | Kezar, Adrianna | University of Southern California |
| 224. | Kiang, Peter | University of Massachusetts Boston |
| 225. | Killen, Melanie | University of Maryland, College Park |
| 226. | Kim, Barbara | California State University, Long Beach |
| 227. | Kim, Jung | Lewis University |
| 228. | Kim, Nadia | Loyola Marymount University |
| 229. | Kim, Richard | University of California, Davis |
| 230. | Kim, Stephanie | Georgetown University |
| 231. | King, M. Bruce | University of Wisconsin - Madison |
| 232. | Kinzie, Jillian | Indiana University Bloomington |
| 233. | Kiuhara, Sharlene | University of Utah |
| 234. | Klasik, Daniel | George Washington University |
| 235. | Klemencic, Manja | Harvard University |
| 236. | Kodama, Corinne | University of Illinois at Chicago |
| 237. | Kohli, Rita | University of California, Riverside |
| 238. | Kokka, Kari | University of Pittsburgh |
| 239. | Kondo, Dorinne | University of Southern California |
| 240. | Kornhaber, Mindy | Pennsylvania State University |
| 241. | Kortegast, Carrie | Northern Illinois University |
| 242. | Kousser, J. Morgan | California Institute of Technology |

243. Kumashiro, Kevin　　　　　Independent Scholar
244. Kwan, Yvonne　　　　　　San Jose State University
245. Kwon, Hyeyoung　　　　　Indiana University Bloomington
246. Kwon, Yaejoon　　　　　　Independent Scholar
247. Lachica Buenavista, Tracy　California State University, Northridge
248. Lai, James　　　　　　　　Santa Clara University
249. Lau, Anna　　　　　　　　University of California, Los Angeles
250. Lau, Chrissy　　　　　　　Texas A&M University - Corpus Christi
251. Le, C.N.　　　　　　　　　University of Massachusetts Amherst
252. Ledesma, María　　　　　　University of Utah
253. Lee Tu, Dawn　　　　　　　De Anza College
254. Lee, C. Aujean　　　　　　University of Oklahoma
255. Lee, Fred　　　　　　　　University of Connecticut
256. Lee, Jennifer　　　　　　　Columbia University
257. Lee, Jenny　　　　　　　　University of Arizona
258. Lee, Richard　　　　　　　University of Minnesota
259. Lee, Stacey　　　　　　　　University of Wisconsin - Madison
260. Lehman, Kathleen J.　　　　University of California, Los Angeles
261. Lehr, Jane　　　　　　　　California Polytechnic State University
262. Lester, Jaime　　　　　　　George Mason University
263. Leung, Maxwell　　　　　　California College of the Arts
264. Lewis, Amanda　　　　　　University of Illinois at Chicago
265. Lewis, Consuella　　　　　Concordia University Portland
266. Lewis, Maria　　　　　　　Pennsylvania State University
267. Li, Amy　　　　　　　　　University of Northern Colorado
268. Lien, Pei-te　　　　　　　　University of California, Santa Barbara
269. Linde, Robyn　　　　　　　Rhode Island College
270. Longerbeam, Susan　　　　　University of Louisville
271. Lopez, Francesca　　　　　　University of Arizona
272. Louie, Vivian　　　　　　　William T. Grant Foundation
273. Lu, Charles　　　　　　　　University of California, San Diego
274. Lugg, Catherine　　　　　　Rutgers University
275. Lui, Joyce　　　　　　　　San Jose City College
276. Luie, Siu Ming　　　　　　Northeastern University
277. MacLachlan, Anne　　　　　University of California, Berkeley
278. Maeda, Daryl　　　　　　　University of Colorado Boulder
279. Maira, Sunaina　　　　　　University of California, Davis
280. Malone, Mei-Ling　　　　　California State University, Fullerton
281. Manzano, Lester　　　　　　Loyola University Chicago
282. Maramba, Dina　　　　　　Claremont Graduate University
283. Marcus, Ann　　　　　　　New York University

| | | |
|---|---|---|
| 284. | Marin, Patricia | Michigan State University |
| 285. | Marine, Susan B. | Merrimack College |
| 286. | Marisa, Abrajano | University of California, San Diego |
| 287. | Marquez Kiyama, Judy | University of Denver |
| 288. | Marsh, Tyson | Seattle University |
| 289. | Martin, Georgianna | University of Georgia |
| 290. | Martin, Isaac | University of California, San Diego |
| 291. | Martinez Aleman, Ana M. | Boston College |
| 292. | Martinez, Brandon | Providence College |
| 293. | Martinez, Danny C. | University of California, Davis |
| 294. | Martinez, Eligio | Claremont Graduate University |
| 295. | Martinez, Magdalena | University of Nevada, Las Vegas |
| 296. | Martinez, Melissa | Texas State University |
| 297. | Martínez, Ramón | Stanford University |
| 298. | Masuoka, Natalie | University of California, Los Angeles |
| 299. | Mattheis, Allison | California State University, Los Angeles |
| 300. | Mayer, Anysia | California State University, Stanislaus |
| 301. | Mayorga, Edwin | Swarthmore College |
| 302. | McClellan, George | University of Mississippi |
| 303. | McClintock, Charles | Fielding Graduate University |
| 304. | McDermott, Kathryn | University of Massachusetts Amherst |
| 305. | McDonough, Patricia M. | University of California, Los Angeles |
| 306. | McEwen, Marylu | University of Maryland, College Park |
| 307. | McGowan, Brian | University of North Carolina at Greensboro |
| 308. | McGuire, Keon | Arizona State University |
| 309. | McLaughlin, Conor | Bowling Green State University |
| 310. | Means, Darris | University of Georgia |
| 311. | Mendoza-Reis, Noni | San Jose State University |
| 312. | Merseth, Julie Lee | Northwestern University |
| 313. | Mickelson, Roslyn Arlin | University of North Carolina at Charlotte |
| 314. | Milano, Joy | Michigan State University |
| 315. | Milem, Jeffrey | University of California, Santa Barbara |
| 316. | Mintz, Beth | University of Vermont |
| 317. | Mirra, Nicole | Rutgers University |
| 318. | Mistry, Rashmita | University of California, Los Angeles |
| 319. | Mitra, Dana | Pennsylvania State University |
| 320. | Mobley, Jr., Steve | University of Alabama |
| 321. | Moore, Helen | University of Nebraska |
| 322. | Morales, Erica | California State Polytechnic University, Pomona |
| 323. | Morales, P. Zitlali | University of Illinois at Chicago |
| 324. | Morgan, Demetri | Loyola University Chicago |

8

| | | |
|---|---|---|
| 325. | Morgan, Zachary | California Institute of the Arts |
| 326. | Moses, Michele | University of Colorado Boulder |
| 327. | Moses, Yolanda | University of California, Riverside |
| 328. | Motha, Suhanthie | University of Washington |
| 329. | Munoz, Susana | Colorado State University |
| 330. | Museus, Samuel | University of California, San Diego |
| 331. | Myers, Kit | University of California, Merced |
| 332. | Nakae, Sunny | Loyola University Chicago |
| 333. | Nakagawa, Kathryn | Arizona State University |
| 334. | Nakano, Dana | California State University, Stanislaus |
| 335. | Nam, Victoria | California State University, Monterey Bay |
| 336. | Narui, Mitsu | Capital University |
| 337. | Navarro, Oscar | California Polytechnic State University |
| 338. | Negrón-Gonzales, Genevieve | University of San Francisco |
| 339. | Nelson Laird, Thomas | Indiana University Bloomington |
| 340. | Nelson, Chris | University of Denver |
| 341. | Ngo, Bic | University of Minnesota |
| 342. | Ngo, Federick | University of Nevada, Las Vegas |
| 343. | Nguyen, Bach Mai Dolly | Lewis & Clark College |
| 344. | Nguyen, David Hoa | Indiana University - Purdue University, Indianapolis |
| 345. | Nguyen, Thai-Huy | Seattle University |
| 346. | Nicolazzo, Z | University of Arizona |
| 347. | Nienhusser, H. Kenny | University of Connecticut |
| 348. | Nieto, Sonia | University of Massachusetts Amherst |
| 349. | Noah, Aggie | Arizona State University |
| 350. | Noguera, Pedro | University of California, Los Angeles |
| 351. | Noh, Eliza | California State University, Fullerton |
| 352. | Oakes, Jeannie | University of California, Los Angeles |
| 353. | Obear, Kathy | Center for Transformation and Change |
| 354. | Ocampo, Anthony | California State Polytechnic University, Pomona |
| 355. | Oda, Meredith | University of Nevada, Reno |
| 356. | Okamoto, Dina | Indiana University |
| 357. | Oliva, Maricela | University of Texas at San Antonio |
| 358. | Olivas, Michael A. | University of Houston |
| 359. | Oluwole, Joseph | Montclair State University |
| 360. | Ong, Paul | University of California, Los Angeles |
| 361. | Ono, Kent | University of Utah |
| 362. | Orfield, Gary | University of California, Los Angeles |
| 363. | Orphan, Cecilia | University of Denver |
| 364. | Oseguera, Leticia | Pennsylvania State University |
| 365. | Ozaki, Casey (Carolyn) | University of North Dakota |

| | | |
|---|---|---|
| 366. | Pacheco, Denise | University of California, Los Angeles |
| 367. | Padios, Jan | University of Maryland, College Park |
| 368. | Paguyo, Christina | University of Denver |
| 369. | Park, Jerry | Baylor University |
| 370. | Park, John | University of California, Santa Barbara |
| 371. | Park, Moises | Baylor University |
| 372. | Parker, Eugene | University of Kansas |
| 373. | Parker, Tara | University of Massachusetts Boston |
| 374. | Parreñas, Rhacel | University of Southern California |
| 375. | Patel, Leigh | University of Pittsburgh |
| 376. | Patraporn, Varisa | California State University, Long Beach |
| 377. | Patton Davis, Lori | Indiana University - Purdue University, Indianapolis |
| 378. | Pendakur, Sumun | University of Southern California |
| 379. | Perez II, David | Miami University |
| 380. | Perez, Patricia A. | California State University, Fullerton |
| 381. | Perez, Rosemary | Iowa State University |
| 382. | Perez-Felkner, Lara | Florida State University |
| 383. | Perna, Laura | University of Pennsylvania |
| 384. | Pham, Minh-Ha | University of California, Berkeley |
| 385. | Poon, OiYan | Colorado State University |
| 386. | Pope, Raechele | University at Buffalo |
| 387. | Porter, Christa | Kent State University |
| 388. | Posselt, Julie | University of Southern California |
| 389. | Powers, Jeanne M. | Arizona State University |
| 390. | Quintanar, Rosalinda | San Jose State University |
| 391. | Ramirez, Hiram | California State University, Channel Islands |
| 392. | Ramirez, Ricardo | University of Notre Dame |
| 393. | Ramirez-Stapleton, Marcela | University of California, Irvine |
| 394. | Ramos, Aida | George Fox University |
| 395. | Ramos, Delma | University of North Carolina at Greensboro |
| 396. | Reddick, Richard J. | University of Texas at Austin |
| 397. | Renée Valladares, Michelle | University of Colorado Boulder |
| 398. | Rennick, Liz | University of Arizona |
| 399. | Reyes, Pedro | University of Texas at Austin |
| 400. | Reynolds, Amy | University at Buffalo |
| 401. | Riggers-Piehl, Tiffani | University of Missouri, Kansas City |
| 402. | Rincón, Blanca | University of Nevada, Las Vegas |
| 403. | Rios Aguilar, Cecilia | University of California, Los Angeles |
| 404. | Rivera, Gwendelyn | University of Southern California |
| 405. | Ro, Hyun Kyoung (Hyunny) | Bowling Green State University |
| 406. | Robbins, Claire | Virginia Polytechnic Institute and State University |

| | | |
|---|---|---|
| 407. | Roberts, Maria | University of Nevada, Las Vegas |
| 408. | Rodríguez, Noreen | Iowa State University |
| 409. | Rodriguez, Robyn | University of California, Davis |
| 410. | Rodriguez-Kiino, Diane | California Lutheran University |
| 411. | Rooks, Curtiss | Loyola Marymount University |
| 412. | Ropers-Huilman, Rebecca | University of Minnesota |
| 413. | Rosiek, Gerald | University of Oregon |
| 414. | Rowan-Kenyon, Heather | Boston College |
| 415. | Rubin, Paul | University of Utah |
| 416. | Ruck, Martin | The Graduate Center, City University of New York |
| 417. | Sablan, Jenna | University of Maryland, College Park |
| 418. | Saenz, Victor | University of Texas at Austin |
| 419. | Saito, Leland | University of Southern California |
| 420. | Sallee, Margaret | University at Buffalo |
| 421. | Saw, Anne | DePaul University |
| 422. | Schramm-Pate, Susan | University of Southern California |
| 423. | Schuster, Maximilian | University of Pittsburgh |
| 424. | Scott, Janelle | University of California, Berkeley |
| 425. | Segal, Marcia Texler | Indiana University Southeast |
| 426. | Segoshi, Megan | Independent Scholar |
| 427. | Serna, Gabriel | Michigan State University |
| 428. | Sewell, Christopher | Williams College |
| 429. | Shallish, Lauren | College of New Jersey |
| 430. | Sharma, Nitasha | Northwestern University |
| 431. | Shek, Yen Ling | University of California, Los Angeles |
| 432. | Shelton, Leslie | University of Arkansas |
| 433. | Shih, Kristy | California State University, Long Beach |
| 434. | Siegel-Hawley, Genevieve | Virginia Commonwealth University |
| 435. | Silver, David | Impaq International |
| 436. | Sipma-Dysico, Carlene | Lewis University |
| 437. | Snyder, Seth | Carleton College |
| 438. | Sohoni, Deenesh | College of William and Mary |
| 439. | Solorzano, Daniel | University of California, Los Angeles |
| 440. | Soria, Krista | University of Minnesota |
| 441. | Spickard, Paul | University of California, Santa Barbara |
| 442. | Squire, Dian | Northern Arizona University |
| 443. | Stapleton, Lissa | California State University, Northridge |
| 444. | Stearns, Elizabeth | University of North Carolina at Charlotte |
| 445. | Stewart, Abigail | University of Michigan |
| 446. | Stewart, Dafina-Lazarus | Colorado State University |
| 447. | Stovall, David | University of Illinois at Chicago |

| | | |
|---|---|---|
| 448. | Strolovitch, Dara | Princeton University |
| 449. | Strunk, Kamden | Auburn University |
| 450. | Sule, Thandi | Oakland University |
| 451. | Sun, Jeffrey | University of Louisville |
| 452. | Sun-Hee Park, Lisa | University of California, Santa Barbara |
| 453. | Sze, Julie | University of California, Davis |
| 454. | Szpara, Michelle Y. | Cabrini University |
| 455. | Takagi, Dana | University of California, Santa Cruz |
| 456. | Talusan, Liza A. | Independent Scholar |
| 457. | Tanaka, Gregory | Center for the Study of Democracy and Social Change |
| 458. | Tang, Eric | University of Texas at Austin |
| 459. | Taylor, Amanda | American University |
| 460. | Taylor, Betty Jeanne | University of Texas at Austin |
| 461. | Terriquez, Veronica | University of California, Santa Cruz |
| 462. | Terry, La Mont | Occidental College |
| 463. | Thompson Dorsey, Dana | University of Pittsburgh |
| 464. | Tichavakunda, Antar | University of Cincinnati |
| 465. | Tieken, Mara | Bates College |
| 466. | Tienda, Marta | Princeton University |
| 467. | Tierney, William | University of Southern California |
| 468. | Tillapaugh, Daniel | California Lutheran University |
| 469. | Tom, Joshua | Seattle Pacific University |
| 470. | Tran, Hoang | Florida Atlantic University |
| 471. | Tran, Van | Columbia University |
| 472. | Trieu, Monica | Purdue University |
| 473. | Tsing, Anna | University of California, Santa Cruz |
| 474. | Tuck, Eve | University of Toronto |
| 475. | Tuitt, Frank | University of Denver |
| 476. | Turman, Natasha | Miami University Ohio |
| 477. | Turner, Caroline | Sacramento State University |
| 478. | Umemoto, Karen | University of California, Los Angeles |
| 479. | Valadez, Concepcion | University of California, Los Angeles |
| 480. | Valencia, Richard | University of Texas at Austin |
| 481. | Valladares, Siomara | University of Colorado Boulder |
| 482. | Vang, Ma | University of California, Merced |
| 483. | Varghese, Manka | University of Washington |
| 484. | Vasquez Heilig, Julian | California State University, Sacramento |
| 485. | Vélez, Verónica | Western Washington University |
| 486. | Venegas, Kristan | University of Southern California |
| 487. | Villanueva, George | Loyola University Chicago |
| 488. | Vo, Anne | University of Southern California |

489. Vo, Linda — University of California, Irvine
490. Vue, Rican — Oregon State University
491. Wallace, Sophia — University of Washington
492. Walsh, Erin — Bryn Mawr College
493. Wang, Leslie — University of Massachusetts Boston
494. Wang, Oliver — California State University, Long Beach
495. Ward, LaWanda — Pennsylvania State University
496. Warren, Mark — University of Massachusetts Boston
497. Watanabe, Paul — University of Massachusetts Boston
498. Waters, Mary — Harvard University
499. Weidman, John — University of Pittsburgh
500. Welner, Kevin — University of Colorado Boulder
501. Wilson, Terri S. — University of Colorado Boulder
502. Winkle-Wagner, Rachelle — University of Wisconsin - Madison
503. Wolf, De'Sha — Portland State University
504. Wolf-Wendel, Lisa — University of Kansas
505. Wolniak, Gregory — University of Georgia
506. Wong, Janelle — University of Maryland, College Park
507. Wong, Tom K. — University of California, San Diego
508. Wright, Dwayne — Savannah Law School
509. Wright, Erin Kahunawaikaʻala — University of Hawaiʻi, Mānoa
510. Wu, Ellen — Indiana University Bloomington
511. Wu, Judy — University of California, Irvine
512. Wun, Connie — Transformative Research
513. Yamamura, Erica — Seattle University
514. Yamashiro, Jane — Mills College
515. Yao, Christina — University of Nebraska
516. Yee, Barbara — University of Hawaiʻi, Mānoa
517. Yee, Jennifer — California State University, Fullerton
518. Yeung, Fanny — California State University, East Bay
519. Yi Borromeo, Varaxy — California State University, Fresno
520. Yoon, Irene — University of Utah
521. York, Travis — Association of Public & Land-Grant Universities
522. Young, Cynthia Ann — Pennsylvania State University
523. Yun, John — Michigan State University
524. Zamani-Gallaher, Eboni — University of Illinois at Urbana-Champaign
525. Zane, Nolan — University of California, Davis
526. Zatz, Marjorie S. — University of California, Merced
527. Zentella, Ana Celia — University of California, San Diego
528. Zerquera, Desiree — University of San Francisco
529. Zhou, Min — University of California, Los Angeles

530. Zulueta, Benjamin		University of California, Santa Barbara
531. Zúñiga, Ximena		University of Massachusetts Amherst