**Appendix: List of *Amici Curiae***

1.  Abajian, Suzie — Orange County Department of Education
2.  Abes, Elisa — Miami University
3.  Abrajano, Marisa — University of California, San Diego
4.  Acevedo-Gil, Nancy — California State University, San Bernardino
5.  Adamian, Annie — California State University, Chico
6.  Agius Vallejo, Jody — University of Southern California
7.  Agozino, Onwubiko — Virginia Polytechnic Institute and State University
8.  Aguilar-Hernández, José M. — California State Polytechnic University, Pomona
9.  Ali, Arshad — George Washington University
10. Alvarez, Cynthia L. — University of California, Los Angeles
11. Amechi, Mauriell — University of Redlands
12. Ampaw, Frimpomaa — Central Michigan University
13. Ananth, Akhila — California State University, Los Angeles
14. Anderson, Lauren — Connecticut College
15. Annamma, Subini — University of Kansas
16. Antonio, Anthony — Stanford University
17. Antrop-Gonzalez, Rene — Metropolitan State University
18. Aptekar, Sofya — University of Massachusetts Boston
19. Aquino Sosa, Gloria — Saint Mary's College of California
20. Arao, Brian — University of California, Santa Cruz
21. Ardoin, Sonja — Appalachian State University
22. Arellano, Lucy — Oregon State University
23. Asato, Jolynn — San Jose State University
24. Assalone, Amanda — Southern Education Foundation
25. Au, Kathryn H. — University of Hawaiʻi, Mānoa
26. Austin, Algernon — Demos
27. Austin, Ann — Michigan State University
28. Baber, Lorenzo — Iowa State University
29. Bahena, Sofia — University of Texas at San Antonio
30. Ballysingh, Tracy — University of Vermont
31. Barnhardt, Cassie — University of Iowa
32. Barone, Ryan — Colorado State University
33. Basile, Vincent — Colorado State University
34. Bastedo, Michael — University of Michigan
35. Beatty, Cameron — Florida State University
36. Bengochea, Alain — University of Nevada, Las Vegas
37. Bensimon, Estela — University of Southern California
38. Berger, Joseph — University of Massachusetts Boston
39. Berliner, David — Arizona State University

40. Bernal, Jesse                        Grand Valley State University
41. Bernardo, Joseph                     Loyola Marymount University
42. Berrey, Ellen                        University of Toronto
43. Berriz, Berta                        Lesley University
44. Blockett, Reginald                   Grand Valley State University
45. Bloom-Leiva, Gilda                   San Francisco State University
46. Bondi, Stephanie                     University of Nebraska
47. Borja, Melissa                       University of Michigan
48. Boylan, Hunter                       Appalachian State University
49. Brazelton, Grady                     Northern Arizona University
50. Bukoski, Beth                        University of Texas at Austin
51. Burciaga, Rebeca                     San Jose State University
52. Byrd, Ajani                          Mission College
53. Byrd, W. Carson                      University of Louisville
54. Cabrera, Nolan                       University of Arizona
55. Cain, Ebony                          Pepperdine University
56. Calderon, Dolores                    Western Washington University
57. Calderone, Shannon                   Washington State University
58. Callahan, Rebecca                    University of Texas at Austin
59. Camacho, Keith                       University of California, Los Angeles
60. Camangian, Patrick                   University of San Francisco
61. Cantor, Nancy                        Rutgers University-Newark
62. Cantwell, Brendan                    Michigan State University
63. Castillo-Montoya, Milagros           University of Connecticut
64. Castro Samayoa, Andrés               Boston College
65. Castro, Erin                         University of Utah
66. Catalano, D. Chae                    Western Illinois University
67. Chan, Jason                          Independent Scholar
68. Chang, Benji                         Education University of Hong Kong
69. Chao Romero, Robert                  University of California, Los Angeles
70. Cheah, Charissa                      University of Maryland, Baltimore County
71. Chen, Angela                         Pre-Health Dreamers
72. Chen, Carolyn                        University of California, Berkeley
73. Chen, Jondou                         University of Washington
74. Chen, Stephanie                      Wright Institute
75. Cheng, Jih-Fei                       Scripps College
76. Cheung, Christabel                   University of Hawaiʻi, Mānoa
77. Chiang, Warren                       Stanford University
78. Chikkatur, Anita                     Carleton College
79. Chin, Christina                      California State University, Fullerton
80. Chin, Jean Lau                       Adelphi University

81. Ching, Cheryl — University of Massachusetts Boston
82. Chow, Candace — University of Utah
83. Chung, Angie — University at Albany
84. Cintron-Vélez, Aixa — Russell Sage Foundation
85. Clark, Christine — University of Nevada, Las Vegas
86. Cohen, Sarah — Loyola University Chicago
87. Cokley, Kevin — University of Texas at Austin
88. Collins, Christopher — Azusa Pacific University
89. Conchas, Gilberto — University of California, Irvine
90. Cooper Stein, Kristy — Michigan State University
91. Covarrubias, Alejandro — University of San Francisco
92. Crisp, Gloria — Oregon State University
93. Cruz, Cindy — University of California, Santa Cruz
94. Cuellar, Marcela — University of California, Davis
95. Dache-Gerbino, Amalia — University of Missouri
96. Dancy, T. Elon — University of Pittsburgh
97. Danico, Mary — California State Polytechnic University, Pomona
98. Dao, Loan — University of Massachusetts Boston
99. Darling-Hammond, Linda — Stanford University
100. DasGupta, Debanuj — University of Connecticut
101. Davis III, Charles H.F. — University of Southern California
102. Davis, Tracy — Western Illinois University
103. DeAngelo, Linda — University of Pittsburgh
104. Deckman, Sherry — Lehman College, City University of New York
105. DeGuia, Vanessa — Teach For America
106. DeGuzman, Glenn — University of California, Berkeley
107. deGuzman, Jean-Paul — University of California, Los Angeles
108. Denson, Nida — Western Sydney University
109. Deo, Meera — University of California, Davis
110. Desai, Shruti — McKendree University
111. Dhingra, Pawan — Amherst College
112. Dineen-Wimberly, Ingrid — University of La Verne
113. Dotts, Brian — University of Georgia
114. Dowd, Alicia — Pennsylvania State University
115. Drezner, Noah — Columbia University
116. Duran, Richard P — University of California, Santa Barbara
117. Dwyer, Brighid — Villanova University
118. Dymski, Gary — University of Leeds
119. Eagan, Kevin — University of California, Los Angeles
120. Eaton, Susan — Brandeis University
121. Eaton, Paul — Sam Houston State University

3a

| | | |
|---|---|---|
| 122. | Edejer, Eilene | Loyola University Chicago |
| 123. | Edwards Williams, Kirsten | University of Oklahoma |
| 124. | Edwards, Korie | Ohio State University |
| 125. | Embrick, David | University of Connecticut |
| 126. | Endo, Rachel | University of Washington Tacoma |
| 127. | Engberg, Mark | University of Denver |
| 128. | Espino, Michelle | University of Maryland, College Park |
| 129. | Fabionar, James | University of San Diego |
| 130. | Felder, Pamela | Black Doctorates Matter |
| 131. | Fernandes, Leela | University of Michigan |
| 132. | Fernandez, Frank | University of Houston |
| 133. | Fine, Michelle | The Graduate Center, City University of New York |
| 134. | Finnegan, Dorothy E. | College of William and Mary |
| 135. | Fiske, Susan | Princeton University |
| 136. | Flores, Stella | New York University |
| 137. | Fox, Heather | University of Illinois at Urbana-Champaign |
| 138. | Francisco-Menchavez, Valerie | San Francisco State University |
| 139. | Frankenberg, Erica | Pennsylvania State University |
| 140. | Frasure-Yokley, Lorrie | University of California, Los Angeles |
| 141. | Fried, Jane | Central Connecticut State University |
| 142. | Fries-Britt, Sharon | University of Maryland, College Park |
| 143. | Fujimoto, Eugene | California State University, Fullerton |
| 144. | Fultz, Michael | University of Wisconsin - Madison |
| 145. | Furr, Sara | University of Chicago |
| 146. | Gándara, Patricia | University of California, Los Angeles |
| 147. | Garces, Liliana M. | University of Texas at Austin |
| 148. | Garcia Bedolla, Lisa | University of California, Berkeley |
| 149. | Garcia, Crystal | Auburn University |
| 150. | Garcia, Jennifer | Loyola Marymount University |
| 151. | Garibay, Juan | University of Virginia |
| 152. | Gasman, Marybeth | University of Pennsylvania |
| 153. | Gee, Gilbert | University of California, Los Angeles |
| 154. | George Mwangi, Chrystal | University of Massachusetts Amherst |
| 155. | George, Casey | University of Louisville |
| 156. | Geron, Kim | California State University, East Bay |
| 157. | Giani, Matthew | University of Texas at Austin |
| 158. | Gilbert, Aliza | Highland Park High School |
| 159. | Gilkerson, Tammeil | Laney College |
| 160. | Gin, Kevin | Holy Names University |
| 161. | Gina, Garcia | University of Pittsburgh |

162.  Ginsberg, Ricki            Colorado State University
163.  Gonzales, Leslie           Michigan State University
164.  Goodman, Kathleen          Miami University
165.  Gordon da Cruz, Cynthia    Chabot College
166.  Goyette, Kimberly          Temple University
167.  Grande, Sandy              Connecticut College
168.  Graves, Joseph             Joint School of Nanosciences & Nanoengineering,
                                 North Carolina AT&T State University &
                                 The University of North Carolina at Greensboro
169.  Griffin, Kimberly          University of Maryland, College Park
170.  Guido, Florence            University of Northern Colorado
171.  Gurin, Patricia            University of Michigan
172.  Gutierrez, Kris            University of California, Berkeley
173.  Hakuta, Kenji              Stanford University
174.  Hall, Aris                 Clemson University
175.  Hall, Gordon               University of Oregon
176.  Han, Hahrie                University of California, Santa Barbara
177.  Hancock Alfaro, Ange-Marie University of Southern California
178.  Hardie, Jessica            Hunter College, City University of New York
179.  Harper, Shaun              University of Southern California
180.  Hart, Jeni                 University of Missouri
181.  Hartlep, Nicholas          Metropolitan State University
182.  Haslerig, Siduri           University of Oklahoma
183.  Hatch-Tocaimaza, Deryl     University of Nebraska
184.  Heller, Donald             University of San Francisco
185.  Hernandez, Xavier          University of California, Irvine
186.  Hildebrandt, Melanie       Indiana University of Pennsylvania
187.  Hillman, Nicholas          University of Wisconsin - Madison
188.  Hinchey, Patricia          Pennsylvania State University
189.  Hirschman, Daniel          Brown University
190.  Holme, Jennifer            University of Texas at Austin
191.  Hom, Delia Cheung          Northeastern University
192.  Horn, Catherine            University of Houston
193.  Hornak, Anne               Central Michigan University
194.  Houston, Derek             University of Oklahoma
195.  Hsieh, Betina              California State University, Long Beach
196.  Hsin, Amy                  Queens College, City University of New York
197.  Hsu, Madeline              University of Texas at Austin
198.  Hudson, Tara               Kent State University
199.  Hughes, Bryce              Montana State University
200.  Humphries, Marisha         University of Illinois at Chicago

| | | |
|---|---|---|
| 201. | Hung, Yun-Ting | Metropolitan State University |
| 202. | Huo, Yuen | University of California, Los Angeles |
| 203. | Hurtado, Sylvia | University of California, Los Angeles |
| 204. | Inman, Arpana | Lehigh University |
| 205. | Ishimaru, Ann M. | University of Washington |
| 206. | Iverson, Susan | Manhattanville College |
| 207. | Jain, Dimpal | California State University, Northridge |
| 208. | Jayakumar, Uma | University of California, Riverside |
| 209. | Jenkins, DeMarcus | University of Arizona |
| 210. | Jeung, Russell | San Francisco State University |
| 211. | Jez, Su Jin | California State University, Sacramento |
| 212. | Johnson, Dawn | Syracuse University |
| 213. | Johnson, Matthew | Central Michigan University |
| 214. | Johnson, Royel | Pennsylvania State University |
| 215. | Johnston-Guerrero, Marc | Ohio State University |
| 216. | Jones, B. Noble | University of Georgia |
| 217. | Jourian, TJ | Oakland University |
| 218. | Junn, Jane | University of Southern California |
| 219. | Kanagala, Vijay | University of Vermont |
| 220. | Kang, Miliann | University of Massachusetts Amherst |
| 221. | Kawakyu O'Connor, Nahoko | University of Rochester |
| 222. | Kelly, Bridget | University of Maryland, College Park |
| 223. | Ken, Ivy | George Washington University |
| 224. | Kezar, Adrianna | University of Southern California |
| 225. | Kiang, Peter | University of Massachusetts Boston |
| 226. | Killen, Melanie | University of Maryland, College Park |
| 227. | Kim, Barbara | California State University, Long Beach |
| 228. | Kim, Jung | Lewis University |
| 229. | Kim, Nadia | Loyola Marymount University |
| 230. | Kim, Richard | University of California, Davis |
| 231. | Kim, Stephanie | Georgetown University |
| 232. | King, M. Bruce | University of Wisconsin - Madison |
| 233. | Kinzie, Jillian | Indiana University Bloomington |
| 234. | Kiuhara, Sharlene | University of Utah |
| 235. | Klasik, Daniel | George Washington University |
| 236. | Klemencic, Manja | Harvard University |
| 237. | Kodama, Corinne | University of Illinois at Chicago |
| 238. | Kohli, Rita | University of California, Riverside |
| 239. | Kokka, Kari | University of Pittsburgh |
| 240. | Kondo, Dorinne | University of Southern California |
| 241. | Kornhaber, Mindy | Pennsylvania State University |

| | | |
|---|---|---|
| 242. | Kortegast, Carrie | Northern Illinois University |
| 243. | Kousser, J. Morgan | California Institute of Technology |
| 244. | Kumashiro, Kevin | Independent Scholar |
| 245. | Kwan, Yvonne | San Jose State University |
| 246. | Kwon, Hyeyoung | Indiana University Bloomington |
| 247. | Kwon, Yaejoon | Independent Scholar |
| 248. | Lachica Buenavista, Tracy | California State University, Northridge |
| 249. | Lai, James | Santa Clara University |
| 250. | Lau, Anna | University of California, Los Angeles |
| 251. | Lau, Chrissy | Texas A&M University - Corpus Christi |
| 252. | Le, C.N. | University of Massachusetts Amherst |
| 253. | Ledesma, María | University of Utah |
| 254. | Lee Tu, Dawn | De Anza College |
| 255. | Lee, C. Aujean | University of Oklahoma |
| 256. | Lee, Fred | University of Connecticut |
| 257. | Lee, Jennifer | Columbia University |
| 258. | Lee, Jenny | University of Arizona |
| 259. | Lee, Richard | University of Minnesota |
| 260. | Lee, Stacey | University of Wisconsin - Madison |
| 261. | Lehman, Kathleen J. | University of California, Los Angeles |
| 262. | Lehr, Jane | California Polytechnic State University |
| 263. | Lester, Jaime | George Mason University |
| 264. | Leung, Maxwell | California College of the Arts |
| 265. | Lewis, Amanda | University of Illinois at Chicago |
| 266. | Lewis, Consuella | Concordia University Portland |
| 267. | Lewis, Maria | Pennsylvania State University |
| 268. | Li, Amy | University of Northern Colorado |
| 269. | Lien, Pei-te | University of California, Santa Barbara |
| 270. | Linde, Robyn | Rhode Island College |
| 271. | Longerbeam, Susan | University of Louisville |
| 272. | Lopez, Francesca | University of Arizona |
| 273. | Louie, Vivian | William T. Grant Foundation |
| 274. | Lu, Charles | University of California, San Diego |
| 275. | Lugg, Catherine | Rutgers University |
| 276. | Lui, Joyce | San Jose City College |
| 277. | Luie, Siu Ming | Northeastern University |
| 278. | MacLachlan, Anne | University of California, Berkeley |
| 279. | Maeda, Daryl | University of Colorado Boulder |
| 280. | Maira, Sunaina | University of California, Davis |
| 281. | Malone, Mei-Ling | California State University, Fullerton |
| 282. | Manzano, Lester | Loyola University Chicago |

| | | |
|---|---|---|
| 283. | Maramba, Dina | Claremont Graduate University |
| 284. | Marcus, Ann | New York University |
| 285. | Marin, Patricia | Michigan State University |
| 286. | Marine, Susan B. | Merrimack College |
| 287. | Marquez Kiyama, Judy | University of Denver |
| 288. | Marsh, Tyson | Seattle University |
| 289. | Martin, Georgianna | University of Georgia |
| 290. | Martin, Isaac | University of California, San Diego |
| 291. | Martinez Aleman, Ana M. | Boston College |
| 292. | Martinez, Brandon | Providence College |
| 293. | Martinez, Danny C. | University of California, Davis |
| 294. | Martinez, Eligio | Claremont Graduate University |
| 295. | Martinez, Magdalena | University of Nevada, Las Vegas |
| 296. | Martinez, Melissa | Texas State University |
| 297. | Martínez, Ramón | Stanford University |
| 298. | Masuoka, Natalie | University of California, Los Angeles |
| 299. | Mattheis, Allison | California State University, Los Angeles |
| 300. | Mayer, Anysia | California State University, Stanislaus |
| 301. | Mayorga, Edwin | Swarthmore College |
| 302. | McClellan, George | University of Mississippi |
| 303. | McClintock, Charles | Fielding Graduate University |
| 304. | McDermott, Kathryn | University of Massachusetts Amherst |
| 305. | McDonough, Patricia M. | University of California, Los Angeles |
| 306. | McEwen, Marylu | University of Maryland, College Park |
| 307. | McGowan, Brian | University of North Carolina at Greensboro |
| 308. | McGuire, Keon | Arizona State University |
| 309. | McLaughlin, Conor | Bowling Green State University |
| 310. | Means, Darris | University of Georgia |
| 311. | Mendoza-Reis, Noni | San Jose State University |
| 312. | Merseth, Julie Lee | Northwestern University |
| 313. | Mickelson, Roslyn Arlin | University of North Carolina at Charlotte |
| 314. | Milano, Joy | Michigan State University |
| 315. | Milem, Jeffrey | University of California, Santa Barbara |
| 316. | Mintz, Beth | University of Vermont |
| 317. | Mirra, Nicole | Rutgers University |
| 318. | Mistry, Rashmita | University of California, Los Angeles |
| 319. | Mitra, Dana | Pennsylvania State University |
| 320. | Mobley, Jr., Steve | University of Alabama |
| 321. | Moore, Helen | University of Nebraska |
| 322. | Morales, Erica | California State Polytechnic University, Pomona |
| 323. | Morales, P. Zitlali | University of Illinois at Chicago |

| | | |
|---|---|---|
| 324. | Morgan, Demetri | Loyola University Chicago |
| 325. | Morgan, Zachary | California Institute of the Arts |
| 326. | Moses, Michele | University of Colorado Boulder |
| 327. | Moses, Yolanda | University of California, Riverside |
| 328. | Motha, Suhanthie | University of Washington |
| 329. | Munoz, Susana | Colorado State University |
| 330. | Museus, Samuel | University of California, San Diego |
| 331. | Myers, Kit | University of California, Merced |
| 332. | Nakae, Sunny | Loyola University Chicago |
| 333. | Nakagawa, Kathryn | Arizona State University |
| 334. | Nakano, Dana | California State University, Stanislaus |
| 335. | Nam, Victoria | California State University, Monterey Bay |
| 336. | Narui, Mitsu | Capital University |
| 337. | Navarro, Oscar | California Polytechnic State University |
| 338. | Negrón-Gonzales, Genevieve | University of San Francisco |
| 339. | Nelson Laird, Thomas | Indiana University Bloomington |
| 340. | Nelson, Chris | University of Denver |
| 341. | Ngo, Bic | University of Minnesota |
| 342. | Ngo, Federick | University of Nevada, Las Vegas |
| 343. | Nguyen, Bach Mai Dolly | Lewis & Clark College |
| 344. | Nguyen, David Hoa | Indiana University - Purdue University, Indianapolis |
| 345. | Nguyen, Thai-Huy | Seattle University |
| 346. | Nicolazzo, Z | University of Arizona |
| 347. | Nienhusser, H. Kenny | University of Connecticut |
| 348. | Nieto, Sonia | University of Massachusetts Amherst |
| 349. | Noah, Aggie | Arizona State University |
| 350. | Noguera, Pedro | University of California, Los Angeles |
| 351. | Noh, Eliza | California State University, Fullerton |
| 352. | Oakes, Jeannie | University of California, Los Angeles |
| 353. | Obear, Kathy | Center for Transformation and Change |
| 354. | Ocampo, Anthony | California State Polytechnic University, Pomona |
| 355. | Oda, Meredith | University of Nevada, Reno |
| 356. | Okamoto, Dina | Indiana University |
| 357. | Oliva, Maricela | University of Texas at San Antonio |
| 358. | Olivas, Michael A. | University of Houston |
| 359. | Oluwole, Joseph | Montclair State University |
| 360. | Ong, Paul | University of California, Los Angeles |
| 361. | Ono, Kent | University of Utah |
| 362. | Orfield, Gary | University of California, Los Angeles |
| 363. | Orphan, Cecilia | University of Denver |
| 364. | Oseguera, Leticia | Pennsylvania State University |

| | | |
|---|---|---|
| 365. | Ozaki, Casey (Carolyn) | University of North Dakota |
| 366. | Pacheco, Denise | University of California, Los Angeles |
| 367. | Padios, Jan | University of Maryland, College Park |
| 368. | Paguyo, Christina | University of Denver |
| 369. | Park, Jerry | Baylor University |
| 370. | Park, John | University of California, Santa Barbara |
| 371. | Park, Moises | Baylor University |
| 372. | Parker, Eugene | University of Kansas |
| 373. | Parker, Tara | University of Massachusetts Boston |
| 374. | Parreñas, Rhacel | University of Southern California |
| 375. | Patel, Leigh | University of Pittsburgh |
| 376. | Patraporn, Varisa | California State University, Long Beach |
| 377. | Patton Davis, Lori | Indiana University - Purdue University, Indianapolis |
| 378. | Pendakur, Sumun | University of Southern California |
| 379. | Perez II, David | Miami University |
| 380. | Perez, Patricia A. | California State University, Fullerton |
| 381. | Perez, Rosemary | Iowa State University |
| 382. | Perez-Felkner, Lara | Florida State University |
| 383. | Perna, Laura | University of Pennsylvania |
| 384. | Pham, Minh-Ha | University of California, Berkeley |
| 385. | Poon, OiYan | Colorado State University |
| 386. | Pope, Raechele | University at Buffalo |
| 387. | Porter, Christa | Kent State University |
| 388. | Posselt, Julie | University of Southern California |
| 389. | Powers, Jeanne M. | Arizona State University |
| 390. | Quintanar, Rosalinda | San Jose State University |
| 391. | Ramirez, Hiram | California State University, Channel Islands |
| 392. | Ramirez, Ricardo | University of Notre Dame |
| 393. | Ramirez-Stapleton, Marcela | University of California, Irvine |
| 394. | Ramos, Aida | George Fox University |
| 395. | Ramos, Delma | University of North Carolina at Greensboro |
| 396. | Reddick, Richard J. | University of Texas at Austin |
| 397. | Renée Valladares, Michelle | University of Colorado Boulder |
| 398. | Rennick, Liz | University of Arizona |
| 399. | Reyes, Pedro | University of Texas at Austin |
| 400. | Reynolds, Amy | University at Buffalo |
| 401. | Riggers-Piehl, Tiffani | University of Missouri, Kansas City |
| 402. | Rincón, Blanca | University of Nevada, Las Vegas |
| 403. | Rios Aguilar, Cecilia | University of California, Los Angeles |
| 404. | Rivera, Gwendelyn | University of Southern California |
| 405. | Ro, Hyun Kyoung (Hyunny) | Bowling Green State University |

| | | |
|---|---|---|
| 406. | Robbins, Claire | Virginia Polytechnic Institute and State University |
| 407. | Roberts, Maria | University of Nevada, Las Vegas |
| 408. | Rodríguez, Noreen | Iowa State University |
| 409. | Rodriguez, Robyn | University of California, Davis |
| 410. | Rodriguez-Kiino, Diane | California Lutheran University |
| 411. | Rooks, Curtiss | Loyola Marymount University |
| 412. | Ropers-Huilman, Rebecca | University of Minnesota |
| 413. | Rosiek, Gerald | University of Oregon |
| 414. | Rowan-Kenyon, Heather | Boston College |
| 415. | Rubin, Paul | University of Utah |
| 416. | Ruck, Martin | The Graduate Center, City University of New York |
| 417. | Sablan, Jenna | University of Maryland, College Park |
| 418. | Saenz, Victor | University of Texas at Austin |
| 419. | Saito, Leland | University of Southern California |
| 420. | Sallee, Margaret | University at Buffalo |
| 421. | Saw, Anne | DePaul University |
| 422. | Schramm-Pate, Susan | University of Southern California |
| 423. | Schuster, Maximilian | University of Pittsburgh |
| 424. | Scott, Janelle | University of California, Berkeley |
| 425. | Segal, Marcia Texler | Indiana University Southeast |
| 426. | Segoshi, Megan | Independent Scholar |
| 427. | Serna, Gabriel | Michigan State University |
| 428. | Sewell, Christopher | Williams College |
| 429. | Shallish, Lauren | College of New Jersey |
| 430. | Sharma, Nitasha | Northwestern University |
| 431. | Shek, Yen Ling | University of California, Los Angeles |
| 432. | Shelton, Leslie | University of Arkansas |
| 433. | Shih, Kristy | California State University, Long Beach |
| 434. | Siegel-Hawley, Genevieve | Virginia Commonwealth University |
| 435. | Silver, David | RTI |
| 436. | Sipma-Dysico, Carlene | Lewis University |
| 437. | Snyder, Seth | Carleton College |
| 438. | Sohoni, Deenesh | College of William and Mary |
| 439. | Solorzano, Daniel | University of California, Los Angeles |
| 440. | Soria, Krista | University of Minnesota |
| 441. | Spickard, Paul | University of California, Santa Barbara |
| 442. | Squire, Dian | Northern Arizona University |
| 443. | Stapleton, Lissa | California State University, Northridge |
| 444. | Stearns, Elizabeth | University of North Carolina at Charlotte |
| 445. | Stewart, Abigail | University of Michigan |
| 446. | Stewart, Dafina-Lazarus | Colorado State University |

| | | |
|---|---|---|
| 447. | Stovall, David | University of Illinois at Chicago |
| 448. | Strolovitch, Dara | Princeton University |
| 449. | Strunk, Kamden | Auburn University |
| 450. | Sule, Thandi | Oakland University |
| 451. | Sun, Jeffrey | University of Louisville |
| 452. | Sun-Hee Park, Lisa | University of California, Santa Barbara |
| 453. | Sze, Julie | University of California, Davis |
| 454. | Szpara, Michelle Y. | Cabrini University |
| 455. | Takagi, Dana | University of California, Santa Cruz |
| 456. | Talusan, Liza A. | Independent Scholar |
| 457. | Tanaka, Gregory | Center for the Study of Democracy and Social Change |
| 458. | Tang, Eric | University of Texas at Austin |
| 459. | Taylor, Amanda | American University |
| 460. | Taylor, Betty Jeanne | University of Texas at Austin |
| 461. | Terriquez, Veronica | University of California, Santa Cruz |
| 462. | Terry, La Mont | Occidental College |
| 463. | Thompson Dorsey, Dana | University of Pittsburgh |
| 464. | Tichavakunda, Antar | University of Cincinnati |
| 465. | Tieken, Mara | Bates College |
| 466. | Tienda, Marta | Princeton University |
| 467. | Tierney, William | University of Southern California |
| 468. | Tillapaugh, Daniel | California Lutheran University |
| 469. | Tom, Joshua | Seattle Pacific University |
| 470. | Tran, Hoang | Florida Atlantic University |
| 471. | Tran, Van | Columbia University |
| 472. | Trieu, Monica | Purdue University |
| 473. | Tsing, Anna | University of California, Santa Cruz |
| 474. | Tuck, Eve | University of Toronto |
| 475. | Tuitt, Frank | University of Denver |
| 476. | Turman, Natasha | Miami University Ohio |
| 477. | Turner, Caroline | Sacramento State University |
| 478. | Umemoto, Karen | University of California, Los Angeles |
| 479. | Valadez, Concepcion | University of California, Los Angeles |
| 480. | Valencia, Richard | University of Texas at Austin |
| 481. | Valladares, Siomara | University of Colorado Boulder |
| 482. | Vang, Ma | University of California, Merced |
| 483. | Varghese, Manka | University of Washington |
| 484. | Vasquez Heilig, Julian | California State University, Sacramento |
| 485. | Vélez, Verónica | Western Washington University |
| 486. | Venegas, Kristan | University of Southern California |

| | | |
|---|---|---|
| 487. | Villanueva, George | Loyola University Chicago |
| 488. | Vo, Anne | University of Southern California |
| 489. | Vo, Linda | University of California, Irvine |
| 490. | Vue, Rican | Oregon State University |
| 491. | Wallace, Sophia | University of Washington |
| 492. | Walsh, Erin | Bryn Mawr College |
| 493. | Wang, Leslie | University of Massachusetts Boston |
| 494. | Wang, Oliver | California State University, Long Beach |
| 495. | Ward, LaWanda | Pennsylvania State University |
| 496. | Warren, Mark | University of Massachusetts Boston |
| 497. | Watanabe, Paul | University of Massachusetts Boston |
| 498. | Waters, Mary | Harvard University |
| 499. | Weidman, John | University of Pittsburgh |
| 500. | Welner, Kevin | University of Colorado Boulder |
| 501. | Wilson, Terri S. | University of Colorado Boulder |
| 502. | Winkle-Wagner, Rachelle | University of Wisconsin - Madison |
| 503. | Wolf, De'Sha | Portland State University |
| 504. | Wolf-Wendel, Lisa | University of Kansas |
| 505. | Wolniak, Gregory | University of Georgia |
| 506. | Wong, Janelle | University of Maryland, College Park |
| 507. | Wong, Tom K. | University of California, San Diego |
| 508. | Wright, Dwayne | Savannah Law School |
| 509. | Wright, Erin Kahunawaikaʻala | University of Hawaiʻi, Mānoa |
| 510. | Wu, Ellen | Indiana University Bloomington |
| 511. | Wu, Judy | University of California, Irvine |
| 512. | Wun, Connie | Transformative Research |
| 513. | Yamamura, Erica | Seattle University |
| 514. | Yamashiro, Jane | Mills College |
| 515. | Yao, Christina | University of Nebraska |
| 516. | Yee, Barbara | University of Hawaiʻi, Mānoa |
| 517. | Yee, Jennifer | California State University, Fullerton |
| 518. | Yeung, Fanny | California State University, East Bay |
| 519. | Yi Borromeo, Varaxy | California State University, Fresno |
| 520. | Yoon, Irene | University of Utah |
| 521. | York, Travis | Association of Public & Land-Grant Universities |
| 522. | Young, Cynthia Ann | Pennsylvania State University |
| 523. | Yun, John | Michigan State University |
| 524. | Zamani-Gallaher, Eboni | University of Illinois at Urbana-Champaign |
| 525. | Zane, Nolan | University of California, Davis |
| 526. | Zatz, Marjorie S. | University of California, Merced |
| 527. | Zentella, Ana Celia | University of California, San Diego |

| | | |
|---|---|---|
| 528. | Zerquera, Desiree | University of San Francisco |
| 529. | Zhou, Min | University of California, Los Angeles |
| 530. | Zulueta, Benjamin | University of California, Santa Barbara |
| 531. | Zúñiga, Ximena | University of Massachusetts Amherst |