IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

*Plaintiff*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),

*Defendant*.

Civil Action No. 1:14-cv-14176-ADB

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT Derek T. Ho of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., an attorney duly admitted to this Court, hereby appears as counsel for *amici curiae* Professors of Economics — Susan Dynarski, Harry Holzer, Hilary Hoynes, Guido W. Imbens, Alan B. Krueger, Helen F. Ladd, David S. Lee, Trevon D. Logan, Alexandre Mas, Michael McPherson, Jesse Rothstein, Cecilia Rouse, Robert M. Solow, Lowell J. Taylor, Sarah Turner, and Douglas Webber — in the above-captioned action.

Date: August 30, 2018

Respectfully submitted,

/s/ *Derek T. Ho*
DEREK T. HO  (BBO # 652627)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Email: dho@kellogghansen.com
Tel: (202) 326-7900
Fax: (202) 326-7999

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2018, I caused the foregoing brief to be filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all registered ECF participants as identified on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　 /s/  *Derek T. Ho*
　　　　　　　　　　　　　　　　　　　Derek T. Ho

　　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae*