# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | Civil Action No. 1:14-cv-14176-ADB |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | |
| HARVARD COLLEGE (HARVARD | ) | |
| CORPORATION), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Madeleine K. Rodriguez as counsel for *Amici Curiae* the Asian American Legal Defense and Education Fund and 34 other Asian American education and youth serving organizations and higher education faculty in opposition of Plaintiff in the above-captioned matter.

Dated: August 30, 2018

Respectfully submitted,

*/s/ Madeleine K. Rodriguez*
Madeleine K. Rodriguez, BBO #684394
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: 617- 832-1000
Fax: 617-832-7000
mrodriguez@foleyhoag.com

*Attorney for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted:

*/s/ Madeleine K. Rodriguez*