UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### CERTIFICATION OF KENNETH KIMERLING

Pursuant to Local Rule 83.5.3(3) and 28 U.S.C. § 1746, Kenneth Kimerling hereby certifies the following:

1. I make this certification in support of the accompanying motion for admission *pro hac vice* and have personal knowledge of the facts stated herein.

2. I am an attorney with the Asian American Legal Defense and Education Fund, located at 99 Hudson Street, New York, New York 10013.

3. I am a member of good standing of the bars of the State of New York, the United States Supreme Court, the United States Circuit Courts for the Second and Sixth Circuits, the United States District Courts for the Southern District of New York, Eastern District of New York, Western District of New York and the District of Connecticut.

4. I am not currently, nor have I ever been suspended or disbarred in any court, nor the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 85.5.3) revoked for misconduct.

6.  I am familiar and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2018

Kenneth Kimerling
(N.Y. Bar # 1314939)
Asian American Legal Defense
 and Education Fund
99 Hudson Street
New York, New York 10014
Tel: 212-966-5932
Fax: 212966-4303
kkimerling@aaldef.org