UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## AFFIDAVIT OF SARAH HINGER IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

SARAH HINGER, duly sworn on oath, states as follows:

1. I am an attorney at the American Civil Liberties Union at 125 Broad St, 18th Fl., New York, NY 10004, telephone number (212) 549-2500 and fax number (212) 549-2654.

2. I am licensed to practice law in the State of New York and have been admitted to practice law before the Supreme Court of the United States, the Fourth Circuit Court of Appeals, and the First Circuit Court of Appeals.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court, or other admission for a limited purpose, revoked for misconduct.

1

6.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with the same.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Sarah Hinger

Signed and sworn to before me on
this 29th day of August, 2018.

_____
Notary Public

RACHEL ELIZABETH GOODMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GO6275331
Qualified In Kings County
My Commission Expires 01-28-2021

2