UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Case No. :14-cv-14176-ADB |

**<u>NOTICE OF APPEARANCE</u>**

Please take note that the undersigned Douglass C. Lawrence, Esq. hereby enters his appearance on behalf of *amici curiae* Southeastern Legal Foundation, the Center for Equal Opportunity and Reason Foundation in opposition to defendant's motion for summary judgment.

Respectfully submitted,

SOUTHEASTERN LEGAL FOUNDATION, THE
CENTER FOR EQUAL OPPORTUNITY, AND
REASON FOUNDATION,

By their attorney,

/s/ Douglass C. Lawrence
Douglass C. Lawrence, BBO# 657362
dlawrence@curranantonelli.com
Curran Antonelli, LLP
22 Boston Wharf Road
7th Floor
Boston, MA 02210
Telephone: (617) 207-8670
Dated: August 30, 2018                Facsimile: (857) 263-5215

## CERTIFICATE OF SERVICE

I, Douglass C. Lawrence, hereby certify that on this 30th day of August, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Douglass C. Lawrence
Douglass C. Lawrence