# EXHIBIT A

## List of *Amici Curiae*

1. Abajian, Suzie — Orange County Department of Education
2. Abes, Elisa — Miami University
3. Abrajano, Marisa — University of California, San Diego
4. Acevedo-Gil, Nancy — California State University, San Bernardino
5. Adamian, Annie — California State University, Chico
6. Agius Vallejo, Jody — University of Southern California
7. Agozino, Onwubiko — Virginia Polytechnic Institute and State University
8. Aguilar-Hernández, José M. — California State Polytechnic University, Pomona
9. Ali, Arshad — George Washington University
10. Alvarez, Cynthia L. — University of California, Los Angeles
11. Amechi, Mauriell — University of Redlands
12. Ampaw, Frimpomaa — Central Michigan University
13. Ananth, Akhila — California State University, Los Angeles
14. Anderson, Lauren — Connecticut College
15. Annamma, Subini — University of Kansas
16. Antonio, Anthony — Stanford University
17. Antrop-Gonzalez, Rene — Metropolitan State University
18. Aptekar, Sofya — University of Massachusetts Boston
19. Aquino Sosa, Gloria — Saint Mary's College of California
20. Arao, Brian — University of California, Santa Cruz
21. Ardoin, Sonja — Appalachian State University
22. Arellano, Lucy — Oregon State University
23. Asato, Jolynn — San Jose State University
24. Assalone, Amanda — Southern Education Foundation
25. Au, Kathryn H. — University of Hawaiʻi, Mānoa
26. Austin, Algernon — Demos
27. Austin, Ann — Michigan State University
28. Baber, Lorenzo — Iowa State University
29. Bahena, Sofia — University of Texas at San Antonio
30. Ballysingh, Tracy — University of Vermont
31. Barnhardt, Cassie — University of Iowa
32. Barone, Ryan — Colorado State University
33. Basile, Vincent — Colorado State University
34. Bastedo, Michael — University of Michigan
35. Beatty, Cameron — Florida State University
36. Bengochea, Alain — University of Nevada, Las Vegas
37. Bensimon, Estela — University of Southern California
38. Berger, Joseph — University of Massachusetts Boston
39. Berliner, David — Arizona State University

| | | |
|---|---|---|
| 40. | Bernal, Jesse | Grand Valley State University |
| 41. | Bernardo, Joseph | Loyola Marymount University |
| 42. | Berrey, Ellen | University of Toronto |
| 43. | Berriz, Berta | Lesley University |
| 44. | Blockett, Reginald | Grand Valley State University |
| 45. | Bloom-Leiva, Gilda | San Francisco State University |
| 46. | Bondi, Stephanie | University of Nebraska |
| 47. | Borja, Melissa | University of Michigan |
| 48. | Boylan, Hunter | Appalachian State University |
| 49. | Brazelton, Grady | Northern Arizona University |
| 50. | Bukoski, Beth | University of Texas at Austin |
| 51. | Burciaga, Rebeca | San Jose State University |
| 52. | Byrd, Ajani | Mission College |
| 53. | Byrd, W. Carson | University of Louisville |
| 54. | Cabrera, Nolan | University of Arizona |
| 55. | Cain, Ebony | Pepperdine University |
| 56. | Calderon, Dolores | Western Washington University |
| 57. | Calderone, Shannon | Washington State University |
| 58. | Callahan, Rebecca | University of Texas at Austin |
| 59. | Camacho, Keith | University of California, Los Angeles |
| 60. | Camangian, Patrick | University of San Francisco |
| 61. | Cantor, Nancy | Rutgers University-Newark |
| 62. | Cantwell, Brendan | Michigan State University |
| 63. | Castillo-Montoya, Milagros | University of Connecticut |
| 64. | Castro Samayoa, Andrés | Boston College |
| 65. | Castro, Erin | University of Utah |
| 66. | Catalano, D. Chae | Western Illinois University |
| 67. | Chan, Jason | Independent Scholar |
| 68. | Chang, Benji | Education University of Hong Kong |
| 69. | Chao Romero, Robert | University of California, Los Angeles |
| 70. | Cheah, Charissa | University of Maryland, Baltimore County |
| 71. | Chen, Angela | Pre-Health Dreamers |
| 72. | Chen, Carolyn | University of California, Berkeley |
| 73. | Chen, Jondou | University of Washington |
| 74. | Chen, Stephanie | Wright Institute |
| 75. | Cheng, Jih-Fei | Scripps College |
| 76. | Cheung, Christabel | University of Hawaiʻi, Mānoa |
| 77. | Chiang, Warren | Stanford University |
| 78. | Chikkatur, Anita | Carleton College |
| 79. | Chin, Christina | California State University, Fullerton |
| 80. | Chin, Jean Lau | Adelphi University |

| | | |
|---|---|---|
| 81. | Ching, Cheryl | University of Massachusetts Boston |
| 82. | Chow, Candace | University of Utah |
| 83. | Chung, Angie | University at Albany |
| 84. | Cintron-Vélez, Aixa | Russell Sage Foundation |
| 85. | Clark, Christine | University of Nevada, Las Vegas |
| 86. | Cohen, Sarah | Loyola University Chicago |
| 87. | Cokley, Kevin | University of Texas at Austin |
| 88. | Collins, Christopher | Azusa Pacific University |
| 89. | Conchas, Gilberto | University of California, Irvine |
| 90. | Cooper Stein, Kristy | Michigan State University |
| 91. | Covarrubias, Alejandro | University of San Francisco |
| 92. | Crisp, Gloria | Oregon State University |
| 93. | Cruz, Cindy | University of California, Santa Cruz |
| 94. | Cuellar, Marcela | University of California, Davis |
| 95. | Dache-Gerbino, Amalia | University of Missouri |
| 96. | Dancy, T. Elon | University of Pittsburgh |
| 97. | Danico, Mary | California State Polytechnic University, Pomona |
| 98. | Dao, Loan | University of Massachusetts Boston |
| 99. | Darling-Hammond, Linda | Stanford University |
| 100. | DasGupta, Debanuj | University of Connecticut |
| 101. | Davis III, Charles H.F. | University of Southern California |
| 102. | Davis, Tracy | Western Illinois University |
| 103. | DeAngelo, Linda | University of Pittsburgh |
| 104. | Deckman, Sherry | Lehman College, City University of New York |
| 105. | DeGuia, Vanessa | Teach For America |
| 106. | DeGuzman, Glenn | University of California, Berkeley |
| 107. | deGuzman, Jean-Paul | University of California, Los Angeles |
| 108. | Denson, Nida | Western Sydney University |
| 109. | Deo, Meera | University of California, Davis |
| 110. | Desai, Shruti | McKendree University |
| 111. | Dhingra, Pawan | Amherst College |
| 112. | Dineen-Wimberly, Ingrid | University of La Verne |
| 113. | Dotts, Brian | University of Georgia |
| 114. | Dowd, Alicia | Pennsylvania State University |
| 115. | Drezner, Noah | Columbia University |
| 116. | Duran, Richard P | University of California, Santa Barbara |
| 117. | Dwyer, Brighid | Villanova University |
| 118. | Dymski, Gary | University of Leeds |
| 119. | Eagan, Kevin | University of California, Los Angeles |
| 120. | Eaton, Susan | Brandeis University |
| 121. | Eaton, Paul | Sam Houston State University |

| | | |
|---|---|---|
| 122. | Edejer, Eilene | Loyola University Chicago |
| 123. | Edwards Williams, Kirsten | University of Oklahoma |
| 124. | Edwards, Korie | Ohio State University |
| 125. | Embrick, David | University of Connecticut |
| 126. | Endo, Rachel | University of Washington Tacoma |
| 127. | Engberg, Mark | University of Denver |
| 128. | Espino, Michelle | University of Maryland, College Park |
| 129. | Fabionar, James | University of San Diego |
| 130. | Felder, Pamela | Black Doctorates Matter |
| 131. | Fernandes, Leela | University of Michigan |
| 132. | Fernandez, Frank | University of Houston |
| 133. | Fine, Michelle | The Graduate Center, City University of New York |
| 134. | Finnegan, Dorothy E. | College of William and Mary |
| 135. | Fiske, Susan | Princeton University |
| 136. | Flores, Stella | New York University |
| 137. | Fox, Heather | University of Illinois at Urbana-Champaign |
| 138. | Francisco-Menchavez, Valerie | San Francisco State University |
| 139. | Frankenberg, Erica | Pennsylvania State University |
| 140. | Frasure-Yokley, Lorrie | University of California, Los Angeles |
| 141. | Fried, Jane | Central Connecticut State University |
| 142. | Fries-Britt, Sharon | University of Maryland, College Park |
| 143. | Fujimoto, Eugene | California State University, Fullerton |
| 144. | Fultz, Michael | University of Wisconsin - Madison |
| 145. | Furr, Sara | University of Chicago |
| 146. | Gándara, Patricia | University of California, Los Angeles |
| 147. | Garces, Liliana M. | University of Texas at Austin |
| 148. | Garcia Bedolla, Lisa | University of California, Berkeley |
| 149. | Garcia, Crystal | Auburn University |
| 150. | Garcia, Jennifer | Loyola Marymount University |
| 151. | Garibay, Juan | University of Virginia |
| 152. | Gasman, Marybeth | University of Pennsylvania |
| 153. | Gee, Gilbert | University of California, Los Angeles |
| 154. | George Mwangi, Chrystal | University of Massachusetts Amherst |
| 155. | George, Casey | University of Louisville |
| 156. | Geron, Kim | California State University, East Bay |
| 157. | Giani, Matthew | University of Texas at Austin |
| 158. | Gilbert, Aliza | Highland Park High School |
| 159. | Gilkerson, Tammeil | Laney College |
| 160. | Gin, Kevin | Holy Names University |
| 161. | Gina, Garcia | University of Pittsburgh |

| | | |
|---|---|---|
| 162. | Ginsberg, Ricki | Colorado State University |
| 163. | Gonzales, Leslie | Michigan State University |
| 164. | Goodman, Kathleen | Miami University |
| 165. | Gordon da Cruz, Cynthia | Chabot College |
| 166. | Goyette, Kimberly | Temple University |
| 167. | Grande, Sandy | Connecticut College |
| 168. | Graves, Joseph | Joint School of Nanosciences & Nanoengineering, North Carolina AT&T State University & The University of North Carolina at Greensboro |
| 169. | Griffin, Kimberly | University of Maryland, College Park |
| 170. | Guido, Florence | University of Northern Colorado |
| 171. | Gurin, Patricia | University of Michigan |
| 172. | Gutierrez, Kris | University of California, Berkeley |
| 173. | Hakuta, Kenji | Stanford University |
| 174. | Hall, Aris | Clemson University |
| 175. | Hall, Gordon | University of Oregon |
| 176. | Han, Hahrie | University of California, Santa Barbara |
| 177. | Hancock Alfaro, Ange-Marie | University of Southern California |
| 178. | Hardie, Jessica | Hunter College, City University of New York |
| 179. | Harper, Shaun | University of Southern California |
| 180. | Hart, Jeni | University of Missouri |
| 181. | Hartlep, Nicholas | Metropolitan State University |
| 182. | Haslerig, Siduri | University of Oklahoma |
| 183. | Hatch-Tocaimaza, Deryl | University of Nebraska |
| 184. | Heller, Donald | University of San Francisco |
| 185. | Hernandez, Xavier | University of California, Irvine |
| 186. | Hildebrandt, Melanie | Indiana University of Pennsylvania |
| 187. | Hillman, Nicholas | University of Wisconsin - Madison |
| 188. | Hinchey, Patricia | Pennsylvania State University |
| 189. | Hirschman, Daniel | Brown University |
| 190. | Holme, Jennifer | University of Texas at Austin |
| 191. | Hom, Delia Cheung | Northeastern University |
| 192. | Horn, Catherine | University of Houston |
| 193. | Hornak, Anne | Central Michigan University |
| 194. | Houston, Derek | University of Oklahoma |
| 195. | Hsieh, Betina | California State University, Long Beach |
| 196. | Hsin, Amy | Queens College, City University of New York |
| 197. | Hsu, Madeline | University of Texas at Austin |
| 198. | Hudson, Tara | Kent State University |
| 199. | Hughes, Bryce | Montana State University |
| 200. | Humphries, Marisha | University of Illinois at Chicago |

| | | |
|---|---|---|
| 201. | Hung, Yun-Ting | Metropolitan State University |
| 202. | Huo, Yuen | University of California, Los Angeles |
| 203. | Hurtado, Sylvia | University of California, Los Angeles |
| 204. | Inman, Arpana | Lehigh University |
| 205. | Ishimaru, Ann M. | University of Washington |
| 206. | Iverson, Susan | Manhattanville College |
| 207. | Jain, Dimpal | California State University, Northridge |
| 208. | Jayakumar, Uma | University of California, Riverside |
| 209. | Jenkins, DeMarcus | University of Arizona |
| 210. | Jeung, Russell | San Francisco State University |
| 211. | Jez, Su Jin | California State University, Sacramento |
| 212. | Johnson, Dawn | Syracuse University |
| 213. | Johnson, Matthew | Central Michigan University |
| 214. | Johnson, Royel | Pennsylvania State University |
| 215. | Johnston-Guerrero, Marc | Ohio State University |
| 216. | Jones, B. Noble | University of Georgia |
| 217. | Jourian, TJ | Oakland University |
| 218. | Junn, Jane | University of Southern California |
| 219. | Kanagala, Vijay | University of Vermont |
| 220. | Kang, Miliann | University of Massachusetts Amherst |
| 221. | Kawakyu O'Connor, Nahoko | University of Rochester |
| 222. | Kelly, Bridget | University of Maryland, College Park |
| 223. | Ken, Ivy | George Washington University |
| 224. | Kezar, Adrianna | University of Southern California |
| 225. | Kiang, Peter | University of Massachusetts Boston |
| 226. | Killen, Melanie | University of Maryland, College Park |
| 227. | Kim, Barbara | California State University, Long Beach |
| 228. | Kim, Jung | Lewis University |
| 229. | Kim, Nadia | Loyola Marymount University |
| 230. | Kim, Richard | University of California, Davis |
| 231. | Kim, Stephanie | Georgetown University |
| 232. | King, M. Bruce | University of Wisconsin - Madison |
| 233. | Kinzie, Jillian | Indiana University Bloomington |
| 234. | Kiuhara, Sharlene | University of Utah |
| 235. | Klasik, Daniel | George Washington University |
| 236. | Klemencic, Manja | Harvard University |
| 237. | Kodama, Corinne | University of Illinois at Chicago |
| 238. | Kohli, Rita | University of California, Riverside |
| 239. | Kokka, Kari | University of Pittsburgh |
| 240. | Kondo, Dorinne | University of Southern California |
| 241. | Kornhaber, Mindy | Pennsylvania State University |

| | | |
|---|---|---|
| 242. | Kortegast, Carrie | Northern Illinois University |
| 243. | Kousser, J. Morgan | California Institute of Technology |
| 244. | Kumashiro, Kevin | Independent Scholar |
| 245. | Kwan, Yvonne | San Jose State University |
| 246. | Kwon, Hyeyoung | Indiana University Bloomington |
| 247. | Kwon, Yaejoon | Independent Scholar |
| 248. | Lachica Buenavista, Tracy | California State University, Northridge |
| 249. | Lai, James | Santa Clara University |
| 250. | Lau, Anna | University of California, Los Angeles |
| 251. | Lau, Chrissy | Texas A&M University - Corpus Christi |
| 252. | Le, C.N. | University of Massachusetts Amherst |
| 253. | Ledesma, María | University of Utah |
| 254. | Lee Tu, Dawn | De Anza College |
| 255. | Lee, C. Aujean | University of Oklahoma |
| 256. | Lee, Fred | University of Connecticut |
| 257. | Lee, Jennifer | Columbia University |
| 258. | Lee, Jenny | University of Arizona |
| 259. | Lee, Richard | University of Minnesota |
| 260. | Lee, Stacey | University of Wisconsin - Madison |
| 261. | Lehman, Kathleen J. | University of California, Los Angeles |
| 262. | Lehr, Jane | California Polytechnic State University |
| 263. | Lester, Jaime | George Mason University |
| 264. | Leung, Maxwell | California College of the Arts |
| 265. | Lewis, Amanda | University of Illinois at Chicago |
| 266. | Lewis, Consuella | Concordia University Portland |
| 267. | Lewis, Maria | Pennsylvania State University |
| 268. | Li, Amy | University of Northern Colorado |
| 269. | Lien, Pei-te | University of California, Santa Barbara |
| 270. | Linde, Robyn | Rhode Island College |
| 271. | Longerbeam, Susan | University of Louisville |
| 272. | Lopez, Francesca | University of Arizona |
| 273. | Louie, Vivian | William T. Grant Foundation |
| 274. | Lu, Charles | University of California, San Diego |
| 275. | Lugg, Catherine | Rutgers University |
| 276. | Lui, Joyce | San Jose City College |
| 277. | Luie, Siu Ming | Northeastern University |
| 278. | MacLachlan, Anne | University of California, Berkeley |
| 279. | Maeda, Daryl | University of Colorado Boulder |
| 280. | Maira, Sunaina | University of California, Davis |
| 281. | Malone, Mei-Ling | California State University, Fullerton |
| 282. | Manzano, Lester | Loyola University Chicago |

7

| | | |
|---|---|---|
| 283. | Maramba, Dina | Claremont Graduate University |
| 284. | Marcus, Ann | New York University |
| 285. | Marin, Patricia | Michigan State University |
| 286. | Marine, Susan B. | Merrimack College |
| 287. | Marquez Kiyama, Judy | University of Denver |
| 288. | Marsh, Tyson | Seattle University |
| 289. | Martin, Georgianna | University of Georgia |
| 290. | Martin, Isaac | University of California, San Diego |
| 291. | Martinez Aleman, Ana M. | Boston College |
| 292. | Martinez, Brandon | Providence College |
| 293. | Martinez, Danny C. | University of California, Davis |
| 294. | Martinez, Eligio | Claremont Graduate University |
| 295. | Martinez, Magdalena | University of Nevada, Las Vegas |
| 296. | Martinez, Melissa | Texas State University |
| 297. | Martínez, Ramón | Stanford University |
| 298. | Masuoka, Natalie | University of California, Los Angeles |
| 299. | Mattheis, Allison | California State University, Los Angeles |
| 300. | Mayer, Anysia | California State University, Stanislaus |
| 301. | Mayorga, Edwin | Swarthmore College |
| 302. | McClellan, George | University of Mississippi |
| 303. | McClintock, Charles | Fielding Graduate University |
| 304. | McDermott, Kathryn | University of Massachusetts Amherst |
| 305. | McDonough, Patricia M. | University of California, Los Angeles |
| 306. | McEwen, Marylu | University of Maryland, College Park |
| 307. | McGowan, Brian | University of North Carolina at Greensboro |
| 308. | McGuire, Keon | Arizona State University |
| 309. | McLaughlin, Conor | Bowling Green State University |
| 310. | Means, Darris | University of Georgia |
| 311. | Mendoza-Reis, Noni | San Jose State University |
| 312. | Merseth, Julie Lee | Northwestern University |
| 313. | Mickelson, Roslyn Arlin | University of North Carolina at Charlotte |
| 314. | Milano, Joy | Michigan State University |
| 315. | Milem, Jeffrey | University of California, Santa Barbara |
| 316. | Mintz, Beth | University of Vermont |
| 317. | Mirra, Nicole | Rutgers University |
| 318. | Mistry, Rashmita | University of California, Los Angeles |
| 319. | Mitra, Dana | Pennsylvania State University |
| 320. | Mobley, Jr., Steve | University of Alabama |
| 321. | Moore, Helen | University of Nebraska |
| 322. | Morales, Erica | California State Polytechnic University, Pomona |
| 323. | Morales, P. Zitlali | University of Illinois at Chicago |

324. Morgan, Demetri — Loyola University Chicago
325. Morgan, Zachary — California Institute of the Arts
326. Moses, Michele — University of Colorado Boulder
327. Moses, Yolanda — University of California, Riverside
328. Motha, Suhanthie — University of Washington
329. Munoz, Susana — Colorado State University
330. Museus, Samuel — University of California, San Diego
331. Myers, Kit — University of California, Merced
332. Nakae, Sunny — Loyola University Chicago
333. Nakagawa, Kathryn — Arizona State University
334. Nakano, Dana — California State University, Stanislaus
335. Nam, Victoria — California State University, Monterey Bay
336. Narui, Mitsu — Capital University
337. Navarro, Oscar — California Polytechnic State University
338. Negrón-Gonzales, Genevieve — University of San Francisco
339. Nelson Laird, Thomas — Indiana University Bloomington
340. Nelson, Chris — University of Denver
341. Ngo, Bic — University of Minnesota
342. Ngo, Federick — University of Nevada, Las Vegas
343. Nguyen, Bach Mai Dolly — Lewis & Clark College
344. Nguyen, David Hoa — Indiana University - Purdue University, Indianapolis
345. Nguyen, Thai-Huy — Seattle University
346. Nicolazzo, Z — University of Arizona
347. Nienhusser, H. Kenny — University of Connecticut
348. Nieto, Sonia — University of Massachusetts Amherst
349. Noah, Aggie — Arizona State University
350. Noguera, Pedro — University of California, Los Angeles
351. Noh, Eliza — California State University, Fullerton
352. Oakes, Jeannie — University of California, Los Angeles
353. Obear, Kathy — Center for Transformation and Change
354. Ocampo, Anthony — California State Polytechnic University, Pomona
355. Oda, Meredith — University of Nevada, Reno
356. Okamoto, Dina — Indiana University
357. Oliva, Maricela — University of Texas at San Antonio
358. Olivas, Michael A. — University of Houston
359. Oluwole, Joseph — Montclair State University
360. Ong, Paul — University of California, Los Angeles
361. Ono, Kent — University of Utah
362. Orfield, Gary — University of California, Los Angeles
363. Orphan, Cecilia — University of Denver
364. Oseguera, Leticia — Pennsylvania State University

9

365. Ozaki, Casey (Carolyn) — University of North Dakota
366. Pacheco, Denise — University of California, Los Angeles
367. Padios, Jan — University of Maryland, College Park
368. Paguyo, Christina — University of Denver
369. Park, Jerry — Baylor University
370. Park, John — University of California, Santa Barbara
371. Park, Moises — Baylor University
372. Parker, Eugene — University of Kansas
373. Parker, Tara — University of Massachusetts Boston
374. Parreñas, Rhacel — University of Southern California
375. Patel, Leigh — University of Pittsburgh
376. Patraporn, Varisa — California State University, Long Beach
377. Patton Davis, Lori — Indiana University - Purdue University, Indianapolis
378. Pendakur, Sumun — University of Southern California
379. Perez II, David — Miami University
380. Perez, Patricia A. — California State University, Fullerton
381. Perez, Rosemary — Iowa State University
382. Perez-Felkner, Lara — Florida State University
383. Perna, Laura — University of Pennsylvania
384. Pham, Minh-Ha — University of California, Berkeley
385. Poon, OiYan — Colorado State University
386. Pope, Raechele — University at Buffalo
387. Porter, Christa — Kent State University
388. Posselt, Julie — University of Southern California
389. Powers, Jeanne M. — Arizona State University
390. Quintanar, Rosalinda — San Jose State University
391. Ramirez, Hiram — California State University, Channel Islands
392. Ramirez, Ricardo — University of Notre Dame
393. Ramirez-Stapleton, Marcela — University of California, Irvine
394. Ramos, Aida — George Fox University
395. Ramos, Delma — University of North Carolina at Greensboro
396. Reddick, Richard J. — University of Texas at Austin
397. Renée Valladares, Michelle — University of Colorado Boulder
398. Rennick, Liz — University of Arizona
399. Reyes, Pedro — University of Texas at Austin
400. Reynolds, Amy — University at Buffalo
401. Riggers-Piehl, Tiffani — University of Missouri, Kansas City
402. Rincón, Blanca — University of Nevada, Las Vegas
403. Rios Aguilar, Cecilia — University of California, Los Angeles
404. Rivera, Gwendelyn — University of Southern California
405. Ro, Hyun Kyoung (Hyunny) — Bowling Green State University

| | | |
|---|---|---|
| 406. | Robbins, Claire | Virginia Polytechnic Institute and State University |
| 407. | Roberts, Maria | University of Nevada, Las Vegas |
| 408. | Rodríguez, Noreen | Iowa State University |
| 409. | Rodriguez, Robyn | University of California, Davis |
| 410. | Rodriguez-Kiino, Diane | California Lutheran University |
| 411. | Rooks, Curtiss | Loyola Marymount University |
| 412. | Ropers-Huilman, Rebecca | University of Minnesota |
| 413. | Rosiek, Gerald | University of Oregon |
| 414. | Rowan-Kenyon, Heather | Boston College |
| 415. | Rubin, Paul | University of Utah |
| 416. | Ruck, Martin | The Graduate Center, City University of New York |
| 417. | Sablan, Jenna | University of Maryland, College Park |
| 418. | Saenz, Victor | University of Texas at Austin |
| 419. | Saito, Leland | University of Southern California |
| 420. | Sallee, Margaret | University at Buffalo |
| 421. | Saw, Anne | DePaul University |
| 422. | Schramm-Pate, Susan | University of Southern California |
| 423. | Schuster, Maximilian | University of Pittsburgh |
| 424. | Scott, Janelle | University of California, Berkeley |
| 425. | Segal, Marcia Texler | Indiana University Southeast |
| 426. | Segoshi, Megan | Independent Scholar |
| 427. | Serna, Gabriel | Michigan State University |
| 428. | Sewell, Christopher | Williams College |
| 429. | Shallish, Lauren | College of New Jersey |
| 430. | Sharma, Nitasha | Northwestern University |
| 431. | Shek, Yen Ling | University of California, Los Angeles |
| 432. | Shelton, Leslie | University of Arkansas |
| 433. | Shih, Kristy | California State University, Long Beach |
| 434. | Siegel-Hawley, Genevieve | Virginia Commonwealth University |
| 435. | Silver, David | RTI |
| 436. | Sipma-Dysico, Carlene | Lewis University |
| 437. | Snyder, Seth | Carleton College |
| 438. | Sohoni, Deenesh | College of William and Mary |
| 439. | Solorzano, Daniel | University of California, Los Angeles |
| 440. | Soria, Krista | University of Minnesota |
| 441. | Spickard, Paul | University of California, Santa Barbara |
| 442. | Squire, Dian | Northern Arizona University |
| 443. | Stapleton, Lissa | California State University, Northridge |
| 444. | Stearns, Elizabeth | University of North Carolina at Charlotte |
| 445. | Stewart, Abigail | University of Michigan |
| 446. | Stewart, Dafina-Lazarus | Colorado State University |

447. Stovall, David — University of Illinois at Chicago
448. Strolovitch, Dara — Princeton University
449. Strunk, Kamden — Auburn University
450. Sule, Thandi — Oakland University
451. Sun, Jeffrey — University of Louisville
452. Sun-Hee Park, Lisa — University of California, Santa Barbara
453. Sze, Julie — University of California, Davis
454. Szpara, Michelle Y. — Cabrini University
455. Takagi, Dana — University of California, Santa Cruz
456. Talusan, Liza A. — Independent Scholar
457. Tanaka, Gregory — Center for the Study of Democracy and Social Change
458. Tang, Eric — University of Texas at Austin
459. Taylor, Amanda — American University
460. Taylor, Betty Jeanne — University of Texas at Austin
461. Terriquez, Veronica — University of California, Santa Cruz
462. Terry, La Mont — Occidental College
463. Thompson Dorsey, Dana — University of Pittsburgh
464. Tichavakunda, Antar — University of Cincinnati
465. Tieken, Mara — Bates College
466. Tienda, Marta — Princeton University
467. Tierney, William — University of Southern California
468. Tillapaugh, Daniel — California Lutheran University
469. Tom, Joshua — Seattle Pacific University
470. Tran, Hoang — Florida Atlantic University
471. Tran, Van — Columbia University
472. Trieu, Monica — Purdue University
473. Tsing, Anna — University of California, Santa Cruz
474. Tuck, Eve — University of Toronto
475. Tuitt, Frank — University of Denver
476. Turman, Natasha — Miami University Ohio
477. Turner, Caroline — Sacramento State University
478. Umemoto, Karen — University of California, Los Angeles
479. Valadez, Concepcion — University of California, Los Angeles
480. Valencia, Richard — University of Texas at Austin
481. Valladares, Siomara — University of Colorado Boulder
482. Vang, Ma — University of California, Merced
483. Varghese, Manka — University of Washington
484. Vasquez Heilig, Julian — California State University, Sacramento
485. Vélez, Verónica — Western Washington University
486. Venegas, Kristan — University of Southern California

| | | |
|---|---|---|
| 487. | Villanueva, George | Loyola University Chicago |
| 488. | Vo, Anne | University of Southern California |
| 489. | Vo, Linda | University of California, Irvine |
| 490. | Vue, Rican | Oregon State University |
| 491. | Wallace, Sophia | University of Washington |
| 492. | Walsh, Erin | Bryn Mawr College |
| 493. | Wang, Leslie | University of Massachusetts Boston |
| 494. | Wang, Oliver | California State University, Long Beach |
| 495. | Ward, LaWanda | Pennsylvania State University |
| 496. | Warren, Mark | University of Massachusetts Boston |
| 497. | Watanabe, Paul | University of Massachusetts Boston |
| 498. | Waters, Mary | Harvard University |
| 499. | Weidman, John | University of Pittsburgh |
| 500. | Welner, Kevin | University of Colorado Boulder |
| 501. | Wilson, Terri S. | University of Colorado Boulder |
| 502. | Winkle-Wagner, Rachelle | University of Wisconsin - Madison |
| 503. | Wolf, De'Sha | Portland State University |
| 504. | Wolf-Wendel, Lisa | University of Kansas |
| 505. | Wolniak, Gregory | University of Georgia |
| 506. | Wong, Janelle | University of Maryland, College Park |
| 507. | Wong, Tom K. | University of California, San Diego |
| 508. | Wright, Dwayne | Savannah Law School |
| 509. | Wright, Erin Kahunawaikaʻala | University of Hawaiʻi, Mānoa |
| 510. | Wu, Ellen | Indiana University Bloomington |
| 511. | Wu, Judy | University of California, Irvine |
| 512. | Wun, Connie | Transformative Research |
| 513. | Yamamura, Erica | Seattle University |
| 514. | Yamashiro, Jane | Mills College |
| 515. | Yao, Christina | University of Nebraska |
| 516. | Yee, Barbara | University of Hawaiʻi, Mānoa |
| 517. | Yee, Jennifer | California State University, Fullerton |
| 518. | Yeung, Fanny | California State University, East Bay |
| 519. | Yi Borromeo, Varaxy | California State University, Fresno |
| 520. | Yoon, Irene | University of Utah |
| 521. | York, Travis | Association of Public & Land-Grant Universities |
| 522. | Young, Cynthia Ann | Pennsylvania State University |
| 523. | Yun, John | Michigan State University |
| 524. | Zamani-Gallaher, Eboni | University of Illinois at Urbana-Champaign |
| 525. | Zane, Nolan | University of California, Davis |
| 526. | Zatz, Marjorie S. | University of California, Merced |
| 527. | Zentella, Ana Celia | University of California, San Diego |

528. Zerquera, Desiree	University of San Francisco
529. Zhou, Min	University of California, Los Angeles
530. Zulueta, Benjamin	University of California, Santa Barbara
531. Zúñiga, Ximena	University of Massachusetts Amherst