# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-14176-ADB |
| President and Fellows of Harvard College ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, President and Fellows of Harvard College.

Date: 09/11/2018

/s/ Ara B. Gershengorn
*Attorney's signature*

Ara B. Gershengorn, No. 647305
*Printed name and bar number*
Harvard Office of the General Counsel
Smith Campus Center, Suite 980
1350 Massachusetts Avenue
Cambridge, MA 02138
*Address*

ara_gershengorn@harvard.edu
*E-mail address*

(617) 495-8210
*Telephone number*

(617) 495-5079
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on September 11, 2018 will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Ara B. Gershengorn
Ara B. Gershengorn
