UNITED STATES DISTRICT COURT FOR
THE DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

***STUDENT AMICI CURIAE* NOTICE REGARDING TRIAL WITNESSES, REQUEST FOR DATE CERTAIN FOR STUDENT TESTIMONY, AND NOTICE OF INTENT TO PRESENT ORAL OPENING STATEMENT**

Pursuant to this Court's October 3, 2018 Order Regarding Motions to Participate in Trial Proceedings Filed by *amici curiae*, *Students* submit the following notice regarding (1) the names of the witnesses whose testimony *Students* intend to offer at trial; (2) their request that the Court reserve October 29, 2018 for testimony by all eight witnesses presented by *Students* and *Organizations*; (3) the identification of and confirmation of service of the exhibits that *Students* intend to present as part of their testimony; (4) *Students'* intent to deliver an opening statement in court rather in writing; and (5) confirmation that attorneys presenting on behalf of *Students* comply with this Court's order that oral arguments and examinations be presented by attorneys with five years or less of experience.

**I.   *Students'* Witnesses and Examining Attorneys**

In its October 3, 2018 Order, this Court ruled that *Students* may present the testimony of "up to 4 witness from among the individuals identified in their motion." In accordance with this

Order, *Students* shall present testimony of the following witnesses through oral examination, each of whom was identified in *Students'* August 31, 2018 Motion to Participate in Trial:

1. Sally Chen: Senior, Harvard University;
2. Thang Diep: Senior, Harvard University;
3. Itzel Libertad Vasquez-Rodriguez: Alumna, Harvard University, Class of 2017;
4. Sarah Cole: Alumna, Harvard University, Class of 2016.

Consistent with this Court's order, examination of these witnesses will be conducted by attorneys with five years or less experience. Ms. Genevieve Bonadies Torres of the Lawyers' Committee for Civil Rights Under Law is a 2013 law school graduate and Ms. Emma Dinan of Arnold & Porter Kaye Scholer LLP is a 2014 law school graduate.

## II.    Proposed Date Certain for *Amici* Testimony

*Students* request that this Court reserve and schedule a single trial day for the testimony of all eight *amici* witnesses at some point after SFFA concludes its case in chief. *Students* propose October 29 for *amici* testimony to allow SFFA sufficient time to conclude its case. *Students* have consulted with Jennifer Holmes, counsel at Legal Defense Fund for *Organizations,* and confirmed that all four of their witnesses are also available on that date. Two of *Students'* witnesses and one of *Organizations'* witnesses must travel from out of town to present testimony, and allowing them to testify on Monday, October 29 will minimize the amount of work missed to provide testimony in this important case. Additionally, one of *Students'* witnesses is only available to testify on October 29.

As set forth in the Order, *Students* have conferred with the parties regarding the proposed presentation of testimony on October 29. While SFFA agrees that it would be helpful to have all of the *amici* witnesses appear on a single day following the conclusion of their case, they do not

consent to the Court scheduling a date certain for *amici* testimony given the fact that they are uncertain how long it will take for them to present their evidence.

Harvard does not object to setting October 29 as the date for amicus witness testimony, and is willing to break up the presentation of its case in chief to allow the amicus testimony to take place on the day most convenient for the witnesses and the Court. Harvard's sole concern is that the amicus testimony not break up the testimony of any individual Harvard witness. If the Court sets October 29 as the date for amici to testify, and the testimony of Harvard's witnesses will not be completed before October 29, then Harvard suggests that the amicus witnesses be permitted to testify October 29 on the condition that Harvard be permitted to defer until October 30 the testimony of any Harvard witness whose testimony could not be completed before the amicus witnesses' testimony.

**III.    *Students'* Exhibits**

*Students* intend to use up to four exhibits consisting of the complete and redacted application and admissions materials for *Students'* witnesses.[1]

| Exhibit | Description |
|---|---|
| SA-1 | Harvard University Admissions File – Sally Chen |
| SA-2 | Harvard University Admissions File – Thang Diep |
| SA-3 | Harvard University Admissions File – Itzel Libertad Vasquez-Rodriguez |
| SA-4 | Harvard University Admissions File – Sarah Cole |

Harvard is providing the exhibits to the parties on October 12, 2018. *Students* are notifying both parties of their intention to use these exhibits and providing the parties copies of those documents on October 12, 2018.

---

[1] Harvard has designated these exhibits as Highly Confidential – Attorney's Eyes Only.

IV.     ***Students'*** **Opening Statement and Presenting Attorneys**

The Court's October 3, 2018 Order permits *Students* to either submit a written opening statement, or deliver an opening statement in court "provided that it is (a) less than 15 minutes in length, and (b) delivered by an attorney with 5 or less years of experience." *Students* submit this Notice of their intent to present an oral opening statement to be delivered by Ms. Torres. As a 2013 law school graduate, Ms. Torres' presentation of *Students*' opening statement complies with the Court's directive that amici counsel delivering opening statements have "5 years or less of experience."

Dated: October 12, 2018

                        Respectfully Submitted,

                        /s/ Oren M. Sellstrom
                        Oren M. Sellstrom (BBO #569045)
                        LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                        AND ECONOMIC JUSTICE
                        61 Batterymarch Street, Fifth Floor
                        Boston, MA 02110
                        Tel: 617-988-0608
                        osellstrom@lawyerscom.org

                        /s/ Jon M. Greenbaum
                        Kristen Clarke
                        Jon M. Greenbaum (*pro hac vice*)
                        Brenda Shum (*pro hac vice*)
                        Genevieve Bonadies Torres (*pro hac vice*)
                        LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                        UNDER LAW
                        1500 K Street, NW
                        Washington, DC 20005
                        Tel: (202) 662-8600
                        jgreenbaum@lawyerscommittee.org

                        /s/ Nicole K. Ochi
                        Nicole K. Ochi (*pro hac vice*)
                        ASIAN AMERICANS ADVANCING JUSTICE

1145 Wilshire Boulevards
Los Angeles, CA 90017
Tel: (213) 241-0211
nochi@advancingjustice-la.org


/s/ Lawrence Culleen
Lawrence Culleen (*pro hac vice*)
Nancy Perkins (*pro hac vice*)
Steven Mayer (*pro hac vice*)
Emma Dinan (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-5477
Lawrence.Culleen@arnoldporter.com

COUNSEL FOR *AMICI CURIAE*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on October 12, 2018 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Lawrence Culleen
Lawrence Culleen
