IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br>　　　　Plaintiff,<br>　v.<br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>　　　　Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## MOTION TO SEAL EXHIBITS TO OFFER OF PROOF

Pursuant to Local Rule 7.2 and the Stipulated Protective Order (Dkt. 55), Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby moves this Court for an order sealing exhibits to SFFA's Offer of Proof. The documents that SFFA seeks to seal are designated Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 55).

SFFA requests that the documents subject to this Motion be impounded until further order of the Court. In the event the Court has not previously ordered otherwise, the parties' submissions should be returned to their undersigned counsel upon resolution of this matter.

WHEREFORE, SFFA respectfully requests that the Court grant this motion and allow exhibits to SFFA's Offer of Proof be filed under seal on or before October 29 and to be viewed only by the Judge, her clerk(s), and Court personnel.

Dated: October 27, 2018 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Katherine L.I. Hacker*
　　　　　　　　　　　　　　　　　　　Adam K. Mortara
　　　　　　　　　　　　　　　　　　　J. Scott McBride
　　　　　　　　　　　　　　　　　　　Krista J. Perry
　　　　　　　　　　　　　　　　　　　Bartlit Beck Herman Palenchar & Scott LLP
　　　　　　　　　　　　　　　　　　　54 West Hubbard Street, Suite 300
　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　312.494.4400
　　　　　　　　　　　　　　　　　　　adam.mortara@bartlit-beck.com
　　　　　　　　　　　　　　　　　　　scott.mcbride@bartlit-beck.com
　　　　　　　　　　　　　　　　　　　krista.perry@bartlit-beck.com

　　　　　　　　　　　　　　　　　　　John M. Hughes
　　　　　　　　　　　　　　　　　　　Katherine L.I. Hacker
　　　　　　　　　　　　　　　　　　　Meg E. Fasulo
　　　　　　　　　　　　　　　　　　　Bartlit Beck Herman Palenchar & Scott LLP
　　　　　　　　　　　　　　　　　　　1801 Wewatta Street, Suite 1200
　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　303.592.3100
　　　　　　　　　　　　　　　　　　　john.hughes@bartlit-beck.com
　　　　　　　　　　　　　　　　　　　kat.hacker@bartlit-beck.com
　　　　　　　　　　　　　　　　　　　meg.fasulo@bartlit-beck.com

　　　　　　　　　　　　　　　　　　　William S. Consovoy
　　　　　　　　　　　　　　　　　　　Thomas R. McCarthy
　　　　　　　　　　　　　　　　　　　Michael H. Park
　　　　　　　　　　　　　　　　　　　J. Michael Connolly
　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PARK PLLC
　　　　　　　　　　　　　　　　　　　3033 Wilson Boulevard, Suite 700
　　　　　　　　　　　　　　　　　　　Arlington, Virginia 22201
　　　　　　　　　　　　　　　　　　　703.243.9423
　　　　　　　　　　　　　　　　　　　will@consovoymccarthy.com
　　　　　　　　　　　　　　　　　　　tom@consovoymccarthy.com
　　　　　　　　　　　　　　　　　　　park@consovoymccarthy.com
　　　　　　　　　　　　　　　　　　　mike@consovoymccarthy.com

　　　　　　　　　　　　　　　　　　　Patrick Strawbridge BBO #678274
　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PARK PLLC
　　　　　　　　　　　　　　　　　　　Ten Post Office Square
　　　　　　　　　　　　　　　　　　　8th Floor South PMB #706
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　617.227.0548
　　　　　　　　　　　　　　　　　　　patrick@consovoymccarthy.com

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100 Providence,
RI 02903
617.345.3000
psanford@burnslev.com
bcaldwell@burnslev.com

*Attorneys for Plaintiff Students for Fair Admissions, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), the undersigned conferred with counsel for Defendant on October 26, 2018, and Defendant consents to this motion.

*/s/ Katherine L.I. Hacker*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of October, 2018.

/s/ *Katherine L.I. Hacker*