1          UNITED STATES DISTRICT COURT

2          DISTRICT OF MASSACHUSETTS

3    _____

4    STUDENTS FOR FAIR ADMISSIONS, INC.,

5                    Plaintiff,          Civil Action
                                         No. 14-14176-ADB
6    v.
                                         October 24, 2018
7    PRESIDENT AND FELLOWS OF HARVARD
     COLLEGE, et al.,                    Pages 1 to 245

8                    Defendants.

9    _____

10

11

12          TRANSCRIPT OF BENCH TRIAL - DAY 8
         BEFORE THE HONORABLE ALLISON D. BURROUGHS
            UNITED STATES DISTRICT COURT
13          JOHN J. MOAKLEY U.S. COURTHOUSE
                 ONE COURTHOUSE WAY
14              BOSTON, MA  02210

15

16

17

18

19

20

21          JOAN M. DALY, RMR, CRR
         KELLY MORTELLITE, RMR, CRR
22          Official Court Reporter
        John J. Moakley U.S. Courthouse
23      One Courthouse Way, Room 5507
             Boston, MA  02210
24          joanmdaly62@gmail.com

25

```
 1    APPEARANCES:

 2
      COUNSEL FOR THE PLAINTIFF:
 3

 4            ADAM K. MORTARA, ESQUIRE
              J. SCOTT McBRIDE, ESQUIRE
 5            KRISTA J. PERRY, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
 6            54 West Hubbard Street
              Suite 300
 7            Chicago, Illinois 60654
              312.494.4400
 8            adam.mortara@bartlit-beck.com
              scott.mcbride@bartlit-beck.com
 9            krista.perry@bartlit-beck.com

10            JOHN M. HUGHES, ESQUIRE
              KATHERINE L.I. HACKER, ESQUIRE
11            MEG E. FASULO, ESQUIRE
              Bartlit Beck Herman Palenchar & Scott
12            1801 Wewatta Street
              Suite 1200
13            Denver, Colorado 80202
              303.592.3100
14            john.hughes@bartlit-beck.com
              kat.hacker@bartlit-beck.com
15            meg.fasulo@bartlit-beck.com

16            JOHN MICHAEL CONNOLLY, ESQUIRE
              THOMAS R. McCARTHY, ESQUIRE
17            WILLIAM S. CONSOVOY, ESQUIRE
              Consovoy McCarthy Park PLLC
18            3033 Wilson Boulevard
              Suite 700
19            Arlington, Virginia 22201
              703.243.9423
20            mike@consovoymccarthy.com
              tom@consovoymccarthy.com
21            will@consovoymccarthy.com

22

23

24

25
```

```
 1    APPEARANCES (cont.):

 2
           PATRICK STRAWBRIDGE, ESQUIRE
 3         Consovoy McCarthy Park PLLC
           Ten Post Office Square
 4         8th Floor, South, PMB #706
           Boston, Massachusetts 02109
 5         617.227.0548
           patrick@consovoymccarthy.com
 6
           MICHAEL H. PARK, ESQUIRE
 7         Consovoy McCarthy Park PLLC
           3 Columbus Circle
 8         15th Floor
           New York, New York 10024
 9         646.456.4432
           park@consovoymccarthy.com
10
           PAUL M. SANFORD ESQUIRE
11         BENJAMIN C. CALDWELL, ESQUIRE
           Burns & Levinson LLP
12         One Citizens Plaza
           Suite 110
13         Providence, Rhode Island 02903
           401.831.8330
14         psanford@burnslev.com
           bcaldwell@burnslev.com
15

16    COUNSEL FOR THE DEFENDANT:

17         WILLIAM F. LEE, ESQUIRE
           FELICIA H. ELLSWORTH, ESQUIRE
18         ANDREW S. DULBERG, ESQUIRE
           ELIZABETH C. MOONEY, ESQUIRE
19         SARAH R. FRAZIER, ESQUIRE
           Wilmer Cutler Pickering Hale and Dorr LLP
20         60 State Street
           Boston, Massachusetts 02109
21         617.526.6556
           william.lee@wilmerhale.com
22         felicia.ellsworth@wilmerhale.com
           andrew.dulberg@wilmerhale.com
23         elizabeth.mooney@wilmerhale.com
           sarah.frazier@wilmerhale.com
24

25
```

1    APPEARANCES (cont.):

2

3            SETH P. WAXMAN, ESQUIRE
             DANIELLE CONLEY, ESQUIRE
             DANIEL WINIK, ESQUIRE
4            BRITTANY AMADI, ESQUIRE
             PAUL R.Q. WOLFSON, ESQUIRE
5            Wilmer Cutler Pickering Hale and Dorr LLP
             1875 Pennsylvania Ave, NW
6            Washington, DC 20006
             202.663.6006
7            seth.waxman@wilmerhale.com
             danielle.conley@wilmerhale.com
8            daniel.winik@wilmerhale.com
             brittany.amadi@wilmerhale.com
9            paul.wolfson@wilmerhale.com

10           DEBO P. ADEGBILE, ESQUIRE
             Wilmer Cutler Pickering Hale and Dorr LLP
11           7 World Trade Center
             250 Greenwich Street
12           New York, New York 10007
             212.295.6717
13           debo.adegbile@wilmerhale.com

14           ARA B. GERSHENGORN, ESQUIRE
             Harvard Office of the General Counsel
15           Smith Campus Center
             Suite 980
16           1350 Massachusetts Avenue
             Cambridge, Massachusetts 02138
17           617.495.8210
             ara_gershengorn@harvard.edu

18

19    COUNSEL FOR AMICI STUDENTS:

20           JON M. GREENBAUM, ESQUIRE
             BRENDA L. SHUM, ESQUIRE
21           GENEVIEVE BONADIES TORRES, ESQUIRE
             KRISTEN CLARKE, ESQUIRE
22           1500 K Street NW, Suite 900
             Washington, DC 20005
23           202.662.8315
             jgreenbaum@lawyerscommittee.org
24           bshum@lawyerscommittee.org
             gtorres@lawyerscommittee.org
25           kclarke@lawyerscommittee.org

```
 1    APPEARANCES (cont.):

 2
              LAWRENCE CULLEEN, ESQUIRE
 3            EMMA DINAN, ESQUIRE
              Arnold & Porter LLP
 4            555 Twelfth Street, NW
              Washington, DC 20004
 5            202.942.5477
              gina.dean@aporter.com
 6            emma.dinan@aporter.com

 7
      COUNSEL FOR AMICI ORGANIZATIONS:
 8
              JENNIFER A. HOLMES, ESQUIRE
 9            CARA McCLELLAN, ESQUIRE
              JIN HEE LEE, ESQUIRE
10            MICHAELE M. TURNAGE YOUNG, ESQUIRE
              RACHEL N. KLEINMAN, ESQUIRE
11            NAACP Legal Defense and Educational Fund, Inc.
              700 14th Street NW
12            Suite 600
              Washington, DC 20005
13            jholmes@naacpldf.org
              cmcclellan@naacpldf.org
14            jlee@naacpldf.org
              myoung@naacpldf.org
15            rkleinman@naacpldf.org

16            KENNETH N. THAYER, ESQUIRE
              KATE R. COOK, ESQUIRE
17            Sugarman Rogers
              101 Merrimac Street
18            Suite 900
              Boston, Massachusetts 02114
19            617.227.3030
              thayer@sugarmanrogers.com
20            cook@sugarmanrogers.com

21

22

23

24

25
```

<pre>
1                    P R O C E E D I N G S

2                 (The following proceedings were held in open

3    court before the Honorable Allison D. Burroughs, United

4    States District Judge, United States District Court, District

5    of Massachusetts, at the John J. Moakley United States

6    Courthouse, One Courthouse Way, Boston, Massachusetts, on

7    October 25, 2018.)

8                 THE COURT:  We're a couple of minutes early, but if

9    you guys are ready to start, we can start.

10                Just for scheduling purposes, I can go as late as

11   you want today.  So -- by which I mean really as late as you

12   want.  I could go to 4:00.  We can even go beyond that, if

13   you want to.  I don't have anything scheduled after this.

14   But I'll leave it up to you when you come to a good stopping

15   spot.

16                I would also like to take just a little bit longer

17   lunch today just so I can breathe some air in the middle of

18   the day.  So maybe we'll take an hour lunch today, but we'll

19   sit longer at the end of the day.

20                And also, I was thinking about this case last

21   night, and I know we're just about at the halfway point, and

22   I just want to take the opportunity to really thank and

23   compliment you all for the job that you're doing on this.

24   It's really -- the level of lawyering is exceptional, and as

25   we've all discussed at various points during this trial,
</pre>

1    there are a lot of difficult issues that raise issues that

2    are personal to people and that people feel very strongly

3    about, and I really appreciate the level of professionalism

4    and civility that you guys are demonstrating, are

5    demonstrating throughout.  So I know -- I sort of thought

6    we're halfway, I thought I would take the time to mention it.

7              And really, I would like to go back and reiterate

8    that the level of lawyering in this case has really been

9    exceptional.  I hope that my level of judging lives up to the

10   level of lawyering.  But you guys are really just doing an

11   incredible job with what's a difficult case all the way

12   around.  So my appreciation and compliments for that.  And

13   when you want to go, feel free.

14             MR. HUGHES:  Thank you, Your Honor.  I thank you

15   and I try to speak for everyone for your kind words.  I'm not

16   sure if I'm fortunate or unfortunate to follow the

17   compliment.

18             THE COURT:  You've been unfailingly pleasant,

19   Mr. Hughes.  I'm sure you can --

20             MR. HUGHES:  Thank you, Your Honor.

21             MR. LEE:  On this issue, we're perfectly happy to

22   have Mr. Hughes speak for us.

23             MR. HUGHES:  Yesterday we suggested our next live

24   witness will be Roger Banks.  We've actually worked with

25   Harvard to call Mark Hansen, so we now call Mark Hansen as

1  our next witness.

2              And I'd like to approach, Your Honor.

3              THE COURT:  Yes, that's fine.

4               MR. LEE:  Your Honor, before we do direct on

5  Mr. Hansen, just on the scheduling issue, as Your Honor looks

6  into next week, I have a request that on Halloween -- we have

7  some parents and grandparents who might like to end a little

8  early.

9              THE COURT:  I was going to suggest the same thing

10  because it's a big night at our house as well.  So let me

11  know what time you all want to stop and we can -- that's

12  fine.

13              MR. LEE:  I'll talk to Mr. Hughes and we can figure

14  it out.

15              MR. HUGHES:  Sounds good.

16              THE COURT:  And I know it's a big night at our

17  house, but I presume you all aren't traveling in honor of the

18  holiday.  But if you are, I'm happy to accommodate that.

19              MR. HUGHES:  We're going to have some sad boys in

20  Denver, but I will not be returning home.

21              THE COURT:  If you want to take my kids trick or

22  treating --

23              MR. HUGHES:  What are their outfits?

24              THE COURT:  They're -- one of them is Link from

25  Zelda, if anyone has any idea what that is, because I know I

1   don't.  And the other is a mix of Spartan accoutrements that

2   he has collected.

3           With my kids, I don't really know what your boys

4   are like, but with my kids it's actually all about the

5   weapon.

6           MR. HUGHES:  They're generally like that, although

7   I think -- I've got five, and they're going as the various

8   members of the cast of Hamilton.  If I were there, I guess I

9   would be Hamilton, but yeah.

10          THE COURT:  That is very organized.  Our house has

11  been nothing like that and it is all about the weapon.

12          MR. HUGHES:  It is Mrs. Hughes that is responsible

13  for that.  All right.

14          THE COURT:  You probably have great holiday cards,

15  too.

16          MR. HUGHES:  Yes.

17          (MARK HANSEN duly sworn by the Deputy Clerk.).

18          THE CLERK:  Can you please state your name and

19  spell your last name for the record.

20          THE WITNESS:  Sure.  It Mark Hansen, H-a-n-s-e-n.

21  EXAMINATION BY MR. HUGHES:

22  **Q.**  Good morning, Mr. Hansen.

23  **A.**  Good morning.

24  **Q.**  My name is John Hughes.  We haven't met before.  It's

25  nice to meet you.

1    **A.**  You as well.

2    **Q.**  I'm not going to ask you what you're going to be for

3    Halloween.

4              Now, I'd like you to just -- go over a little bit

5    of your background with you.  I understand that you went to

6    Boston University?

7    **A.**  Yes, I did.

8    **Q.**  And you majored in pure and applied mathematics at Boston

9    University?

10   **A.**  That's correct.

11   **Q.**  And then after you graduated from B.U., you continued

12   your education and you got your master's degree from the

13   Harvard Graduate School of Education, correct?

14   **A.**  Yes, a couple years after.

15   **Q.**  And then after you graduated from the Harvard Graduate

16   School of Education, you ultimately got a job at Harvard in

17   Harvard's Office of Institutional Research, correct?

18   **A.**  That's correct.

19   **Q.**  Okay.  And you started at OIR -- and OIR is a common way

20   people refer to the Office of Institutional Research,

21   correct?

22   **A.**  Yes.

23   **Q.**  Okay.  You started at OIR as a project management fellow,

24   correct?

25   **A.**  That's correct, yes.

1    **Q.**  And that was sometime in the summer of 2010, correct?

2    **A.**  Yes.

3    **Q.**  Okay.  And then after you had been there at OIR about a

4    year, you got the title, I assume it was a promotion, to

5    research analyst, correct?

6    **A.**  That's correct, yes.

7    **Q.**  Okay.  And that was in July 2011, correct?

8    **A.**  I'm not sure of the exact date.

9    **Q.**  Sometime that summer, right?

10   **A.**  Thereabouts, yes.

11   **Q.**  Okay.  And while you were at OIR, or at least for part of

12   the time you were at OIR, you reported directly to Erica

13   Bever, correct?

14   **A.**  Yes, for a portion of my time there.

15   **Q.**  Okay.  And you ended up leaving Harvard's Office of

16   Institutional Research in the middle of the summer of 2013,

17   correct?

18   **A.**  Yes.

19   **Q.**  And why -- where did you go after you left OIR?

20   **A.**  I went to MIT's Office of Institutional Research,

21   Massachusetts Institute of Technology.

22   **Q.**  And that's where you still work today?

23   **A.**  I work at MIT, yes.

24   **Q.**  Still in their Office of Institutional Research?

25   **A.**  No, I work for a research group on campus, COFHE.

1   **Q.**  And you've been with MIT since you left Harvard in 2013,
2   correct?
3   **A.**  That's correct.
4   **Q.**  I want to focus with you briefly this morning,
5   Mr. Hansen, about some work that you did at OIR in early
6   2013.  Do you have that timeframe in mind?
7   **A.**  Thereabouts, yes.
8   **Q.**  Okay.  And by the time 2013 rolled around, you had been
9   at Harvard's Office of Institutional Research for about two
10  and a half years, correct?
11  **A.**  I think that sounds right, yes.
12  **Q.**  Started in the middle of 2010.  By the time we get to
13  early 2013, that's about two and a half years, right?
14  **A.**  Sure, yes.
15  **Q.**  Okay.  And while you were at OIR, you did work regarding
16  Harvard's use of preferences in admissions.  That's part of
17  the work you did, right?
18  **A.**  I'm sorry.  Could you repeat the question?
19  **Q.**  While you were at OIR, some of the work that you did
20  related to Harvard's use of preferences in admissions,
21  correct?
22  **A.**  Preferences in the various kind of inputs that would go
23  into an admission's decision.
24  **Q.**  And one of the preferences that you looked at was
25  Harvard's use of race in its admissions process, correct?

**A.**   Yes.

**Q.**   Okay.  And part of the reason that you were looking at race in Harvard admissions in the 2013 timeframe was because of information in the popular press about race and college admissions, correct?

**A.**   It was related to that, yes.

**Q.**   And one of the articles that you were at least aware of was an article by a man named Ron Unz, correct?

**A.**   I was aware of it, yes.

**Q.**   And among other things, you were aware that in the Unz article he raised concerns about Harvard's treatment of Asian applicants in its admissions process, correct?

**A.**   Among other things, yes.

**Q.**   Okay.  And in early 2013, you did some work relating to that -- the issues that Unz raised around Asian-American applicants to Harvard, correct?

**A.**   I would say related to admissions preferences, but tied to the Unz article.

**Q.**   And you did not do that analysis -- and we're going to discuss it in more detail in a minute -- but you didn't do that analysis on your own initiative.  Somebody asked you to do that work, correct?

**A.**   Yes.

**Q.**   Now, you couldn't remember at your deposition who asked you to do that work.  Do you remember now?

1    **A.**   No.  It likely would have been internal to the office,

2    though.

3    **Q.**   Internal to OIR?

4    **A.**   Yes.

5    **Q.**   Okay.  Now, the analysis of whether Asians were being

6    disadvantaged in the admissions process was a product of OIR,

7    correct?

8    **A.**   The study involving admissions preferences was a product

9    of OIR, yes.

10   **Q.**   You keep changing the word to "admissions preferences,"

11   but you agree that you did analysis related to whether Asians

12   were being disadvantaged in the admissions process and that

13   was a product of OIR, correct?

14   **A.**   I'm sorry.  Could you repeat the question?

15   **Q.**   The analysis of whether Asians were being disadvantaged

16   in the admissions process was a product of OIR, correct?

17   **A.**   The analysis of admissions preferences would have been a

18   product of OIR, and that would have included race as one of

19   those preferences.

20   **Q.**   I'll ask it again.  The analysis of whether Asians were

21   being disadvantaged in the admissions process was a product

22   of OIR, correct?

23   **A.**   The analysis that looked at admissions preferences that

24   included race and ethnicity was a product of OIR.

25   **Q.**   I've got a couple of things there next to you,

1    Mr. Hansen.  One of them is a spiral-bound copy of your

2    deposition transcript.

3    **A.**   Mm-hmm.

4    **Q.**   Okay.  I'd like you to turn to page 21 of that, line 24.

5        Are you there?

6    **A.**   I am.

7    **Q.**   "Question:  Sure.  Would you describe the analysis of

8    whether Asians were being" -- next page -- "disadvantaged in

9    the admissions process as a product of the Office of

10    Institutional Research?

11        "Answer:  I would, yes."

12        Were you asked that question and did you give that

13    answer?

14    **A.**   Yes.

15    **Q.**   The work you did at OIR regarding Asians in Harvard's

16    admissions process spanned multiple months, correct?

17    **A.**   Sorry.  Could you repeat the question.

18    **Q.**   The work you did at OIR regarding Asians in Harvard's

19    admissions process spanned multiple months, correct?

20    **A.**   It would be a little broader than that, so it would be a

21    number of different admissions analyses.

22    **Q.**   But it included this analysis of whether Asians were

23    disadvantaged in the admissions process, right?

24    **A.**   It included the admissions preferences analysis.

25    **Q.**   Is there a reason why in your deposition you used the

1    language of Asians being disadvantaged in the admissions

2    process over and over again and now you want to keep talking

3    about preferences in the admissions process?  Is there a

4    reason why you're making that distinction?

5             MS. ELLSWORTH:  Your Honor, I object.  The language

6    from the deposition that Mr. Hughes read was the language of

7    the questioner, not Mr. Hansen.  I don't think it's an

8    appropriate question.  I don't think it was proper

9    impeachment either.

10            THE COURT:  I take your point, but I'll let him

11   have the question.

12            MR. HUGHES:  Thanks.

13   **Q.**  Do you want me to repeat it?

14   **A.**  Sure.

15   **Q.**  Is there a reason in your deposition that you agreed with

16   questions characterizing your work as analyzing whether

17   Asians were disadvantaged in the admissions process over and

18   over again and today you only want to talk about preferences

19   in the admissions process?

20            Is there a reason why you're adopting that

21   different language?

22   **A.**  I accepted the premise of the question, and it really

23   narrowed the description of the work a little further than

24   what it actually was.  So it covered race and ethnicity as

25   one component, but it also looked at legacy and athlete

1    status.

2    **Q.**   And you, in fact, recall multiple iterations into the

3    question of whether Asians were being disadvantaged in

4    Harvard's admissions process, correct?

5    **A.**   I recall multiple admissions projects where race would

6    have been a component in the analysis.

7    **Q.**   Is it your testimony that you remember multiple

8    iterations into whether Asians were being disadvantaged in

9    the admissions process?

10   **A.**   I recall multiple iterations where Asian would have

11   been -- or race ethnicity would have been a component in the

12   output from the analysis.

13   **Q.**   Why don't you turn to page 105 of your deposition, line

14   4.  Are you there?

15   **A.**   I am.

16   **Q.**   "Is it your testimony that you remember multiple

17   iterations into whether Asians were being disadvantaged in

18   the admissions process?

19            "Answer:  Yes."

20            Do you see that?

21   **A.**   I do.

22   **Q.**   Is that your sworn testimony?

23   **A.**   It is.

24   **Q.**   Now, I want to talk with you about some of the iterations

25   that you did into whether Asians were being disadvantaged in

1    the admissions process, and I'll start with Plaintiff's

2    Exhibit 12.

3              And you've got a binder, Mr. Hansen, and the tab

4    should say P12, if you want to look at the hard copy.  I've

5    also got an image of the document on the screen.  You can

6    look at either or both, okay?

7    **A.**  Okay.  Thank you.

8    **Q.**  Is P12 something that you've seen before?

9    **A.**  Is it okay if I flip through it?

10   **Q.**  Please do.

11   **A.**  Okay.  Thank you.

12   **Q.**  Have you seen this document before?

13   **A.**  Yes, in some form.

14   **Q.**  Okay.  And I want to show you -- we're going to look at

15   various pages, but I'm going to start with page 34.  I'm

16   going to put it up on the screen.

17             You're familiar with page 34 of this document,

18   correct?

19   **A.**  I am, yes.

20   **Q.**  We're going to come back and talk in a little bit more

21   detail about that in a minute, but I want to now show you

22   page 3.

23   **A.**  Sorry.  Page 3?

24   **Q.**  Yes, sir.

25             And you can see on page 3 there is kind of a --

1    somewhat of a summary of what is in the rest of this

2    PowerPoint deck, correct, some of the different topics that

3    are covered?

4    **A.**   It looks like it, yes.

5    **Q.**   And at the very top, the first one is "Access."  Do you

6    see that?

7    **A.**   I do.

8    **Q.**   And the first number under access has to do with

9    "Reintroducing early action," correct?

10   **A.**   Yes.

11   **Q.**   And then we've got a topic related to the "Shift in

12   gender balance at Harvard College due to increased interest

13   and recruitment for SEAS," correct?

14   **A.**   That's correct, yes.

15   **Q.**   Okay.  And then the third topic under "Access" is, "Does

16   the admissions process disadvantage Asians?"  Do you see

17   that?

18   **A.**   I do.

19   **Q.**   Do you see right here in OIR's document the language,

20   "Does the admissions process disadvantage Asians," correct?

21   **A.**   I do.

22   **Q.**   Okay.  Now, then, there's some other parts of the

23   PowerPoint deck, affordability and achievement, that relate

24   to different issues, correct?

25   **A.**   That's what it looks like, yes.

1   **Q.**  Okay.  And do you remember whether Erica Bever was the

2   person who kind of assembled this PowerPoint deck and put it

3   together?

4   **A.**  Not specifically, no.

5   **Q.**  All right.  I'm going to hand you a document that I hope

6   will refresh your recollection.

7           MR. HUGHES:  Your Honor, if I may approach?

8           THE COURT:  Yes.

9           THE WITNESS:  Thank you.

10          MR. HUGHES:  Your Honor, would you like a copy of

11  what I'm showing him?

12          THE COURT:  Sure.

13          MR. HUGHES:  Thank you.

14  **Q.**  Now, Mr. Hansen, I know these events occurred a while

15  ago, and this is not a memory test by any means.  I'm just

16  going to try to show you this email to see if I can refresh

17  your recollection on who assembled this PowerPoint deck.

18          I'd like you to just read the document to yourself

19  and then let me know when you finish reading it and I'll ask

20  you a few questions.

21  **A.**  (Witness reviews document.)  Okay.

22  **Q.**  Now that you've read it -- let me ask you one little

23  detail question.  Do you see this language here on page 3

24  that we've looked at together, slide 3?

25  **A.**  Yeah, I do.

1    **Q.**  It looks like you actually even suggested an edit to

2    slide 3, correct?

3    **A.**  Yes.

4    **Q.**  And having looked at this email, does it refresh your

5    recollection that Ms. Bever assembled the PowerPoint deck,

6    you made some edits to it, correct?

7    **A.**  That seems likely, based on this email.

8    **Q.**  You can set that aside now, Mr. Hansen.  Thank you.

9              Now let's go through -- we're going to start on

10   page 31 of Plaintiff's Exhibit 12.  If you want to follow

11   along in hard copy, just let me know when you get there.

12   **A.**  Sorry.  The screen is just a little blurry.

13   **Q.**  No.  It's not great resolution, so no problem at all,

14   sir.

15             So you see page 31 starts the section of the

16   PowerPoint "Evaluating factors that play a role in Harvard

17   College admission."  Do you see that?

18   **A.**  I do, yes.

19   **Q.**  And then we turn to page 32.  You see that, right?

20   **A.**  Yeah.  The slide?

21   **Q.**  You see the slide you have in front of you?

22   **A.**  I do, yes.

23   **Q.**  And this is a slide that you're familiar with, correct?

24   **A.**  Yes, I believe I made it.

25   **Q.**  Your slide, right?

1    **A.**   I think so.

2    **Q.**   Okay.  And the title of the slide is "Methods."  Do you

3    see that?

4    **A.**   Yes.

5    **Q.**   And then the goal is "Using various admissions ratings,

6    how well can we approximate admit rates by race, ethnicity

7    and the demographic composition of the admitted students

8    pool."

9            Do you see that as the goal of the OIR analysis?

10   **A.**   I do, yes.

11   **Q.**   And this relates -- and we're going to talk about it more

12   in a minute, this relates to -- or at least relates to a

13   regression, the logistic regression model that you and OIR

14   put together, correct?

15   **A.**   I believe so, yes.

16   **Q.**   And then you talk about "The strategy fit a series of

17   basic logistic regression models using data from classes of

18   2007 to 2016."  Do you see that?

19   **A.**   Yes, I do.

20   **Q.**   And what you had there was you had information about the

21   people who applied to Harvard for those years, correct?

22   **A.**   Yes.  It would have been mixed year to year, so some

23   years would have certain pieces of data, some years we

24   wouldn't, but overall, that's a good way of characterizing

25   it.

1    **Q.**   You took the data that Harvard had -- and I understand it

2    might have varied for some variables year to year, right?

3    **A.**   Yes.

4    **Q.**   Okay.  And you had ten years of that data for the

5    applicants that applied to Harvard, correct?

6    **A.**   I'm sorry.  I should have been more specific.  It would

7    have been data that we had internal to the office left over

8    from prior projects.

9    **Q.**   Yeah.  And I was just trying to get -- the very simple

10   point is that your analysis wasn't just limited to people who

11   actually got admitted to Harvard; your analysis included

12   people that applied to Harvard for those years, correct?

13   **A.**   Yes, it would have been the full.

14   **Q.**   Okay.  And then what you did is you generated "fitted

15   probabilities of admissions, given an applicant's

16   characteristics how likely are they to be admitted," right?

17   **A.**   I'm sorry.  Could you repeat --

18   **Q.**   I'm just reading the slide.

19   **A.**   Oh, all right then.

20   **Q.**   That's what the slide says, right?

21   **A.**   Yes.

22   **Q.**   And then for each class, you selected "2100 applicants

23   with the highest probability of admissions as your simulated

24   admitted class."  Do you see that?

25   **A.**   I do, yes.

1    **Q.**  So what you did, and we're going to look at it, you had a

2    model with four iterations, right?

3    **A.**  Yes.

4    **Q.**  And each of those four iterations had some different

5    variables, correct?

6    **A.**  As inputs, yes.

7    **Q.**  And then you would get -- and what you would do is you

8    would have those variables as inputs, then you'd run all the

9    applicants through the model, and you'd try to predict for

10   each of these years who would get admitted based on those

11   inputs, correct?

12   **A.**  Yes.

13   **Q.**  Okay.  And then what you did is you would compare that to

14   the actual admitted classes over that time for certain

15   comparisons that we'll look at in a minute, right?

16   **A.**  You would compare the hypothetical pool against the

17   actual in terms of -- in various demographic attributes.

18   **Q.**  And then, in fact, that's the very next bullet.  You

19   examine the resulting demographics and admit rates by

20   ethnicity, correct?

21   **A.**  That's correct, yes.

22   **Q.**  And then you made a couple of notes:  "Students with no

23   academic index are excluded from this analysis."

24            That was true of your analysis, correct?

25   **A.**  Yes.  So that would mean that it wasn't necessarily

1    considering the full applicant pool, but it -- it dropped

2    those cases.

3    **Q.**   And then you noted that:  "The following analysis is

4    preliminary," bold and underlined, "and for discussion,"

5    correct?

6    **A.**   Yes.

7    **Q.**   And then we get to the next page, and this is where you

8    identify the input variables for your different models,

9    correct?

10   **A.**   Yes.

11   **Q.**   Okay.  And model 1 just has two, academic index and

12   academic rating, correct?

13   **A.**   Yes, as inputs.

14   **Q.**   And then the other, then we get to model -- I might have

15   said model 2 just there.  I meant to say model 1.  That's my

16   fault, not yours, Mr. Hansen.

17           Model 1 just has academic index and academic

18   rating, correct?

19   **A.**   Yes, the first one.

20   **Q.**   And then the second one, model 2, keeps academic index

21   and rating, adds the legacy and athlete preference variables,

22   correct?

23   **A.**   That's correct, yes.

24   **Q.**   And then model 3 keeps everything that was in model 2,

25   but it adds the personal rating and the extracurricular

1   rating, correct?

2   **A.**  Yes.

3   **Q.**  And then model 4 keeps everything that was in model 3,

4   adds gender and ethnicity, correct?

5   **A.**  That's correct, yes.

6   **Q.**  And then if we turn the page, this shows the demograph --

7   the first four bars show the demographics of the hypothetical

8   admitted classes for the years that you had data, correct?

9   **A.**  Yes.

10   **Q.**  And in each of those models, the percentage of

11   Asian-American applicants that your model predicts would get

12   admitted decreases, correct?

13   **A.**  That's correct.

14   **Q.**  Okay.  And in the -- and when you compare the

15   hypothetical admitted classes, the demographics of that for

16   model 4 to the actual -- the demographics of the actual

17   admitted classes in model 5, those numbers are pretty close,

18   aren't they?

19        MS. ELLSWORTH:  Your Honor, there's no model 5.  I

20   think the question is a little confusing.

21        MR. HUGHES:  Thank you.  That was a bad question.

22   Following the compliments of the lawyering, I am sorry.  Let

23   me try again.

24   **Q.**  So when you compare --

25        THE COURT:  There's no such thing as a stupid

1  question.

2          MR. HUGHES:  There is such thing as an

3  incomprehensible question, so let me try to ask a

4  comprehensible one, Mr. Hansen.

5  **Q.**  If you look at the demographics of model 4, what that is

6  is the demographics based on the input variables to model 4

7  of the hypothetical admitted classes for the years that you

8  had data, correct?

9  **A.**  I'm sorry.  Could you repeat the question?  I'm really

10  sorry.

11  **Q.**  Focusing on model 4, what model 4 shows is demographic

12  breakdown, correct?

13  **A.**  It shows the hypothetical one generated by model 4.

14  **Q.**  Okay.  And that's for -- it's the hypothetical admitted

15  class for each of the classes that you had the data for,

16  right?

17  **A.**  It would be them all pooled together.

18  **Q.**  All pooled together, right; is that right?

19  **A.**  Yes.

20  **Q.**  And then you compare that to the actual admitted class,

21  correct?

22  **A.**  Yes.

23  **Q.**  And that's what's in the fifth column, correct?

24  **A.**  That's correct.

25  **Q.**  And you pooled all of the class years and got the

1    demographics for those actual admitted classes as reflected

2    in that fifth column, correct?

3    **A.**   Yes.

4    **Q.**   And then we can compare column 4 to column 5.  That's the

5    purpose of this, correct?

6    **A.**   Yes.

7    **Q.**   And we can see that the demographics of your -- of model

8    4 in terms of race and ethnicity are pretty close to the

9    actual admitted classes for the years that you had data,

10   correct?

11   **A.**   Yes.  It's not unexpected, so there's a circular element

12   to this in that you're using demographic attributes to model

13   a hypothetical admitted student pool and then comparing them

14   to the actual.

15   **Q.**   Yeah, I appreciate that.  And you will get to answer your

16   lawyers' questions when it's their turn to ask you questions.

17           My question is, the demographics between these two,

18   the model and the actual, is pretty close, isn't it?

19   **A.**   On the attributes being measured, yes.

20   **Q.**   And the thing you just said about circular, that's

21   nowhere in this document, is it?

22   **A.**   I think the preliminary caveat up there was meant to

23   convey some of the methodological concerns that might come

24   with this.

25   **Q.**   Now, if we look at the -- you would agree with me that

1    all -- everything you just said about circular, that doesn't

2    appear anywhere in this document, does it?

3    **A.**   It would be covered by the preliminary piece.

4    **Q.**   All captured by the word "preliminary."  That's your

5    testimony.

6             MS. ELLSWORTH:  Your Honor, I'm going to object on

7    argumentative.  We can let the witness answers his questions.

8    We've got plenty time of here.

9             THE COURT:  You can have the question because I

10   don't think it's unduly argumentative, but let him finish his

11   answer before you ask it, okay?

12            MR. HUGHES:  Thank you, Your Honor.

13   **A.**   Sorry.  Could you repeat the --

14   **Q.**   All the testimony you just gave us about circular, that's

15   all captured by the word "preliminary."  That's your

16   testimony?

17   **A.**   It would convey any methodological concerns I would have

18   about this approach.

19   **Q.**   Now, you don't recall having a reaction to the numbers

20   produced by this model, correct?

21   **A.**   That's correct.

22   **Q.**   Okay.  And you do recall showing the information from

23   these models to Dean Fitzsimmons, correct?

24   **A.**   In some form, yes.

25   **Q.**   And you do not remember Dean Fitzsimmons' reaction upon

1   seeing these numbers, correct?

2   **A.**   I don't think so, no.

3   **Q.**   Okay.  And now turning to page 35 --

4          THE COURT:  May I ask you a question about this?

5   Sorry.

6          I know you haven't been here, and I may come pretty

7   close to stupid questions on this graph, but I've been sort

8   of wrestling with it to begin with.

9          Can you -- does this mean that if you take the

10  numbers assigned for each of those four things, are you --

11  can you conclude from that that if you look just at those

12  numbers, you can accurately predict the demographics of the

13  class?

14         THE WITNESS:  Demographics on those attributes, so

15  if you were to look at something like income, which isn't

16  included here, it probably wouldn't mirror the actual income

17  distribution of the admitted student class.

18         And same thing with something like geography, where

19  it's entirely feasible that model 4 could have all students

20  from California.  I mean, that's on the edge of feasible, but

21  it's -- it wouldn't necessarily mirror the geographic

22  distribution of applicants or admitted students in the true

23  admitted student pool.

24         I apologize, Your Honor.  I'm not an expert on

25  statistics.

```
 1              THE COURT:  I should be the one who apologizes.
 2              The four thing in model -- the three things in
 3     models 1, 2 and 3 are things that Harvard assigns a numerical
 4     rating to, right?  That's where those come from, right?
 5              THE WITNESS:  I believe so, yes.
 6              THE COURT:  And so if you run just those numbers
 7     and nothing else, you would come out with -- you would expect
 8     to see a population in the class similar to model 3, right?
 9              THE WITNESS:  I'm sorry.  Could you --
10              THE COURT:  If you put -- academics, legacy and
11     athlete -- well, I shouldn't say legacy.  But academics,
12     athlete, extracurricular and personal are all things that the
13     admissions reviewers give a number to, right?
14              THE WITNESS:  Yes.
15              THE COURT:  That's the input here, right?
16              THE WITNESS:  To the model 3, yes.
17              THE COURT:  Where does the legacy thing come from?
18     Is that a number?  Like, what's the input on that?
19              THE WITNESS:  It would be probably a binary flag.
20     So it's basically a yes or no.
21              THE COURT:  Okay.  And so if you put in academics,
22     the binary flag, the number for athletic, the number for
23     extracurricular and the number for personal and you just
24     based your decisions on those numbers, you would expect that
25     -- the income class to look like model 3, right?
```

```
 1                THE WITNESS:  On these attributes.

 2                THE COURT:  Just on those objective numbers.  I

 3      mean, we're hearing that there's other things that go into

 4      the process, but if there wasn't anything else going into the

 5      process, just the numbers, you would expect the class to look

 6      like model 3?

 7                THE WITNESS:  Theoretically, yes.

 8                THE COURT:  Okay.  I know you don't know who they

 9      are, right, so they --

10                THE WITNESS:  No.

11                THE COURT:  But then, what do you -- what are you

12      putting into model 4 that changes -- what about model 4

13      changes the number?

14                THE WITNESS:  It would be the inclusion of those

15      demographic variables, so it would more or less reflect the

16      demographics of the incoming class.

17                THE COURT:  So let's just take the number -- let's

18      just take the number for whites.  So you go just on the

19      objective numbers, and you would expect the incoming class to

20      be 51 percent white, right?

21                THE WITNESS:  This is model 3?

22                THE COURT:  Yeah, model 3.

23                So you take just those objective numbers we were

24      talking about, and you expect the class to be 51 percent

25      white, right?
```

 1              THE WITNESS:  Thereabouts.

 2              THE COURT:  What are you putting in that changes it

 3    to 44 percent?  You're putting in the demograph- -- is that

 4    the demographics of the actual class?

 5              THE WITNESS:  Yes.

 6              THE COURT:  So then if you're putting in the

 7    demographics of the actual class, why is there any difference

 8    at all between model 4 and actual?

 9              THE WITNESS:  So early on, I think on that initial

10    slide, I made what amounts to more or less an arbitrary

11    choice to say an incoming class would be 2100 students.  But

12    it's entirely possible over time that that number actually

13    varies year to year, and there's also the potential for just

14    some noise in fitting the models.

15              THE COURT:  So the model 4 is always going to look

16    like actual, right?

17              THE WITNESS:  I think it should be pretty close, at

18    least on the things we're looking at in the model.

19              THE COURT:  Okay.  All right.  Thank you.

20              If you want to do follow up from that, go ahead.

21              MR. HUGHES:  I think we're good, Your Honor.

22    BY MR. HUGHES:

23    Q.  Turning to page 35, this shows projected admission rates

24    based on the model, correct?

25    A.  I believe so, yes.

1    **Q.**  And, again, the projected admission rates for Asian

2    applicants goes down from -- keeps going down with every

3    iteration of the model, correct?

4    **A.**  I'm sorry.  Could you repeat the question?

5    **Q.**  You can see that there's -- this one is a little harder

6    to look at, but you can see that there's a color that's like

7    brown or olive green that's related to Asian applicants.  Do

8    you see that?

9    **A.**  I do, yes.

10   **Q.**  And then you can see there's the line that goes down that

11   reflects the admission rates, correct?

12   **A.**  Yes.

13   **Q.**  And in each iteration of the model, the projected

14   admission rates for Asian applicants goes down, correct?

15   **A.**  Yeah, those hypothetical rates.  Yes.

16              THE COURT:  Sorry, Mr. Hughes, one more question.

17              MR. HUGHES:  Sure.

18              THE COURT:  So the percentage -- if you take the

19   actual numbers, which are model 3, and I understand there's

20   other factors that go into it, but if you just take model 3,

21   the percentage of -- the percentage of the Asians and whites

22   goes down by basically the same, right?

23              THE WITNESS:  This is model 3 going to model 4?

24              THE COURT:  Yeah -- well, yeah.  Or actual.  I

25   mean, when you start moving in -- is that right?

1          THE WITNESS:  They're close-ish.  Sorry.  I don't

2     know that I could do the math real quickly in my head.

3          THE COURT:  Okay.  Thank you.

4     **Q.**  Then if we move to slide 36, we have a slide entitled

5     "What have we learned?"  Do you see that?

6     **A.**  Yes.

7     **Q.**  And you say, "Once we account for ratings and demographic

8     factors, we can closely predict what the admitted class will

9     look like."  Do you see that?

10    **A.**  I do.

11    **Q.**  And you say, "With current data" -- this is your slide,

12    right?

13    **A.**  I'd say likely, yes.

14    **Q.**  And then you say, "With current data, we explain a

15    significant amount of the variation in admission, but further

16    details, especially around the personal rating, may provide

17    further insight," correct?

18    **A.**  Yes.

19    **Q.**  And then you say, "There are a variety of factors a

20    quantitative data is likely to miss, the ratings do not

21    capture," and then you have a list of those, correct?

22    **A.**  Yes.

23    **Q.**  Okay.  And you don't say on this slide that the model is

24    unreliable or inaccurate, correct?

25    **A.**  I would have covered that in that first -- with the

```
 1    caveats that go with the models.
 2    Q.   And then look at slide 38.  This is an OIR presentation,
 3    and I think you've already told us this was in some form
 4    shared with Dean Fitzsimmons, correct?
 5    A.   Yes.
 6    Q.   And what OIR is saying here at the end of the analysis in
 7    these models, posing some research questions, correct?
 8    A.   Yes.
 9    Q.   And you can see I've got part of page 38 blown up on the
10    screen.  Do you see that?
11    A.   Oh, sorry.  Yes.
12    Q.   And then the third question is, "Is there bias against
13    Asians in college admissions?"  Do you see that?
14    A.   I do.
15    Q.   And then there's, "Next steps to further address the
16    question of bias.  Is there more data to elaborate our
17    understanding of the role of the personal essay and other
18    factors?"  Do you see that?
19    A.   I do.
20    Q.   Now I want to move on to a different document as
21    Plaintiff's Exhibit 9, and you've got that in your binder.
22    A.   Is it okay to flip through it?
23    Q.   Absolutely.  Yeah, I was kind of waiting for you.  Sorry,
24    Mr. Hansen.  I should have communicated that to you.  Just
25    let me know when you've kind of taken a look at it.
```

**A.**   Okay.

**Q.**   Take a look at P9.

**A.**   Yes.

**Q.**   And you saw in there, if you looked at, like, page 11, you probably saw the model that we just talked about, right?

**A.**   Yes, in draft form.

**Q.**   And P9, Plaintiff's Exhibit 9, is one of the iterations concerning whether Harvard's admissions process disadvantages Asians, correct?

**A.**   It would be an early draft of some of the content that went into that later presentation.

        MR. HUGHES:  At this point, Your Honor, I'd like to move for the admission of P9.

        MS. ELLSWORTH:  No objection.

        THE COURT:  P9 comes in.

        MR. HUGHES:  At long last.

        THE COURT:  And the motion is mooted?

        MR. HUGHES:  The motion is mooted.  I'm told I get a treat back at the war room tonight.

        (Exhibit P9 admitted into evidence.)

        MR. LEE:  Your treat is we don't have to respond.

        MR. HUGHES:  Fair enough, Mr. Lee.

**Q.**   Now, as a general matter, this document was connected to the research you were doing related to the concerns raised in the Unz article, right?

1    **A.**   Related to the Unz article, yes.

2    **Q.**   Now, let's just look at a few pages of P9.  Turn to page

3    5, if you will.

4    **A.**   Okay.

5    **Q.**   Do you see page 5 in your binder?  And I've got it up on

6    the screen.

7           And what this shows is that -- some differences

8    between white applicants and Asian applicants, correct?

9    **A.**   Yes.

10   **Q.**   And if the bars are going to the -- do you see where I've

11   got highlighted the zero line?

12   **A.**   I do.

13   **Q.**   And if the bars are going to the right of the zero line,

14   that means Asians are doing better in the categories that are

15   listed here; and if the bars are going left, that means white

16   applicants are doing better, correct?

17   **A.**   The right would say the average would be higher for

18   Asians and the left would be higher for white.

19   **Q.**   For white applicants?

20   **A.**   Yes.

21   **Q.**   Okay.

22   **A.**   Sorry.  Yes.

23   **Q.**   So we have, on average, the Asian applicants are higher

24   for SAT II average, SAT average and alumni 2 rating, correct?

25   **A.**   Yes.

1    **Q.**  And then for the next four categories, alumni rating 1,

2    guidance rating, teacher rating 2 and teacher rating 1.  And

3    for the first three of those, white applicants do a little

4    bit better on average; and for the last one, teacher rating

5    1, the Asian applicants do a little bit better on average.

6    Correct?

7    **A.**  Yes.

8    **Q.**  And those differences are much smaller than the other

9    differences that we see on the screen, correct?

10   **A.**  They're smaller, yes.

11   **Q.**  And then we see the one category where the white

12   applicants do, you know, significantly better or better is

13   the personal rating, correct?

14   **A.**  I'd just say that the personal ratings on average are

15   higher for white applicants.

16   **Q.**  And it looks like that's about 1. -- or .13 standard

17   deviations on average, correct?

18   **A.**  That sounds about right.

19   **Q.**  And then we can look down and see for extracurricular and

20   academic, the Asian applicants on average are better than the

21   white applicants, correct?

22   **A.**  They have a higher average rating, on average.

23   **Q.**  And if we look down here in the notes, you've got some

24   different notes at the bottom of the slide, correct?

25   **A.**  Yes.

1    **Q.**  And the first one is that you excluded legacies and

2    athletes, correct?

3                    MR. HUGHES:  Bless you, Your Honor.

4                    THE COURT:  Thank you.

5    **A.**  Yes.

6    **Q.**  And the reason that you remove athletes and legacies is

7    because those are attributes that have been described as

8    favoring white students, correct?

9    **A.**  Yes.

10   **Q.**  And then your other notes you've got that you didn't have

11   the ratings for all the years, so there's -- the number of

12   applicants differs for each rating test score.  Do you see

13   that?

14   **A.**  Yes, I do.

15   **Q.**  And what that means is there were a different number of

16   people that you had data for for certain variables, correct?

17   **A.**  Certain -- yes.  Essentially people, years, some years we

18   didn't have ratings.

19   **Q.**  You averaged that all out to get your bar graph, right?

20   **A.**  It would be the pool of whatever we had available.

21   **Q.**  And then you've -- to the last bullet point is what we

22   already talked about, the differences that we see here are in

23   standard deviations, correct?

24   **A.**  Yes.

25   **Q.**  Now let's look at page 8.  Here we have -- and let me

1    just remind you, I'm going to show you pages 10 and 11 real

2    quickly just to orient everybody.

3           You see page 10 we have a kind of description

4    similar but not perfectly identical to what we saw in P12,

5    describing your work in putting together this model, correct?

6    **A.**   Yeah, it looks like an earlier draft.

7    **Q.**   And if you look down at the bottom, the input variables

8    to the four models are the same here as they were in P12,

9    correct?

10   **A.**   They should be, yes.

11   **Q.**   And this bar graph is the same as in P12, correct?

12   **A.**   I think so, without looking.

13   **Q.**   And so we're not going to go through it twice.

14   **A.**   Yeah.

15   **Q.**   I want to turn back to page 8 where you're reporting some

16   odds ratios for the main effect of the logistic model.

17          Do you have page 8 in front of you?

18   **A.**   Yes.

19   **Q.**   Okay.  And then we see -- and these are odds ratios

20   related to chance of -- whether something is positively or

21   negatively associated with admissions, correct?

22   **A.**   With a probability of admission, yes.

23   **Q.**   So, for example, having a higher personal rating is

24   favorably associated with the chance of admission, correct?

25   **A.**   Yes, it's a positive relationship.

1  **Q.**  And there's a positive relationship, for example, between

2  being African-American and admission to Harvard, correct?

3  **A.**  In this model, yes.

4  **Q.**  Okay.  And it actually shows that the positive

5  relationship between being African-American and admission to

6  Harvard is greater than the positive relationship between

7  being Hispanic and admission to Harvard, correct?

8  **A.**  I'm sorry.  Could you repeat the question?

9  **Q.**  Let me try to --

10 **A.**  I'm sorry.

11 **Q.**  It's a lot of words on the screens.  Do you see the two

12 things I've got highlighted here on the screen?

13 **A.**  I do.

14 **Q.**  My question is, what this shows is that being

15 African-American is more positively associated with admission

16 to Harvard than the Hispanic variable, correct?

17 **A.**  In this particular model, yes.

18 **Q.**  And then if we get down -- and the line here, the line

19 here, if you're on the -- let me just ask you this:  Down

20 here where you see "Asian," being Asian in this model is

21 negatively associated with admission to Harvard, correct?

22 **A.**  In this model, yes.  I believe one is sort of equivalent

23 of zero.

24 **Q.**  I'm sorry?

25 **A.**  I believe one is the equivalent of being zero on this

1    display being negative, anything to the left of one would be

2    negative.

3    **Q.**   So just to be clear, being Asian is negatively associated

4    with the probability of admissions in this model, correct?

5    **A.**   Yes.

6    **Q.**   Okay.  You would describe Plaintiff's Exhibit 9 as

7    providing evidence that Asians were disadvantaged in the

8    admissions process, but you're not sure whether it is

9    intentional, correct?

10   **A.**   I'm sorry.  Could you repeat the question?

11   **Q.**   You would describe this exhibit as providing evidence

12   that Asians were disadvantaged in the admissions process, but

13   you're not sure whether it's intentional, correct?

14   **A.**   It could provide evidence, but it's certainly not an

15   exhaustive look at all the factors in the admissions process.

16           THE COURT:  What do the class numbers mean on this?

17   Why are those in there?

18           THE WITNESS:  So it would be an attempt to control

19   for time.  So essentially you'd consider the class of -- pick

20   one, 2008, in isolation from 2012.  So as it gets -- over

21   time there are more applications, finite number of seats, so

22   over time it would get harder.  You would have a lower

23   probability of admission.

24           So an earlier class, because there were fewer

25   applications, might have a higher probability of admission.

1    I realize looking at it they're not necessarily perfectly in

2    order, but that's the general idea.

3              THE COURT:  So how would you, like -- how would you

4    say that?  Like, being in the class of 2016 is -- you have a

5    -- if you're in the class of 2016, you have less than one

6    probability of getting in?

7              THE WITNESS:  I'd say negatively associated.  And

8    this is in part due to -- it's been a while since I've done

9    this kind of work.  These are also relative to some reference

10   group, which I'm not quite sure what that would be in this

11   instance.

12             THE COURT:  What does it mean for a whole class to

13   be negatively associated with admissions?

14             THE WITNESS:  It's compared to some reference

15   point.  So it might have been either the earliest class in

16   this data so relative to the class -- I don't know if 2007's

17   in here, maybe that's the reference here -- but relative to

18   the class of 2007, being in the class of 2016 would be

19   negatively associated with the probability of admission.

20             THE COURT:  So does this have anything to do

21   with -- it doesn't have anything to do with the absolute

22   number of applications; you're just saying the more

23   applications there are, the harder it gets?

24             THE WITNESS:  Essentially, Your Honor, that sounds

25   right.

1           MR. HUGHES:  Your Honor, were those all your

2    questions on this part?

3           THE COURT:  Yeah.

4           MR. HUGHES:  I'm going to try to ask a follow-up

5    question.

6    BY MR. HUGHES:

7    **Q.**  Based on your familiarity with the data relating to

8    Harvard admissions, over time, generally speaking, more

9    people apply to Harvard College, at least in this timeframe,

10   right?

11   **A.**  I think that's true without being 100 percent sure.  That

12   sounds --

13   **Q.**  Year after year --

14   **A.**  -- generally right.

15   **Q.**  And just as a matter of -- and you're comparing these

16   variables that you've got here to a baseline, correct?

17   **A.**  Yes.

18   **Q.**  And your baseline might be, I think you said, might be

19   2007, correct?

20   **A.**  Without -- I wouldn't know for sure, but that would seem

21   right, based on the years of data described.

22   **Q.**  And then if a whole bunch more people applied to Harvard

23   in 2016 instead of 2007, just, by virtue of the bigger class,

24   your odds are lower of getting in in '16 as in '07 just

25   because more people applied.  That's just the basic math,

1  correct?

2  **A.**  I think so, yes.

3           THE COURT:  But you can't say, like -- this doesn't

4  reflect the fact that there's fewer people with high personal

5  ratings so more of them get in?

6           THE WITNESS:  I'm sorry.  Could you repeat the

7  question?

8           THE COURT:  It's not a percentage, right?  Like,

9  this doesn't reflect that there's -- could you extrapolate

10  from this that there's fewer high personal ratings so a

11  bigger percentage of them get in or there are fewer

12  African-American applicants so a bigger percentage of them

13  get in?  Can you read that like that, or no?

14           THE WITNESS:  I don't believe so, but I could be

15  mistaken.

16  BY MR. HUGHES:

17  **Q.**  I'll just return to the question that I asked you before,

18  but I am not sure that the record is clear.

19           You would describe P9 as providing evidence that

20  Asians were disadvantaged in the admissions process, but you

21  were not sure whether it was intentional, correct?

22  **A.**  It could provide evidence that Asians are disadvantaged

23  in the admissions process.  However, it's not necessarily a

24  comprehensive look at all the factors considered in

25  admissions.

1   **Q.**  And, in fact, you cannot eliminate the possibility that

2   bias against Asians explained the fact that being Asian is

3   negatively associated with being admitted to Harvard,

4   correct?

5   **A.**  I'm sorry.  Could you repeat the question?

6   **Q.**  You cannot eliminate the possibility that bias against

7   Asians explained the fact that being Asian is negatively

8   associated with being admitted to Harvard, correct?

9   **A.**  I can't.  However, these models don't establish causal

10  relationships between any of these inputs on the left-hand

11  side and in admissions outcome.

12  **Q.**  Now, you met with Dean Fitzsimmons to discuss your

13  analysis of race in the admissions process on more than one

14  occasion, correct?

15  **A.**  I think that would have been a topic.

16  **Q.**  On more than one occasion, correct?

17  **A.**  Potentially, yes.

18  **Q.**  And the other people that you remember being at those

19  meetings were Ms. Bever and Dr. Driver-Linn, correct?

20  **A.**  That sounds right, yes.

21  **Q.**  And you don't recall any reaction by Dean Fitzsimmons

22  when he learned about OIR's analysis into whether Asians were

23  being disadvantaged in Harvard's admissions process, correct?

24  **A.**  I think the analysis of admissions preferences was

25  probably presented with a docket of other things, so I'm not

1    recalling specific reactions.

2    **Q.**   And you're not aware of anyone ever criticizing the

3    analysis that you did into whether Harvard's admissions

4    process disadvantaged Asians, correct?

5    **A.**   I don't know that any of these analyses would have been

6    circulated beyond our office and Dean Fitzsimmons.

7    **Q.**   Yes.  But just so the record is clear, you're not aware

8    of anyone ever criticizing the analysis that you did into

9    whether Harvard's admissions process disadvantaged Asians,

10   correct?

11   **A.**   No, but I don't think any of these analyses were

12   seriously vetted by anyone outside of our office.

13   **Q.**   And you don't recall anyone at Harvard taking any action

14   in response to OIR's analysis into whether Asians were being

15   disadvantaged in Harvard's admissions process, correct?

16   **A.**   I'm sorry.  Could you repeat the question?

17   **Q.**   You don't recall anyone at Harvard taking any action in

18   response to OIR's analysis into whether Asians were being

19   disadvantaged at Harvard's admissions process, correct?

20   **A.**   I don't know that I'd be aware of any action taken or not

21   taken due to any of the admissions analyses we're doing.

22   **Q.**   And you're not aware of any, right?

23   **A.**   I'm not aware of any action.

24   **Q.**   And you're not aware of any changes in the admissions

25   process that occurred as a result of OIR's analysis into

1    whether Asians were being disadvantaged in the admissions

2    process, correct?

3    **A.**   I'm sorry.  Could you repeat the question?

4    **Q.**   You're not aware of any changes in the admissions process

5    that occurred as a result of OIR's analysis into whether

6    Asians were being disadvantaged in the admissions process,

7    correct?

8    **A.**   I'm not aware of any changes as a result of any of these

9    analyses.

10               MR. HUGHES:  No further questions.

11               MS. ELLSWORTH:  May I proceed, Your Honor?

12               THE COURT:  Yes.

13   EXAMINATION BY MS. ELLSWORTH:

14   **Q.**   Good morning, Mr. Hansen.

15   **A.**   Good morning.

16   **Q.**   Mr. Lee, can I have Plaintiff's Exhibit 9 up on the

17   screen, please.

18               And you can turn to Tab 1 in the binder that we

19   just gave you that has Plaintiff's Exhibit 9 in it, first

20   tab.  Are you there?

21   **A.**   I am.

22   **Q.**   All right.  Mr. Hughes was asking you some questions

23   about Plaintiff's Exhibit 9 just now.  Do you remember that?

24   **A.**   I do, yes.

25   **Q.**   How would you describe Plaintiff's Exhibit 9?

1    **A.**   Essentially as either my working notes or even like lab

2    notes.  So as I was familiarizing myself with admissions

3    data, essentially just drawing exhibits as a way of

4    understanding the numbers I was working with.

5    **Q.**   Is Plaintiff's Exhibit 9 a presentation of some sort?

6    **A.**   I don't believe so, no.

7    **Q.**   Is it a final work product of OIR?

8    **A.**   No.  I mean, there are typos on the very first page.

9    **Q.**   Did you show Plaintiff's Exhibit 9 to any of your

10   colleagues in the Office of Institutional Research?

11   **A.**   I doubt I would have, given the typos.  I would have

12   probably proofread.

13   **Q.**   Did you show Plaintiff's Exhibit 9 to Dean Fitzsimmons?

14   **A.**   I'd say very unlikely; again, given the typos.

15   **Q.**   In response to some of the questions from Mr. Hughes, you

16   described your work at OIR as relating to the factors in

17   Harvard admissions process.  Do I have that generally right?

18   **A.**   Some of the work, yes.

19   **Q.**   And Mr. Hughes characterized the work that you did at OIR

20   as an analysis into whether Asians were disadvantaged in the

21   admissions process.  Do you remember that?

22   **A.**   Yes.

23   **Q.**   All right.  How would you characterize the two work

24   products that Mr. Hughes showed you this morning, Plaintiff's

25   Exhibit 9 and Plaintiff's Exhibit 12?

1    **A.**   So probably a bit broader.  So looking at a number of

2    different factors used in the admissions process, not just

3    race and ethnicity.

4    **Q.**   So you don't agree with Mr. Hughes' characterization of

5    the work?

6    **A.**   No.

7    **Q.**   Mr. Hughes asked you some questions about your deposition

8    testimony.

9           Do you remember that?

10   **A.**   I do.

11   **Q.**   And he showed you some deposition testimony?

12   **A.**   Yes.

13   **Q.**   The questioner at your deposition described OIR projects

14   in language similar to Mr. Hughes, right?

15   **A.**   Yes.

16   **Q.**   Do you agree with the way the questioner at your

17   deposition characterized the work of OIR?

18   **A.**   I do not.

19   **Q.**   Did any of your work at OIR show bias or discrimination

20   against Asian-American applicants?

21   **A.**   No.  Those would imply causal inference, and that's not

22   something I have the training to do.

23   **Q.**   So let's talk a little bit about your background,

24   Mr. Hansen.  Do you consider yourself an expert in

25   statistics?

1    **A.**   No.

2    **Q.**   Do you consider yourself an expert in statistical

3    modeling?

4    **A.**   No.

5    **Q.**   In your professional career, when is the first time that

6    you ever did a logistic regression project?

7    **A.**   As far as I can recall, mostly associated with these

8    analyses.

9    **Q.**   So the work in Plaintiff's Exhibit 12 that we were

10   looking at earlier?

11   **A.**   Or P9.

12   **Q.**   Plaintiff's Exhibit 9?

13   **A.**   I think so, yes.

14   **Q.**   Okay.  And when is the last time that you did a logistic

15   regression analysis?

16   **A.**   While employed by Harvard.  So sometime in the spring or

17   early summer of 2013.

18   **Q.**   Do you do any statistical analysis as a part of your work

19   in your current position?

20   **A.**   Not really, no.

21   **Q.**   Can you look, please, in Tab 2 of your binder.

22   **A.**   Okay.

23   **Q.**   Do you have in front of you Plaintiff's Exhibit 46?

24   **A.**   I do.

25   **Q.**   What is this document?

1   **A.**   It looks like a -- either email or draft of an email

2   likely from myself to Erica Bever with essentially some

3   follow-up analysis that had been requested.

4   **Q.**   Do you believe that you drafted this email or portions of

5   an email?

6   **A.**   It seems pretty likely.

7          MS. ELLSWORTH:  Your Honor, I move to admit

8   Plaintiff's 46.

9          MR. HUGHES:  No objection.

10          THE COURT:  Admitted.

11          (Exhibit P46 admitted into evidence.)

12  **Q.**   Mr. Hansen, if you can just look back at Plaintiff's 9,

13  which is the first tab in your binder.  And in particular,

14  please look at slide 5 of that exhibit.

15  **A.**   Okay.

16  **Q.**   Did you show slide 5 of Plaintiff's Exhibit 9 to Dean

17  Fitzsimmons?

18  **A.**   I don't think so.

19  **Q.**   Can you look at slide 8 of Plaintiff's Exhibit 9.  Did

20  you show slide 8 of Plaintiff's Exhibit 9 to Dean

21  Fitzsimmons?

22  **A.**   Again, I don't think so.

23  **Q.**   And look at slide 9 of Plaintiff's Exhibit 9, please.

24  Did you show slide 9 of Plaintiff's Exhibit 9 to Dean

25  Fitzsimmons?

1    **A.**   I don't think so.

2    **Q.**   All right.  Let's -- Mr. Lee, if we could have

3    Plaintiff's Exhibit 12, please, which is at Tab 4 in your

4    binder, Mr. Hansen.  Are you there?

5    **A.**   Yes.

6    **Q.**   All right.  And you referenced in response to some

7    questions from Mr. Hughes that there were several projects

8    contained within this exhibit.  Do you recall that testimony?

9    **A.**   I do.

10   **Q.**   So let's focus on slides 32 through 34 of Plaintiff's

11   Exhibit 12, please.  These are the -- I'll wait until you're

12   there.

13   **A.**   Sorry.

14   **Q.**   No.  Take your time.

15   **A.**   Okay.

16   **Q.**   This is the modeling exercise you were discussing with

17   Mr. Hughes, right?

18   **A.**   Yes.

19   **Q.**   And you created these models, right?

20   **A.**   I believe so, yes.

21   **Q.**   Just so the record is clear, these are four separate

22   models, correct?

23   **A.**   Yes.

24   **Q.**   Did you consult with the Harvard admissions office in

25   creating these four separate models?

1    **A.**   I did not.

2    **Q.**   What was the goal of the four models that are shown on

3    slides 32 through 34 of Plaintiff's Exhibit 12?

4    **A.**   It's laid out on slide 32.  So using various ratings,

5    characteristics, how well can we simulate the demographic

6    composition of an admitted students pool, using different

7    combinations of those inputs.

8    **Q.**   Let's take a look at slide 33, please, of Plaintiff's 12.

9    This describes the factors that were included in each of the

10   four models, right?

11   **A.**   The inputs, yes.

12   **Q.**   The inputs, thank you.  And you discussed model 1 with

13   Mr. Hughes.  Do you remember that?

14   **A.**   I do, yes.

15   **Q.**   What are the inputs to model 1?

16   **A.**   In this instance, so the inputs would be academic index

17   and academic rating.

18   **Q.**   Are those the only factors used in the Harvard admissions

19   process?

20   **A.**   I don't believe so, no.

21   **Q.**   Are those the only two academic considerations in the

22   Harvard admissions process?

23   **A.**   I don't believe they are.

24   **Q.**   And, again, did you confer with the admissions office

25   before selecting these two variables?

1    **A.**  I did not, no.

2    **Q.**  Can you please describe for the court the process that

3    you used to conduct the logistic regression using these two

4    factors in model 1?

5    **A.**  Sure.  So you take those two factors as inputs, and as an

6    output, you take an actual admissions outcome.  You'd fit a

7    series of -- or you'd fit a single logistics regression

8    model.  From that model you can get what are called fitted

9    probabilities.  That would be estimates at a given

10   applicant's probability of admission; and in this instance,

11   based on these two factors.

12          And then from there I took and rank-ordered the

13   data essentially by that fitted probability.  And for each

14   class year I took the 2100 students with the highest

15   probability of admission in this simulation and called that

16   my entering class.

17          So in total, these reflect probably about 21,000

18   kind of simulated admits.

19   **Q.**  And just to clear up something that Mr. Hughes asked, did

20   you run each model on a year-by-year basis?

21   **A.**  I fit a single model for everyone and then generated the

22   probabilities for everyone but then year by year selected the

23   top 2100 for each year.

24   **Q.**  So for each of the years of data you analyzed, you

25   selected the top 2100 for each of these years.  Do I have

1    that right?

2    **A.**  Yes.

3    **Q.**  The output that's shown on slide 34 combines them

4    altogether, correct?

5    **A.**  It would be the demographic composition of, essentially,

6    so model 1 -- actually, all four of them of ten kind of

7    simulated entering classes.  So about 21,000 people.

8    **Q.**  But the way that you constructed the models was on a

9    year-by-year basis?

10   **A.**  The model itself, so the fitting part would have been

11   against all the data.  But the actual selection, so the

12   slicing off the top 2100, would have been year by year.

13   **Q.**  Why did you choose 2100 to -- as the cutoff?

14   **A.**  It was an arbitrary sort of ballpark that was close to

15   the actual -- or I think the actual admitted class size.

16   **Q.**  Do you know what the actual admitted class size is for

17   any of those years in question?

18   **A.**  No, I don't.

19   **Q.**  So after you rank-ordered the 2100 for each year of the

20   model, what was the next step that you took?

21   **A.**  It would have been to look at the demographics of that

22   hypothetical admitted student class.

23   **Q.**  And so from model 1, that shows the demographics, that

24   is -- withdrawn.

25              On slide 34 you had the output for model 1 on the

1   far left of the slide, correct?

2   　　　　MS. ELLSWORTH:  God bless you, Your Honor.

3   **A.**  It would be the demographic composition of that

4   hypothetical admitted class.

5   **Q.**  Why is it a hypothetical admitted class, Mr. Hansen?

6   **A.**  These are essentially guesses at the individual level as

7   to whether someone got in or not.  The individuals that are

8   reflected in this left-most model may not have actually

9   gotten into Harvard College.

10  **Q.**  So let's go back, please, to slide 33, Mr. Lee, and look

11  at model 3.

12  　　　　How did the steps that you just described with

13  reference to model 1 compare to the steps that you took with

14  model 3?

15  **A.**  They would be the same, except they would add an

16  additional four factors:  so legacy, athlete, personal rating

17  and extracurricular rating.

18  **Q.**  And then after you used those additional four factors,

19  what were the next steps you took?

20  **A.**  So you'd get a single -- you'd fit a single model, you'd

21  generate fitted probabilities for every record in the

22  dataset, and then you'd go class by class or year by year

23  selecting the top 2100 or the top -- the 2100 applicants with

24  the highest probability of admission, and constructing an

25  essentially hypothetical admitted student pool from that.

1  **Q.**  And, again, the 2100 with the highest probability of

2  admission would be using just those six factors listed in

3  model 3?

4  **A.**  Yes.

5  **Q.**  Are there factors beyond those six factors listed in

6  model 3 that are used in the Harvard admission process?

7  **A.**  I believe so, yes.

8  **Q.**  And looking next at model 4 here on slide 33, what are

9  the steps that you took with model 4 as compared to the steps

10  you took with reference to the other models?

11  **A.**  I'm sorry.  Could you repeat the question?

12  **Q.**  Sure.  Let's step back one step.  What are the factors

13  that are included in model 4?

14  **A.**  It would be eight.  So academic index, academic rating,

15  legacy status, athlete, personal rating, extracurricular

16  rating, gender and ethnicity.

17  **Q.**  And how did the steps -- how did the steps that you just

18  described for models 1 and models 3 -- model 3 compare to the

19  steps you took to create model 4?

20  **A.**  They would be the same.  They just include those two

21  additional factors.

22  **Q.**  Mr. Lee, can we please pull up DD 7.2.

23       Mr. Hansen, do you see in front of you DD 7.2 on

24  the screen?

25  **A.**  Oh, sure.  I do, yes.

1   **Q.**   And does DD 7.2 have the bar showing the racial breakdown

2   of the actual admitted student pool from slide 34 of

3   Plaintiff's Exhibit 12?

4   **A.**   Yes, it does.

5   **Q.**   Now, Mr. Lee, can we have DD 7.3, please.

6            All right.  On the left of DD 7.3, Mr. Hansen, do

7   you see the list of inputs to model 4 from slide 33 of

8   Plaintiff's Exhibit 12?

9   **A.**   I do, yes.

10  **Q.**   Do you see the arrow at the bottom of DD 7.3?

11  **A.**   I do, yes.

12  **Q.**   What does that arrow at the bottom of the DD 7.3 show?

13  **A.**   Essentially the circular nature of some of this in that

14  we're using the actual admissions outcomes and demographics

15  of an admitted student class to predict or to create a

16  hypothetical admitted student class.

17  **Q.**   Mr. Lee, can we have DD 7.4, please?

18           So on DD 7.4, Mr. Hansen, do you see the bar

19  showing the results of model 4 from slide 34 of Plaintiff's

20  Exhibit 12?

21  **A.**   I do, yes.

22  **Q.**   Following up on some of the court's questions about the

23  difference between model 4 and the actual, why is there a

24  difference between these two bars as shown on DD 7.4?

25  **A.**   So it could be a mix of my arbitrary choice of 2100

1    admitted students when in reality there's probably some

2    variation year to year in how many students are admitted.

3    And there's also the possibility for noise in the model.

4    **Q.**   Would the output of model 4 have been closer -- look more

5    like the actual bar if you had used the exact number of

6    admitted students from the years under analysis?

7    **A.**   It seems likely, but I can't be sure.

8    **Q.**   And can you just remind us again why model 4 so closely

9    resembles the racial breakdown of the actual admitted

10   students pool?

11   **A.**   Because we're using the actual admitted students pool as

12   a predictor.

13   **Q.**   So are you using the inputs, the same inputs as you're

14   using as an output?

15   **A.**   Yes.

16           THE COURT:  That's not true of the first three

17   models, just of the fourth one, right?

18           THE WITNESS:  Yes, because race and ethnicity and

19   gender would not be a part of those first three.

20           THE COURT:  But those first three don't have that

21   same circular component, right?

22           THE WITNESS:  They would if you were to look at the

23   proportions of legacy.

24           So, for instance, for model 2, if you looked at the

25   proportions of -- if the bar graph did, you know, the percent

1   legacy, it should look close-ish to the actual proportion of

2   legacy students in the actual incoming -- or the actual

3   admitted class.

4           THE COURT:  So for each factor that you add in,

5   you're taking the percentage from the actual class?  Like,

6   what about academic rating?

7           THE WITNESS:  It's not quite a percentage because

8   this is happening at the individual level, but when you

9   aggregate it up, the percentages should be, I believe, pretty

10  close.

11  **Q.**  So just following up on the court's question, for each of

12  the models you had information about the actual students who

13  were admitted, correct?

14  **A.**  Yes.

15  **Q.**  So when you ran model 1, the factors included were

16  academic index, right?

17  **A.**  Yes.

18  **Q.**  Academic rating?

19  **A.**  Yes.

20  **Q.**  And then the actual admissions outcomes for the students

21  under -- for those years?

22  **A.**  Yes.

23  **Q.**  And that's the same for the other three models as well?

24  **A.**  So for the other three, the things listed would be the

25  inputs and the output that we'd be using would be the

1    actual -- or we'd be using as another portion of the actual

2    admissions decision.

3    **Q.**  Mr. Hansen, do you know whether the exercise in models 1

4    through 4 is the right way to attempt to model the admissions

5    process of Harvard College?

6         MR. HUGHES:  Your Honor, I'm going to object.  This

7    is -- we're getting into the territory of undisclosed expert

8    opinion right here.

9         THE COURT:  You can get that, but you need to

10   rephrase the question.

11        MS. ELLSWORTH:  Okay.

12   **Q.**  Was your goal in creating models 1 through 4 to attempt

13   to model the actual admissions process at Harvard College?

14   **A.**  No.

15   **Q.**  Did you speak with anyone in the office of admissions

16   about how one might attempt to model the actual admissions

17   process at Harvard College?

18   **A.**  No.

19   **Q.**  Do models 1 through 4 in Plaintiff's Exhibit 12 attempt

20   to model the actual admissions process at Harvard College?

21   **A.**  I'm sorry.  Could you repeat the question?

22   **Q.**  Sure.  Do models 1 through 4 in Plaintiff's Exhibit 12

23   attempt to model the actual admissions process at Harvard

24   College?

25   **A.**  No.

1   **Q.**   Does Plaintiff's Exhibit 12 evaluate whether there is

2   discrimination or bias in Harvard College admissions?

3   **A.**   They'd have no way of doing that.  That implies a causal

4   relationship between any of the inputs and an actual

5   admissions decision, which is not something, as far as I

6   know, any of these techniques can actually get at.

7            THE COURT:  Tell me again what these models do show

8   then.

9            THE WITNESS:  They'd essentially give you

10  hypothetical admitted student pools if you considered

11  different factors, if you had admissions regimes that use

12  different factors in making a decision.

13           THE COURT:  I hear you saying that it shows -- that

14  it shows hypothetical admitted students and that has some

15  meaning, but then I hear you say that because the input and

16  the output are the same that it doesn't have any meaning.

17  Can you parse that for me?

18           THE WITNESS:  Sorry, Your Honor.  I'm just thinking

19  through.

20           I think -- I'm not sure I'd argue it has no

21  meaning.  It's sort of when you're looking at -- so if you're

22  looking at race/ethnicity as predictors -- if you're looking

23  at the demographic composition of a pool using race/ethnicity

24  as predictors, that's a little less useful.  But if you're

25  looking at the demographic composition of a pool where race

1    and ethnicity are not factors or legacy and athlete are not

2    factors, or pick whichever one you'd like to remove, that is

3    potentially useful.

4              THE COURT:  Useful how?

5              THE WITNESS:  You can get a sense of what an

6    admitted class might look like if you're to use only a

7    handful of factors.  I mean, subject to the fact that this is

8    just a small number of potential inputs.

9              MS. ELLSWORTH:  Can I proceed?

10   **Q.**  Mr. Hansen, you discussed with Mr. Hughes the fact that

11   you showed some of the work product to Dean Fitzsimmons that

12   we've discussed today.  Do you recall that?

13   **A.**  I do, yes.

14   **Q.**  And you recall showing the models in Plaintiff's Exhibit

15   12 to Dean Fitzsimmons; is that right?

16   **A.**  In some form, yes.

17   **Q.**  Did you tell Dean Fitzsimmons that models 1 through 4

18   showed bias or discrimination against Asian-American

19   applicants?

20   **A.**  No.  I wouldn't make that claim.

21   **Q.**  Did you tell anyone at OIR that models 1 through 4 showed

22   bias or discrimination against Asian-American applicants?

23   **A.**  No.

24   **Q.**  Did you tell anyone at all that models 1 through 4 showed

25   bias or discrimination against Asian-American applicants?

1    **A.**   No.

2    **Q.**   Why not?

3    **A.**   It's not a conclusion that this type of analysis could

4    support.

5    **Q.**   In 2013 when you were working on models 1 through 4, did

6    you ever conclude that any of your work at OIR showed

7    discrimination against Asian-American applicants?

8    **A.**   No.

9    **Q.**   Do you recall, Mr. Hansen, looking at Plaintiff's Exhibit

10   16 that you've got in front of you that Mr. Hughes showed

11   you?  It's the loose piece of paper on the desk there.

12   **A.**   Oh, yes.

13   **Q.**   And in that, in Plaintiff's Exhibit 16, you asked that

14   the word "bias" be changed.  Do you see that?

15   **A.**   I do.

16   **Q.**   Why did you suggest changing the word "bias" in the

17   presentation?

18   **A.**   Bias implies a causal relationship between really any of

19   the inputs and an admissions decision, and that's not

20   something that, as far as I know, these techniques can

21   establish.

22   **Q.**   And it's not something that you think the models 1

23   through 4 established, correct?

24   **A.**   That's correct.

25   **Q.**   Can you look back at Plaintiff's Exhibit 12, please.

1    That should be Tab 4, I think.

2    **A.**  Okay.

3    **Q.**  And looking again at slide 34, does the bar showing the

4    output of model 1 suggest what the demographics of the class

5    would look like if only those factors were included in

6    Harvard College admissions?

7    **A.**  I'm sorry.  Could you repeat the question?

8    **Q.**  Certainly.  The output of model 1, the left bar on the

9    screen, does that suggest what the demographics of the

10   Harvard College class would look like if those were the only

11   two factors considered in admission?

12   **A.**  Yes.

13   **Q.**  And looking at models 2 and 3, do models 2 and 3 suggest

14   that as you add more factors to the process, the demographics

15   change?

16   **A.**  Yes.

17            MS. ELLSWORTH:  No further questions.

18            Thank you, Mr. Hansen.

19            Oh, before -- Your Honor, I'd move to admit P16

20   since we've talked about it.

21            MR. HUGHES:  No objection.

22            THE COURT:  It's admitted.

23            (Exhibit P16 admitted into evidence.)

24            MR. HUGHES:  Your Honor, I do have some follow up,

25   but I need to get set up.

1          THE COURT:  You want to break or do you want to --

2    either one is fine.  You can set it up or --

3          MR. HUGHES:  A break will be great.

4          THE COURT:  You want to break until 11:00?  That's

5    fine.  You want to break until 11:00?

6          MS. ELLSWORTH:  That's fine.

7          THE COURT:  Okay.

8          (Recess taken 10:50 a.m. - 11:01 a.m.)

9    RE-EXAMINATION BY MR. HUGHES:

10          MR. HUGHES:  Your Honor, may I proceed?

11          THE COURT:  Yes.

12   Q.  All right.  Mr. Hansen, briefly, can you turn to, in my

13   binder there, Plaintiff's Exhibit 9?  Got that in front of

14   you?

15   A.  I do, yes.

16   Q.  Dean Fitzsimmons testified, sir, that he recognized this

17   document.  You don't have any reason to doubt that he saw it,

18   do you?

19          MS. ELLSWORTH:  Your Honor, I'd object on

20   foundation grounds and mischaracterization of prior

21   testimony.  We were all here.

22          MR. HUGHES:  I'll withdraw it.

23          THE COURT:  That's sustained.

24   Q.  Let's move on to Plaintiff's 46.  Now, Ms. Ellsworth

25   showed this to you briefly.

1   **A.**   I'm sorry.  Which binder is this?

2   **Q.**   I'm sorry.  This would be in your binder that Harvard's

3   lawyers gave you behind Tab No. 2.

4   **A.**   Okay.  Thank you.

5   **Q.**   Got that in front of you, Mr. Hansen?

6   **A.**   I do, yes.

7   **Q.**   Okay.  And so in this you told Ms. Ellsworth that this is

8   an email or a note that you wrote to Erica Bever, right?

9   **A.**   I did so, yes.

10   **Q.**   She was your boss, right?

11   **A.**   Yes.

12   **Q.**   And you're accurate when your write -- in your

13   communications with your boss, correct?

14   **A.**   I believe so.

15   **Q.**   Okay.  And the first sentence of your note to Ms. Bever

16   is, "Here is the follow up to Fitz' question regarding a

17   low-income Asian interaction."  Do you see that?

18   **A.**   I do.

19   **Q.**   And Dean Fitzsimmons has been here.  He's commonly

20   referred to as Fitz, correct?

21   **A.**   Yes.

22   **Q.**   Okay.  And so what this is is you're writing your boss

23   following up on a question that Dean Fitzsimmons had about

24   interacting -- being Asian with being low income, correct?

25   **A.**   Yes.

1   **Q.**  And "interaction" is a term that's used in logistical

2   regression models.  You can interact different variables,

3   right?

4   **A.**  It would be the joint affect of essentially both at the

5   same time.

6   **Q.**  That's something you can do in logistic regression

7   models; you can interact variables, right?

8   **A.**  Yes.

9   **Q.**  We're not going to get into the nitty-gritty of that, but

10   apparently Dean Fitzsimmons has asked you to interact some

11   variables in a logistic regression model, correct?

12   **A.**  I don't know that their request would have been that

13   specific.

14   **Q.**  Okay.  So now let's look at page 2 of this.  And you see

15   you're talking in this note to your boss about "coefficients

16   for a logistic regression model."  Do you see that?

17   **A.**  In the text?

18   **Q.**  I'm on page 2.

19   **A.**  I see a table, yes.

20   **Q.**  You see a table that's entitled "Coefficients for

21   Logistic Regression Model," correct?

22   **A.**  Yes.

23   **Q.**  And the way that -- I'll represent to you that this is a

24   different model than P12, but the way these logistic

25   regression models work is that you identify variables that

1    you want to use in your model.  That's one thing you do,

2    right?

3    **A.**  As inputs, yes.

4    **Q.**  And then you calculate the relative importance of those

5    variables, correct?

6    **A.**  I'm not sure how to describe it.  You get -- coefficients

7    back out, different sizes.

8    **Q.**  But the coefficients reflect the relative importance of

9    the input variables to the model, correct?

10   **A.**  I'm not really sure.

11   **Q.**  Let's look at your chart here and see if we can clear it

12   up.

13          Here you've got athlete coefficient of 6.32 and so

14   forth, correct?

15   **A.**  That's the number there, yes.

16   **Q.**  Okay.  And then for personal 1 or 2, you've got a

17   coefficient of 2.4 and change, correct?

18   **A.**  That's correct.

19   **Q.**  So that means that a coefficient for athlete is

20   relatively higher than the coefficient for personal 1 or 2,

21   correct?

22   **A.**  Yes, it's larger.

23   **Q.**  And if these variables are going into a model that's

24   trying to predict whether or not you're admitted to Harvard,

25   being an athlete would be more positively associated with

1    admission than personal 1 or 2 in our example, correct?

2    **A.**   That sounds -- could you repeat that?  I'm sorry.

3    **Q.**   If this is a model that's trying to predict admission to

4    Harvard, being an athlete would be more positively associated

5    with admission to Harvard than a personal 1 or 2, right?

6    **A.**   I think so, but I'm not entirely sure.

7    **Q.**   Okay.  And then if we move down here, you've got

8    coefficients related to some racial or ethnic categories,

9    correct?

10   **A.**   I do, yes.

11   **Q.**   And I've got those highlighted on the screen, right?

12   **A.**   Thank you.

13   **Q.**   Do you see those?  Do you see what I've got highlighted?

14   **A.**   Yes.

15   **Q.**   And, again, what you're doing here is you're calculating,

16   you're determining a coefficient that's associated with these

17   four variables that I've got highlighted on the screen,

18   correct?

19   **A.**   You get coefficients for those four and then the other

20   ones in the model, yes.

21   **Q.**   You get coefficients to determine the relative importance

22   of the variables in your model, correct?

23   **A.**   I don't know if importance is the way I describe it.

24   Just the relative sizes.

25   **Q.**   The relative sizes of the variables in your model.  Would

1    you agree with that?

2    **A.**   Sure.

3    **Q.**   Okay.  And here we've got the relative size of the

4    variable for the coefficient for African-American is 2.3,

5    which is higher than the coefficient for Native American,

6    which is 1.7, which is higher than the variable for Hispanic,

7    which is 1.2, and Asian is negative 4.2.  Do you see that?

8    **A.**   Yes.

9    **Q.**   And just so you're -- I'll also point out to you that

10   because Dean Fitzsimmons was asking for the interaction of

11   the low income and Asian variable --

12          MS. ELLSWORTH:  Your Honor, I'm just going to

13   object on the characterization.  The witness was clear.

14          MR. HUGHES:  I'll start a new question.

15   **Q.**   There's another variable in here which has low income and

16   Asian, correct?

17   **A.**   Yes.

18   **Q.**   And you calculated the coefficient for that, right?

19   **A.**   Yes.

20   **Q.**   Okay.  Now, let's go to P12.  And you talked with

21   Ms. Ellsworth about the goals --

22   **A.**   Sorry.

23   **Q.**   -- and what I want to do here, I just want to reorient us

24   to the top of page 32.  Are you there?

25   **A.**   Sorry.  Yes.

1    **Q.**  And the goal of your analysis was "Using various

2    admissions ratings, how well can we approximate admit rates

3    by race ethnicity and the demographic composition of the

4    admitted students pool."  That was the goal of your analysis,

5    right?

6    **A.**  Of these in the following slides, yes.

7    **Q.**  And then here what we have on this page -- actually, go

8    back to strategy.

9         What you tell us on the second bullet is "These

10   models generate fitted probabilities of admissions given an

11   applicant's characteristics how likely are they to be

12   admitted," correct?

13   **A.**  Yes, the two bullets would sort of cover that.

14   **Q.**  And just like the coefficients for the variables that we

15   looked at in P46, what you did here is you generated a

16   coefficient for each of the variables that you used in the

17   models in P12, correct?

18   **A.**  Yes, there would be coefficients.

19   **Q.**  And the coefficients tell you the size or the importance

20   of the variable, right?

21   **A.**  Size, yes.

22   **Q.**  Okay.

23   **A.**  Or the effect size.

24   **Q.**  The effect size, right?

25   **A.**  Yes, I believe so.

1   Q.   And then if we go to the topic that's been of much

2   discussion, you generate a coefficient for all of the

3   variables listed here on page 33, correct?

4   A.   I'm not quite sure what you're asking.

5   Q.   These are the variables in the model that's in P12,

6   correct?   In the models.

7   A.   Can you -- sorry, can you -- I'm sorry.

8   Q.   Let me try to ask it in bit-sized pieces.  I'm probably

9   asking another poor question.

10             If we look at model 1, we've got academic index and

11   academic rating, correct?

12   A.   Yes.

13   Q.   And you would have calculated coefficients for those

14   variables to show the effect size of those variables,

15   correct?

16   A.   I would have calculated the coefficients, yeah.

17   Q.   For both those variables, right?

18   A.   Yes.

19   Q.   And the same holds true for the additional variables that

20   you add for model 2, correct, legacy and athlete?  You would

21   have calculated the coefficients for those variables,

22   correct?

23   A.   Yes, but that would be separate from model 1.  So the

24   coefficients for academic index and academic rating would

25   likely change with the addition of those other two.

1    **Q.**   Right, because you're recalculating the relative

2    importance of the coefficients, right?

3    **A.**   Just recalculating the coefficients.

4    **Q.**   And then for model 3, again, you recalculate -- you

5    calculate the coefficients for all the variables that we see

6    in model 3, correct?

7    **A.**   Yes.

8    **Q.**   And the same thing goes true for model 4; you calculate a

9    coefficient for every variable, correct?

10   **A.**   Yes.

11   **Q.**   And that includes the demographic variables in model 4.

12   To get to the actual results in model 4, you calculate a

13   coefficient of how important race is for an applicant's

14   chance of admission, correct?

15   **A.**   I'm not sure I, again, calculated a coefficient.

16   **Q.**   Well, you calculated a coefficient for every variable in

17   the model, right?

18   **A.**   Yes.

19   **Q.**   And the variables in the model are trying to predict

20   admission, right?

21   **A.**   Yes.

22   **Q.**   And so you calculated a coefficient of how important race

23   is for an applicant's chance for admission, correct?

24   **A.**   I don't know if the importance portion is correct or not.

25   **Q.**   Let me take that out.  You calculated a coefficient

1  related to an applicant's race, correct?

2  **A.**  Yes.

3  **Q.**  You didn't just take the percentage of the admitted class

4  and put the percentage of the admitted class in your model;

5  you calculated a coefficient, right?

6  **A.**  Yes.

7  **Q.**  Okay.  Now -- and what we see here on model 4 is that as

8  you keep calculating your coefficients and calibrating your

9  model and adding in variables, by the time you get to model 4

10  and you calculate your coefficients in model 4, you get

11  pretty close to the actual admitted class, correct?

12  **A.**  Subject to what we talked about in terms of the circular

13  element.

14  **Q.**  And on page 36, when you're telling -- OIR is reporting

15  to Dean Fitzsimmons what have we learned, you tell him, "Once

16  we account for ratings and demographic factors, we can

17  closely predict what the admitted class will look like,"

18  correct?

19  **A.**  On the attributes included in those models.

20  **Q.**  Right.  And you didn't say it was circular or unreliable

21  or inaccurate, right?

22  **A.**  I would have covered that in that first preface slide

23  with the preliminary, bold and underlined.

24  **Q.**  And, again, the question that OIR posed to Dean

25  Fitzsimmons after showing him this analysis was, "Is there

1   bias against Asians in college admissions," correct?

2   **A.**   That's what it says there.

3   **Q.**   Okay.  And the next step that OIR raised relating to this

4   is to further address the question of bias.  "Is there more

5   data to elaborate our understanding of the role of the

6   personal essay and other factors?"

7           That was a question OIR posed, correct?

8   **A.**   That's what it says on the slide.

9           MR. HUGHES:  No further questions.

10          MS. ELLSWORTH:  Nothing further.  Thank you.

11          THE COURT:  You're excused.

12          THE WITNESS:  Thank you, Your Honor.

13          MR. CONNOLLY:  Your Honor, SFFA calls Roger Banks.

14          (ROGER BANKS duly sworn by the Deputy Clerk.)

15          THE CLERK:  Thank you.  You may be seated.

16          And can you please state your name and spell your

17  last name for the record.

18          THE WITNESS:  Roger Banks, B-a-n-k-s.

19  EXAMINATION BY MR. CONNOLLY:

20  **Q.**   Good morning.

21  **A.**   Good morning.

22  **Q.**   My name is Michael Connolly.  Thank you for being here.

23  You work at the Harvard admissions office, correct?

24  **A.**   That is correct.

25  **Q.**   And you are currently the senior associate director of

1    admissions; is that correct?

2    **A.**   That is correct.

3    **Q.**   And you've been employed in the Harvard admissions office

4    since 1983; is that right?

5    **A.**   That is correct, too.

6    **Q.**   And you've been a senior admissions officer since 1989,

7    right?

8    **A.**   That is right.

9    **Q.**   So you were around in 1990 when the Office For Civil

10   Rights investigated Harvard's treatment of Asian-Americans;

11   is that correct?

12   **A.**   That is correct.

13   **Q.**   Have you ever read OCR's statement of findings?

14   **A.**   I have.

15   **Q.**   Do you remember that OCR made a finding that readers used

16   race differently in the admissions process?

17   **A.**   I don't recall that specifically, no.

18            MR. CONNOLLY:  Your Honor, may I approach the

19   witness?

20            THE COURT:  Yes.

21   **Q.**   Can you please turn to page 15.  I've handed you OCR's

22   statement of findings.  It is labeled P555.

23            THE COURT:  Do I have this one, or do you want me

24   to work off the screen?  I'm happy to work off the screen.

25            MR. CONNOLLY:  I have a copy.

1              THE COURT:  Okay.

2    BY MR. CONNOLLY:

3    **Q.**  Are you there?

4    **A.**  I'm here.

5    **Q.**  Do you see the bottom paragraph of -- or do you see the

6    last paragraph of page 15?  It starts "We found."  Do you see

7    that paragraph?

8    **A.**  I do.

9    **Q.**  Okay.  I'm going to read the paragraph to you.  It says,

10   "We found that the readers had several different views as to

11   where and whether Asian-American ethnicity was given positive

12   weight or a tip in the admissions process.  Some readers

13   explain that when ethnicity was deemed to be a significant

14   factor in an application, it was reflected in the POR and

15   during discussions at subcommittee and committee meetings.

16   Other readers indicated that ethnicity was a factor

17   considered throughout the entire admissions process.

18              They stated that it could be reflected in the four

19   reader rating areas as well as in the POR and during the

20   subcommittee and committee meeting discussions.  Still other

21   readers stated that ethnicity was not a factor at all, unless

22   the effect of that ethnicity on the applicant was evident

23   from the applicant's file.  They indicated that ethnicity was

24   only considered a plus when the applicant wrote about or

25   indicated the significance of his or her heritage, or when

1    there was some other indicia in the file of the applicant's

2    involvement with ethnic community organizations or groups?"

3            And my question is, since OCR laid out several

4    different views as to how Harvard used race in 1990, my

5    question is which type of reader sort of reflects how you

6    used race in 1990?

7    **A.**   I always took the application as a whole.  My use of

8    ethnicity probably was reflected in the overall rating,

9    frankly, more than any other aspect of the case.

10   **Q.**   So would it be this first reader that OCR talks about

11   where it says, "Some readers explain that when ethnicity was

12   deemed to be a significant factor in an application, it was

13   reflected in the POR and during discussions at subcommittee

14   and commit meetings"?

15   **A.**   Yes.

16   **Q.**   And you have not changed how you used race in the

17   admissions process since then?

18   **A.**   I have not.

19   **Q.**   I'd like to discuss full committee meetings.

20            You serve on the A, R and T dockets; is that

21   correct?

22   **A.**   Well, in all honesty there is no more R docket.  It's

23   been subsumed by other dockets, but I did serve on those

24   dockets.

25   **Q.**   Is there reason --

1    **A.**   Just administrative economy.

2    **Q.**   And during subcommittee meetings -- so you are on the A

3    and the T docket right now?

4    **A.**   Currently, yes.

5    **Q.**   Is that still California and Texas?

6    **A.**   No.  Actually, it's California and New York.

7    **Q.**   California and New York?

8    **A.**   New York City, yes.

9    **Q.**   And during subcommittee meetings, you make tentative

10   decisions on the applications that are in your dockets; is

11   that right?

12   **A.**   Yes.

13   **Q.**   And other admissions officers are doing the same thing in

14   their dockets, I assume?

15   **A.**   Yes.

16   **Q.**   So by the time full committee meetings start, all the

17   applicants will have a tentative designation, correct?

18   **A.**   Yes.

19   **Q.**   And the full committee meeting is the meeting where you

20   have 40 admissions officers and Dean Fitzsimmons is running

21   the meeting, correct?

22   **A.**   He chairs that meeting, yes.

23   **Q.**   And the purpose of the full committee meetings is to make

24   final decisions on these applicants, correct?

25   **A.**   As final as we can get them before mailing deadlines,

1    yes.

2    **Q.**   And during the full committee meeting, Dean Fitzsimmons

3    typically will give the full committee a sense of how far you

4    had over-admitted the class and, therefore, how many students

5    need to be taken out of the class; is that correct?

6    **A.**   That is correct.

7    **Q.**   And at the full committee meetings, what do you recall

8    Dean Fitzsimmons saying about race?

9    **A.**   Well, typically what he would do is give us a sense of

10   where we were along a variety of planes, academic,

11   extracurricular, geographic, in addition to race, ethnicity,

12   gender breakdowns, sort of a scattergram of the class as it

13   was admitted at that point in time.

14   **Q.**   Sure.  And to be clear, typically he would give you a

15   breakdown of admitted students by race and ethnicity?

16   **A.**   In addition to other indicia, yes.

17   **Q.**   I'd like to ask you about your role in an organization

18   called the Association of Black Admissions and Financial Aid

19   Officers of the Ivy League and Sister Schools.

20            Do you recognize that organization?

21   **A.**   I do.

22   **Q.**   Is it also called ABAFAOILSS?

23   **A.**   It is.

24   **Q.**   That's very long, right?

25   **A.**   Longest acronym I know of.

1  **Q.**  And for ABAFAOILSS, all of the Ivy League schools are
2  members, correct?
3  **A.**  Yes, that is correct.  In addition to others, yes.
4  **Q.**  Right.  And the sister schools are members, right?
5  **A.**  The sister schools and Stanford actually.
6  **Q.**  And is MIT a member?
7  **A.**  Also in addition to MIT, correct.
8  **Q.**  So I have 16 schools.  Does that sound about right?
9  **A.**  It's about right.
10  **Q.**  And ABAFAOILSS holds two conferences a year, right?
11  **A.**  Yes.
12  **Q.**  One is in January and one is in May?
13  **A.**  Typically, yes.
14  **Q.**  And you regularly attend these conferences, correct?
15  **A.**  I do.
16  **Q.**  And at each conference there is a meeting called a round
17  robin meeting, correct?
18  **A.**  That is correct.
19  **Q.**  And typically one representative from each school attends
20  the round robin meeting, right?
21  **A.**  Typically, yes.
22  **Q.**  And at the round robin meeting, a representative from
23  each school will go around the table providing numbers of
24  applicants, acceptances and enrollments by race, correct?
25  **A.**  That is correct.

1  **Q.**  And as the numbers are read aloud, everyone at the round

2  robin meeting will write the numbers down on a chart,

3  correct?

4  **A.**  That also is correct.

5  **Q.**  And the one exception is that if a college does not

6  report its numbers, their representative will be asked to

7  leave the room as the institutional numbers are reported; is

8  that correct?

9  **A.**  That is policy, yes.

10  **Q.**  Okay.  And part of the reason that you all exchange data

11  in this fashion is because the schools are trying to preserve

12  confidentiality given the sensitivity of this data; is that

13  right?

14  **A.**  That's one of the reasons we do, yes.

15        The other reason, quite frankly, goes back to the

16  essential goal of the organization, which is to learn about

17  other schools better, best practices, et cetera.

18  **Q.**  Now, in the past, after round robin meetings, you have

19  met with Dean Fitzsimmons to discuss what happened at these,

20  correct?

21  **A.**  Yes, I would meet occasionally.  I've been a member of

22  the organization for 40 years, and all of those years at

23  Harvard -- some of those years I was actually an associate

24  member, but when I was a full member, I would show those data

25  to the Dean very briefly, yes.

1    **Q.**   And that was my next question.

2            So the chart that you were filling out at the round

3    robin meetings --

4    **A.**   Yes.

5    **Q.**   -- which contains -- it contains the confidential data of

6    the schools who are members of ABAFAOLSS, correct?

7    **A.**   That is correct, yes.

8    **Q.**   And you have in the past taken that chart that you filled

9    out and brought it back to Dean Fitzsimmons, correct?

10   **A.**   Yes, that is correct.

11   **Q.**   And you have seen him look at this chart in the past,

12   correct?

13   **A.**   I have, yes.

14   **Q.**   And although you take this chart back to Dean

15   Fitzsimmons, you don't know what, in particular, the Dean was

16   interested in about these numbers; is that correct?

17   **A.**   That is safe to say.

18   **Q.**   Now, when ABAFAOLSS meetings are occurring, the deadline

19   for submitting applications to Harvard is over, correct?

20   **A.**   Yes.

21   **Q.**   So, for example, at the January ABAFAOLSS meetings, there

22   is nothing Harvard can do at that point to increase the

23   number of applications it receives from minorities for that

24   cycle, correct?

25   **A.**   For anyone for that cycle, right, exactly.

1    **Q.**  But Harvard can, at this point, still make admissions

2    decisions on the applications of those who applied during

3    early action but have been deferred to regular action,

4    correct?

5    **A.**  Of course.  That would be true.

6    **Q.**  And Harvard can also still make admissions decisions on

7    the applications it has received for the regular action

8    cycle, correct?

9    **A.**  Yes, that would be correct.

10           MR. CONNOLLY:  Pass the witness.

11           MS. ELLSWORTH:  Your Honor, may I proceed?

12           THE COURT:  Yes.

13   EXAMINATION BY MS. ELLSWORTH:

14   **Q.**  Good morning, Mr. Banks.

15   **A.**  Good morning.

16   **Q.**  Before I talk about your role on the admissions office, I

17   just want to follow up on a few of those final questions from

18   Mr. Connolly.

19           Does ABAFAOLSS have any role in the admission of

20   any applicant to Harvard College?

21   **A.**  No, none whatsoever.

22   **Q.**  Have you ever used the numbers obtained during an

23   ABAFAOLSS meeting to set any targets for Harvard admissions

24   process?

25   **A.**  No, never.

1  **Q.**  Do you use the numbers obtained at ABAFAOLSS meetings for

2  any purpose at all?

3  **A.**  No.

4  **Q.**  Is ABAFAOLSS -- well, withdrawn.

5        What is the purpose or the mission of ABAFAOLSS?

6  **A.**  Well, the central purpose of the organization is to -- is

7  professional development, to become more expert in this area,

8  which is a very complicated part of administration in higher

9  ed.  I think that case law proves that.

10       From a little bit of context, if possible, the

11 organization was formed in 1970, which really would have

12 represented, for a lot of colleges and universities, kind of

13 the dawning of the age of modern recruitment of anyone,

14 minorities and otherwise.  There was no blueprint.  There was

15 no owner's manual about how to do this.

16       So the original founders of the organization

17 determined that it might be useful to pool, as it were, their

18 growing -- ever-growing knowledge and experience with this

19 kind of activity.

20       I would also wish to add, if I may, that there was

21 a lot of public interest in this area.  The schools have

22 mandated that this work be done, and it was -- I think

23 forming such an organization, I think, was a very prudent

24 thing to do.

25 **Q.**  What racial and ethnic backgrounds are the focus of

1    ABAFAOLSS today?

2    **A.**   We are committed to recruiting Asian-American students,

3    African-American students, Latino students and Native

4    American students.

5    **Q.**   And you described ABAFAOLSS as something like a

6    professional development association, right?

7    **A.**   Yes.

8    **Q.**   Mr. Connolly asked you some questions about one part of

9    ABAFAOLSS meetings, so I wanted to talk about a few other

10   things that happen at those meetings.

11           What are the general topics covered at an ABAFAOLSS

12   meeting?

13   **A.**   Oh, we talk about recruitment strategies, what seems to

14   be effective, what seems to be working, what seems to be

15   working less effectively.  We talk about yield, matriculation

16   strategies, what seems to be working, what seems not to be

17   working so well, and everything in between.

18           We talk about financial aid policies, which is a

19   major, obvious, component for not only recruitment but

20   matriculation and varies a lot among and between colleges and

21   universities.

22           There was often discussion of campus climate with

23   respect to minority students.

24           Again, a good deal of variation among and between

25   schools, depending on the time of year and the place where

1    the school is located and what was happening on campus

2    politically and otherwise.

3            So it was a wide range of issues, retention.  You

4    know, things that were really salient to minority student

5    life on these campuses where minority students had not spent

6    much time before 1968 and 1969.

7    **Q.**  Have you ever learned new or different recruitment

8    practices through your attendance at an ABAFAOLSS meeting?

9    **A.**  Yes.  You know, one of the problems with doing admissions

10   is that it's a very isolating profession, actually.  And one

11   of the advantages of having conferences like this was the

12   opportunity to learn what other schools were doing and how

13   they were doing it; again, in a critical area of

14   administrative activity.

15           So I learned much over the course of my time with

16   the organization.

17           Would you like examples?

18   **Q.**  I'd love an example.

19   **A.**  Well, for example, there are lots of ways of going at

20   this, depending on finances and -- institutional finances and

21   resources and human resources and the will to do it and the

22   political climate in which these things are being done, or

23   wish to be done.

24           And there are schools, for example, that have

25   preview weekends in the fall before candidates even apply.

1    There are fly-in programs for students before they even

2    apply.  There are fly-in programs for students after they're

3    admitted.  There are -- there's one school, one of our peer

4    institutions that used to have -- I'm not sure whether or not

5    it's still conducting things this way -- a four-pronged

6    preview weekend in the fall for different minority groups.

7    These things were done for different academic reasons in

8    addition to racial and ethnic background.

9        There's a lot of -- really, a surprising amount of

10   variation.  And if you were sitting in my office in

11   Cambridge, I would never have known things like that, and I

12   think it's valuable and important to know.

13   **Q.**  How have you taken into account some of the strategies

14   that you've learned at ABAFAOILSS meetings in your work at

15   Harvard College admissions?

16   **A.**  Well, during my time as, you know, UMRP director, I think

17   it was probably midway into my 20 years with the program,

18   there was a fair amount of discussion about Native American

19   recruitment; Dartmouth's fly-in program, for example, which

20   has been extraordinarily successful, and that, of course, you

21   know, would prompt a me-too discussion, how about us, maybe

22   we could do something like that, too.

23       And I took the idea back to our office and our

24   dean, and he suggested talking to our students, Native

25   American students, and to try to, you know, sort of get the

1    sense of their interest in something like this.

2            Some of those students, in fact, had attended

3    Dartmouth's fly-in program.  They chose Harvard anyway.  They

4    don't get a 100 percent bounce on the program, but it's a

5    very big bounce on the program.

6            And the consensus, actually, coming back from the

7    students was that they really actually preferred not to have

8    a fly-in program.  And we revisit that issue from time to

9    time.

10           But, again, from the standpoint of trying to

11   develop professional expertise on a complicated subject, such

12   as minority enrollment and admissions, et cetera, one could

13   do worse than by listening to what other schools are doing

14   and how they're doing it.

15   **Q.**   Mr. Banks, just two more questions about ABAFAOILSS.

16   Mr. Connolly asked you some questions about discussions with

17   Dean Fitzsimmons that you may have had after ABAFAOILSS

18   meetings.  Do you recall that?

19   **A.**   Yes.

20   **Q.**   How often did you share information about other schools'

21   admission numbers with Dean Fitzsimmons?

22   **A.**   If I were to hazard a guess, over the 20 years that I ran

23   the program with the UMRP, of which I've been a member of

24   ABAFAOILSS, three times maybe, four -- I'm not even sure four

25   times.  I would say three that I can directly, clearly

1    recall.

2    **Q.**   Over a 20-year period?

3    **A.**   Yes.

4    **Q.**   All right.  So let's move on to the topic of this case,

5    which is Harvard College admissions.  You've been working --

6              THE COURT:  Can I ask one question?

7              MS. ELLSWORTH:  Yes.

8              THE COURT:  During the course of this case, I've

9    seen Asians referred to as Asians, which seems like a big

10   group of different things.  Right?  And then I see things

11   like Native Americans and Hawaiian Islanders, which seem like

12   tiny groups of things.

13             So how is it sorted out?  Maybe in your experience

14   with ABAFAOILSS, like, how is that kind of -- how are those

15   categories determined as things to be looking at?

16             THE WITNESS:  Well, Your Honor, these are typically

17   self-descriptors, and the discussion has evolved greatly over

18   the past -- over my time in the office.

19             When I arrived in the office in 1980, I would guess

20   that the Asian-American population, for example, was far less

21   diverse than it is today.  There are 19 different student

22   groups on campus that represent different demographics within

23   the Asian-American population alone, and all of these groups

24   are a segment.  I think there are at least a dozen cultural

25   groups on campus today that represent Hispanic students.

1          So that's an area where we all, within the

2     organization, just sort of watched -- it's still an ongoing

3     discussion.  And, you know, from the standpoint of, you know,

4     recruitment, you know, generally speaking, you know, we don't

5     have the kinds of resources to recruit people based on

6     particular subgroups per se.

7          We tried, for example, because we recognize that

8     Cambodian students, for example, very small segment of the

9     Asian-American population, underrepresented at our school at

10    least, and we have tried to target that group, for example,

11    in terms of outreach and recruitment.

12         But, you know, the whole matter is kind of -- is

13    somewhat elusive.  And ultimately it comes back to the

14    individual and her or his experience, you know, sort of no

15    matter what their ethnic background and how individualized it

16    is.

17         I don't know whether or not that is responsive to

18    your question.  You don't have to answer that.

19              THE COURT:  Go ahead.

20    BY MS. ELLSWORTH:

21    **Q.**  Well, let me turn to the subject of recruitment,

22    Mr. Banks, and I'll ask Mr. Lee to pull up DD 4.2.

23         So you've held a variety of recruitment-related

24    positions in your time at Harvard College, right?

25    **A.**  I have, yes.

1    **Q.**   So to avoid unnecessary memory tests --

2    **A.**   Yes.

3    **Q.**   -- we've put this together.

4            Are these five of the recruitment-related positions

5    that you've held at Harvard College admissions?

6    **A.**   Yes.

7    **Q.**   And, again, you joined the office in 1980, right?

8    **A.**   Yes.

9    **Q.**   And you became a full-time officer a few years later,

10   right?

11   **A.**   Correct.

12   **Q.**   So let's talk first about what is actually listed second

13   on this slide, which is the "Undergraduate Minority

14   Recruitment Program."

15           And first, can you please just explain what is the

16   Undergraduate Minority Recruitment Program, or we can also

17   call it the UMRP.

18   **A.**   The Undergraduate Minority Recruitment Program, the UMRP

19   was -- is an organization that was assembled in 1971, and its

20   purpose was to help the admissions office conduct recruitment

21   activities targeted at minority students around the country.

22   **Q.**   And how long did you serve as the director or codirector

23   of the UMRP?

24   **A.**   For roughly -- more than 20 years.

25   **Q.**   When you were the director, how and what are the steps

1    that the UMRP took or the efforts in which the UMRP engaged

2    to go about recruiting students to apply to Harvard?

3    **A.**   Well, there were several approaches that we tended to

4    use.   Keep in mind that these were -- my job was to assemble,

5    train and supervise a cohort of ten undergraduates whose

6    primary responsibility was to get good grades and send them

7    home to their parents and not necessarily to spend 15-plus

8    hours working a job like this, which had a lot of complexity

9    to it.

10           So we conducted direct mail campaigns,

11   letter-writing campaigns, telephone campaigns.   We sent as

12   many as 30 students back to their hometowns to recruit in

13   high schools, at least a dozen high schools, in addition to

14   at least two middle schools for a week, essentially

15   replicating the activity of a full-time admissions officer.

16           We held a lot of special information sessions.   We

17   did a lot of greeting families and individuals who came to

18   the campus and wanted to talk to a student who was living the

19   life of a minority student at Harvard.

20           That was a lot of our activity in the fall.   And

21   then we would get to the spring, and much of the focus at

22   that point was yield matriculation.   And a very strong

23   component of matriculation was hosting people for, what for

24   many years was a stand-alone minority recruitment weekend,

25   which was run pretty much by the students themselves.   And it

1    was festooned with various academic programming and

2    extracurricular programming and social programming, et

3    cetera, et cetera.

4            It became the kind of model for what eventually

5    turned out to be our nos broad-scale recruitment effort,

6    so-called Visitas program.

7            But a lot of the activity was focused on yield in

8    the spring, and then we rolled right into the summer working

9    on the next year's class; again, with direct mail and

10   telephoning and, you know, doing our best to reach people by

11   whatever means we could.

12   **Q.**  So the UMRP employs current Harvard students, right?

13   **A.**  That's right, yes.

14   **Q.**  Why does the UMRP use current Harvard students to conduct

15   its outreach activities?

16   **A.**  Well, based on my experience, I thought everyone in the

17   office really felt that current undergraduates were the best

18   ambassadors for their -- for the Harvard experience.

19   **Q.**  If you can look, Mr. Banks, please, at Tab 1 in your

20   binder, which is DX47.  It should be the one in your right

21   hand.

22   **A.**  Okay.

23   **Q.**  Or maybe the one in your left hand.  Do you have DX47?

24   **A.**  I do, thank you.

25   **Q.**  Good.  What is DX47, please, Mr. Banks?

1    **A.**   DX47 is a training manual.  This is an owner's manual,

2    actually, for the coordinators who worked with me in the

3    Undergraduate Minority Recruitment Program.

4    **Q.**   And did you use this manual to train those student

5    coordinators?

6    **A.**   Yes.

7              MS. ELLSWORTH:  Your Honor, I'd move to admit DX47.

8              MR. CONNOLLY:  No objection.

9              THE COURT:  It's admitted.

10             (Exhibit DX47 admitted into evidence.)

11   BY MS. ELLSWORTH:

12   **Q.**   If you can focus just on the title of the exhibit,

13   please, Mr. Banks.

14   **A.**   Yes.

15   **Q.**   And in particular, underneath the coordinator manual it

16   says "Five Divisions, One Goal," right?

17   **A.**   Yes.

18   **Q.**   What does that mean?

19   **A.**   Well, there are essentially five different, again,

20   targets; that is to say, groups of students that we were

21   assigned to recruit:  Asian-Americans, African-Americans,

22   Mexican-Americans and other Latino students, and Native

23   American students.

24             The one goal was to apply as much faith and energy

25   as one could summon to each one of those groups, recognizing

1    that, you know, some of those groups, quite frankly, were

2    larger than others in terms of administrative demands and

3    requirements, interface, time spent deployed in the

4    recruitment process.

5    **Q.**  Have those five groups that you just identified been the

6    five groups that the UMRP recruits since you joined the

7    office -- or since you became the director of the UMRP?

8    Pardon me.

9    **A.**  Yeah.  Certainly since I was -- when I became director of

10   the program in 1992, this is what I inherited, yes.

11   **Q.**  And that includes Asian-American students, correct?

12   **A.**  Oh, yes, very much so.

13   **Q.**  Are the student coordinators that the UMRP employs, are

14   they associated typically with any student groups on campus?

15   **A.**  Typically the leaders of various minority groups and

16   communities on campus became our coordinators.

17           When I became director of the program in 1992, for

18   example, for Asian-American students in particular, the two

19   co-heads of the Triple A the Asian-American Students

20   Association on campus, which was at that point the largest

21   Asian-American group on campus, they were expected to become

22   the two coordinators of the UMRP, and they always went hand

23   in hand.  And it was -- the same was true for most of the

24   other groups as well.

25   **Q.**  What are some of the characteristics, generally speaking,

1   of the student coordinators that worked with you over the

2   years when you were the director of the UMRP?

3   **A.**   Well, these were very highly resourceful, bright

4   individuals.  Again, the assignment essentially was to do

5   what adults do on a full-time basis, what we were trying to

6   do on a full-time basis they were trying to do on a part-time

7   basis.  And so they had -- their qualities were intellectual

8   and very personal as well.

9           They had to be quick on their feet.  They had to be

10  prepared to work longer hours than those for which they were

11  being paid.  They were on a salary.  They weren't being paid

12  by the hour.  They did extraordinary work, actually.

13  **Q.**   Were the UMRP student coordinators expected to be

14  ambassadors for Harvard in the recruitment process?

15  **A.**   Yes, yes, completely.

16  **Q.**   And are you proud of the work that the UMRP coordinators

17  did under your time as the director of the program?

18  **A.**   Oh, no -- yes.  And these again, I think Harvard

19  College's -- the students who were there during my term of

20  office who proceeded them and who are currently doing this

21  work, I think the college owes these people a great debt,

22  actually.

23  **Q.**   Mr. Banks, when you first began working at Harvard in

24  1980, about what percentage of the class was nonwhite?

25  **A.**   Less -- well less, well below 20 percent.

1   **Q.**  And what percentage of the Harvard class is nonwhite

2   today?

3   **A.**  I've seen figures ranging from 49 to 50 to 51 percent.

4   **Q.**  In your opinion, has the UMRP played any role in that

5   increase?

6   **A.**  I would hope that we have.  I know that's in combination

7   with other factors.

8   **Q.**  What is the role, in your view, that the UMRP has played

9   to increase the levels of diversity at Harvard?

10  **A.**  Well, a lot of the evidence that's come to me has been

11  anecdotal in nature.  In our office we kept a bulletin board,

12  actually, and there were many testimonials from individual

13  students, family members, parents who would write and express

14  their gratitude to our coordinators saying something along

15  the lines of, I actually never would have considered applying

16  to a place like Harvard, much less attending it had it not

17  been for your telephone call or had it not been for your

18  visit to my high school, things of that kind.

19  **Q.**  How would you compare the recruiting efforts that Harvard

20  undertakes to Harvard's peer institutions?

21  **A.**  Well, again, this is something, you know, I was able to

22  learn by attending ABAFAOILSS meetings, but I think -- I

23  think in compared to -- and not to knock any of my peer

24  institutions -- but I think we are -- we work very hard at

25  this.  Again, we work year-round at this and very

1    aggressively.  Carefully but aggressively.  And I am not

2    aware, frankly, of a peer institution that pours as much

3    human and other capital into this endeavor.

4    **Q.**  Mr. Banks, I'd like to move to some of the other

5    recruitment programs you've been involved in.

6            Can I have DD 4.4, please, Mr. Lee?

7            You were also involved in recruitment efforts for

8    the Harvard Financial Aid Initiative, right?

9    **A.**  Yes.

10   **Q.**  What is the Harvard Financial Aid Initiative, or HFAI?

11   **A.**  The Harvard Financial Aid Initiative was created,

12   really -- the architects of the program were

13   President Summers and Dean Fitzsimmons.  And together they

14   recognized that we might do well to consider enlarging our

15   base of students who needed financial aid at the highest

16   level, the fullest level.

17           So that was the mission of the program really.  It

18   was to help low-end, middle-income students deal with

19   affordability, which in its own way is what I would call the

20   silent killer in college recruitment because, essentially,

21   there are plenty of families and individual students who look

22   at a price tag, and the other variables, the other things

23   that they see may be perfectly fine, but they will select

24   themselves out of applying simply because they imagine that

25   they couldn't afford it.  So that's what the Harvard

1   Financial Aid Initiative was designed to address.

2   **Q.**   And was the Harvard Financial Aid Initiative designed to

3   dispel that sticker shock that you just identified, for

4   purposes of Harvard College admissions at least?

5   **A.**   Well, yes.  I mean, essentially for families who at that

6   point -- and we began this program in 2004 and ramped it up a

7   couple of years after that, but for families earning $40,000

8   a year or less, we paid for everything.  And then we, you

9   know, we sort of ramped it up.  And at this point for

10  families earning $65,000 or less, it's a fully-funded

11  education.

12          It is not free, which is sort of a distortion, a

13  media distortion.  Not least because people have to get into

14  the college through the admissions process to qualify for the

15  financial aid initiative, but I think it has allowed us to

16  dispel a lot of negative perceptions around affordability and

17  cost.

18          At this point, you know, we're able to compete with

19  most state universities in the country in terms of what

20  individuals might have to pay to attend.

21  **Q.**   Does HFAI have a recruiting component separate from the

22  financial aid aspect?

23  **A.**   Yes.  One of the reasons I was asked to get involved was

24  because of my experience with the UMRP, and so we used many

25  of the same kinds of tactics.  We had a group of student

1   coordinators.  We used direct mail and telephone outreach.

2   That was 2014.  So email outreach, lots of -- you know, sort

3   of lots of similar kinds of recruitment tools.

4   **Q.**  And you were the first director or co-director of the

5   recruiting component of HFAI, right?

6   **A.**  Yes.

7   **Q.**  You mentioned that the recruitment strategies used by

8   HFAI were influenced by the UMRP.  Do I have that right?

9   **A.**  You do.

10  **Q.**  Why is that?

11  **A.**  Well, we were trying to -- there are very few novel tools

12  in the cabinet when it comes to recruitment.  There are only

13  so many things that you can do and only so many approaches

14  one can use.

15       The tools that we used in the UMRP seemed

16  reasonably effective and safe, and we thought they might be

17  well deployed with the HFAI program.

18       And we also, frankly, enlisted the help of alumni

19  in rolling out the HFAI program, in addition to the media.

20  **Q.**  When you first became the co-director of the Harvard

21  Financial Aid Initiative, how would you describe the

22  socioeconomic diversity of Harvard's student body?

23  **A.**  I would -- I would guess that the percentage of students

24  at the college on full financial aid, need-based financial

25  aid, was probably something in the order of 10 to 11 percent.

1    Q.  And has the socioeconomic diversity at Harvard increased

2    since the financial aid initiative was launched in 2004?

3    A.  Substantially.  I would guess that the percentage of

4    students at the college on full financial aid at this point

5    is 18, 19 percent.

6    Q.  Has HFAI's recruitment program or the recruitment

7    component of the financial aid initiative played any role in

8    that increase in socioeconomic diversity at Harvard?

9    A.  Well, yes.  I would hope so.  I think, again, when

10   families who are struggling to make ends meet, you've got two

11   parents working, and a $65,000 tab is a substantial amount of

12   money.  To know that families won't have to worry about that

13   and the students can, you know, attend a place like Harvard

14   without having to worry about books and things like that I

15   think is fundamental.  I think it's a real game-changer.

16        I should also mention that we also took loans out

17   of our financial aid packaging for everybody who qualified

18   for financial aid as a result of this initiative, and that

19   also, I think, has very much changed the conversation that we

20   are able to have between parents and students who are

21   interested in the college.

22        MS. ELLSWORTH:  Your Honor, I'm not going to

23   finish before lunch.  Is now a time you'd like to take the

24   lunch break, or should I soldier on?

25        THE COURT:  That's fine.  I was hoping we'd finish

1    by lunch.  Everybody always looks so happy when I tell them

2    they're excused.  But we can come back.  I'd like to take an

3    hour today, so 1:00.

4               MS. ELLSWORTH:  That's great.  Thank you, Your

5    Honor.

6               (Recess taken 12:00 p.m.)

1                    **** AFTERNOON SESSION ****

2              THE CLERK:  All rise.  Court is in session.  Please

3       be seated.

4              THE COURT:  When you're ready, Ms. Ellsworth.

5              MS. ELLSWORTH:  Thank you, Your Honor.

6       BY MS. ELLSWORTH:

7       **Q.**  Mr. Banks, moving on to another recruitment program, you

8       also mentioned that you were a codirector of the Harvard

9       College Connection; is that right?

10      **A.**  Yes.

11      **Q.**  When was the Harvard College Connection formed?

12      **A.**  In 2014.

13      **Q.**  What is the Harvard College Connection?

14      **A.**  It actually is kind of an extension of the Harvard

15      financial aid initiative.  The objective of the program was

16      to try to reach low- and middle-income students using social

17      media as a means of communication versus traditional emails,

18      direct mail, telephones, etc.

19              MS. ELLSWORTH:  And, Mr. Lee, could we have DD 4.5,

20      please.  Sorry, I gave you the wrong slide number.

21      BY MS. ELLSWORTH:

22      **Q.**  Is the Harvard College Connection still focused on

23      lower-income students?

24      **A.**  Yes.  But I think it's grabbed the attention of a lot of

25      other students who are very deep into social media and make

1    inquiries anyway.

2    **Q.**   And do current students participate in recruiting efforts

3    through the Harvard College Connection?

4    **A.**   Yes.  Again, the model is to have current undergraduate

5    staff these programs because they're the most effective

6    representatives of the college.

7    **Q.**   Mr. Banks, do you also have a role with the visitor

8    center and tour guide program at Harvard College?

9    **A.**   Yes.  I've been director of the Harvard Admissions

10   Visitor Center for 10, almost 11 years, and I was director of

11   the tour guide program for 8 years.

12   **Q.**   Approximately how many tours does the tour guide program

13   conduct each year?

14   **A.**   Oh, hundreds of tours.

15   **Q.**   Who conducts the tours?

16   **A.**   Again, current undergraduates.

17   **Q.**   Do you consider the tour guide program to be a part of

18   recruiting?

19   **A.**   Yes, very much so.  Actually in lots of survey results

20   over the past several years suggests that the campus tour is

21   most important variable that students use when trying to

22   decide where to apply to college.

23   **Q.**   So all of the recruitment programs that we've discussed

24   before lunch and just now have involved current students sort

25   of running the programs; is that right?

1   **A.**   Yes.  That would be correct.

2   **Q.**   Why does Harvard use its current students to recruit

3   potential future students?

4   **A.**   Well, again, I think the ultimate connection between

5   prospective students and current students is clear.  I think

6   people are looking for truth and integrity of information and

7   not for a sales pitch.  I think they're counting on current

8   undergraduates to be honest to a fault, and they tend to be.

9   And we trust our students to do that.

10  **Q.**   Mr. Banks, I wanted to turn to an example of an applicant

11  file that I'd like to show.

12          MS. ELLSWORTH:  But before I do that, Your Honor,

13  could we turn off the gallery monitors?

14          THE COURT:  Yes.

15          MS. ELLSWORTH:  And are the jury monitors, they can

16  be off as well?

17          THE CLERK:  Yes.

18          MS. ELLSWORTH:  Mr. Lee, could we have DX262 up,

19  please?

20  BY MS. ELLSWORTH:

21  **Q.**   It's Tab 2 in your binder, Mr. Banks.  You can look at

22  the version in your binder if you prefer.

23  **A.**   It's sort of fuzzy.  Thank you.

24  **Q.**   What is this document, Defendant's Exhibit 262?

25  **A.**   Well, this would be appear to be a full application

1  completed by a candidate for admission to the class of 2018.

2  **Q.**  Did you review this file?

3  **A.**  I did.

4  **Q.**  Are your initials on the summary sheet?

5  **A.**  They are.

6         MS. ELLSWORTH:  Your Honor, I move to admit

7  defendant's 262.

8         MR. CONNOLLY:  No objection.

9         THE COURT:  It's admitted.

10        (Defendant Exhibit No. 262 admitted.)

11 BY MS. ELLSWORTH:

12 **Q.**  Mr. Banks, without disclosing any personal information,

13 do you recall this applicant?

14 **A.**  Yes, I do.

15 **Q.**  Was this applicant admitted to Harvard?

16 **A.**  Yes.

17 **Q.**  Without identifying or naming the applicant's high

18 school, could you please just describe what some of the

19 characteristics of the applicant's high school were?

20 **A.**  Yes.  This is a school I know well.  It's one of the

21 first schools I visited when I got into admissions 100 or so

22 years ago.  It's a large, sprawling urban high school,

23 public, one of the largest high schools in the country, known

24 for its rigor and academics and also the diversity of its

25 student body.

1   **Q.**  Do you review all application files that are submitted to

2   Harvard from this high school?

3   **A.**  Yes.

4   **Q.**  In a given cycle, you'll review every application filed

5   from this high school?

6   **A.**  In addition to many other high schools, yes.

7   **Q.**  And for how many years have you read -- been the first

8   reader on applications from this particular high school?

9   **A.**  Off and on probably for 15-plus years.

10   **Q.**  How has that impacted your assessment of letters that may

11   be written by guidance counselors or teachers at this high

12   school?

13   **A.**  Well, I think it's -- I used to be a high school teacher

14   myself in a much smaller high school.  It's hard to capture

15   attention of teachers and school officials in a school this

16   big.  When one rises to the top in the classroom and outside

17   of the classroom, it's something noteworthy.

18   **Q.**  Let's look, staying on this first page, page 1 of

19   Defendant's 262, did this applicant identify his or her race

20   or ethnicity?

21   **A.**  Yes.  Asian-American, Chinese.

22   **Q.**  And looking at page 2 of the file, are those handwritten

23   notes written by you?

24   **A.**  They are.

25   **Q.**  Could you help us decipher these a little bit?

**A.**  Decipher I think would be the correct -- yes.

"Lots to like.  HFAI, first gen, basketball captain at 5 feet tall.  Sounds bright and lively.  Hope alums can help to fortify.  Engineering may be a stretch, but let's watch for further developments."

**Q.**  What stood out to you about this applicant after you had reviewed the entire file?

**A.**  Well, I think our mission in the office is to try to find people who will flourish in a residential -- fast-paced competitive residential community.  And she seemed to me to be a promising bet.

In admissions parlance, I would have tagged her as a great all-rounder, someone who's very versatile and good at lots of very different kinds of things, again, inside and outside of the classroom, and seemed to be, in personal terms, you know, a very strong individual.

**Q.**  Let's look back at the first page of the exhibit.  Looking at the first page, are there any indicators about this applicant's socioeconomic status on the application file?

**A.**  Yes.  I noticed several things quickly.  I noticed that the application fee was waived.  I noticed that neither parent had attended college, that in fact one parent is unemployed.  Both parents are in skilled trades.  Those were immediate indicators.

1    **Q.**   And how were this applicant's grades?

2    **A.**   She has a -- had a 98.02 average out of 100.

3    **Q.**   What academic rating did you assign to this applicant?

4    **A.**   A 3+.

5    **Q.**   How would you describe her academic rating in the context

6    of Harvard's overall applicant pool?

7    **A.**   I think taking into account her overall GPA, the quality

8    of the courses that she had taken -- which included, by the

9    way, a course in organic chemistry in high school, and other

10   advanced courses -- her various tests, ACT and AP test

11   scores, she was clearly capable of doing Harvard work and

12   doing it well.

13   **Q.**   Was there anything that stood out about this applicant's

14   athletic participation?

15   **A.**   Well, I was impressed by her captaincy of what I

16   assumed -- again, knowing something about the school and the

17   area in which it's located, this is not going to be a

18   recruited athlete for one of our Division 1 sports for

19   basketball.

20           But it did suggest to me something about her

21   leadership potential, which is important.  She writes about

22   her love of the game, and other people write about her love

23   of the game.  She actually plays basketball with guys a lot.

24   Truthfully, she sounds pretty good at the game.  She's the

25   lead-point guard on her team.  And I gather also in the file

1    that it was the only multiracial basketball team in the

2    athletic league.

3            Most students at Harvard -- a lot of students at

4    Harvard participate in athletics, actually.  We have very

5    strong intramural programs, etc.  So even though, again, she

6    wouldn't be a recruited athlete, my suspicion was that she

7    could, in fact, make a very strong contribution to athletics

8    at the school in the freshman dorms and in the upper-class

9    houses as well if she chose to.

10   **Q.**  And let's look just to the bottom of the same page at the

11   profile ratings.  What athletic rating did you assign to this

12   applicant?

13   **A.**  A 3+.

14   **Q.**  Would that athletic rating have been important to this

15   applicant's -- or to your consideration of this applicant's

16   file?

17   **A.**  Given the fact when you're trying to whittle down 43,000

18   applicants to 2,000 admits, everything becomes important.

19   Everything becomes important.

20           Again, I was looking for earmarks of distinction

21   and potential contribution to the life of the college.  And

22   it seemed to me that, in addition to the other things that

23   she was doing outside of the classroom, this was noteworthy,

24   yes.  So it was, in fact, a part of my consideration.

25   **Q.**  Looking at the next profile rating over, what personal

1   rating did you assign to this applicant?

2   **A.**   I gave her a straight 2.

3   **Q.**   So let's take a look on page 31 of the file, if we could.

4   Is this the guidance counselor recommendation for this

5   applicant?

6   **A.**   Yes.

7   **Q.**   And if you can look at the last paragraph on the page,

8   could you please read the first sentence, beginning "Born to

9   immigrant parents"?

10  **A.**   "Born to immigrant parents.  Serves as the family

11  translator as well as paying bills, reading mail, and

12  answering phones."

13  **Q.**   What stood out to you about this guidance counselor

14  recommendation for this particular applicant?

15  **A.**   Again, this is a very large high school.  And I think the

16  average high school, public high school student-counselor

17  ratio is about 600 to 1 now.  It used to be 500 to 1.  That

18  was the standard metric.  I think it's now six to maybe 700

19  to 1.

20          So it struck me as impressive that someone could

21  get this detailed a report from a guidance counselor at a

22  school this large.  It just seemed to me unusual, given what

23  I know about the school and the nature of the demands on

24  guidance counselors and what they are prepared to commit

25  themselves to writing on behalf of students.

1    **Q.**   Did the information in this guidance counselor

2    recommendation inform your assignment of a personal rating to

3    this applicant?

4    **A.**   Yes.  Again, it kind of dovetails with my sense that this

5    was a well-rounded, well-grounded, mature individual who

6    would make the most of whatever opportunities she faced.

7    **Q.**   If you can turn, please, Mr. Banks, to page 42 of

8    Defendant's 262.  What does page 42 show?

9    **A.**   These are what are called check marks, which are

10   individual attributions characterized by teachers, and there

11   are designated categories of strength.  One of the top in my

12   career is the best you can be.  Those are the best checks you

13   can get.  And they go down the line from one of the top to

14   excellent to good, etc.

15           So I was impressed that up and down these various

16   attributional characteristics, she was described as one of

17   the best in this teacher's teaching career.

18   **Q.**   Do the check boxes filled out by teachers and guidance

19   counselors on a form like this, are they taken into account

20   in your assessment of an applicant to Harvard?

21   **A.**   Oh, yes, absolutely.  There are schools and teachers who

22   don't fill out these checks.  They don't have the time or the

23   patience to do it.  So when people actually do, it's worth

24   paying attention to.

25           MS. ELLSWORTH:  Mr. Lee, can we just zoom in

1  underneath the ratings on the descriptions, academic

2  achievement on down to overall.

3  BY MS. ELLSWORTH:

4  **Q.**  Are some of the check boxes that teachers and guidance

5  counselors are asked to fill out integrity?

6  **A.**  Yes.

7  **Q.**  Reaction to setbacks?

8  **A.**  Yes.

9  **Q.**  Concern for others?

10  **A.**  Yes.

11  **Q.**  Self-confidence?

12  **A.**  Yes.

13  **Q.**  Leadership?

14  **A.**  Yes.

15  **Q.**  Maturity?

16  **A.**  Yes.

17  **Q.**  Are these all taken into account in the personal ratings

18  that you might assign to an applicant?

19  **A.**  Yes.  Those kinds of personal characteristics are

20  important on a residential -- on a diverse and residential

21  campus where people are living and learning among each other

22  from very different, you know, points of origin and very

23  different aspirational levels.  So yeah, they're very

24  important to us.

25  **Q.**  Let's take a look at the next page, page 43, which is the

1  letter that accompanied those check boxes.

2  **A.**  Yes.

3  **Q.**  And can you please read the third paragraph with the

4  sentence beginning "I have observed."  The very bottom of the

5  third paragraph.

6  **A.**  "I have observed her helping other students to understand

7  some of the more detailed and difficult aspects of the course

8  material, always with a smile on her face."

9  **Q.**  What stood out to you from this particular teacher

10  recommendation submitted on behalf of this applicant?

11  **A.**  Well, Harvard College is a fast-paced, demanding academic

12  environment.  Pedagogically, we are trying to take a little

13  bit of the edge off of that by, wherever possible -- and

14  faculty members are, too -- urging students to work in groups

15  and urging people to work cooperatively.

16       So whenever I see a recommendation from a teacher

17  that suggests that a student actually is at ease extending

18  herself or himself to other students to assist them in

19  getting material and class work that other students don't get

20  as quickly, that would tend to grab my attention always.

21  **Q.**  Did the information provided in this teacher

22  recommendation letter inform your assignment of a personal

23  rating to this applicant?

24  **A.**  Yes.  Because in addition to that sentence there, there

25  are others.  The end of the first paragraph reads, "One of

1    the nicest and kindest students that I've ever taught."

2    **Q.**   And did that inform your rating of this applicant?

3    **A.**   Again, very much so.  I think that when teachers are

4    prepared to commit themselves with that degree of strength

5    and specificity in a recommendation that it deserves careful

6    consideration.

7    **Q.**   Let's take a look back, please, at the first page of the

8    application, Defendant's 262, and particularly focusing on

9    the rating box at the bottom of the page.

10            Did this applicant receive ratings from another

11   reader in the Harvard College admissions office?

12   **A.**   No.  Under normal circumstances it would be appropriate

13   to send an application from the first reader to the chair for

14   a second reading with a 2- overall designation.

15            I decided in this case not to do that because I

16   felt that I didn't have enough critical information.  I did

17   not have an alumni interview to confirm what I thought were

18   very promising personal qualities.  I did not have

19   information nailed down about her financial circumstances,

20   and I thought that was really necessary.

21            And I knew, given the nature of our process, that

22   once that material was in, I could bring this case to the

23   subcommittee for a full, open, and fair discussion and then

24   to the full committee for a full, fair, open discussion

25   without the need of a second reading.

1    **Q.**  And did you ultimately receive some of the information

2    that was missing when you first assigned ratings to this

3    file?

4    **A.**  Yes.  Yes.

5    **Q.**  Did you ultimately raise this applicant for discussion in

6    the subcommittee?

7    **A.**  Yes.  Once the interview was in and we had a better sense

8    of her financial circumstances, yes.

9    **Q.**  Can you identify any one particular factor that led to

10   this applicant's admission to Harvard College?

11   **A.**  No.  Actually there never is any single factor.

12          I understand and chafe somewhat when people

13   describe any admissions process this complicated involving

14   this many people and this many factors as just because a

15   student got in just because of X, Y, or Z.

16          What made this candidate strong is her

17   comprehensive strength, both academically, extracurricularly,

18   and personally, and the strength of her teacher

19   recommendations, and the strength of the interview, all of

20   which really in a parade of confirmation, virtual

21   confirmation led to an affirmative discussion of her

22   candidacy.

23   **Q.**  Just a few more questions, Mr. Banks.

24          Does Harvard give applicants a tip for their racial

25   or ethnic background in the admissions process?

1   **A.**   Yes.

2   **Q.**   Is race the only factor that can serve as a tip in the

3   admissions process?

4   **A.**   Race is never the only factor that serves as a tip in the

5   application process.  It is only used in combination with

6   other factors and personal accomplishments and virtues as

7   they appear in the file.

8   **Q.**   When you are reading and considering an applicant for

9   admission, how do you take race into account as a tip in the

10   process?

11   **A.**   I tend to try to get a full sense of the strength of the

12   candidate based on academic, extracurricular, and other kinds

13   of considerations, teacher recommendations.  We usually often

14   do not have alumni interviews to help to confirm some of the

15   personal qualities.  So we have to distill the information as

16   it appears before us.

17          But once I get a sense of that, again, at that

18   point based on the strength of all those variables taken

19   together, then I would enter the tip into the calculus but

20   not before that.

21   **Q.**   And to the extent that an applicant's race serves as a

22   tip in the process for one individual applicant, in what

23   rating that you assign to the application file might that be

24   reflected?

25   **A.**   For me, based on my experience, I would put that -- I

1    would kind of insert that into the overall rating because

2    that suggests something about further discussion, the need

3    for further discussion and further consideration based on all

4    those factors together, not in isolation.

5    **Q.**   Do you consider race when assigning any of the four

6    profile ratings -- the academic, extracurricular, academic,

7    or personal -- to an application file?

8    **A.**   No.  Never.

9    **Q.**   Mr. Banks, you were discussing with Mr. Connolly this

10   morning when Dean Fitzsimmons occasionally provides some

11   information to the committee about where the class is.  Do

12   you recall that testimony?

13   **A.**   Yes.

14   **Q.**   Has Dean Fitzsimmons ever provided information like that

15   only along racial or ethnic lines?

16   **A.**   No.  No.  Again, it's a broad discussion of the admitted

17   class, including academic information, geographic

18   information, and other considerations, yeah.

19   **Q.**   And to the extent that information is shared with the

20   committee, have you ever been told to admit more students of

21   a particular racial or ethnic background?

22   **A.**   No, never.

23   **Q.**   Have you ever been told to admit fewer students of a

24   particular racial or ethnic background?

25   **A.**   Never.

1    **Q.**   Mr. Banks, how many subcommittee meetings do you think

2    you've participated in over the course of your time at

3    Harvard admissions?

4    **A.**   Many, with a capital M.

5    **Q.**   How about full committee meetings?  How many full

6    committee meetings do you think you've participated in?

7    **A.**   An even larger capital M.

8    **Q.**   You've been in the admissions office for over 30 years,

9    right?

10   **A.**   That's correct.

11   **Q.**   In those 30-plus years, how many times have you seen

12   another admissions officer demonstrate bias against an

13   applicant because of the applicant's race?

14   **A.**   Never.

15   **Q.**   In your 30-plus years in the admissions office, have you

16   ever been instructed to admit a target number of students of

17   any particular racial or ethnic background?

18   **A.**   Never.

19   **Q.**   When considering whether to admit an applicant, is an

20   applicant's race ever a negative factor?

21   **A.**   No.  Of course not.

22   **Q.**   In your view, is it important that Harvard have a diverse

23   student community?

24   **A.**   In my view, yes.

25   **Q.**   In your view, does racial diversity have educational

1    benefits?

2    **A.**   In my view, yes.   I've been hanging around places like

3    this for a lot of years, and I think my own view is that

4    diversity of all kinds and excellence of all kinds, including

5    race/ethnicity, but also along lines of excellence in

6    academics and extracurricular has made our campus stronger,

7    more interesting, more attractive, frankly.   I don't know

8    otherwise how to account for 43,000 applications to a school

9    that only can take 2,000 people.

10             MS. ELLSWORTH:   Thank you, Mr. Banks.

11             No further questions.

12             MR. CONNOLLY:   No further questions.

13             THE COURT:   You're excused, Mr. Banks.

14             THE WITNESS:   Thank you, Your Honor.

15             MR. LEE:   Your Honor, Ms. Gershengorn is going to

16   present the next witness for us.

17             THE COURT:   That's fine.

18             MR. STRAWBRIDGE:   We'll call Charlene Kim.   We'll

19   just need a minute here.

20             THE COURT:   Who did you just call, Mr. Strawbridge?

21             MR. STRAWBRIDGE:   Charlene Kim.

22             THE CLERK:   Can you please stand and raise your

23   right hand.

24             (CHARLENE KIM duly sworn by the Deputy Clerk.)

25             THE CLERK:   Thank you.   You may be seated.

1          Can you please state your name and spell your last

2     name for the record.

3          THE WITNESS:  Sure.  It's Charlene Sun Jin Kim,

4     K-I-M, as in Mary.

5          MR. STRAWBRIDGE:  Ms. Kim, with the Court's

6     permission, I'm going to provide you with some materials

7     here.

8                          EXAMINATION

9     BY MR. STRAWBRIDGE:

10    **Q.**   Good afternoon, Ms. Kim.

11    **A.**   Hi.

12    **Q.**   My name is Patrick Strawbridge.  I'm an attorney for

13    Students for Fair Admissions.  We have not met before.  You

14    are a 2003 graduate of the University of California at

15    Berkeley; is that correct?

16    **A.**   Yes.

17    **Q.**   And then you earned a master's degree?

18    **A.**   Yes.

19    **Q.**   At New York University?

20    **A.**   That's correct.

21    **Q.**   And do you remember when you earned that?

22    **A.**   2008 or '09 was when I finished the thesis.

23    **Q.**   And then you began working in the Harvard office of

24    admissions and financial aid in around 2008, 2009?

25    **A.**   In 2008, yes.

1          THE COURT:  Ms. Kim, can I ask you to keep your

2     voice up?

3          THE WITNESS:  Yes.

4          THE COURT:  Thank you.

5     BY MR. STRAWBRIDGE:

6     **Q.**  You've worked in the admissions office then for nine

7     years?

8     **A.**  That's correct.

9     **Q.**  You've been reading applications for that whole time?

10    **A.**  Yes.

11    **Q.**  Last year you estimate you probably read more than a

12    thousand applications?

13    **A.**  Yes.  I believe last year I read about 1,100.

14    **Q.**  In a given year during your experience in the office,

15    you'd say you read somewhere between 700 and 1,100

16    applications a year.  Does that sound right?

17    **A.**  That does sound right.  My first year was closer to 7,

18    800.

19    **Q.**  So if we just sort of took the middle of that range, 900

20    applications over nine years, you would have read more than

21    8,000 applications in your time in the admissions office,

22    correct?

23    **A.**  I would say that's safe to say, yes.

24    **Q.**  You used to read on C docket; is that correct?

25    **A.**  That's right.

1   **Q.**   What states are on C docket? -- or areas, I should say.

2   **A.**   The Greater Los Angeles area.

3   **Q.**   Anything else, or is it just Los Angeles?

4   **A.**   So it's Los Angeles County, parts of the San Fernando

5   Valley, and then parts of San Bernardino County.

6   **Q.**   Dockets in general sometimes have some variances between

7   them in terms of the racial diversity of the populations they

8   cover.  Would you agree with that?

9   **A.**   I don't know for a fact, but I would imagine so, given

10  that the country has different makeups demographically.

11  **Q.**   The racial diversity in C docket may well be different

12  than the racial diversity in B docket, for example, correct?

13  **A.**   Sure.  I can see that.  I grew up in Los Angeles, so I

14  would imagine that -- my experience has been it's a very

15  diverse in many ways kind of place.  So I would say so.

16  **Q.**   You used to read on B docket, right?

17  **A.**   On B as in boy?

18  **Q.**   Yes.

19  **A.**   Yes.

20  **Q.**   That covers Colorado and some of the Western states; is

21  that correct?

22  **A.**   That's right, yes.

23  **Q.**   You understand, and I assume you agree, that Harvard does

24  consider race in the process of making its admissions

25  decisions, right?

1  **A.**  Yes.

2  **Q.**  And one of the reasons that Harvard considers race in its

3  admissions process is that it believes having a class that's

4  composed of different students from different racial

5  backgrounds adds to Harvard's community, correct?

6  **A.**  Yes.  I think we really want to have a wide variety of

7  lived experiences and backgrounds in the community.

8  **Q.**  And race is something that the admissions office

9  considers throughout the admissions process, correct?

10  **A.**  Yes.  We have discussions throughout the committee

11  process, and that would be one of the many things we discuss.

12  **Q.**  And I think -- well, in your familiarity, I'm sure

13  there's a place on the summary sheets that readers receive

14  that lists the race of the applicant.  Is that correct?

15  **A.**  If the applicant provided it, then the demographic

16  information would be on the summary sheet, yes.

17  **Q.**  And in the same way, if the applicant provides his or her

18  race, that's included in the information that appears on the

19  printed docket sheets that the subcommittees use?

20  **A.**  Yes.

21  **Q.**  And the applicant's race is known to admissions officers

22  during the subcommittee discussions?

23  **A.**  Yes, it is.

24  **Q.**  At subcommittee meetings?

25  **A.**  Yes.

1   **Q.**   And the race of the applicants would also be known to the

2   admissions officer during the discussions of the full

3   committee, correct?

4   **A.**   That is correct.  If it's on the application materials,

5   it would be available to all members of the admissions

6   committee.

7   **Q.**   And indeed, during the full committee meeting, Dean

8   Fitzsimmons will provide information that includes the racial

9   breakdown of the admitted class to that point in time; is

10  that correct?

11  **A.**   I'm sorry.  Can you repeat that?

12  **Q.**   Yes.  During the full committee meetings, in your

13  experience, Dean Fitzsimmons will sometimes provide

14  information that includes the racial breakdown of the

15  admitted class to date; is that correct?

16  **A.**   Yes.  So in -- during a few of the years that I've been

17  on the admissions committee -- I don't know if it's been all

18  of the years -- during a time before we go into kind of the

19  final committee meetings, Dean Fitzsimmons has kind of

20  verbally given us an overview of the class as it is looking

21  at the time.  So just general demographic information, the

22  gender breakdown, the racial and ethnic breakdown, the number

23  of students who would qualify for our highest amount of

24  financial aid, and also a kind of geographic breakdown of

25  Mid-Atlantic, West Coast, things like that.

1  **Q.**  And you've been there for nine years.  That covers

2  basically 18 full committee meeting processes?

3  **A.**  Well, we didn't have early action for the three years

4  that I was there.  And the committee meetings are multiple

5  days and many weeks, but I've been through many cycles, yes.

6  **Q.**  More than a dozen at least, correct?

7  **A.**  Right.

8  **Q.**  You said multiple times Dean Fitzsimmons during this full

9  committee meeting process has conveyed this demographic

10  information, including the racial and ethnic breakdown of the

11  class, correct?

12  **A.**  Yes.  I do recall that that has happened a handful of

13  times.

14  **Q.**  But you don't know why he shares that information, do

15  you?

16  **A.**  No, I don't.

17  **Q.**  Race is also used at the end of the full committee

18  process?

19  **A.**  At the end of the process?

20  **Q.**  You're familiar with what's known as lopping?

21  **A.**  Yes.

22  **Q.**  Just as a reminder, lopping is the process where the

23  class frequently at the end of the full committee process

24  ends up with too many people in it for all the beds that

25  Harvard has, correct?

1   **A.**   Yes.  So the lop process happens at the end of full

2   committee and then -- well, also kind of at the end of the

3   subcommittee meetings as well, depending on the subcommittee.

4   Sometimes we have too many students at that point as well.

5   So I kind of think of what you're calling the lop happening

6   at least two different stages.

7   **Q.**   Okay.  And at both those stages, there needs to be a

8   decision made as to who's going to be removed from the class

9   as you get down to the last few spots?

10   **A.**   That's correct, yes.

11   **Q.**   And one of the information that is -- strike that.

12           There's a form that's filled out with respect to

13   each docket's lops or proposed lops?

14   **A.**   Yes.  There's a lop list for the full committee lop

15   process.

16   **Q.**   And the lop list includes some information about the

17   applicants who are being placed on the lop list?

18   **A.**   It does have information on the applicants, yes.

19   **Q.**   One of the pieces of information that goes on the lop

20   list is the race or ethnicity of the applicant, correct?

21   **A.**   That's correct.  I think there are four or five columns

22   on it, and that is one of the columns in addition to the HFAI

23   status, I think the athletic rating, the lineage status.

24   There might have been gender in actually some years.

25   **Q.**   By "lineage," you mean whether they're a legacy or not?

1  **A.**  Right.

2  **Q.**  Let's talk about the training in the admissions office.

3         When you first came to the office, were you are

4  trained by a senior admissions officer?

5  **A.**  I was, yes.

6  **Q.**  And that training included how to read the files?

7  **A.**  Yes, it did.

8  **Q.**  It's true, is it not, in your nine years in the

9  admissions office you have never received any written

10  instructions on how to evaluate race when considering

11  applicants?

12  **A.**  I don't think that explicit instructions are in the

13  reading procedures.

14  **Q.**  You never received any written instructions that are

15  specific to how to use race when considering applicants, have

16  you?

17  **A.**  I don't recall written instructions on how to do so.

18  **Q.**  As far as reading the files, admissions officers assign a

19  number of ratings to the files?

20  **A.**  That's right.

21  **Q.**  To the applicants, I should say.

22         And those ratings include the academic rating,

23  correct?

24  **A.**  Yes.

25  **Q.**  Extracurricular rating?

1    **A.**   Yes.

2    **Q.**   The personal rating?

3    **A.**   Yes.

4    **Q.**   And the athletic rating?

5    **A.**   That's right, yep.

6    **Q.**   And then there's an overall rating, correct?

7    **A.**   Yes, that's right.

8    **Q.**   You would agree there's nothing in the written procedures

9    of the admissions office that talks about how race should

10   factor into any of those particular numeric ratings, correct?

11   **A.**   Right.  There's no written instructions on how race would

12   be a factor in any of those numerical ratings.

13   **Q.**   Now, it's true that there is an annual orientation in the

14   admissions office where sometimes the general counsel's

15   office comes and provides some basic information about the

16   higher education landscape?

17   **A.**   Well, we have -- we have an admissions orientation, and

18   we also have an admissions retreat.  I think the one that our

19   general counsel comes to is the orientation.

20   **Q.**   And in some of that discussion, without getting into it

21   in too great detail, might cover what the legal standard is

22   for the use of race in higher education, correct?

23   **A.**   Yes.  I would say he gives us kind of an overview of the

24   legal landscape in higher education and then, you know, kind

25   of talks about things that pertain to our work.

1    **Q.**   In your nine years in the Harvard admissions office, you

2    have not participated in any annual training where you were

3    instructed by Dean Fitzsimmons or Director McGrath or anyone

4    else about how you're supposed to consider race when

5    reviewing and evaluating an application at Harvard, have you?

6    **A.**   In our various -- in our orientations and in our

7    admissions retreat, my colleagues and I and various other

8    people across the university talk about all the various

9    aspects of our admissions committee.  And demographic

10   identities, information, experiences and how those translate

11   into the work that we do is something that we put a lot of

12   thoughtful discussion into.

13         So I don't know if I would characterize it in that

14   sort of black-and-white kind of way.  Our committee process

15   is such that it is something that we both do on the job, and

16   then in the retreat and in the orientation we step back and

17   think about things in a larger way.

18   **Q.**   I just want you to listen to my question again to make

19   sure you're hearing me correctly.

20         In your nine years at Harvard, is there any annual

21   training where you're instructed by Dean Fitzsimmons or

22   Director McGrath or anyone else about how you're supposed to

23   consider race when reviewing or evaluating an application to

24   Harvard?

25   **A.**   So I've been told that race is one of many factors that

1    we can take into account when we are reviewing applications.

2    For example, I gave a presentation to our staff about

3    socioeconomic background and first-generation status.  My

4    colleagues have given presentations on various racial groups

5    and identities and things like that.  So it's hard for me to

6    think about it in that sort of way.

7    **Q.**  You remember giving a deposition in this case, I assume,

8    right?

9    **A.**  I do.

10   **Q.**  It was just a couple of week ago, right?

11   **A.**  That's right.

12   **Q.**  It was over at the offices of Wilmer Hale?

13   **A.**  That's right.

14   **Q.**  You have a copy of the transcript there in front of you.

15   Can you turn to page 22 of the deposition, please.

16   **A.**  Yep.

17   **Q.**  I'll direct you to the bottom of page 22, line 17.

18   **A.**  Line 17?

19   **Q.**  I'm sorry.  Line 23.  Do you see it?

20   **A.**  Yes.

21   **Q.**  "QUESTION:  And is there any annual training where you're

22   instructed by Dean Fitzsimmons or Director McGrath or anyone

23   else about how you're supposed to consider race when

24   reviewing and evaluating an application to Harvard?

25            "ANSWER:  I don't recall any sort of explicit

1    directive on how to do so."

2              Were you asked that question?

3    **A.**   Yes.

4    **Q.**   And did you give that answer?

5    **A.**   Yes.

6              MS. GERSHENGORN:  Your Honor, can we get additional

7    verification with the next question and answer given that

8    matches what the witness just testified to?

9              THE COURT:  Yes.

10   BY MR. STRAWBRIDGE:

11   **Q.**   The next question was, "So in your nine years at Harvard,

12   no one else has ever talked with you about the appropriate

13   way to use race in evaluating an application to Harvard,

14   correct?

15             "ANSWER:  So each year we have an orientation where

16   our general counsel comes and kind of gives us an update on

17   this landscape of higher education and to know about various

18   considerations in the admissions process.  And so, you know,

19   in that the discussion has come up that, you know, race is

20   one of the many considerations that we use in evaluating all

21   these very complex and nuanced individuals."

22             Did you give that answer to that question?

23   **A.**   Yes.  With very many "you knows," but yes.

24   **Q.**   You have never received any training on how to prevent

25   implicit bias from affecting your review of applications to

1  Harvard, have you?

2  **A.**  I have not received direct implicit bias training, no.

3  **Q.**  You would agree it's possible for any person to exhibit

4  bias, right?

5  **A.**  I believe that's true.

6  **Q.**  In your view, discrimination can take all forms?

7  **A.**  Yes.

8  **Q.**  And it's possible, for example, for a woman to

9  discriminate against other women?

10  **A.**  Yes.

11  **Q.**  And it's possible for one member of a given racial group

12  to discriminate against other members of that racial group,

13  isn't it?

14  **A.**  Yes.  I think discrimination can indeed take all forms.

15  **Q.**  We talked about the fact that one of the reasons that

16  Harvard considers race in its admissions process is because

17  it believes that racial diversity adds to Harvard's

18  community, correct?

19  **A.**  Yes.

20  **Q.**  I want to talk a little bit about how you assign the

21  score for personal qualities.

22  **A.**  Okay.

23  **Q.**  You're familiar with that rating, one of the four profile

24  ratings, correct?

25  **A.**  I am familiar with it, yes.

1  **Q.**  And when considering the personal score, you also think

2  about how the applicant will add to the community, correct?

3  **A.**  Yes.  Because I think that their personal qualities are a

4  part of the way that they would add to the community, much

5  in -- you know, and in an academic way or extracurricular way

6  or any other way.

7  **Q.**  And you would agree, right, that a student's race or

8  ethnicity is part of how they can add to the community?

9  **A.**  Yes.  I think all of a student's experiences and

10  identities are ways that they can add to a community.

11  **Q.**  And in terms of the personal qualities that you are

12  looking for, you would agree that Asian-Americans as a group

13  do not have worse personal qualities, as Harvard views them,

14  than the other groups of applicants who apply to Harvard,

15  correct?

16  **A.**  No, they do not.

17  **Q.**  And so you would have no explanation if Asian-Americans

18  were to receive year after year lower personal scores than

19  white applicants, for example, correct?

20  **A.**  Yep.  That's not what I see as a member of the committee.

21  **Q.**  That has not been your experience during your nine years

22  on the admissions committee, has it?

23  **A.**  It has not.

24          MR. STRAWBRIDGE:  No further questions.

25                          EXAMINATION

1    BY MS. GERSHENGORN:

2    **Q.**  Good afternoon, Ms. Kim.

3    **A.**  Hi.

4    **Q.**  So Mr. Strawbridge asked you a number of questions about

5    your training in the office.  Do you recall his doing that?

6    **A.**  Yes.

7    **Q.**  Let me just ask you a few questions about that.  Did you

8    receive training to be an admissions officer when you first

9    joined the office?

10   **A.**  I did.

11   **Q.**  What did that consist of?

12   **A.**  So one of my colleagues, who's no longer with us, was a

13   senior admissions officer, and she trained a lot of the newer

14   people that had just joined staff.  So we actually read

15   actual cases from previous years, a good number of them, and

16   rated them and discussed them in a kind of mock committee

17   process.  So that was the first part of my training.

18          And then after that, I think my first 50 or 100

19   files were read by other admissions officers who had been

20   there for a longer time.  So they would stop into my office

21   and we would go over things that they had seen in my writings

22   or in my ratings, things like that.

23          So that's what I recall from the training.  It was

24   nine years ago, ten years ago.

25   **Q.**  Based on your training and your experience, what is your

1    understanding of how race or ethnicity may be used in the

2    admissions process?

3    **A.**   So it is one factor that we take into account among the

4    multitude of things that we see in every single candidate's

5    application.

6    **Q.**   Is race a factor that you consider when you're assigning

7    the academic rating?

8    **A.**   No.

9    **Q.**   Is it a factor that you consider when you're assigning an

10   extracurricular rating?

11   **A.**   No.

12   **Q.**   Is it a factor that you consider when you're assigning

13   the athletic rating?

14   **A.**   No.

15   **Q.**   Is race a factor that you consider when you're assigning

16   the personal rating?

17   **A.**   No.

18   **Q.**   What about the preliminary overall rating?  Is race a

19   factor that you may consider when you're assigning the

20   preliminary overall rating?

21   **A.**   So I would say that sometimes it is, along with other

22   things that I'm looking at, whether an applicant is from a

23   lower socioeconomic background or a rural applicant.  Things

24   like that are things that may be captured in the overall

25   rating.

1    Q.   Thank you.  So you've spoken a bit about your work at the

2    admissions office when Mr. Strawbridge was asking you

3    questions.  I just want to take a bit of a step back.

4         When did you first start working in the office?

5    A.   In 2008.

6    Q.   And what was your position when you first started?

7    A.   I was an admissions and financial aid officer.

8    Q.   And what was it about that position that drew you to it?

9    A.   So it was actually the financial aid portion of it, just

10   because I didn't know that such generous financial aid

11   existed.  And I know from my personal experience that cost of

12   college is something that a lot of people in this country are

13   considering when they're looking at schools.

14        And so, you know, I actually had another job offer

15   to work at a different part of Harvard, and I took this job

16   because I was interested in the financial aid piece.  And the

17   admissions piece was also part of it.

18   Q.   And has your position changed over your time in the

19   office?

20   A.   Yes.  I am currently the assistant director of financial

21   aid, a senior admissions officer, and the director of the

22   Harvard first-generation program.

23   Q.   How long have you held all those roles?

24   A.   So the director of the Harvard first-generation program

25   is a role that I've held for a little over a year and the

1    other two roles for a few years.

2    **Q.**  So let's break those down.  What are your

3    responsibilities as a senior admissions officer?

4    **A.**  So I read admissions files, and I am a member of the

5    admissions committee.  And this year I will be chair of a

6    subcommittee.

7    **Q.**  And Mr. Strawbridge asked you about the dockets that you

8    were assigned to previously.  What are the dockets that

9    you're currently assigned to?

10   **A.**  So I read files on J docket, and I'm chairing Z docket.

11   **Q.**  And what are the geographic territories that you are

12   responsible for on your dockets?

13   **A.**  On J docket, I read the states of West Virginia,

14   Kentucky, parts of Tennessee, parts of Kansas, and parts of

15   Indiana and other places where the metro area kind of spills

16   into a couple of different states.

17   **Q.**  And the Z docket that you'll be chairing?

18   **A.**  Z docket is California outside of C docket so the area

19   that I outlined earlier and the Bay Area.

20   **Q.**  And turning to your responsibilities as the assistant

21   director of the financial aid program, what are those

22   responsibilities?

23   **A.**  So as an assistant director of financial aid, I am a

24   financial aid officer to my caseload of current college

25   students.  And then I also help set policy and procedures for

1    the financial aid office.

2    **Q.**   And then finally with respect to your three hats, what

3    does your role as director of the first-generation program

4    entail?

5    **A.**   So the Harvard first-generation program is an outreach --

6    it has two kind of arms.  It's on the one hand an outreach

7    and support program for first-generation -- prospective

8    first-generation college students.  And then on the other

9    side is support and community building for the

10   first-generation students that we have on campus.

11   **Q.**   I'd like to just ask you a few questions about the

12   financial aid and the first-generation program.  We heard

13   some about that this morning.  I just want to take you

14   through each of those one at a time.

15             What are the goals of the Harvard financial aid

16   program?

17   **A.**   I think the goals of the financial aid program are to

18   make sure that Harvard is affordable to anyone that is

19   admitted and wants to apply.  Yeah.  And also I think that it

20   helps to kind of be a beacon of accessibility and

21   affordability in higher education.

22   **Q.**   And are there different components to that program?

23   **A.**   To the financial aid program?

24   **Q.**   Yes.

25   **A.**   Can you clarify?

1    **Q.**   Sure.  Before the applicants apply to Harvard College, is

2    there a recruiting component to the HFAI program?

3    **A.**   To the HFAI program, yes.

4            So the Harvard financial aid initiative, there

5    is -- much like the first-generation program, on the one hand

6    there's outreach to prospective students.  Both of these

7    programs actually hire current Harvard College students who

8    identify with these identities.

9            And when the outreach portion, they send emails,

10   they write blog posts, they're on our social media, and also

11   host tours both in person and actually now increasingly more

12   on a virtual level to prospective students and to

13   community-based organizations across the country.

14   **Q.**   And is there travel that's done as part of the financial

15   aid program as well on the recruiting side?

16   **A.**   Yes.  So HFAI hires -- they actually just completed

17   hiring last week students as a winter break job to go to

18   their hometowns and visit a number of high schools and middle

19   schools to talk about the affordability actually not just of

20   Harvard but a lot of need-blind schools with strong financial

21   aid programs, just to kind of get the message of

22   accessibility and affordability out there.

23   **Q.**   You mentioned electronic outreach.  Does Harvard have a

24   web page about its financial aid?

25   **A.**   Yes.

1    **Q.**  If you could turn, to Tab 1 in the binder in front of

2    you.  Do you see a document there labeled DX106?

3    **A.**  Yes.

4    **Q.**  Do you recognize this document?

5    **A.**  Yes.  This looks to be one of the pages on our financial

6    aid website.

7            MS. GERSHENGORN:  Your Honor, we'd move to admit

8    DX106.

9            MR. STRAWBRIDGE:  No objection, Your Honor.

10           THE COURT:  It's admitted.

11           (Defendant Exhibit No. DX106 admitted.)

12   BY MS. GERSHENGORN:

13   **Q.**  Why is this website maintained?

14   **A.**  I think it's so our financial aid policy is clear to all

15   family, students who may be interested, and to just get the

16   message of affordability out there.

17   **Q.**  And is there a tool on the website to help people figure

18   out the cost of attending Harvard?

19   **A.**  Yes, there is.  There's a net price calculator.  There's

20   actually a link, it looks like, on the second page.

21   **Q.**  And if you turn to the second tab in the binder, do you

22   see a document there labeled DX111?

23   **A.**  Yes.

24   **Q.**  What is DX111?

25   **A.**  That looks to be the net price calculator that's on our

1    website.

2              MS. GERSHENGORN:  Your Honor, we'd move to admit

3    DX111.

4              MR. STRAWBRIDGE:  No objection.

5              THE COURT:  It's admitted.

6              (Defendant Exhibit No. DX111 admitted.)

7    BY MS. GERSHENGORN:

8    Q.  Is there anything special about Harvard's net price

9    calculator?

10   A.  Well, it was introduced a few years ago when there was a

11   federal mandate for all schools actually to have net price

12   calculators just in the way of cost transparency.

13             But I think that ours is particularly -- very

14   simple and clear.  We always have ease of use in mind, that

15   we don't want it to be kind of prohibitive or a lot of tax

16   documents or something are needed for people to fill this

17   out.

18   Q.  In addition to maintaining the web pages, is there

19   actually a physical space on campus where they can go if they

20   have questions about financial aid?

21   A.  Yes.  Our financial aid office is located on campus in

22   Harvard Square.

23   Q.  And is that open to the public?

24   A.  Yes.

25   Q.  And do prospective applicants go to the office sometimes?

**A.**   Yes, they do.

**Q.**   And what kinds of information can people get there?

**A.**   So they can get our brochure.  We actually have current graduate students there at the front to answer kind of general questions about our financial aid, direct people to the net price calculator, give an overview about financial aid, and also often give directions on how to get to other parts of campus.

**Q.**   So why does Harvard take all of these steps to recruit and assist students who can't afford the tuition?

**A.**   I think it's because there is a commitment to affordability, to make it affordable.  I think that in order to truly make sure that we have the best and brightest students from all backgrounds considering Harvard, it needs to be as affordable as possible.  And I think that that's something that the college is quite committed to.

**Q.**   And so actually talking about the financial aid itself, how does Harvard determine the amount of financial aid that a student receives?

**A.**   So I think of it as a lot like our admissions process from that we ask for information so students and families fill out the FAFSA, the Free Application For Federal Student Aid, the CSS profile through the College Board.  We ask for their tax returns.

            And we gather all of that information and also it's

1    read by multiple financial aid officers.  We actually write a

2    good amount of prose in addition to doing the calculations of

3    income to kind of understand a student's family, you know,

4    what is the family size, are there any sorts of medical

5    expenses or unforeseen expenses that are happening, any

6    stressors, job insecurity, things like that that I think

7    don't come through with just the numbers on someone's tax

8    forms.

9              So this is all information that we take into

10   account and is read by multiple people so that we're being as

11   comprehensive and thoughtful as equitable as possible with

12   our financial aid.

13   **Q.**  Is a student's academic success in high school a factor

14   in awarding the financial aid?

15   **A.**  No.

16   **Q.**  Does Harvard provide athletic scholarships?

17   **A.**  No.  All financial aid is need based.

18   **Q.**  Has Harvard's financial aid budget changed during your

19   time in the office?

20   **A.**  Yes, it's changed.  It's changed quite a bit.  I think

21   it's increased to -- this year I believe it's about

22   $200 million is the budget for this year's undergraduate

23   financial aid.

24   **Q.**  When HFAI was launched, when was that?

25   **A.**  In 2004.

1   **Q.**  So back in 2004, what were the parameters in terms of the

2   amount of aid that a student could receive based on their

3   family income?

4   **A.**  So back then, it was families that had an annual income

5   of under $40,000 there would be no parent contribution.

6   **Q.**  And what are the parameters of HFAI today?

7   **A.**  So today, it's families that are making under $65,000

8   have no parent contribution.

9   **Q.**  And about families who make more than 65,000 dollars?  Is

10  there financial aid above that?

11  **A.**  From 65 to $150,000, it's up to 10 percent.  So if a

12  family is making $140,000 a year with typical assets, their

13  estimated cost for their child to attend Harvard would be

14  about $14,000 a year.  And then beyond that, families that

15  make over 150, over $200,000 still qualify for need-based

16  grant aid.

17  **Q.**  Are there any cutoffs beyond which a student who needs

18  aid can receive aid?

19  **A.**  No.  I think that there's no income cutoff.  It's just

20  because family situations are so unique and nuanced.

21  **Q.**  You mentioned the families with incomes below 65,000

22  where the family contribution is nothing for the students to

23  attend Harvard.

24          What percentage of students fall within that

25  zero-contribution threshold?

1    **A.**  About 20 percent of students, one in five of our

2    students.

3    **Q.**  And about what percent receive aid overall, what percent

4    of the students?

5    **A.**  So I think it's about 55 percent receive aid from our

6    office.

7    **Q.**  The Court heard this morning that Harvard doesn't expect

8    students to take out loans.  Why is that?

9    **A.**  I think it's for the same -- it's all under the same idea

10   of affordability and accessibility that loans are -- that

11   grant makes things more affordable than loans would.

12   **Q.**  Are these all details, is this information that's all on

13   Harvard's websites?

14   **A.**  Yes.

15   **Q.**  And then does HFAI have a role once students are on

16   campus and admitted and coming to the college?

17   **A.**  Yes.  So the current students, they kind of think about

18   it as a community building is where the focus is.

19        So there are dinners for HFAI students featuring

20   local restaurants, study break sessions.  There's the hosting

21   of different kinds of events.  For instance, this coming

22   week -- or I guess two weekends from now is first-year family

23   weekend where a lot of the first-year students' families will

24   come to visit.

25        But for low-income and first-generation students,

1    often their families would be unable to attend because it's

2    cost prohibitive.  And so there's programming that HFAI and

3    the first-gen program are doing to kind of make sure that

4    these students are included in the celebrations of this

5    weekend.

6    Q.  And you mentioned that you have some responsibilities

7    with respect to current students.  Are financial aid officers

8    paired up with students once they come to campus?

9    A.  Yes.  So once a student has said that they are going to

10   attend, over the summer each student is assigned a financial

11   aid officer.  So I'm the financial aid officer for a number

12   of students, and I would stay with them for the four years

13   that they are at the college.

14   Q.  If I could ask you to turn to Tab 3 in that binder in

15   front of you, do you see a document labeled DX27?

16   A.  Yes.

17   Q.  Do you recognize this document?

18   A.  Yes.

19   Q.  What is this?

20   A.  This is a presentation that I actually helped to put

21   together and give about HFAI and first-generation students.

22              MS. GERSHENGORN:  Your Honor, we'd move to admit

23   DX27.

24              MR. STRAWBRIDGE:  No objection.

25              THE COURT:  It's admitted.

1          (Defendant Exhibit No. DX27 admitted.)

2     BY MS. GERSHENGORN:

3     Q.   Turning to Slide 10 of the presentation, could you just

4     tell me generally what does this slide show?

5     A.   The slide shows some of the financial and kind of other

6     sorts of resources and support that's available for HFAI

7     students.  And actually some of these are for any students

8     that are on financial aid.

9     Q.   We won't go through all of them, but just for a couple.

10          What is the winter coat fund?

11    A.   So the winter coat fund is for first-year students who

12    have a zero parent contribution.  So it's money that we

13    actually just deposit it into their bank account, about a

14    week and a half ago, for them to buy winter gear for the

15    coming New England winter.

16    Q.   And what about the midyear considerations?

17    A.   So the financial aid committee -- we actually have

18    reconsideration meetings throughout the year.  But during the

19    end of the calendar year, so in December and then in January,

20    we have specific meetings for families whose financial

21    situations have changed a lot, since again we're using the

22    federal tax returns which are -- often, you know, show a

23    snapshot that's not that recent.

24          So the midyear reconsideration process captures any

25    significant changes, usually a significant loss in income

1   that happened in that current calendar year, so that we can

2   adjust our financial aid.

3   **Q.**  Are there other programs to support admitted students

4   that are not on this list?

5   **A.**  Yes.  So I think two or three years ago we started a

6   start-up grant for first-year zero-parent-contribution

7   students.  So they receive a thousand dollars each semester.

8   So $2,000 total just to help with the transition into

9   college, because we heard from a lot of our students from the

10  most modest backgrounds how financially difficult that

11  transition to college could be.

12  **Q.**  So we talk now a lot about the HFAI program.  In your

13  view, does the HFAI program foster diversity?

14  **A.**  Yes, I believe it does.

15  **Q.**  How does it do that?

16  **A.**  I think on the outreach and recruitment side that it is

17  putting Harvard and other kind of highly selective,

18  need-blind schools on the radar of students from more modest

19  socioeconomic backgrounds.  And that, in turn, will hopefully

20  increase the socioeconomic diversity on campus.  And then,

21  once they're there, to build a sense of community I think is

22  such an important thing.

23  **Q.**  I want to talk very briefly about the first-generation

24  program.  When was that founded?

25  **A.**  In 2015, I believe.

1    **Q.**  And do you know why that program was created?

2    **A.**  It was created because across the country in higher ed

3    there was -- a lot of students were kind of embracing their

4    first-generation college identity.  We actually had a student

5    group form on campus, the First Generation Student Union, in

6    2014.  So we felt that it was important to have yet another

7    kind of touch point way to reach out to students and to build

8    a more diverse and inclusive community.

9    **Q.**  And is that program organized similar to the HFAI program

10   we were talking about?

11   **A.**  Yes, it is.

12   **Q.**  And if I could just ask you to turn to Tab 4, do you see

13   a document there marked DX103?

14   **A.**  I do.

15   **Q.**  Do you recognize that?

16   **A.**  Yes.  This is our landing page on the first-generation

17   students on our website.

18            MS. GERSHENGORN:  Your Honor, we'd move to admit

19   DX103.

20            MR. STRAWBRIDGE:  No objection.

21            THE COURT:  It's admitted.

22            (Defendant Exhibit No. DX103 admitted.)

23   BY MS. GERSHENGORN:

24   **Q.**  Who does Harvard view to be a first-generation student?

25   **A.**  It's the italicized section at the bottom there.  We

consider a first-generation college student if they will be
in the first generation of their immediate family to graduate
from a four-year institution.  So the student's parents would
not have earned degrees from four-year institutions, but
older siblings may have.

Q.  And what percent approximately of Harvard's class is
first generation?

A.  I think it's about 15 to 16 percent.  The class that we
actually just admitted earlier this year was a little over
17 percent first gen, which was exciting.

Q.  And what are your observations of how the
first-generation program has impacted the Harvard community?

A.  I think that it adds diversity.  It adds the experiences
of students to the large chorus of all of the other kinds of
experiences and backgrounds and things that comprise of the
learning experience of college.

You know, I think that first-generation college
students bring so much with them.  And I don't want to say
that each student brings the same thing because they don't.
All of their experiences that have led to them being at the
school and embracing this identity is -- it adds to the
learning environment.

Q.  So I want to actually turn your attention to the rating
of a file and the profile ratings that we've been hearing a
lot about.

1           How do you think about the profile ratings and the

2   role that they play in the admissions process?

3   **A.**   So when I think of profile ratings, they're really just

4   handles for me for the application of how to go about

5   discussing the applicant in subcommittee and full committee,

6   things like that.

7   **Q.**   Does an applicant get admitted or rejected based solely

8   on the profile ratings?

9   **A.**   No.

10  **Q.**   And when you're having conversations in subcommittee

11  about applicants, what information about the applicant do you

12  have in front of you?

13  **A.**   What information do I have?

14  **Q.**   Yes.

15  **A.**   The entire application.  All of it.

16  **Q.**   Do you have the full application file in front of you in

17  addition to the ratings that your colleagues have assigned?

18  **A.**   Yes.  So all admissions officers have access to all of

19  the application materials of all applicants.

20  **Q.**   And so do you have an opportunity to see the ratings that

21  other admissions officers have assigned when you're in

22  subcommittee?

23  **A.**   Yes.

24  **Q.**   And you also, as you said, you see the full application

25  file at the same time?

1    **A.**   Yes.

2    **Q.**   And do you have an opportunity in the course of those

3    meetings to compare the materials in the file, the essays,

4    the teacher recommendations, to the ratings that your

5    colleagues have assigned and you've assigned?

6    **A.**   Yes.

7    **Q.**   And over your nine years in subcommittee meetings, have

8    you ever seen anything that suggests to you that other

9    admissions officers are treating Asian-Americans unfairly

10   when they're assigning the personal rating?

11   **A.**   I have not.

12   **Q.**   Is that something that you think you would have noticed?

13   **A.**   I absolutely think I would have noticed.

14   **Q.**   And I want to just talk a little more about the

15   application files that you reviewed.

16            Do you remember application files after you've read

17   them?

18   **A.**   I do.  Some more than others I'm sure, but I'm surprised

19   by how much things evoke applications that I've read.

20   **Q.**   Do you remember the ratings that you've applied to

21   specific applications?

22   **A.**   I don't.

23   **Q.**   What is it that you do remember from an application?

24   **A.**   I think that it depends on the application and the

25   applicant that, you know, sometimes it's an essay.  Sometimes

1    it's something that a teacher had said, an anecdote.

2    Sometimes it's something that might have come up in the

3    interview report.  It really varies by the student.

4    **Q.**  So I'd like to turn your attention to an application

5    file.

6              MS. GERSHENGORN:  Your Honor, with your permission,

7    we'll ask the gallery monitors to be turned off and the jury

8    monitors.

9              THE COURT:  Turn off the jury box, please, too,

10   Karen.

11   BY MS. GERSHENGORN:

12   **Q.**  And if we could turn to Tab 5.  And do you see there a

13   document marked DX527?

14   **A.**  Yes, I do.

15   **Q.**  And do you recognize this?

16   **A.**  Yes, I do.  It's an application.

17   **Q.**  So we've talked about before about how a couple of the

18   things, because of the auto filling on the computer system,

19   there are initials there that are not right and the year

20   that's not right.

21              But if we look at -- directing your attention to

22   page 38 of this document, were you the first reader on this

23   file?

24   **A.**  I was, yes.

25              MS. GERSHENGORN:  Your Honor, we'd move to admit

1    DX527.

2            MR. STRAWBRIDGE:  No objection.

3            THE COURT:  It's admitted.

4            MS. GERSHENGORN:  Thank you.

5            (Defendant Exhibit No. DX527 admitted.)

6    BY MS. GERSHENGORN:

7    **Q.**  I'd like you to take us through this application.  What's

8    the first thing you look at when you're reviewing an

9    application file?

10   **A.**  So I start with the common application.

11   **Q.**  Is that at page 4?

12   **A.**  That is page 4, yes.  And just kind of looking over the

13   demographic information that the student provides.

14   **Q.**  The demographic information, is that provided for this

15   applicant?

16   **A.**  Yes, it is.

17   **Q.**  And how did this applicant elect to self-identify in

18   terms of their racial identity?

19   **A.**  So she specifies that she's Asian and more specifically

20   other South Asian/Tibetan.

21   **Q.**  And what else would you look at on these pages?

22   **A.**  You know, I would look at kind of her address, where she

23   lives, the languages spoken at home.  What would stand out to

24   me is that she had requested a fee waiver, and that she's

25   eligible to receive an ACT or SAT testing waiver from the

1     College Board.

2     **Q.**   And what would that indicate to you?

3     **A.**   It would suggest to me that she might be a high school

4     student that would be from a lower income background and

5     therefore an HFAI student.

6     **Q.**   And on that next page where the information is provided

7     about the parents, is there information there that you would

8     find relevant in your consideration of the applicant?

9     **A.**   Yes.  So I see that she has two parents.  They're

10    married.  Her mother is an RN, a registered nurse.  She is

11    employed.  And it looks like she has some schooling, but she

12    never got a four-year degree.

13            And then I would see that her father is listed as a

14    homemaker and also has some schooling but does not have a

15    degree.  And I do see here that she has an older sibling that

16    attends college.

17            This would show me that she has an RN parent and a

18    homemaker parent, and that she's also a first-generation

19    college student.

20    **Q.**   So how would the parental occupations be relevant for you

21    when thinking about this applicant?

22    **A.**   For this particular applicant, it would be something I

23    would be thinking about when looking over the application.

24    Perhaps she chose an interest in medicine or something.

25    Perhaps she's been able to do some shadowing or an internship

1    at the hospital where her mother works maybe.

2            And there may be more information about dad being a

3    homemaker, was it a choice that the family had made, you

4    know, are there other sorts of situations or instances in the

5    family that would have resulted in the snapshot that I see

6    here.

7    Q.   Then turning to the next pages, are those the next things

8    that you would look at in reviewing this application file?

9    A.   Yes.  I would look at either her high school -- it seems

10   that she's affiliated with a community-based organization.  I

11   see her self-reported GPA and then also the current courses

12   she's taking for the, year which she's taking seven AP

13   courses for the senior year.  So she's clearly taking a very

14   rigorous curriculum.

15           And then she's listed some honors she's received.

16   National History Day, first-place county champion.  Seems to

17   be something she's very involved in.  The Hugh O'Brian Youth

18   Leadership she's participated in.  These are things that I

19   would notice.

20   Q.   And then her testing scores on the next page?

21   A.   She provides her SAT testing and then some AP subject

22   tests, which there are a good number of.  She's clearly taken

23   AP classes in her junior year as well.

24   Q.   And then would you go to the next page of her activities.

25   A.   Yes.  I would look at her activities and everything that

1    she has kind of told us about.  She was treasurer and vice

2    president of her key club, co-captain of tennis, and you

3    know, that she's involved in the art and architecture club.

4          And I think that -- and she's also, I see, involved

5    in Students For a Free Tibet, which she self-identifies as

6    Tibetan.  She speaks Tibetan at home.  Chose this tie to her

7    culture.

8          And actually the sense that I get from just looking

9    at her activities is that she's clearly very involved in

10   community service, that there's a clear thread here of what

11   she's passionate about, where she's spending her time, where

12   her mind is going.  Yeah.

13   **Q.**  And then what would you look at next?

14   **A.**  I would look at her essay.  And this is actually what I

15   remember about this student.

16   **Q.**  And that's the next page, page 10?

17   **A.**  Yes.

18   **Q.**  And what is it that stood out to you about this essay?

19   **A.**  So she describes going back to the Tibetan refugee

20   community in India where her relatives are and essentially

21   witnessing caste discrimination within this community, and

22   just how she kind of thoughtfully ties it to her own

23   experiences in America.  And just the larger sentiments and

24   themes that she's kind of putting together in this is just

25   really -- it's the kind of thing where you really have to

read it.  I'm not doing justice to what a beautiful essay it
is and the thought and the clarity of mind and the presence
of a person, that no one but she could have written this
essay.

**Q.**  Then what would you look at after that?

**A.**  I would look at the various information that she's
applying.  I would look at her various interests.  She's
interested in engineering, but it seems at the 4 level.

So 1 is most sure, 5 is likely to change.

And then I would see her activities, political
groups, environmental groups, community service.  These are
things that are not surprising to me, given what I've seen
her activities to be and what the sense of person that's
being conveyed so far.

**Q.**  And after that, would you look at a supplemental essay
that she wrote there?  Is it on 15?

**A.**  Yup, she did.  This is an essay that she's -- she's
talking about a painting that she studied in her AP art
history class, and she ties it to the self-immolators in
their struggle for a free Tibet.

On a variety of levels, the fact that she's kind of
tying this painting from hundreds of years ago to very
current events to things in her life, the way she's kind of
thinking about and connecting all of these things is very
convincing, very well done.

1          And just in the same way that actually I think her

2     personal essay before, and there's this kind of -- it turns

3     to the reader and there's this kind of together, you know, we

4     need to embark on this together.  We can do this.

5          You can already see she's sort of conveying these

6     sort of things, but there's this forward-looking sort of

7     action, passion that's there.

8     Q.   And after that, would you turn to the school report, 16

9     and 17?

10    A.   Yes.  So afterwards I would look at the school report.  I

11    have would look at the profile.

12         And so it looks like this profile, the school

13    provides a profile.  So I would take into account things

14    about the school:  the graduating class size; the percentage

15    that's going on to four-year or two-year institutions; the

16    number of students that are on free and reduced lunch.  These

17    are all things that tell us a lot about a school.

18         And then I would also look at the descriptors that

19    the guidance counselor uses about the student.  So here she

20    says she's ambitious, diligent, dedicated, dependable,

21    goal-oriented, natural-born leader, and that the student is

22    recommended enthusiastically.

23    Q.   And then does that person provide a letter for you at 20?

24    A.   Yes.  So there's a letter on page 20.  This letter just

25    kind of goes more into who she is as a person and of course

1    talks about her extracurricular activities, her hard work,

2    her perseverance.  She calls her ambitious, diligent,

3    dedicate, dependable, goal-oriented.  She's extremely

4    conscientious, highly motivated, admired for her humility,

5    concern for others, as well as her intellectual ability and

6    clear-sightedness.

7          The moral fiber and intellectual curiosity she has

8    to offer will enable her to embrace the direct and plentiful

9    learning available at the college level.

10         And in the paragraph before that, just talking

11   about kind of her experiences traveling back to her home

12   country and her connections to her extended family and

13   culture.  "These experiences have not only opened her eyes up

14   to be appreciate to the opportunities and resources made

15   available to her education here in America, but also lit a

16   fire inside her to do everything she can to help the less

17   fortunate and those in need here in America through her

18   community service and club activities mentioned above."

19         It's the same person that's kind of coming through

20   in all of this.

21   **Q.**  And then after that, would you look at the teacher

22   recommendations?

23   **A.**  Yes.  I would look at her transcript.  She has very

24   strong curriculum, and she has all As.  And then her teacher

25   evaluation I would look at.  When we are reading in paper, I

would mark up the pages.  Now that we are reading online, we have a highlighting tool, so I would be highlighting parts of these letters that I would want to be reading out or calling attention to in our discussions in committee.

In this essay, this teacher says she's a very special young woman of great potential with her quiet skills, determination to succeed, and high intelligence.  She will be an asset to any organization.

And earlier this essay says she is especially interested in following a science and academic career, though she is also an-award winning poet, which is not anything that comes through in any other parts of the file thus far.  So again, it shows kind of a breadth of interest in a variety of ways.

**Q.**  And then she has another teacher evaluation after that?

**A.**  Yes, she does.

So what I would notice here is this teacher, the check marks are all the top few, top 1 percent.  The descriptors, "intellectually gifted, exceptionally thoughtful, enormous potential, kind and caring, determined, committed to excellence, concerned about the world, lover learning, fun to be with, friendly, accepting of others, a person who will make a difference."

And just looking at the length of this letter at a large kind of public school where teachers are under enormous

1    workloads, clearly the student has impressed this teacher

2    quite a bit.  That's such a range of descriptors and yet is

3    consistent with who is coming to life in this file.

4    **Q.**  And so after you reviewed the second teacher

5    recommendation, what would you do then?

6    **A.**  I would love to see if there are any other

7    recommendations, any other materials to look at.  And if not,

8    then I would sit and begin writing out prose and then go back

9    to the summary sheet and start putting in the profile rating

10   numbers.

11   **Q.**  In a case like this, would you be filling in the ratings

12   as you were going through the file?

13   **A.**  No.  Usually I read through it, make like a first pass

14   and read through everything.  And then, yeah.

15   **Q.**  You assign all of the ratings together at the end then?

16   **A.**  Yes.  Usually.  And sometimes I actually write the prose

17   first because that helps to -- that helps me to clarify my

18   thoughts.

19   **Q.**  Just looking at your ratings on page 38, we talked a lot

20   about who this applicant is as a person.

21   **A.**  Yes.

22   **Q.**  What's the personal rating that you assigned to this

23   applicant?

24   **A.**  I gave her a 2-.

25   **Q.**  And in your nine years of serving, this seems like more

1    like a 1 to me.

2              Have you ever given an applicant a personal rating

3    of 1?

4    **A.**  I have not.

5    **Q.**  What about 1-?

6    **A.**  I don't believe I have.

7    **Q.**  So what does a rating of 2- mean?

8    **A.**  It's a very, very strong rating.

9    **Q.**  And so did you advocate for this applicant in the

10   subcommittee and the committee?

11   **A.**  Yes, I did.

12   **Q.**  And what would you have said about this applicant there?

13   **A.**  I think my kind of summary there is where I would -- you

14   know, essentially what I would say, I like the sound of her.

15   Her voice really comes through in her personal essays.  She

16   seems to have a very solid sense of self and a highly

17   developed sense of empathy and open-mindedness.

18             T2, which is the second teacher report, is

19   extremely helpful and lengthy and helps to flesh out her

20   activities, while EC's, which are extracurriculars, may not

21   be as dazzling as some, she's clearly a natural for PBH,

22   which is our community service organization on campus and is

23   deeply tried to her culture.

24             With HFAI info, so her socioeconomic background,

25   and AIV, which is the alumni interview, maybe want to

1    discuss.  "Slate context may not be too much of an issue but

2    something to keep in mind."

3    **Q.**   What is "slate context" referring to there?

4    **A.**   That's all of the applications from her high school.

5    **Q.**   Do you know if this applicant was admitted?

6    **A.**   Yes, I believe she was.

7    **Q.**   I'm just going to look at -- very, very quickly at two

8    files, have you look at two files.

9            MS. GERSHENGORN:  These are for students who are

10   going to testify later on in the case, Your Honor.

11   BY MS. GERSHENGORN:

12   **Q.**   If you could, just look behind Tab 6.

13   **A.**   Okay.

14   **Q.**   Do you see a document there marked SA4?

15   **A.**   Yes, I do.

16   **Q.**   And do you recognize this document?

17   **A.**   Yes, I do.

18   **Q.**   What is this?

19   **A.**   It's an application for Sarah Cole.

20   **Q.**   Were you a reader of this application?

21   **A.**   Yes.  I was the first reader.

22           MS. GERSHENGORN:  Move to admit SA4.

23           MR. STRAWBRIDGE:  No objection.

24           THE COURT:  It's admitted.

25           (Defendant Exhibit No. SA4 admitted.)

1    BY MS. GERSHENGORN:

2    **Q.**  And just one or two questions on this very quickly.

3            That first page, this is a different form than we

4    were just looking at.  Those handwritten markings, where

5    would those have come from?

6    **A.**  So the handwritten markings are mostly mine.  And then

7    there are also some from the second reader.

8    **Q.**  And toward the top there where it says "A other" and "A

9    other 2 and 3," what are those indicating?

10   **A.**  Those are the parents.  And it shows the parent college

11   information and then it looks like the other reader also

12   wrote in where the parents work.

13   **Q.**  And then if you could, turn to Tab 7.

14           THE COURT:  Is this your handwriting on the second

15   page of SA4?

16           THE WITNESS:  So my handwriting is that top

17   portion.  And then the two bottom lines are the handwriting

18   of the second reader.

19           THE COURT:  What is C plus C?

20           THE WITNESS:  C plus C is coast to coast.  So

21   that's -- I'm sorry.  My handwriting is a little hard to

22   read.  It says I think she should look very strong coast to

23   coast.  Meaning whether we get into the full committee

24   context, she will probably look very strong across the board.

25   BY MS. GERSHENGORN:

1   **Q.**  And is "coast to coast" a phrase that you've used in

2   other applications?

3   **A.**  Yes.

4             THE COURT:  Possibly HFAI and definitely not --

5             THE WITNESS:  -- fancy.

6             THE COURT:  Can you --

7             THE WITNESS:  Would it be helpful for me to read

8   it?

9             THE COURT:  No.  I've got the rest of it.  I'm just

10  asking you to fill in the words I can't actually read.

11            Can you read the one below.  I know it's not your

12  writing.  Is that CSK --

13            THE WITNESS:  Sums up.  She writes CSK sums up.

14  CSK are my initials.  One to do with a great IV.  Hope we can

15  get her.

16            THE COURT:  One to do with a great --

17            THE WITNESS:  -- interview.  Yeah.  So if we had a

18  great interview.

19            THE COURT:  Okay.  Sorry.  I know she's going to

20  testify, but she may not be able to read it either.  I wanted

21  to get it while I had it.

22  BY MS. GERSHENGORN:

23  **Q.**  I just wanted to ask.  You were mentioning for Her Honor

24  coast to coast.  Is that something you use with applicants of

25  all backgrounds and races and ethnicities?

1    **A.**   Yes.  So I think because of the areas that I cover, I see

2    a lot of HFAI students and a lot of rural students.  So those

3    are the ways that come to mind that I've -- that's what kind

4    of comes to mind.  But essentially it's when we're going into

5    the full committee process that they'll look pretty strong,

6    yeah.

7    **Q.**   If you would go to Tab 7.  Do you recognize this document

8    marked SA3?

9    **A.**   SA3.  This looks to be an application for the class of

10   2017.

11   **Q.**   And were you a reader on this application?

12   **A.**   I was not.

13   **Q.**   Was this in the C docket that you were discussing with

14   Mr. Strawbridge?

15   **A.**   Yes.

16   **Q.**   And were you on C docket at the time that this applicant

17   applied?

18   **A.**   Yes.  Class of 2017.

19   **Q.**   And as we indicated, this is a student who's going to be

20   testifying.  Would you have seen this file in connection with

21   your work on the C docket?

22   **A.**   Yes.

23           MS. GERSHENGORN:  We move to admit SA3.

24           MR. STRAWBRIDGE:  No objection.

25           THE COURT:  It's admitted.

1          (Defendant Exhibit No. SA3 admitted.)

2     BY MS. GERSHENGORN:

3     **Q.**  Ms. Kim, you've mentioned this a few times, but how long

4     have you worked as a Harvard admissions officer in Harvard's

5     admissions and financial aid office?

6     **A.**  A little over nine years.

7     **Q.**  I think you discussed with Mr. Strawbridge about how many

8     files you read, and I think he had calculated to it maybe

9     around 8,000 application files.  Does that sound about right?

10    **A.**  I guess so.  I haven't counted them, but that would sound

11    right.

12    **Q.**  And fair to say that you've discussed thousands of

13    applications in subcommittee or full committee?

14    **A.**  Yes, I would say so.

15    **Q.**  Have you ever seen another admissions officer demonstrate

16    bias against an applicant because of the applicant's race?

17    **A.**  I have not.

18    **Q.**  Have you ever seen another admissions officer demonstrate

19    bias against an Asian-American applicant?

20    **A.**  I have not.

21    **Q.**  Have you ever yourself acted in a biased way against an

22    applicant because of their race?

23    **A.**  No.

24    **Q.**  When you're considering whether to admit an applicant, is

25    their race ever a negative factor?

1   **A.**   It is not.

2   **Q.**   Have you ever admitted an applicant because of his or her

3   race?

4   **A.**   Solely because --

5   **Q.**   Solely.

6   **A.**   No.

7   **Q.**   Have you ever rejected an applicant because of his or her

8   race?

9   **A.**   No.

10  **Q.**   Have you ever been instructed to admit a target number of

11  African-American students?

12  **A.**   No.

13  **Q.**   Mr. Strawbridge was speaking with you earlier about the

14  numbers that Dean Fitzsimmons speaks with you about.  Were

15  you ever instructed to admit a target number of students of

16  any race or ethnicity?

17  **A.**   I have never been instructed to admit any target of any

18  demographic group or anything of the sort.

19  **Q.**   Based on your years working in the admissions office,

20  what is your opinion of the review process, the whole-person

21  review process that Harvard College uses?

22  **A.**   I mean, I -- so I didn't do admissions work before I

23  started at Harvard.  I worked in higher education.  I didn't

24  have any ties to Harvard or anything.

25          So I think that when I went into it, what really

1    struck me was just how thoughtful and transparent the policy

2    is.  I think in an imperfect world, I think we're kind of --

3    I can't think of a better way to do this sort of work.

4    **Q.**  Ms. Kim, are you familiar with the specific allegations

5    in this case?

6    **A.**  I am.  I am.

7    **Q.**  And are you familiar with the fact that one of those

8    allegations is that the Harvard College admissions office

9    where you work is discriminating against Asian-Americans?

10   **A.**  I am aware of that.

11   **Q.**  What is your reaction to that allegation?

12   **A.**  So I think initially it was a surprise.  You know, I

13   think now just concern.  It's not what I know our office to

14   be.  It's not who I am.  And I'm -- you know, I would never

15   be part of a process that would discriminate against anybody,

16   let alone people that looked like me, like my family, like my

17   friends, like my daughter.

18           And so I'm actually really grateful to be able to

19   be here to share my little bit of my experience on the

20   admissions committee.  Because, you know -- yeah, I'm not

21   here to say that it's perfect, but I know that we don't

22   discriminate against anyone.  I know that we are thoughtful

23   people, and that we're doing the best that we can do.

24           MS. GERSHENGORN:  Thank you, Ms. Kim.

25           I have no further questions.

1          MR. STRAWBRIDGE:  Nothing else for this witness,
2    Your Honor.
3          THE COURT:  Can I ask you one question before you
4    go?
5          THE WITNESS:  Sure.
6          THE COURT:  When you talk about all kinds of
7    diversity, I take it that also means geographic diversity?
8          THE WITNESS:  Yes.
9          THE COURT:  I know there's not targets numbers, but
10   when you go for geographic diversity, how do you -- if
11   there's not a target number, how are you making sure you have
12   that?
13         THE WITNESS:  I think -- so the entire -- the
14   committee is broken up into subcommittees.  So all
15   subcommittees admit students.  But we try to have as much
16   representation as possible, but it's not guaranteed.  There
17   are a number of years where we didn't have any students from
18   the state of Wyoming or where sometimes there are parts of
19   the world or parts of the United States that are
20   underrepresented.  So I think we do what we can in our
21   outreach efforts and hope that we see them in the applicant
22   pool.
23         But beyond that, there's no way for us to do that.
24   Sometimes all 50 states are not represented.  Sometimes not
25   all of the different kinds of groups as represented as

1    perhaps it would have been nice to have been the case.

2              THE COURT:  Is it ever like we have to find someone

3    from Wyoming?

4              THE WITNESS:  No.  I can think of a couple years

5    where -- because I also do financial aid applications and

6    things like that, it was like, wait a minute, we don't have

7    any students from Wyoming, was one state.  And I can't

8    remember the other state where we just didn't have students.

9    And that's the nature of our process.

10             Does that answer your question?

11             THE COURT:  I was just thinking you have kind of

12   like geographic quotas, and then you have a geographic area

13   that's, say, heavily Asian that you could get a quota on that

14   geographic area, you could be tamping down the Asian

15   applicants to get the geographic diversity.

16             THE WITNESS:  We don't have quotas by geographic

17   area, is my understanding, especially when we're kind of

18   entering the final weeks.  We're not kind of saying, oh,

19   there are too few students from the Mid-Atlantic, so we need

20   to keep some in.  That's not the way it is.

21             THE COURT:  Okay.  Now I've asked her some

22   questions.  I know you've all passed the witness, but I'll

23   give you a chance to follow up if you want to.

24             MR. STRAWBRIDGE:  No, Your Honor.  Thank you.

25             MS. GERSHENGORN:  No, Your Honor.

1          THE COURT:  This time you really are excused.

2          MS. HACKER:  Your Honor, we're ready for the next

3   witness.  But given that we're going a little bit later

4   today, do you want to take an afternoon break?

5          THE COURT:  I'm happy to take a break if that's

6   what you all want to do.

7          We'll take a break until 3:00 and go until you want

8   to go.

9          (Court recessed at 2:44 p.m.)

10         MS. HACKER:  We're ready to proceed, Your Honor.

11         THE COURT:  Yes.  When you're ready, go ahead.

12         MS. HACKER:  SFFA calls Tia Ray.

13         (TIA RAY duly sworn by the Deputy Clerk.)

14         THE CLERK:  Thank you.  You may be seated.

15         Can you please state your name and spell your last

16   name for the record.

17         THE WITNESS:  My name is Tia Mari Ray, R-A-Y.

18                         EXAMINATION

19   BY MS. HACKER:

20   **Q.**  Good afternoon, Ms. Ray.

21   **A.**  Good afternoon.

22   **Q.**  My name is Kat Hacker.  We haven't had an opportunity to

23   meet before.  Thank you for being here today.  I'd like to

24   start with how you became involved at Harvard.

25         You actually graduated from Harvard, right?

**A.**   Yes.

**Q.**   That was in 2012?

**A.**   Yes.

**Q.**   After you got your undergraduate degree, you took a job working in the admissions office?

**A.**   Correct.

**Q.**   Your first job there was as an admissions officer?

**A.**   Yes.

**Q.**   And about three years later, you were promoted to senior admissions officer?

**A.**   Yes.

**Q.**   Let's jump in today by talking about how Harvard uses race in the admissions process because, after all, that's why we're all here.

I think we can agree on one thing that Harvard does use race as at least one factor in the admissions process, right?

**A.**   Yes, it can be.  For competitive applicants, we may provide a tip.

**Q.**   What's your understanding for why Harvard provides that tip for race in the admissions office?

**A.**   It's one factor that we may consider as we're looking at students as whole people who may contribute to our campus community.

**Q.**   Do you consider that factor in the admissions process to

1    help make sure that Harvard builds a community that reflects

2    a diversity of cultures?

3    **A.**   We use it as one factor to ensure that we have a class

4    that's diverse in many different ways.

5    **Q.**   And to ensure that Harvard has a diverse community,

6    right?

7    **A.**   From my understanding, yes.

8    **Q.**   You don't know of any written document at Harvard that

9    describes how race should play into the admissions process,

10   right?

11   **A.**   Can you repeat your question?

12   **Q.**   Sure.  You don't know of any written document at Harvard

13   that describes how race should play into the admissions

14   process; is that right?

15   **A.**   That is incorrect.

16   **Q.**   Ms. Ray, do you remember giving a deposition in this

17   case?

18   **A.**   Yes.

19           MS. HACKER:  May I approach, Your Honor?

20           THE COURT:  Yes.

21   BY MS. HACKER:

22   **Q.**   Ms. Ray, you were under oath when you gave this

23   deposition, right?

24   **A.**   Yes.

25   **Q.**   I'd like to turn your attention to page 128 in your

1    deposition, if you'll flip with me there.

2            And I'd like to focus your attention on lines 1

3    through 5.  You were asked, "Is there any written document at

4    Harvard that describes how racial identity should play into

5    the admissions process?

6            And you answered, "Not that I know of."

7            Were you asked that question and did you give that

8    answer at your deposition?

9    **A.**  Yes.

10   **Q.**  Now, it's not a written document, but you've actually

11   given presentations to admissions officers about diversity

12   before, right?

13   **A.**  Yes, about diversity, but not how to take that into

14   consideration in the admissions process.

15   **Q.**  And that was my next question actually.

16           Those presentations, they weren't designed to

17   instruct admissions officers on when to use race in the

18   admissions process, right?

19   **A.**  Correct.

20   **Q.**  One of the presentations you gave, actually the first

21   presentation you gave, was in the fall of 2013; is that

22   right?

23   **A.**  Yes.

24   **Q.**  Let's talk a little bit about that presentation, and I'm

25   going to pull up P99.  You have a copy of that in the binder

 1    in front of you, if you'd like to look at a hard copy, though

 2    I'll zoom in on the screen to try to make it easier to see.

 3            Do you recognize P99 as the notes that you took in

 4    preparing to give this presentation in the fall of 2013?

 5    **A.**   Yes.

 6    **Q.**   And the handwriting we see on this document is yours,

 7    correct?

 8    **A.**   Yes, that is correct.

 9            MS. HACKER:   SFFA offers P99.

10            MS. CONLEY:   No objection, Your Honor.

11            THE COURT:   It's admitted.

12            (Plaintiff Exhibit No. P99 admitted.)

13    BY MS. HACKER:

14    **Q.**   Let's start at the top, Ms. Ray.   And here you say,

15    "Noticed that there are many questions around the way racial

16    identity should play into the admissions process."

17            Do you see that?

18    **A.**   Yes.

19    **Q.**   So you found that admissions officers had questions about

20    how they were supposed to use race in evaluating

21    applications?

22    **A.**   We noticed that there may be some questions, and this

23    presentation was designed to provide greater context for

24    admissions officers' work.

25    **Q.**   And that's what you go on to explain here, right, "We

1    wanted to see if we could provide some context to better

2    situate and understand the questions that we want to be

3    asking and not asking when evaluating applicants."

4              That's what it says here?

5    **A.**   Yes.

6    **Q.**   If we turn to the next page, we can see -- let me zoom in

7    on this so you can see it a little bit better on the screen.

8              We see that there's a section here called "Testing

9    Distributions."   Do you see that?

10   **A.**   Yes.

11   **Q.**   And under that subtitle you note, "Although around

12   1.5 million students took the SATs, we see some stark

13   realities about educational access and attainment when

14   looking at the actual score ranges of different demographic

15   groups."

16             Do you see that?

17   **A.**   Yes.

18   **Q.**   Then you continue to note a little further down the page,

19   "For example, if we're thinking of the number of black

20   students in the entire country scoring above 700, we're

21   looking at a little over 2,000.   And this is students in the

22   entire country, not necessarily students who are even

23   applying here."

24             And you have a big exclamation mark next to that.

25   Do you see that?

1    A.   Yes.

2    Q.   And then there's a similar explanation for native -- the

3    reference to native there is Native American students, right?

4    A.   Yes.

5    Q.   And there's a similar reference for Mexican-American

6    students, right?

7    A.   Yes.

8    Q.   Let's take a look at one more exhibit that talks about

9    the same thing.  I want to turn your attention to D19.

10            Ms. Ray, do you recognize this document as the

11   slides from the presentation you gave to new admissions

12   officers the next year in 2014?

13   A.   Yes.

14            MS. HACKER:  SFFA offers D19.

15            MS. CONLEY:  No objection.

16            THE COURT:  It's admitted.

17            (Defendant Exhibit No. DX19 admitted.)

18   BY MS. HACKER:

19   Q.   Ms. Ray, I'd like to turn to page 10 in this document.

20   I've got it up on the screen.

21            We see some approximate numbers here of students

22   scoring above 700 on the SATs, right?

23   A.   Yes.

24   Q.   And we see that just looking at the math scores, we see

25   roughly 2,000 black students who score above 700 on the SATs?

1    **A.**   Yes.

2    **Q.**   And that's compared to just under 50,000 Asian-American

3    students who score above 700 on the SATs, right?

4    **A.**   Yes.

5    **Q.**   And that AAPI is Asian-American Pacific Islander?

6    **A.**   Yes.

7    **Q.**   Given these numbers, it's more uncommon to see an

8    African-American applicant scoring over 700 on their SATs

9    than an Asian-American applicant, right?

10   **A.**   From my experience typically, yes.

11   **Q.**   And did you provide these numbers -- I think earlier you

12   said you gave this presentation to give admissions officers

13   greater context, right?

14   **A.**   Yes.

15   **Q.**   So you provided these numbers to give the admissions

16   officers some context on these testing distributions?

17   **A.**   Yes, in part.

18   **Q.**   So you were training your fellow admissions officers to

19   understand the relative rarity of these applicants; is that

20   right?

21   **A.**   No.  It was to allow admissions officers to better be

22   able to situate the potential access to things like SAT

23   testing that may be impacted by a variety of factors.

24   **Q.**   And you wanted your fellow admissions officers to

25   understand how that variety of factors can contribute to the

1    relative rarity of some of these different demographic groups

2    getting high scores on SATs, right?

3    **A.**   It was more so to provide information regarding the types

4    of things that may influence a student's ability to have

5    access to things like even taking an exam.

6    **Q.**   And what influences a student's ability to take an exam

7    can actually affect the numbers as we've seen, right?

8    **A.**   It may, alongside many other factors.

9    **Q.**   Let's take a look at P75.  Do you see that document,

10   Ms. Ray?

11   **A.**   Yes.

12   **Q.**   You recognize this as the personal interview report?  I

13   think it says that right up here in the corner that is used

14   for interviewers to fill out when they meet with applicants?

15   **A.**   For alumni interviewers, yes.

16              MS. HACKER:  SFFA offers P75.

17              MS. CONLEY:  No objection.

18              THE COURT:  It's admitted.

19              (Defendant Exhibit No. P75 admitted.)

20   BY MS. HACKER:

21   **Q.**   If you turn with me to the third page, Ms. Ray, there's a

22   section here on overall rating.  Do you see that?

23   **A.**   Yes.

24   **Q.**   And interviewers can check some boxes down here at the

25   bottom that they think pertain to certain applicants, right?

1  **A.**  Yes.

2  **Q.**  And we see a box that's called "Diamond in the Rough."

3  Do you see that?

4  **A.**  Yes.

5  **Q.**  Does that describe one of the things that admissions

6  officers and alumni interviewers should be on the lookout

7  for, as we've been talking about, this unique diamond in the

8  rough?

9  **A.**  Can you repeat your question?

10  **Q.**  Sure.  We see a box here called "Diamond in the Rough,"

11  right?

12  **A.**  Yes.

13  **Q.**  So obviously this is one thing that Harvard is looking

14  for in potential applicants, people who are the rare

15  diamond-in-the rough applicant, right?

16  **A.**  No.  I've taken that to mean that someone can be

17  described as a diamond in the rough.

18  **Q.**  And someone that would be described as a diamond in the

19  rough is someone that Harvard is looking for?

20  **A.**  Potentially, alongside many other things that may apply

21  to interviews.  As you can see, there's a variety of boxes

22  that can be checked both positively and less positively in

23  that section.

24  **Q.**  Do you think that diamond in the rough is taken in a

25  negative way?

1   **A.**   I think it would depend entirely on the description of

2   the interview.

3   **Q.**   But it's more likely, right, when somebody checks this

4   box, diamond in the rough, after meeting an applicant,

5   they're using that to convey that they like this applicant

6   and they think they would add to Harvard's class in some

7   positive way, right?

8   **A.**   Typically, yes.

9   **Q.**   Now, I'd like to turn back to your presentation to talk

10   about one more thing.  That was D19.  Let's turn to page 50.

11   What I'd like to focus on is the bottom bullet on this page.

12          It says, "Regardless of economic background, black

13   students' experiences are impacted by racial bias, both

14   explicit and implicit."

15          Do you see that?

16   **A.**   Yes.

17   **Q.**   You'd agree that it's not just black students, though,

18   who are impacted by explicit and implicit bias, right?

19   **A.**   Correct.

20   **Q.**   For example, Asian-American students are also impacted by

21   explicit bias?

22   **A.**   Yes.

23   **Q.**   And Asian-American students are also impacted by implicit

24   bias?

25   **A.**   Yes, as we're discussing broader sociological issues.

1   Q.  Now let's talk about what you actually do as an

2   admissions officer to decide who to admit to Harvard.

3           Admissions officers read over student application

4   files and provide a number of ratings, right?

5   A.  Yes.

6   Q.  Let's talk through those ratings, starting with academic.

7   In assigning a student an academic rating, you look at those

8   students' qualifications, right?

9   A.  Correct.

10  Q.  You don't take race into account when you assign an

11  academic rating?

12  A.  Correct.

13  Q.  You've never noticed that Asian-Americans on average have

14  worse academic qualifications than other races or

15  ethnicities?

16  A.  Correct.

17  Q.  In assigning an applicant an extracurricular score, you

18  look at things like involvement in activities at their high

19  school or in their community?

20  A.  Correct.

21  Q.  You don't take race into account when you assign an

22  applicant an extracurricular rating?

23  A.  That's also correct.

24  Q.  And you've never noticed that Asian-Americans on average

25  are less involved in activities at their high schools or in

1  their communities?

2  **A.**   Correct.

3  **Q.**   In assigning an applicant an athletic score, you look at

4  their involvement in athletic activities, right?

5  **A.**   Yes.

6  **Q.**   You don't take race into account when assigning someone

7  an athletic rating?

8  **A.**   We do not.

9  **Q.**   You haven't noticed that Asian-Americans are less

10  involved in athletic activities than other races or

11  ethnicities?

12  **A.**   Correct.

13  **Q.**   In giving an applicant a personal rating, you're looking

14  at their personal qualities and character, right?

15  **A.**   Yes.

16  **Q.**   You're generally looking for is this person a good

17  person?

18  **A.**   That's one type of question we may ask, yes.

19  **Q.**   Another type of question you may ask -- I think we've

20  heard this from some other people -- is what the applicant

21  could add to the community at Harvard?

22  **A.**   In terms of their personality, yes.

23  **Q.**   You're looking at all sorts of things that go into what

24  someone could add to the community at Harvard, right?

25  **A.**   Yes.

1   **Q.**  You don't take a student's race into account, though,

2   when determining an applicant's personal rating, right?

3   **A.**  Correct.

4   **Q.**  The last rating I'd like to talk through is the school

5   support ratings.  You calculate those by reading the

6   recommendation letters and assessing the strength of the

7   school report based on those, right?

8   **A.**  Yes.

9   **Q.**  You don't take a student's race into account when

10  determining their school support rating?

11  **A.**  Can you repeat your question?

12  **Q.**  Sure.  You don't take race into account when determining

13  those school support ratings, right?

14  **A.**  Correct.

15  **Q.**  Like all the other ratings we've talked about, you

16  haven't noticed that one group of students tend to have

17  different school support ratings based on race, right?

18  **A.**  Not from my experience.

19  **Q.**  So once the admissions officers read and rate the

20  application files, then the next step in the process are the

21  subcommittee and committee meetings; is that right?

22  **A.**  Yes.

23  **Q.**  In these meetings, you get together as a group in a

24  conference room, I imagine, and you put the application up on

25  a big projector, right?

1    **A.**   Yes.

2    **Q.**   One of the components that you project up onto a big

3    screen is the applicant's race?

4    **A.**   Yes.  Alongside other features of the application.

5    **Q.**   By the time you're in the regular action subcommittee

6    meetings, it's around January or February, right?

7    **A.**   Yes.

8    **Q.**   By that point, you've reviewed all the early action

9    candidates?

10   **A.**   Yes.

11   **Q.**   And you've been reviewing the regular action applicants

12   for weeks at that point, right?

13   **A.**   Yes.

14   **Q.**   So in the subcommittee meeting, you're deciding whether

15   to provisionally admit or reject an applicant; is that right?

16   **A.**   Yes.

17   **Q.**   And one of the factors you consider, among others, in

18   deciding whether to admit or reject an applicant is their

19   race?

20   **A.**   Yes, it may be.

21   **Q.**   When deciding whether an applicant should move from the

22   subcommittee to the full committee meeting, you take race

23   into account as at least one factor among others, right?

24   **A.**   It can be one factor among many that we're considering.

25   **Q.**   And then after the subcommittee meetings, you get to the

1    full committee meeting process?

2    **A.**  Yes.

3    **Q.**  At the beginning of the full committee meeting, someone

4    announces the racial composition of the class that has been

5    tentatively admitted, right?

6    **A.**  Sometimes, yes.

7    **Q.**  You have, in fact, learned the racial composition of the

8    students that Harvard has admitted to that date at the

9    beginning of the full committee process, right?

10   **A.**  Sometimes, yes.

11   **Q.**  And I assume when you learn the racial composition of the

12   students, it's Dean Fitzsimmons who tells the committee those

13   numbers?

14   **A.**  Sorry.  Could you repeat your question?

15   **Q.**  Is it Dean Fitzsimmons who tells those numbers to the

16   committee at the beginning of the full committee meetings?

17   **A.**  Yes.  He may share numbers about the broad demographics

18   of the class, including racial or ethnic identity, geography,

19   intended concentration, as some examples.

20   **Q.**  And Dean Fitzsimmons does that at the very beginning of

21   the full committee meeting?

22   **A.**  Yes.

23   **Q.**  Then in the full committee meeting you go through a

24   similar process of putting an applicant's file on a big

25   screen, right?

**A.**   Yes.

**Q.**   And the same information including an applicant's race goes up on that big screen?

**A.**   Yes.

**Q.**   Then after you review a student and discuss them, a vote might be taken; is that right?

**A.**   Correct.

**Q.**   But whether a vote happens depends on the strength of the case and the feeling in the room?

**A.**   Yes.

**Q.**   Again when you're making those decisions to admit or reject an applicant, one of the factors you consider is an applicant's race?

**A.**   Sorry.  Can you repeat why you are question?

**Q.**   That's okay.  I'm happy to.

          When you're making these decisions in the full committee meetings to admit or reject an applicant, one of the factors you consider is an applicant's race, right?

**A.**   One of the factors that we may consider as we're deciding who to admit may be race.  But that would never be something that would tip somebody out of the class or a reason for denial.

**Q.**   And race is one factor, among others, you consider in deciding whether to deny admission to an applicant, right?

**A.**   No.

1   **Q.**  Race is one factor you consider in deciding among the

2   many other factors that you use to determine who you will

3   deny admission to, right?

4   **A.**  No.

5   **Q.**  Ms. Ray, if you could, turn to page 85 of your deposition

6   with me.  I'm going to focus your attention on lines 9

7   through 13.  Let me know when you get there.

8   **A.**  I am there.

9   **Q.**  "QUESTION:  So when deciding who you will deny admission

10  to, race is a factor, is one factor among many that you use

11  to determine who you will deny admission to, correct?

12          "ANSWER:  Yes."

13          MS. CONLEY:  Your Honor, for completion, I'd ask

14  that the testimony at page 84, lines 4 through 12 be read.

15  BY MS. HACKER:

16  **Q.**  Let's look at the previous page, too, Ms. Ray.

17          You were asked, "Sure.  But it could be one factor

18  among -- a race could be one factor among many in deciding to

19  deny an applicant admission to Harvard, correct?

20          "ANSWER:  No.  Race is one factor that we are

21  considering as we evaluate a student's applicant file but it

22  is not a determining factor."

23          Were you asked those questions and did you give

24  those answers at your deposition?

25  **A.**  Yes.

1    **Q.**  Then just like at the beginning, when you get to the end

2    of the full committee meeting, someone announces the racial

3    composition of the admitted students; is that right?

4    **A.**  Sometimes, yes.

5    **Q.**  To be clear, you have learned the information about the

6    demographic and racial composition of the admitted students

7    at the end of the full committee process, right?

8    **A.**  Yes.

9    **Q.**  After the full committee process ends, then the next step

10   is the lopping process, right?

11   **A.**  Yes.

12   **Q.**  At that point, you have to decide which students to

13   remove from the tentatively admitted class?

14   **A.**  Correct.

15   **Q.**  Let's take a look together at a lop list so we can see

16   what actually goes into this practice.  Look at P200.

17            Ms. Ray, do you recognize this as an example of a

18   lop list?

19   **A.**  Yes.

20   **Q.**  And we see it's labeled "Docket Lop List" here at the

21   top?

22   **A.**  Yes.

23   **Q.**  You filled out forms like this when deciding who to lop,

24   correct?

25   **A.**  Yes.

1   **Q.**  And this is for docket K.  We see that noted here at the

2   top?

3   **A.**  Yes.

4   **Q.**  You were assigned docket K; is that right?

5   **A.**  At one point, yes.

6   **Q.**  Were you assigned docket K for the class of 2017?

7   **A.**  Yes.

8   **Q.**  And we can see that these initials TMR refer to you,

9   correct, because you were on the docket that year?

10  **A.**  Yes.

11  **Q.**  And do you recognize the handwriting as Sally Harty's

12  handwriting in this document?

13  **A.**  Yes.

14          MS. HACKER:  Your Honor, SFFA offered P200.

15          MS. CONLEY:  No objection, Your Honor.

16          THE COURT:  It's admitted.

17          (Plaintiff Exhibit No. P200 admitted.)

18  BY MS. HACKER:

19  **Q.**  What we're looking at, Ms. Ray, each line, and we can see

20  numbers 1, 2, 3, and we can see these lines continuing down

21  the page, these all represent an applicant who the docket is

22  considering moving from the provisional admit pile to the

23  rejected pile.  Is that right?

24  **A.**  Yes.

25  **Q.**  And for each applicant, we see four factors in these

1  columns.  The first one is LIN.  Do you see that?

2  **A.**  Yes.

3  **Q.**  That stands for lineage?

4  **A.**  Correct.

5  **Q.**  The next one is ETH.  That stands for ethnicity, right?

6  **A.**  Yes.

7  **Q.**  And we also see on here ATH for athlete; is that right?

8  **A.**  Yes.

9  **Q.**  And then we see a reference to HFAI or financial aid,

10  right?

11  **A.**  Yes.

12  **Q.**  So these are the four factors that you're looking at when

13  deciding whether to lop a student; is that right?

14  **A.**  No.

15  **Q.**  Is it your testimony that you don't consider these four

16  factors when deciding whether to lop a student?

17  **A.**  It's my testimony that these are not the only factors

18  that we're considering when we're determining who to remove

19  from the tentatively admitted class.

20  **Q.**  But these are four factors that you take into account in

21  deciding whether to lop a student, right?

22  **A.**  These are several of the many we may take into

23  consideration.

24  **Q.**  And one of the many included in that consideration is

25  ethnicity?

1  **A.**  Yes.  As we're determining the candidates.

2  **Q.**  I'd like to take a look at the Xs down here in this

3  column.  Do you see these Xs?  I'll put a square around them.

4  Do you see that?

5  **A.**  Yes.

6  **Q.**  So we see a squiggly line through the middle of the page.

7  Above that line are the seven applicants who are getting

8  lopped, correct?  They're getting moved to the rejected pool?

9  **A.**  Potentially, yes.

10  **Q.**  Do you see that it says "seven out" up here at the top?

11  **A.**  Yes.

12  **Q.**  And then there's seven applicants who are getting taken

13  out of the provisional admit pool?

14  **A.**  Yes.  Those are seven potential candidates to be removed.

15  **Q.**  And then below the line we have four candidates that are

16  not getting removed from the provisional admit pool.  Do you

17  see that?

18  **A.**  I see those candidates.

19  **Q.**  And three of the four candidates below that line who are

20  not getting lopped out of the provisional admit pools have an

21  X in the ethnicity box; is that right?

22  **A.**  Well, I'd like to clarify that the candidates below that

23  line may also be removed from the tentatively admitted class.

24  **Q.**  But what we see on this document are four candidates that

25  at least as of this point are not getting removed from the

1    tentatively admitted class?

2    **A.**   It would depend entirely on the discussion with the full

3    committee.

4    **Q.**   On this piece of paper, Ms. Ray, do you see that there's

5    a dividing line between the candidates that are being

6    suggested above the line to be removed from the provisional

7    admit pool and those below, right?

8    **A.**   Yes, I see that line.

9    **Q.**   And of the four candidates below that line, three of them

10   have an X mark in the ethnicity box?

11   **A.**   I see that the candidates below the line have that X

12   mark.

13   **Q.**   You'd agree with me that the categories listed on this

14   document can be important when determining which students to

15   lop, right?

16   **A.**   They can be important, as can many other factors.

17   **Q.**   Let's move on to talking about your role as the director

18   of the undergraduate minority recruitment program.

19            You were given the job as assistant director of

20   that program in 2012 when you started working in the

21   admissions office, right?

22   **A.**   Yes.

23   **Q.**   That was immediately after you got your undergraduate

24   degree?

25   **A.**   Very shortly after, yes.

1    **Q.**   Then you were promoted to the position as director of the

2    undergraduate minority recruitment program within three

3    years, right?

4    **A.**   Yes.

5    **Q.**   Besides you, there's only one other full-time employee

6    with the undergrad minority recruitment program?

7    **A.**   Yes.

8    **Q.**   That's the assistant director?

9    **A.**   Correct.

10   **Q.**   Then there's the between two and roughly ten students who

11   work for the program, depending on the time of year?

12   **A.**   Correct.

13   **Q.**   So there's never more than a dozen people working for the

14   undergraduate minority recruitment program?

15   **A.**   That's incorrect.

16   **Q.**   Is there a time of year when there are more students who

17   work for the program?

18   **A.**   Yes.

19   **Q.**   How many students at a maximum work for the program?

20   **A.**   25 to 30.

21   **Q.**   And has that changed in the last year?

22   **A.**   No.

23   **Q.**   So you have 25 to 30 students who can be employed -- I

24   assume that's during the school year, not during the summer?

25   **A.**   Correct.

1    **Q.**  But then the two full-time employees also work both
2    school year and during the summer, right?
3    **A.**  The admissions office employees, yes.
4    **Q.**  Do you think it would be helpful to have more full-time
5    employees?
6    **A.**  Potentially, yes.
7    **Q.**  You could potentially get more accomplished the more
8    employees you had, right?  Pretty basic idea?
9    **A.**  Sometimes, yes.
10    **Q.**  Let's take a look at P55 together.
11            Ms. Ray, do you recognize this as an email that
12    Amy -- is it Amy Lavoie?
13    **A.**  Yes, that's correct.
14    **Q.**  This is an email that Amy Lavoie sent to you and a number
15    of other people in October of 2013, right?
16    **A.**  Correct.
17            MS. HACKER:  SFFA offers P55.
18            MS. CONLEY:  No objection.
19            THE COURT:  It's admitted.
20            (Plaintiff Exhibit No. P55 admitted.)
21    BY MS. HACKER:
22    **Q.**  Ms. Ray, I'd like to look at page 11 in this document
23    together.  I'll zoom in a little bit because the text is
24    pretty small.  This is an example of an email that gets sent
25    out through the undergraduate minority recruitment program to

1    potential applicants, right?

2    **A.**   Sorry.  Can you repeat your question?

3    **Q.**   Sure.  What we're looking at is just an email that gets

4    sent out through the undergraduate minority recruitment

5    program to potential applicants to Harvard?

6    **A.**   Correct.  This is an example from that year 2013.

7    **Q.**   The purpose of these emails is to encourage minorities to

8    apply to Harvard, right?

9    **A.**   Correct.

10   **Q.**   You send emails like this.  You mentioned what year this

11   is, but these type of emails get sent out every year, right?

12   **A.**   Yes.  Emails like this but with similar but more specific

13   content.

14   **Q.**   But you don't know if these emails are effective in

15   increasing the number of minorities who apply to Harvard,

16   right?

17   **A.**   I don't know in terms of specific statistics, but from my

18   anecdotal knowledge, yes, I find them effective.

19   **Q.**   Ms. Ray, I'd like you to turn to page 112 of your

20   deposition.  I'd like to turn your attention to lines 4

21   through 8.

22          "QUESTION:  And you find that these types of emails

23   are effective in increasing the unable of minorities who

24   apply to Harvard?

25          "ANSWER:  I don't know."

1      Were you asked that question and did you give that

2  answer?

3      MS. CONLEY:  Your Honor, in interest of

4  completeness, I'd like for the remaining four lines to be

5  read.

6      MS. HACKER:  Happy to read them.

7      MS. CONLEY:  Thank you.

8  BY MS. HACKER:

9  **Q.**  The next question, "Why don't you know?

10     "ANSWER:  I don't know the complete statistics on

11  application rates of students who are on our search list."

12     Were you asked those questions and did you give

13  those answers, Ms. Ray?

14  **A.**  Yes.

15  **Q.**  So if these emails, since you don't know the full

16  statistics, if these emails aren't effective, would you want

17  to take other steps to try to encourage minorities to apply

18  to Harvard?

19  **A.**  Yes.  As I noted also, I may not know the full

20  statistics.  However, from anecdotal knowledge, I know that

21  the emails are effective, and the UMRP does take many other

22  steps to recruit students of color.

23  **Q.**  If the statistics showed you could be more effective,

24  would you want to do more to encourage minorities to apply to

25  Harvard?

1    **A.**   Yes.

2    **Q.**   And I'm assuming -- strike that.

3              Ms. Ray, I'd like to end today by talking about

4    something we started with, and that's why Harvard uses race

5    in admissions.  You already explained to us that Harvard uses

6    race in admissions to help assemble a diverse community.

7              Do you remember that?

8    **A.**   Yes.

9    **Q.**   And you already told us that when assigning an applicant

10   a personal rating, you consider, among lots of things, what

11   someone could add to the community, right?

12   **A.**   Sorry.  Can you repeat your question?

13   **Q.**   Sure.  What you told us earlier is when you're assigning

14   an applicant a personal rating, one thing, among many others

15   that you consider, is what that applicant could add to the

16   community; is that right?

17   **A.**   Correct.  In terms of personality and potential impact.

18   **Q.**   Are you sure that you never consider how an applicant's

19   race could add diversity to the community when you're

20   assigning a personal rating?

21   **A.**   I'm sure.

22              MS. HACKER:  Pass the witness.

23              MS. CONLEY:  Your Honor, if we could just have one

24   minute to set up.

25              THE COURT:  Of course.

1        MS. CONLEY:  Thank you.

2                    EXAMINATION

3    BY MS. CONLEY:

4    **Q.**  Good afternoon, Ms. Ray.

5    **A.**  Good afternoon.

6    **Q.**  I want to pick up on something that Ms. Hacker asked you

7    about with respect to written guidance in the office with

8    respect to how to use race in the admissions process.

9               Ms. Hacker asked you the question whether it was

10   your understanding that there was no written guidance as to

11   how to use race in admissions.  And you told her that was

12   incorrect.

13              Do you recall when she asked you that?

14   **A.**  Yes.

15   **Q.**  And then she showed you your deposition testimony in

16   which you said that there was no written guidance at the time

17   of your deposition?

18   **A.**  Correct.

19   **Q.**  Now, what were you referring to today when you told

20   Ms. Hacker that she was incorrect?

21   **A.**  I was referring to reading procedures for the class of

22   two thousand and -- recent reading procedures that reinforced

23   what we had already been doing in practice but were created

24   after the day of my deposition.

25   **Q.**  So were you referring to reading procedures that were

1    issued this year?

2    **A.**   Yes, I was.

3    **Q.**   And did those reading procedures that were issued this

4    year reflect any changes to the admissions policy?

5    **A.**   Absolutely not.  It was just a reinforcement of what we

6    had already been doing in practice.

7    **Q.**   So when you answered at your deposition that there were

8    no written procedures on the use of race, you were talking

9    about at that particular time, correct?

10   **A.**   Correct.

11   **Q.**   But sitting here today when you said that there were

12   reading procedures, you were talking about reading procedures

13   that had been issued after your deposition; is that right?

14   **A.**   That is correct.

15   **Q.**   Now, Ms. Hacker asked you a few questions about whether

16   and when applicants can get a tip for race.  Do you recall

17   those questions?

18   **A.**   Yes, I do.

19   **Q.**   Ms. Ray, can race provide a tip to an applicant in the

20   admissions process?

21   **A.**   Yes, it can.

22   **Q.**   And can an applicant's race make his or her case more

23   compelling for admission?

24   **A.**   Yes, it can.

25   **Q.**   In what circumstances can an applicant's race make his or

1    her application more compelling?

2    **A.**   For a competitive applicant, race may provide a tip in

3    our pool.

4    **Q.**   Is race the only factor that could provide a tip or make

5    an applicant's application more compelling?

6    **A.**   No.  In fact, there are a few other examples.  For

7    example, if someone was from a sparse area of the country,

8    they may receive a tip for that.  Or if someone has a

9    particular extracurricular talent, say they're a very

10   talented cellist, that may also be another example of a tip.

11   **Q.**   And is race ever a determinative factor in someone's

12   admission?

13   **A.**   Absolutely not.

14   **Q.**   Ms. Ray, is race ever a factor in deciding whether to

15   deny an applicant admission?

16   **A.**   It is not.

17   **Q.**   And is race ever used as a negative factor when making an

18   admissions decision on a particular applicant?

19   **A.**   It is never.

20   **Q.**   Now, Ms. Hacker asked you a few questions about what's

21   known as the lop list.  Do you recall those questions?

22   **A.**   Yes.

23   **Q.**   And when candidates are listed on a lop list, are they

24   automatically or definitely removed from the admitted class

25   at that point?

1    **A.**   No.

2    **Q.**   And so what happens to candidates that are listed on a

3    lop list?

4    **A.**   They'll be discussed with the full admissions committee.

5    **Q.**   And so even after the lop list is created, there could

6    still be an opportunity for those particular applicants to be

7    discussed?

8    **A.**   Certainly.  Every applicant that is on a lop list is

9    presented to the full committee for discussion as a potential

10   student to be removed from the class.

11   **Q.**   Ms. Hacker also asked you earlier about Dean Fitzsimmons

12   sharing statistics about the admitted class during the

13   admissions process.  Do you recall those questions?

14   **A.**   Yes.

15   **Q.**   Based on your experience, what kinds of statistics does

16   Dean Fitzsimmons share with the full committee process?

17   **A.**   He may share broad demographic information about the

18   class.  For example, the number of male and female students

19   in the class, intended concentration, where tentatively

20   admitted students are from geographically, as well as race,

21   ethnicity, if you're a first-generation student, as some

22   examples.

23   **Q.**   Ms. Ray, during your time in the admissions office, has

24   Dean Fitzsimmons shared only numbers about the race

25   demographics about the class?

**A.**   No.

**Q.**   And during your time in the admissions office, have you ever been instructed to admit a target number of students from any particular racial or ethnic background?

**A.**   Absolutely not.

**Q.**   Are you aware of any effort to reached a target number of admitted students from a particular racial or ethnic background?

**A.**   No.  We have no targets of any kind.

**Q.**   Taking a step back for a moment and turning back to your role in the office, is it correct to say you wear two hats? You're both a senior admissions officer as well as the director of UMRP?

**A.**   Yes.

**Q.**   How long have you been the detector of UMRP?

**A.**   About three years.

**Q.**   And what are your responsibilities in that role?

**A.**   I oversee, train, and hire our undergraduate coordinators as part of our recruitment efforts for students of color.

**Q.**   And you went to Harvard for undergraduate school, right?

**A.**   Yes.

**Q.**   And when you went to Harvard, did you have a role with respect to the UMRP?

**A.**   Yes.  I was a UMRP coordinator in the Native American division.

1   Q.   Who does the UMRP recruit?

2   A.   We recruit students of color.  So students who

3   self-identify as Asian-American, African-American, Latinx,

4   Mexican-American, and Native American.

5   Q.   And how is it that the UMRP is organized?

6   A.   We're organized in divisions that do outreach to those

7   populations.

8   Q.   And what are the particular divisions?

9   A.   Great.  So we have African-American division,

10  Asian-American, Latinx, Mexican-American, and Native American

11  division.

12  Q.   Ms. Hacker asked you a bit about who works for UMRP, and

13  you referenced undergraduate students who are known as

14  student coordinators?

15  A.   Yes.

16  Q.   And how are student coordinators assigned to those five

17  divisions that you just mentioned?

18  A.   Typically they're assigned to the divisions that they

19  themselves also self-identify with.

20  Q.   Why does the UMRP staff the divisions with student

21  coordinators who share the same racial background as the

22  particular division?  Why do you staff it that way?

23  A.   Well, we found that it can be very powerful to have that

24  be one point of connection for undergraduate students with

25  prospective students.  It can sometimes allow the prospective

1  students to really envision themselves on Harvard's campus,

2  since they may have questions about what it's like to be a

3  student of color at an institution that is historically

4  predominantly white.

5  **Q.**   Ms. Ray, has UMRP made any efforts to recruit applicants

6  from different Asian-American ethnic backgrounds?

7  **A.**   Yes.  So for example, our UMRP coordinators are often

8  from a variety of Asian-American ethnic backgrounds.  They

9  may do things like post about, as a Filipino student, their

10  own experience through the college admissions process.  They

11  may post online on our blog about their involvement in a

12  Southeast Asian dance show on our campus every spring.  And

13  we also will go to various events at high schools or college

14  fairs that may particularly reach Asian-American populations.

15  **Q.**   When during the year does UMRP begin recruiting students

16  of color?

17  **A.**   Typically during the spring of their junior year.

18  **Q.**   Let's pull up DD63.

19        Ms. Ray, can you describe what year-round

20  activities that UMRP would undertake in order to recruit

21  students of color?

22  **A.**   So year-round, the UMRP coordinators are able to provide

23  information sessions and tours for visiting groups that serve

24  populations that are predominantly students of color.

25  Usually these groups are community-based organizations or

1    public school groups.  And our coordinators are able to speak

2    a little bit about life as a Harvard undergraduate and show

3    them around our campus.

4          And year-round our coordinators also post on social

5    media.  So they'll post on the admissions office blog.  They

6    will take over our Snapchat and show people around campus as

7    a sort of day in the life as a student at Harvard, and

8    recently they've also begun posting on Instagram on a weekly

9    basis.

10   **Q.**  For those of us born after 1985, can you talk about what

11   Snapchat and Instagram are and how they help with UMRP's

12   recruiting?

13   **A.**  Sure.  So with Snapchat, essentially it's a video feed

14   that you can add to throughout the course of the day.

15         So our student coordinators will take short videos

16   potentially showcasing them walking to class or at a

17   particular event.  And it allows prospective students to see

18   some short video clips that can provide a little bit more

19   insight and show a little bit more about the personality at

20   Harvard.  So it can be really useful for prospective students

21   to get a glimpse into that.

22   **Q.**  And when does UMRP typically first reach out to a

23   potential applicant on an individual basis?

24   **A.**  Typically during the spring of their junior year.

25   **Q.**  Pull up DD64.

1                So, Ms. Ray, could you please walk the Court

2       through the recruiting efforts that UMRP undertakes starting

3       in the spring of a potential applicant's junior year in high

4       school?

5       **A.**   Sure.  So during the spring, we'll do our first round of

6       email outreach to prospective applicants.  And we identify

7       students for that UMRP list in a few different ways.  So

8       we'll send to all self-identified students of color on

9       Harvard's search list.  We also will send an email to

10      students who have opted in to receive communications about

11      the UMRP on the admissions office website.  And we'll add in

12      names that we get from students who have expressed interest

13      in Harvard through a partnership with a nationwide

14      community-based organization network.

15      **Q.**   And how does UMRP identify which high school students to

16      send emails to?

17      **A.**   Sure.  So it's all self-identified students of color on

18      that search list as well as a few other information streams

19      that we'll pull together.

20      **Q.**   What information do the UMRP outreach emails contain?

21      **A.**   In typical practice, they're addressed now from an

22      individual coordinator who will share information about what

23      it's like at Harvard.  So they may provide information about

24      their own application process and journey to Harvard,

25      information on cultural life and cultural communities at

1    Harvard, financial aid, and other types of things.

2              And there's also a lot of information on how to get

3    in touch with the UMRP in case any students have questions

4    about the admissions process or life at Harvard.

5    **Q.**   Approximately how many high school students per year

6    receive recruiting emails from the UMRP?

7    **A.**   Right.  So it will vary from year to year.  But as an

8    example, last year about 85,000 students were reached through

9    these emails.

10   **Q.**   And are students who don't receive outreach emails from

11   UMRP disadvantaged in the admissions process?

12   **A.**   Not at all.  All students who apply go through the same

13   application process and evaluation process.

14   **Q.**   Does UMRP continue its recruitment efforts into the

15   summer after a prospective applicant's junior year?

16   **A.**   Yes.

17   **Q.**   What kinds of recruiting activities does UMRP engage in

18   during the summer?

19   **A.**   During the summer, we send another round of emails to an

20   even more expanded list of students.  The list has typically

21   grown by that point.  And we also have a few summer-specific

22   travel opportunities that come up through the UMRP.

23             So an admissions officer will go, for example, to a

24   week-long college access program targeted towards native

25   students, called College Horizons, which has happened for the

1  past 20 years.

2          And we travel to a few other events typically on a

3  yearly basis as well.  For example, to an information session

4  at Leadership Enterprise For a Diverse America, a program

5  through Princeton University that targets low-income,

6  first-gen, and students of color.

7          And we'll also try to attend events like college

8  fairs and events with other community-based college access

9  organizations that are in the nearby area, as our schedule

10  allows.

11  **Q.**  Does UMRP continue its recruiting activities through the

12  fall of a prospective applicant's senior year?

13  **A.**  Yes.

14  **Q.**  DD 6.6, please.

15          What recruiting efforts does UMRP take during the

16  fall?

17  **A.**  In the fall, we'll send our final email to the students

18  who have now become seniors in high school, again to an

19  ever-expanding list, and we begin the process of hiring and

20  training hometown recruiters.

21  **Q.**  What are hometown recruiters?

22  **A.**  Hometown recruiters are other Harvard undergraduate

23  students, a cohort of students who we hire to go back to

24  their hometowns to give presentations about life as an

25  undergraduate student at Harvard.

1    Q.   And how does UMRP select who to hire as the hometown

2    recruiters?

3    A.   We try to hire students from a variety of backgrounds

4    from a variety of geographical areas.  And through this,

5    we're hoping -- it's always our hope that we can particularly

6    target schools or communities where we think that there are

7    students of color who might particularly benefit from hearing

8    messaging about the college application process and life at

9    Harvard.  We're hoping to get students to think about Harvard

10   but also higher education more generally.

11   Q.   Does the UMRP continue its recruitment efforts into the

12   winter?

13   A.   Yes.

14   Q.   DD 6.7.

15        And can you walk us through what the UMRP does

16   during the winter of a prospective applicant's senior year?

17   A.   Sure.  During the winter, our hometown recruiters will be

18   on the road conducting all of their hometown visits.

19   Typically this is a cohort of anywhere from 15 to 20

20   upperclassman students -- or Harvard undergraduate students

21   that are doing these presentations, and they go all over the

22   country.

23        So in January our recruiters are on the road in

24   places -- like last year, for example, Los Angeles, South

25   Carolina, Missouri, Alabama.  We try to hit as many places as

1      possible.  And through this in a typical year, we'll visit

2      about 200 to 250 high schools.

3      **Q.**   How does UMRP decide what high schools to visit?

4      **A.**   Working with the admissions officer who reads for a

5      particular area, they help us to craft an itinerary that may

6      allow us to visit high schools and middle schools that we

7      think might really have a place for messaging about higher

8      education and about Harvard to really resonate.  So we're

9      always looking to create pipelines of students.

10     **Q.**   Now, once a student is admitted, does UMRP continue its

11     recruitment efforts with respect to that particular student?

12     **A.**   Yes.

13     **Q.**   How so?

14          If we could pull up DD 6.8, please.

15     **A.**   So during the spring, we really focus on being in touch

16     with students who have recently been admitted to Harvard.

17          So we do this in a couple of different ways.  The

18     first way is by connecting with students through a

19     "call-a-thon."  In this call-a-thon, we call all

20     self-identified students of color who have been admitted to

21     Harvard.  So typically this is about 800 students.  Obviously

22     depending on how many students are admitted, that drives how

23     many students we call.

24          And we also have programming through Visitas, which

25     is our weekend for visiting our students.

1  **Q.**  Does UMRP contact every admitted Asian-American student?

2  **A.**  Yes.

3  **Q.**  And you mentioned Visitas.  What is Visitas?

4  **A.**  Visitas is our weekend for all admitted students when we

5  welcome them to campus to showcase what it's really like for

6  undergraduate students.  So they'll learn about living in our

7  residence halls, about student life, and have opportunities

8  to see campus and ask lots and lots of questions.

9  **Q.**  How does UMRP use Visitas to recruit admitted students of

10  color?

11  **A.**  In a few different ways.  So during Visitas, we run a

12  specific hosting program through the UMRP.  So we ask

13  admitted students if they'd like to be hosted through the

14  UMRP by an undergraduate student who is volunteering through

15  our program.

16          And we also have a few items of programming during

17  our visiting weekend.  So we have a reception for all

18  admitted students of color, and we also have a panel

19  discussion where our coordinators discuss life as a student

20  of color at Harvard.

21  **Q.**  And for Visitas, how does UMRP match admitted students of

22  color to a student host?

23  **A.**  So our undergraduate coordinators work very hard to make

24  hand matches between our prospective students and our

25  undergraduate volunteers.  So they take into consideration

1    things like the way each student may identify racially or

2    ethnically as one item.

3            But they also look for things like a shared

4    hometown, similar academic interest, or maybe overlap in

5    extracurricular activity interest as well.

6    **Q.**   And why is shared racial identity a consideration in

7    connecting prospective students with current Harvard College

8    students during Visitas?

9    **A.**   From my own experience and from what I've seen and heard,

10   that can be one point of connection that undergraduates and

11   prospective students can use to really see what its like as a

12   student of color at Harvard.

13           They may have similar questions about what it's

14   like to be a person of color on Harvard's campus, and that

15   can then be one point of connection that will lead them to

16   having discussions about other aspects of life at Harvard, in

17   the classroom, in our dorms, and in other activities as well.

18   **Q.**   Approximately how many students of color are hosted at

19   Visitas through the UMRP?

20   **A.**   It varies from year to year, but typically several

21   hundred.

22   **Q.**   We've talked a bit about the number of recruitment

23   activities that UMRP engages in throughout the year to

24   recruit students of color.  Why does UMRP undertake all these

25   recruiting efforts throughout the year?

1    **A.**   We think recruitment is incredibly important, and it's

2    vital to ensure that talented students across the entire

3    country are really considering Harvard as an option.

4              From my own experience in hearing the types of

5    questions that students ask, I know that it can be really

6    important to demystify what an institution like Harvard might

7    be like for someone.  And through these recruitment efforts,

8    we can hopefully inspire students to think about applying to

9    Harvard and persuade them to attend once they're admitted.

10   **Q.**   And, Ms. Ray, do you believe that there's a continued

11   need for the recruiting efforts that UMRP undertakes?

12   **A.**   Absolutely.

13   **Q.**   Let's talk a little bit about your role as an admissions

14   officer.

15              THE COURT:  Let me ask about UMRP.

16              UMRP is -- I think it's the only place I've seen

17   that sort of separates out Mexican-Americans.

18              THE WITNESS:  Yes.

19              THE COURT:  Why is that and how did that happen?

20   I'm just wondering why you have sort of Mexican-Americans

21   singled out but we have this monolithic Asian group.

22              When you're ultimately tracking Mexican-American

23   statistics, is that done separately or is that lumped in with

24   like --

25              THE WITNESS:  From my understanding, that's an

1    inheritance that when the UMRP started there were lots of

2    Chicano students on campus who self-identified in that way.

3    And that's why that's been identified as a separate division.

4              However, when we're reporting out statistics, from

5    my understanding it's in terms of Hispanic and Latinx overall

6    and not separating out Mexican-American.

7    BY MS. CONLEY:

8    **Q.**  Ms. Ray, we talked a little bit about training.  Did you

9    receive training on how to evaluate applications when you

10   first started as an admissions officer?

11   **A.**  Yes.

12   **Q.**  Can you describe that training?

13   **A.**  In the admissions office when I first started, I had

14   several sources of training about how to read an application.

15             So the first kind of programming that was done, it

16   was led by an associate director of admissions at the time

17   and other admissions office staff, and we walked through,

18   with other new admissions officers, the components of an

19   application, the ratings, and how to evaluate applicants.

20             We also read files and participated in a mock

21   subcommittee process that taught us how committee worked and

22   how to be a good committee member.

23             And the final component of that was reading

24   application files once the process started and having my

25   committee chairs and other admissions office staff members

1    read files after I did, about the first 100 or so files.  And

2    they were able to provide some feedback on my evaluations.

3    **Q.**  And did you receive that training when you first came on

4    board in 2012?

5    **A.**  Yes, I did.

6    **Q.**  In the course of that training, did you receive guidance

7    when evaluating an applicant's race when evaluating that

8    applicant as a whole?

9    **A.**  Yes, I did.

10   **Q.**  What did you learn when you received that training on how

11   to consider race when evaluating an applicant?

12   **A.**  I learned that race may be one factor that we consider as

13   we're evaluating applicants, and it may provide a tip for

14   competitive candidates depending on the individual cases.

15   **Q.**  And in that same training, did you learn about other

16   factors that could be considered when evaluating an applicant

17   as a whole?

18   **A.**  Yes.  Certainly.

19   **Q.**  And who lead those training meetings?

20   **A.**  Yeah.  Grace Cheng led many of those meetings, as well as

21   other senior admissions staff members and admissions officers

22   who had been in the office for a while.

23   **Q.**  And did anyone else in addition to you attend the

24   particular training in 2012 when you first began?

25   **A.**  Yes.  New admissions officers who also started at the

1    same time attended them as well.

2    **Q.**   Turn to Tab 2 in your binder, please.  Do you see

3    Defendant's Exhibit 004?

4    **A.**   Yes.

5    **Q.**   What is this document?

6    **A.**   This is an agenda for admissions staff orientation in the

7    fall of 2013.

8    **Q.**   Did you attend that orientation?

9    **A.**   Yes, I did.

10           MS. CONLEY:  Your Honor, we offer Defendant's

11   Exhibit 4 into evidence.

12           MS. HACKER:  No objection, Your Honor.

13           THE COURT:  Admitted.

14           (Defendant Exhibit No. 4 admitted.)

15   BY MS. CONLEY:

16   **Q.**   Ms. Ray, do you see the third section titled

17   "Considerations in the Admissions Process:  *Fisher* Versus

18   Texas"?

19   **A.**   Yes.

20   **Q.**   Who was that led by?

21   **A.**   That was led by Bob Iuliano of the general counsel's

22   office.

23   **Q.**   At a high level, what did that session relate to?

24   **A.**   It related generally to race-conscious admissions and

25   Supreme Court decisions and how that relates to our work in

1    the admissions office.

2    **Q.**   Ms. Ray, since joining the admissions office and after

3    the training you received as a new admissions officer, do you

4    continue to receive feedback on how you evaluate applicants?

5    **A.**   Yes, certainly.  So as part of the committee process,

6    there are committee chairs who provide guidance and feedback

7    on my own evaluation of cases and ratings.  And during the

8    process of reading files, occasionally that will happen near

9    other admissions officers who may also be reading files, and

10   we're able to have discussions about the nuances of case work

11   together as well.

12   **Q.**   In your role as the UMRP director, have you given any

13   presentations about issues of diversity?

14   **A.**   Yes.  I have given two formal presentations and a handful

15   of others as well.

16   **Q.**   And who did you give those presentations to?

17   **A.**   I gave them to all admissions and financial aid office

18   staff that were at staff orientation meetings.

19   **Q.**   And did anyone else participate with you in giving those

20   particular presentations?

21   **A.**   Yes.  An admissions officer at the time, Lucerito Ortiz.

22   **Q.**   Can you turn to Tab 3 in your binder, which is

23   Defendant's Exhibit 36.

24   **A.**   Yes.

25   **Q.**   Do you recognize what's been marked as Defendant's

1    Exhibit 36?

2    **A.**  Yes.

3    **Q.**  What is this document?

4    **A.**  This document is the presentation that Ms. Ortiz and I

5    gave in the fall of 2013.

6            MS. CONLEY:  Your Honor, we move to admit

7    Defendant's Exhibit 36.

8            MS. HACKER:  No objection.

9            THE COURT:  It's admitted.

10            (Defendant Exhibit No. 36 admitted.)

11    BY MS. CONLEY:

12    **Q.**  And can you turn to page 2 of the document.

13    **A.**  Yes.

14    **Q.**  What topics were discussed at this first presentation

15    that you and Ms. Ortiz gave?

16    **A.**  We discussed broadly issues surrounding the demographics

17    in the United States, information on educational attainment,

18    testing as well as a specific focus on Native American and

19    Latinx populations.

20    **Q.**  And I believe Ms. Hacker showed you to what's now at

21    Tab 4 of your binder, Defendant's Exhibit 19.

22            THE COURT:  Which tab?

23            MS. CONLEY:  It's Tab 4 of your binder, Your Honor.

24            THE WITNESS:  Yes.

25    BY MS. CONLEY:

1    **Q.**   Now, was this the second presentation in the fall of 2014

2    that you and Ms. Ortiz gave that you were referring to?

3    **A.**   Yes, it is.

4    **Q.**   And what was this particular presentation about?

5    **A.**   This presentation also included information about

6    demographics at large and how to focus on Asian-American and

7    black populations in the United States.

8    **Q.**   And if you could, turn to Tab 5 in your binder.  These

9    are the notes that Ms. Hacker was discussing with you

10   earlier.  Do you recall those?

11   **A.**   Yes.

12   **Q.**   And let's look at the very first note that Ms. Hacker

13   also referenced during her examination of you.

14            Looking at that note, can you explain why you and

15   Ms. Ortiz decided to give these presentations to the

16   admissions office staff?

17   **A.**   From my understanding, these presentations were designed

18   to give context more generally about the experiences of

19   communities of color and students of color in the United

20   States at large.  And hopefully this could help admissions

21   officers understand the broad context that students in our

22   applicant pool or on our campus may be facing.

23   **Q.**   Can you talk a little bit more about how these particular

24   presentations provided context for admissions officers about

25   applicants of color to Harvard?

1    **A.**   Sure.  So for example, in our first presentation we
2    discussed generally Native American populations.  And having
3    an admissions officer have a general understanding of the
4    demography of the United States at large could help an
5    admissions officer in understanding the particular context
6    that a student who may, say, be from a reservation in a rural
7    area may be coming from.
8              So if a student communicates something about those
9    experiences, having some background knowledge about it may be
10   useful for an admissions officer to situate a certain
11   experience.
12   **Q.**   Let's turn back to the 2014 presentation that we were
13   just looking at, which is at Tab 4.
14             THE COURT:  Did you move for the admission of this
15   one?
16             MS. CONLEY:  I believe that Ms. Hacker did.
17             THE COURT:  Sorry.
18             MS. CONLEY:  Thank you.
19   BY MS. CONLEY:
20   **Q.**   If you turn back to Tab 4 and take a look at page 18,
21   Ms. Ray, what does this slide show?
22   **A.**   This slide shows information about different
23   Asian-American ethnicities.
24   **Q.**   A little small for me to read from here, but what exactly
25   does it show?  Are these national statistics?

1    **A.**   Yes.  Sorry.  So these are national statistics that show

2    information about the numbers of Asian-Americans within given

3    ethnic populations.

4    **Q.**   And why was this particular slide included in this

5    presentation that you gave?

6    **A.**   We thought it was important to really highlight and

7    discuss the wide diversity that exists within Asian-America

8    or those who may identify as Asian-American.

9    **Q.**   Let's turn to the next slide on page 19.  And what was

10   the purpose of including this particular slide in the

11   presentation?

12   **A.**   This slide helped to provide further context for other

13   items that we would be discussing about the fact that, given

14   that students and populations of people who identify as

15   Asian-American are so diverse, we wanted to really highlight

16   the fact that there's a lot of diversity within that

17   population in terms of country of origin, cultural identity,

18   and other items as well.

19   **Q.**   And can you give an example of how this information can

20   provide more context for an admissions officer who was

21   evaluating an Asian-American applicant for admission?

22   **A.**   Mm-hmm.  Understanding the complexities of identity can

23   really help to situate an applicant more broadly.

24            So for example, if a Cambodian student who lives in

25   the South is writing about the experience of growing up in an

1    immigrant family while also writing about how much they value

2    growing up in Mississippi and love sweet tea, understanding

3    more broadly the complexities of identity can really help to

4    situate someone who's discussing any aspect of that, but

5    certainly the ways that different experiences may impact

6    their own perception of identity or just experiences more

7    generally.

8    **Q.**  And did you give this particular portion of the

9    presentation to the admissions staff?

10   **A.**  Yes, I did.

11   **Q.**  If we could take a look at -- turn to Tab 6 in your

12   binder.

13          MS. CONLEY:  Your Honor, if we could turn off the

14   monitors in the gallery?

15          THE COURT:  Yes.

16          MS. CONLEY:  Thank you very much.

17   BY MS. CONLEY:

18   **Q.**  Ms. Ray, can you tell me what defendant's Exhibit 195 is?

19   **A.**  This is an application file.

20   **Q.**  And have the profile ratings been completed on this

21   application by both a first reader and a second reader?

22   **A.**  Yes.

23   **Q.**  Ms. Ray, who was the first reader on this file?

24   **A.**  I was.

25          MS. CONLEY:  Your Honor, we move to admit

1    Defendant's Exhibit 195 into evidence.

2              MS. HACKER:  No objection, Your Honor.

3              THE COURT:  Admitted.

4              (Defendant Exhibit No. 195 admitted.)

5    BY MS. CONLEY:

6    **Q.**  If you turn to page 3 of the file.

7              MS. CONLEY:  Mr. Lee, if we could blow up the very

8    top paragraph.

9    BY MS. CONLEY:

10   **Q.**  What is TMR in the top left-hand corner?

11   **A.**  Those are my initials.

12   **Q.**  And what did you write under your initials?

13   **A.**  Redacted "is noted as exceptionally mature and thoughtful

14   in the TRs.  I hope AIV confirms.  Clearly very bright.  She

15   has made a niche here with music.  All-state band and some

16   volunteering.  SAT 2s and AIV would help in comparison."

17   **Q.**  And what is TRs or what are TRs?

18   **A.**  Teacher recommendations.

19   **Q.**  And AIV is alumni interview?

20   **A.**  Yes.

21   **Q.**  Now let's turn to pages 24 and 25 in this application.

22              What's reflected on these pages?

23   **A.**  This is the first letter of recommendation or teacher

24   recommendation as part of the file.

25   **Q.**  And focusing on page 25, is there information in this

1    first teacher recommendation that informed your evaluation of

2    the applicant's personal qualities?

3    **A.**   Yes.  So in the first paragraph it's noted that the

4    student is insightful and personable and that they're a class

5    act.  And in the next paragraph it's noted that the student

6    is thoughtful, reflective, and honest.  I underlined that

7    about midway down.

8             And at the bottom of that paragraph, I also

9    underlined that the student was mature, passionate, and

10   focused.

11   **Q.**   And did you take this teacher recommendation into account

12   when assigning a personal rating for this applicant?

13   **A.**   Yes, I did.

14   **Q.**   And let's turn to page 27 of this application.  What

15   appears at page 27, Ms. Ray?

16   **A.**   This is the second teacher recommendation as part of the

17   file.

18             MS. CONLEY:  Mr. Lee, if you could blow up the

19   first two paragraphs.

20   BY MS. CONLEY:

21   **Q.**   Did the information in this particular teacher

22   recommendation inform your evaluation of the applicant's

23   personal qualities?

24   **A.**   Yes.

25   **Q.**   And what information in those pages informed your

1    evaluation of the applicant's personal qualities?

2    **A.**   The applicant was noted to be exceptional.  The applicant

3    also -- it says that she has an extraordinary work ethic, at

4    the bottom of the next paragraph.  And at the very bottom

5    that the student demonstrates a never-give-up attitude and

6    responds well to feedback.

7    **Q.**   And if we turn back to page 2 of this application, what

8    personal rating did you ultimately assign to this applicant?

9    **A.**   A 3++.

10   **Q.**   And what does a 3++ mean to you?

11   **A.**   That the applicant has strong personal qualities.

12   **Q.**   And do applicants with 3++ ratings get admitted to

13   Harvard College?

14   **A.**   Yeah.  Certainly.

15   **Q.**   Just stepping back and looking at the profile ratings for

16   a minute, do those ratings determine whether an applicant is

17   ultimately discussed in subcommittee or in full committee?

18   **A.**   No.  So these ratings are preliminary and based on the

19   information that we have available at the time that we're

20   assessing them.  And I think of them much more as a proxy

21   for, for example, commitment to extracurriculars.  But

22   whether we discuss a case, it's much more, and it's all about

23   the substance of the actual case.

24   **Q.**   And taking a look there at the academic rating, what

25   academic rating did you assign to this applicant?

**A.**   A 2-.

**Q.**   And what information did you consider when assigning the academic rating?

MS. CONLEY:  If we maybe move up to the top of page 2, Mr. Lee.

**A.**   At the top you can see that the applicant has a perfect SAT verbal score of 800.  That's that first score there.  And you can see below that the applicant has a 36 on the ACT.

I underlined the composite score at the very end, which is perfect.  And the applicant also had four perfect AP scores of 5.  That's the highest possible score and one of 4.

**Q.**   Let's turn to page 23 of the file.  Is this the applicant's high school transcript?

**A.**   Yes, it is.

**Q.**   What grades did the applicant receive?

**A.**   All forms of A throughout high school.

**Q.**   What was the applicant's rank in their high school class?

**A.**   They were ranked ninth in a class of over 550 students.

**Q.**   And according to the transcript, what percentile was that?

**A.**   They were in the top 2 percent of their high school class.

**Q.**   And did you consider this transcript when evaluating the applicant's academic qualities?

**A.**   Yes, I did.

1  **Q.** And let's take a look again at page 2, profile ratings.

2  What extracurricular rating did you assign to this applicant?

3  **A.** 3+.

4  **Q.** Ms. Ray, if you could turn to page 13 of the file, what

5  is that document?

6  **A.** This is an activity grid that the applicant provided as

7  part of their application.

8  **Q.** And did you take the information that's on that

9  particular page into account when assigning the applicant's

10  extracurricular rating?

11  **A.** Yes, I did.

12  **Q.** And what specifically did you take into account?

13  **A.** I took into account some of this information about

14  volunteering and other extracurriculars that the student was

15  involved in, and specifically took note of their deep

16  involvement in music.

17          So for example, the student is a clarinetist and

18  lettered in that instrument. And in another instrument, they

19  won multiple junior festival trophies. And they were also a

20  member of the all-state band, which is a statewide

21  recognition that requires students to audition to get into.

22  **Q.** Flipping back to the summary sheet on page 2 of the

23  application, when you're looking at or evaluating an

24  applicant, do you take the applicant's parental occupation

25  into account, the applicant's parents' occupations into

1    account?

2    **A.**   Yes.

3    **Q.**   And why is that something you would consider when

4    evaluating an applicant?

5    **A.**   Yeah.   It's something we might consider because it might

6    be able to provide us a little bit more information about the

7    family context.   So for example, if both of an applicant's

8    parents work retail jobs, that might lead us to think that

9    they might benefit significantly from our financial aid

10   program or add to socioeconomic diversity on our campus.

11   **Q.**   And according to this page, what ethnicity did this

12   applicant self-identify as?

13   **A.**   As African-American and white.

14   **Q.**   Did you consider there applicant's race when evaluating

15   the application?

16   **A.**   I underlined it here, so I would say most likely,

17   probably.

18   **Q.**   And why would you consider the applicant's race on this

19   particular application?

20   **A.**   As a student with strong academics and robust

21   extracurricular involvement, a competitive applicant, race

22   may be one factor that we consider overall.

23   **Q.**   Let's turn back to your comments on the top of page 3 of

24   the file.   What was the last sentence that you wrote?

25   **A.**   "SAT 2s and AIV would help in comparison."

1    **Q.**   What did you mean by that comment?

2    **A.**   That having information on the student's SAT subject test

3    and the alumni interview report would help the admissions

4    committee as we're making decisions in our broader pool.

5    **Q.**   So at the time that you did those comments in the

6    original profile ratings, you hadn't yet received the alumni

7    interview report?

8    **A.**   Correct.

9    **Q.**   Let's turn to page 7 of the file.  What is this?

10   **A.**   This is the alumni interview report.

11   **Q.**   And what in the alumni interview report did you consider

12   when evaluating this applicant?

13   **A.**   All right.  So I considered -- you can see some positive

14   information there in the academics section, that the student

15   is at the top of their class.  That's a positive piece of

16   information that was provided.

17            We would have considered that music is a large part

18   of the applicant's life, which the alumni interview report

19   notes in the extracurricular section, and that they're

20   involved somewhat otherwise.

21            And then in the personal quality section, it says

22   that while setting up the interview, in that first line

23   there, the applicant seemed exceptionally shy and formal, and

24   in person her mannerisms supported that impression.

25            And a little further down it also says that the

1  applicant seemed reluctant to discuss substantive topics in
2  depth.
3  And then in the overall section, it seems to note
4  that the applicant seemed a bit rehearsed or perhaps coached.
5  So there were some positive aspects, but overall the
6  interview seems a bit flat.
7  **Q.**  And, Ms. Ray, was this applicant ultimately admitted to
8  Harvard College?
9  **A.**  No, they were not.
10  **Q.**  And why not?
11  **A.**  In a pool that's as competitive as ours, we have a lot of
12  students who are really talented.  Even if you're
13  academically qualified, even if you have a lot of
14  extracurricular engagement, a flat alumni interview can make
15  you less compelling in our really deep and talented pool.
16  **Q.**  And is that true regardless of the race or ethnicity of
17  the applicant?
18  **A.**  Yes.
19  **Q.**  Ms. Ray, do you find it difficult to reject competitive
20  students who have the qualifications to succeed at Harvard?
21  **A.**  Absolutely.  I think that's the most difficult part of my
22  job.  I get to read about and learn about so many talented
23  students from all over the country.  And at the end of the
24  day, some of the students whose stories I remember the most
25  vividly and who had the most impact on me were ultimately not

1    admitted to Harvard.  And it's just the reality of our

2    talented pool.

3    **Q.**  Ms. Ray, in the six years that you've worked as an

4    admissions officer, about how many files have you read?

5    **A.**  Thousands.

6              THE COURT:  Can I get back to page 3 on this one,

7    the second reviewer.  "Extremely smart and one" something.

8              THE WITNESS:  Would you like me to read that?

9              THE COURT:  Please.  I need some translation here.

10   Extremely smart.  What's after that?

11             THE WITNESS:  So these aren't my notes, but I'll

12   also do the best job.

13             THE COURT:  If you can do them.

14             THE WITNESS:  And one we'll likely want to likely

15   do.

16             THE COURT:  "Want to likely do."

17             What does that mean, if you know?

18             THE WITNESS:  From my understanding, or how I would

19   interpret that is that it's a competitive applicant.

20             THE COURT:  I was less sure about PQs.  Is that

21   what that says?

22             THE WITNESS:  Yes.

23             THE COURT:  What's PQs?  Is that a word that you

24   use?

25             THE WITNESS:  It's an abbreviation for personal

1   qualities.

2         THE COURT:  "Given her own writing," but what was

3   warmer?  Oh, support was warmer, hoping that her interview

4   will clarify.  Okay.  Thank you.

5   BY MS. CONLEY:

6   **Q.**  Ms. Ray, just for clarification there, can you read the

7   last two sentences of those notes?

8   **A.**  Yes.  "Hoping, as TMR notes, that IV will clarify.

9   Frankly, if it does, we should/could ponder a likely."

10   **Q.**  What is "a likely"?

11   **A.**  "Likely" refers to a likely letter that our office may

12   send for competitive applicants.

13   **Q.**  Again after the alumni interview came in, this applicant

14   was ultimately rejected?

15   **A.**  Correct.

16   **Q.**  Now, Ms. Ray, in the six years that you've been an

17   admissions officer, how many subcommittee meetings have you

18   attended?

19   **A.**  Over six years, about 100.

20   **Q.**  And in those subcommittee meetings, about how many

21   applicants did you discuss?

22   **A.**  Thousands.

23   **Q.**  And in those six years, about how many full committee

24   meetings have you attended?

25   **A.**  About 50.

1    **Q.**  And in those full committee meetings, about how many

2    applications would you say you discussed?

3    **A.**  Over six years, thousands.

4    **Q.**  In your six years at the admissions office, how many

5    times have you seen an admissions officer show bias against

6    an applicant because of his or her race?

7    **A.**  Absolutely never.

8    **Q.**  And when you're determining whether to admit an

9    applicant, have you ever seen any of your colleagues consider

10   an applicant's race as a negative factor?

11   **A.**  I have never seen that.

12   **Q.**  Ms. Ray, have you ever rejected an applicant because of

13   his or her race?

14   **A.**  Certainly not.

15   **Q.**  And in your six years in the admissions office, have you

16   ever seen anything to substantiate accusations of bias

17   against Asian-Americans in the admissions process?

18   **A.**  Never.

19           MS. CONLEY:  Nothing further.

20           MS. HACKER:  Your Honor, can we have a sidebar?

21           THE COURT:  Sure.

22           [Sidebar sealed and redacted.]

23           THE COURT:  Have you had enough, Mr. Hughes?

24           MR. HUGHES:  Ms. Hacker asked me the question,

25   which is whether we want to keep on trucking with reading

1    depositions.  I gave her the affirmative nod, but Ms. Daly is

2    shaking her head.

3                MR. MORTARA:  I would suggest we break for the day.

4                THE COURT:  Joan will clearly agree with you.  For

5    tomorrow, I don't have anything tomorrow afternoon either.

6    For tomorrow, we can also go as long as you want, with the

7    caveat that I have a quick status conference scheduled for

8    2:30.  So we will take at least a 15-minute break at 2:30.

9    Other than that, we'll start at 9:30 and we'll go as long you

10   want.  Okay?

11               MR. MORTARA:  Thank you, Your Honor.

12               MR. LEE:  Thank you, Your Honor.

13               (Court recessed at 4:35 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                      - - - - - - - - - - -

2                        CERTIFICATION

3

4           I certify that the foregoing is a correct

5   transcript of the record of proceedings in the above-entitled

6   matter to the best of my skill and ability.

7

8

9

10  /s/ Joan M. Daly                October 24, 2018

11  _____         _____

12  Joan M. Daly, RMR, CRR          Date
    Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF WITNESSES

WITNESS                                                    PAGE

MARK HANSEN

    Examination By Mr. Hughes .........................   9
    Examination By Ms. Ellsworth ......................  49
    Re-Examination By Mr. Hughes ......................  68

ROGER BANKS

    Examination By Mr. Connolly .......................  78
    Examination By Ms. Ellsworth ......................  87

CHARLENE KIM

    Examination By Mr. Strawbridge..................... 125
    Examination By Ms. Gershengorn..................... 138

TIA RAY

    Examination By Ms. Hacker.......................... 178
    Examination By Ms. Conley.......................... 206

1                         E X H I B I T S

2

   Defendant Exhibit                              Received

3
      SA3      ...................................   173

4
      4        ...................................   224

5
      SA4      ...................................   169

6
      P9       ...................................    37

7
      P16      ...................................    67

8
      DX19     ...................................   184

9
      26       ...................................   226

10
      DX27     ...................................   152

11
      P46      ...................................    53

12
      DX47     ...................................    98

13
      P75      ...................................   186

14
      DX103    ...................................   154

15
      DX106    ...................................   145

16
      DX111    ...................................   146

17
      195      ...................................   231

18
      262      ...................................   110

19
      DX527    ...................................   159

20

21

22   Plaintiff Exhibit                             Received

23
      P55      ...................................   202

24
      P99      ...................................   182

25
      P200     ...................................   197