UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>     Students for Fair Admissions, Inc.     </u>
    **Plaintiff**

   v.          CIVIL ACTION NO.<u>   14-14176-ADB   </u>

<u>     President and Fellows of Harvard College     </u>
    **Defendant**

## JUDGMENT IN A CIVIL CASE

**Burroughs, D.J.**

<u>_____</u>  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>__X__</u>  **Decision by the Court**.  This action came to Bench Trial before the Court.  The issues have been tried or heard and a decision has been rendered pursuant to the FINDINGS OF FACT AND CONCLUSIONS OF LAW entered September 30, 2019.

  **IT IS  ORDERED AND ADJUDGED:** Judgment for the Defendant President and Fellows of Harvard College (Harvard Corporation).

                ROBERT M. FARRELL
                CLERK OF COURT

                /s/ Christina McDonagh
Dated:<u>  September 30, 2019  </u>    By <u>                              </u>
                Deputy Clerk