# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

STUDENTS FOR FAIR ADMISSIONS, INC.,

                    Plaintiff,

   v.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE,

                  Defendant.

Civil Action No. 1:14-cv-14176-ADB

## NOTICE OF APPEAL

Plaintiff, Students for Fair Admissions, Inc., now appeals to the United States Court of Appeals for the First Circuit this Court's final judgment entered on October 1, 2019.

Dated: October 4, 2019

Respectfully submitted,

   /s/ William S. Consovoy

| | |
|---|---|
| Adam K. Mortara | William S. Consovoy |
| J. Scott McBride | Thomas R. McCarthy |
| Krista J. Perry | J. Michael Connolly |
| BARTLIT BECK LLP | Cameron T. Norris |
| 54 West Hubbard Street, Suite 300 | CONSOVOY MCCARTHY PLLC |
| Chicago, IL 60654 | 1600 Wilson Boulevard, Suite 700 |
| 312.494.4400 | Arlington, Virginia 22209 |
| adam.mortara@bartlitbeck.com | 703.243.9423 |
| scott.mcbride@bartlitbeck.com | will@consovoymccarthy.com |
| krista.perry@bartlitbeck.com | tom@consovoymccarthy.com |
| | mike@consovoymccarthy.com |
| John M. Hughes | cam@consovoymccarthy.com |
| Katherine L.I. Hacker | |
| Meg E. Fasulo | Patrick Strawbridge BBO #678274 |
| BARTLIT BECK LLP | CONSOVOY MCCARTHY PLLC |
| 1801 Wewatta Street, Suite 1200 | Ten Post Office Square |
| Denver, CO 80202 | 8th Floor South PMB #706 |
| 303.592.3100 | Boston, MA 02109 |
| john.hughes@bartlitbeck.com | 617.227.0548 |
| kat.hacker@bartlitbeck.com | patrick@consovoymccarthy.com |
| meg.fasulo@bartlitbeck.com | |

Paul M. Sanford BBO #566318
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
617.345.3000
psanford@burnslev.com

## CERTIFICATE OF SERVICE

I certify that this document was filed via the CM/ECF system, which will notify all counsel of

record.

  */s/ William S. Consovoy*
Counsel for Plaintiff