UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>       Plaintiff,<br><br>       v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>       Defendant. | Civil Action No. 1:14-cv-14176-ADB |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to the Federal Rules of Civil Procedure, Laboni A. Hoq hereby withdraws her appearance *pro hac vice* as co-counsel for Student Amici in this proceeding, as she is no longer employed by Asian Americans Advancing Justice – Los Angeles. Student Amici will continue to be represented by other attorneys at Lawyers' Committee for Civil Rights Under Law, Boston Lawyers Committee, and Arnold & Porter Kaye Scholer LLP, who have already filed an appearance on behalf of Student Amici in this matter.

WHEREFORE, Laboni A. Hoq respectfully requests this Court to permit her to withdraw as co-counsel for Student Amici.

Dated: December 9, 2019

/s/ Laboni A. Hoq
Laboni A. Hoq (*pro hac vice*)
California State Bar No. 224140
Asian Americans Advancing Justice – Los Angeles
1145 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-7500
lhoq@advancingjustice-la.org

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on December 9, 2019 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Lawrence E. Culleen
Lawrence E. Culleen (pro hac vice)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
(202) 942-5477
lawrence.culleen@arnoldporter.com
