**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION),<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of attorney Earl A. Kirkland, III in the above-captioned case. Mr. Kirkland's fellowship with the NAACP Legal Defense & Educational Fund, Inc. (LDF) has ended, and he consents to being withdrawn from this case. All other counsel who have entered appearances for Amici Curiae Student and Alumni Organizations will remain as counsel of record, including Cara McClellan, Janai S. Nelson, Jennifer A. Holmes, Jin Hee Lee, Michaele N. Turnage Young, Rachel M. Kleinman, Samuel Spital, Sherrilyn A. Ifill, Kathryn R. Cook, and Kenneth N. Thayer.

Dated: March 10, 2020

Respectfully submitted,

Michaele N. Turnage Young*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington DC 20005
mturnageyoung@naacpldf.org
Tel: (202) 682-1300
Fax: (202) 682-1312

**Admitted Pro Hac Vice*

/s/ Kenneth N. Thayer

Kenneth N. Thayer, BBO #61029
thayer@sugarmanrogers.com
Kate R. Cook, BBO #650698
cook@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac street (9th floor)
Boston, MA 02114-4737
Tel: (617) 227-3030

*Counsel for Amici Curiae 21 Colorful Crimson, Harvard Black Alumni Society, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard*

*Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans at Harvard College, and Task Force on Asian and Pacific American Studies at Harvard College.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2020 a copy of the above and foregoing NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Respectfully submitted,

Michaele N. Turnage Young
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington DC 20005
mturnageyoung@naacpldf.org
Tel: (202) 682-1300
Fax: (202) 682-1312