UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.5.2(c), attorney Paul R. Q. Wolfson withdraws his appearance *pro hac vice* as counsel for President and Fellows of Harvard College in this matter. After August 20, 2021, Mr. Wolfson will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP. All other counsel who have entered appearances for President and Fellows of Harvard College will remain as counsel of record.

                   Respectfully submitted,

                   /s/ Felicia H. Ellsworth
                   Felicia H. Ellsworth (BBO# 665232)
                   WILMER CUTLER PICKERING
                    HALE AND DORR LLP
                   60 State Street
                   Boston, MA  02109
                   Tel: (617) 526-6000
                   felicia.ellsworth@wilmerhale.com

                   *Counsel for Defendant President and Fellows of Harvard College*

Dated:  August 5, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth