

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**
CLERK OF COURT

November 2, 2022

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington DC 20543

       Re: **Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al**
           USDC - Massachusetts No. 14cv14176-ADB
           USCA – First Circuit No. 19-2005
           United States Supreme Court No. 20-1199
.
Dear Clerk Harris:

       I am writing regarding the above District Court case. On October 26, 2022, this Court received a letter pursuant to Rule 12.7 to certify and transmit immediately the entire District Court record (including transcripts) to your office. Filings are available electronically through PACER and any sealed or confidential pleadings are contained on the enclosed thumb drive. Please note the thumb drive is password protected and encrypted.  Please call or email me when you received it, and I will provide your Court with the password.

       If you should have any questions, please do not hesitate to contact me.

                  Sincerely,

                  Matthew A. Paine
                  Appeals Coordinator
                  United States District Court
                  District of Massachusetts
                  (617)-748-9157
                  Matthew_Paine@mad.uscourts.gov