UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) ) | |
| v. | ) ) ) | Case No.  14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE OF ROBERT A. BERTSCHE FOR
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-captioned matter for The Reporters

Committee for Freedom of the Press.

Respectfully submitted,

Date:  November 18, 2022        /s/ *Robert A. Bertsche*
                                               Robert A. Bertsche
                                               KLARIS LAW PLLC
                                               6 Liberty Square #2752
                                               Boston, MA 02109
                                               Telephone: 857-303-6938
                                               rob.bertsche@klarislaw.com

**CERTIFICATE OF SERVICE**
        I, Robert A. Bertsche, hereby certify that I have filed the foregoing Notice of
Appearance electronically with the Clerk of the United States District Court for the District of
Massachusetts using the CM/ECF system.  I certify that all participants in this case who are
registered as CM/ECF Filers will be served by the CM/ECF system.

Date:  November 18, 2022        /s/ *Robert A. Bertsche*
                                               Robert A. Bertsche