

Fabio Bertoni　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212)286.4991
General Counsel　　　　　　　　　　　　　　　　　　　　　　　Fabio_Bertoni@newyorker.com

<u>VIA EMAIL</u>

November 19, 2022

The Honorable Allison D. Burroughs
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

　　　　Re:　*Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al.,* No. 14cv14176-ADB

Dear Judge Burroughs:

　　　I am general counsel of *The New Yorker* and I write to note the magazine's support for Professor Jeannie Suk Gersen's request to unseal the sealed portions of the transcripts in the above-referenced case, for the reasons articulated in the letter from Dana Green of The New York Times Company dated November 17, 2022. *The New Yorker* notes that there has been and will likely continue to be significant public interest in the case, and in Professor Gersen's thoughtful, incisive analysis of it, among our readers. Her accurate and full reporting requires access to the complete record, absent an overwhelming need to maintain confidentiality of limited portions. To that end, *The New Yorker* respectfully requests that any decision to maintain portions of the record under seal be accompanied by findings of the precise nature of the information at issue and the specific interest justifying sealing.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　*[signature]*