AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Students for Fair Admissions, Inc )<br>*Plaintiff* )<br>v. )<br>President & Fellows of Harvard College )<br>*Defendant* ) | Case No. 1:14-cv-14176 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor Reporters Committee for Freedom of the Press   .

Date:   12/08/2022

/s/ Katie Townsend
*Attorney's signature*

Katie Townsend, CA Bar No. 254321
*Printed name and bar number*
Reporters Committee for Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005

*Address*

ktownsend@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*