## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | Civil Action No. 1:14-cv-14176-ADB |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM S. CONSOVOY

The undersigned counsel for Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby gives notice that attorney William S. Consovoy passed away on January 9, 2023, and therefore should be terminated as an attorney in this action.

Dated: January 12, 2023

Respectfully submitted,

  */s/ Patrick Strawbridge*
Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

1

2

## CERTIFICATE OF SERVICE

I certify that this document was filed via the CM/ECF system, which will notify all counsel of record.

>  /s/ Patrick Strawbridge
>  Counsel for Plaintiff