UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Civil Action No. 1:14-cv-14176-ADB |

**RESPONSE TO MOTION FOR RECONSIDERATION**

Plaintiff, Students for Fair Admissions, Inc., takes no position with respect to the motion of the Reporters Committee for Freedom of the Press (Doc. 713) to the extent it seeks reconsideration of the denial of its motion to intervene.

With respect to the Reporters Committee's motion to reconsider the merits of the Court's decision on sealing, SFFA strongly disagrees with the suggestion that information disclosing the identity of applicants to Harvard, including SFFA's standing members, should be publicly disclosed. Individual applicants are "not parties" to this action, *NAACP v. Ala. ex rel. Patterson*, 357 U.S. 449, 459 (1958). Indeed, SFFA's standing arises from the fact that "the individual participation of" its members is *not* "indispensable to proper resolution of the cause." *Hunt v. Wash. State Apple Advertising Comm'n*, 432 U.S. 333, 343 (1977); *see also New York v. U.S. Dep't of Com.*, 351 F. Supp. 3d 502, 606 n.48 (S.D.N.Y.) (explaining that standing members can remain anonymous due to, among other reasons, their right to associational privacy), *aff'd in part*, 139 S. Ct. 2551, 2565-66 (2019). The Reporters Committee's assertion that standing members are akin to pseudonymous litigants, *see* Mot. at 5, thus misses the mark. Consistent with its prior position, *see* Doc. 702, SFFA urges the Court to continue to seal any information in the sidebars that would personally identify non-consenting applicants—SFFA members or not—but otherwise takes no position on the motion for reconsideration.

Dated: January 12, 2023

Adam K. Mortara
Lawfair LLC
40 Burton Hills Blvd. Suite 200
Nashville, TN 37215
773.750.7154

Respectfully submitted,

*/s/ Patrick Strawbridge*
Patrick Strawbridge BBO #678274
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
703.243.9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I certify that this document was filed via the CM/ECF system, which will notify all counsel of record.

*/s/ Patrick Strawbridge*
Counsel for Plaintiff