```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

  _____

  STUDENTS FOR FAIR ADMISSIONS, INC.,

                    Plaintiff,        Civil Action
                                      No. 14-14176-ADB
  v.
                                      October 22, 2018
  PRESIDENT AND FELLOWS OF HARVARD
  COLLEGE, et al.,                    Pages 1 to 244

                    Defendants.       SEALED TRANSCRIPT
  _____



              TRANSCRIPT OF BENCH TRIAL - DAY 6
         BEFORE THE HONORABLE ALLISON D. BURROUGHS
                UNITED STATES DISTRICT COURT
              JOHN J. MOAKLEY U.S. COURTHOUSE
                    ONE COURTHOUSE WAY
                     BOSTON, MA   02210
                         REDACTED
```

**REDACTED**

JOAN M. DALY, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 5507
Boston, MA   02210
joanmdaly62@gmail.com

```
 1                       P R O C E E D I N G S
 2               (The following proceedings were held in open
 3   court before the Honorable Allison D. Burroughs, United
 4   States District Judge, United States District Court, District
 5   of Massachusetts, at the John J. Moakley United States
 6   Courthouse, One Courthouse Way, Boston, Massachusetts, on
 7   October 22, 2018.)
 8               THE CLERK:  All rise.  Court is in session.  Please
 9   be seated.
10               THE COURT:  Good morning, everyone.  Karen just
11   gave me a copy of an email that you all had shared with her.
12   Do you want to discuss that at sidebar?
13               MR. LEE:  Briefly, sure.
14               THE COURT:  Come on up.
15               (The following was held at sidebar and is deemed
16   "sealed".)
17               THE COURT:  I'm happy to discuss this to the extent
18   that you want.  There are things that you true in here and
19   things that aren't true.  To the extent it matters or anybody
20   wants to know what's true and isn't true, I'm happy to go
21   through it.  ███████████████████████████████████████
22   ████████████████████████████████████████████████████████████
23   ████████████████████████████████████████████
24            ████████████████████████████████████████████████
25   ████████████████████████████████████████████████████
```

 1 ██████████████████████████████████████
 2 ██████████████████████████████████████
 3 ██████████████████████████████████████
 4 ████████████████████████████████████
 5     ██████████████████████████████████
 6 ███████████████████████████████████
 7 ██████████████████████████████████████
 8 █████████████████████████████████
 9 ████████████████████████████████████
10 ██████████████████████████████████████
11 ███

12          MR. LEE:  From our perspective, Your Honor, we just
13 didn't want you to be surprised.  We're not asking you to do
14 anything.  We're not asking for recusal.  We're not even
15 asking for an explanation.  I think it's probably good for us
16 both to put that on the record.  But mostly we didn't want
17 you to be surprised tomorrow morning.
18          THE COURT:  How about you guys?
19          MR. MORTARA:  We have absolutely nothing to say
20 about this, Your Honor.
21              ██████████████████████████████
22 ███████████████████
23              ██████████████████████████████
24 ██████████████████████████████████████
25 ███

1  ██████████████████████████████████████
2  ██████████████████████████████████████
3  ███████████
4  ████████████████████████████████
5  ███████████
6          THE COURT:  As long as I have you here on a
7  completely different topic which I also don't want to raise
8  in open court.  My understanding from something that was said
9  earlier in the trial is that you all are not intending on
10 putting in the applications of the parties that you
11 represent.
12         MR. MORTARA:  That's correct, Your Honor.
13         THE COURT:  Again I'm not going to put this on the
14 open record because it's your case to try.  I am interested
15 in those applications if you have any interest in revisiting
16 that.  And the reason is that -- this case is largely about
17 sort of statistical analysis, but we've seen the applications
18 of some people that did get in.  And I suspect if the
19 application said on its face "not admitting another Asian"
20 you would have admitted it, right?
21         MR. MORTARA:  Absolutely, yes.
22         THE COURT:  I'm wondering if there's other things
23 that make it apparent in the application why they're not
24 being admitted as contrast with people that are being
25 admitted.